Generated: Nov 20, 2024 9:21AM                                                                                            Page 1/1

# U.S. District Court

**Nevada None - Reno**

Receipt Date: Nov 20, 2024 9:21AM

Drew Ribar/A&A Towing, Inc.  
3480 Pershing Ln.  
Washoe Valley, NV 89704

| Rcpt. No: 300000730 | | Trans. Date: Nov 20, 2024 9:21AM | | | Cashier ID: #DS |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #14251 | 11/20/2024 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: Case No. 3:24-cv-00526

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.