# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

# CIVIL COVER SHEET

```
_Filed _Received _Entered _Served On
       Counsel/Parties of Record

       NOV 2 0 2024

       Clerk US District Court
         District of Nevada
By:_____ Deputy
```

## I. PLAINTIFFS
Name: **Drew J. Ribar**
Address: **3480 Pershing Ln**
City/State/Zip: **Washoe Valley, NV 89704**
Telephone: **775-223-7899**
Email: **Const2Audit@gmail.com**

3:24-cv-00526

## II. DEFENDANTS

- Washoe County, Nevada
- Washoe County Library System
- Build Our Center, Inc.
- Jeff Scott
- Stacy McKenzie
- Jonnica Bowen
- Library Employee Doe #1
- Jennifer Cole
- Deputy C. Rothkin (Badge #4696)
- Deputy R. Sapida (Badge #4663)
- Sgt. George Gomez (Badge #4066)
- John/Jane Does 1-10

## III. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
Washoe County, Nevada

## IV. COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
Washoe County, Nevada

## V. BASIS OF JURISDICTION

☒ 3. Federal Question (U.S. Government Not a Party)

## VI. NATURE OF SUIT

☒ 440. Civil Rights (Other)

## VII. ORIGIN (Place an "X" in one box only)

☒ 1. Original Proceeding

## VIII. REQUESTED IN COMPLAINT

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND: To be determined
JURY DEMAND: ☒ Yes

## IX. RELATED CASE(S) IF ANY
None

## X. ATTORNEYS

**For Plaintiff**:
Name: **Drew J. Ribar (Pro Se)**
Address: **3480 Pershing Ln**
City/State/Zip: **Washoe Valley, NV 89704**
Telephone: **775-223-7899**
Email: **Const2Audit@gmail.com**

**For Defendants**:
Unknown

## SIGNATURE:

**Dated:** November 19, 2024

**Signature of Plaintiff:** _____
**Name:** Drew J. Ribar