# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### NORTHERN DIVISION

DREW RIBAR, PLAINTIFF,

      Plaintiff,

vs.

WASHOE COUNTY, NEVADA; WASHOE
COUNTY LIBRARY SYSTEM; BUILD OUR
CENTER, INC.; JEFF SCOTT; STACY
MCKENZIE; JONNICA BOWEN; LIBRARY
EMPLOYEE DOE #1; JENNIFER COLE;
DEPUTY C. ROTHKIN (BADGE #4696);
DEPUTY R. SAPIDA (BADGE #4663); SGT.
GEORGE GOMEZ (BADGE #4066); AND
JOHN/JANE DOES 1-10,,

      Defendant

Civil Action No. | 3:24-cv-00526

```
__Filed __ Received __Entered __ Served On
          Counsel/Parties of Record

          NOV 2 0 2024

        Clark US District Court
          District of Nevada
By:_____ Deputy
```

## SUMMONS IN A CIVIL ACTION

**To:** STACY MCKENZIE

**Washoe County Library System**
301 South Center Street
Reno, NV 89501

A lawsuit has been filed against you. Within 21 days after service of this summons on you
(not counting the day you received it) — or 60 days if you are the United States or a United
States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12
(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a
motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must
be served on the plaintiff or plaintiff's attorney, whose name and address are:

DrewDrew J. Ribar
3480 Pershing Ln
Washoe Valley NV 89704
775-223-7899
Const2Audit@gmail.com

Pro Se

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk Of Court

Date:_____**NOV 2 0 2024**_____

_____

Signature of Clerk Or Deputy Clerk