UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NORTHERN DIVISION

| | |
|---|---|
| DREW RIBAR, PLAINTIFF,<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY, NEVADA; WASHOE COUNTY LIBRARY SYSTEM; BUILD OUR CENTER, INC.; JEFF SCOTT; STACY MCKENZIE; JONNICA BOWEN; LIBRARY EMPLOYEE DOE #1; JENNIFER COLE; DEPUTY C. ROTHKIN (BADGE #4696); DEPUTY R. SAPIDA (BADGE #4663); SGT. GEORGE GOMEZ (BADGE #4066); AND JOHN/JANE DOES 1-10,,<br><br>Defendant | Civil Action No.   3:24-cv-00526<br><br>__Filed __Received __Entered __Served On<br>Counsel/Parties of Record<br><br>NOV 2 0 2024<br><br>Clerk US District Court<br>District of Nevada<br>By:_____ Deputy |

## SUMMONS IN A CIVIL ACTION

**To:** WASHOE COUNTY LIBRARY SYSTEM

**Washoe County Library System**
301 South Center Street
Reno, NV 89501

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DrewDrew J. Ribar
3480 Pershing Ln
Washoe Valley NV  89704
775-223-7899

Const2Audit@gmail.com
Pro Se

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: NOV 2 0 2024

Clerk Of Court

_____
Signature of Clerk or Deputy Clerk