Drew J. Ribar
3480 Pershing Ln
Washoe Valley NV  89704
775-223-7899
Const2Audit@gmail.com
Pro Se

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **DREW J. RIBAR**, Plaintiff,<br>v.<br>**WASHOE COUNTY, NEVADA; WASHOE COUNTY LIBRARY SYSTEM; BUILD OUR CENTER, INC.; JEFF SCOTT; STACY MCKENZIE; JONNICA BOWEN; LIBRARY EMPLOYEE DOE #1; JENNIFER COLE; DEPUTY C. ROTHKIN (Badge #4696); DEPUTY R. SAPIDA (Badge #4663); SGT. GEORGE GOMEZ (Badge #4066); and JOHN/JANE DOES 1-10,** Defendants. | CASE NO.: 3:24-CV-00526<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to **Federal Rule of Civil Procedure 7.1** and **Local Rule LR 7.1-1**, the undersigned certifies that the following have an interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. **Plaintiff**:
   - Drew J. Ribar (Pro Se)
2. **Defendants**:
   - Washoe County, Nevada
   - Washoe County Library System
   - Build Our Center, Inc.
   - Jeff Scott
   - Stacy McKenzie
   - Jonnica Bowen
   - Library Employee Doe #1
   - Jennifer Cole
   - Deputy C. Rothkin (Badge #4696)
   - Deputy R. Sapida (Badge #4663)
   - Sgt. George Gomez (Badge #4066)
   - John/Jane Does 1-10

CERTIFICATE OF INTERESTED PARTIES - 1

3. **Other Interested Parties** (if applicable):
   - None
4. **Publicly Held Companies**:
   - None.

The undersigned affirms that the information provided herein is accurate to the best of their knowledge.

**Dated:** November 26, 2024

**Respectfully submitted,**

**/s/ Drew J. Ribar**
**Drew J. Ribar (Pro Se)**
**3480 Pershing Ln**
**Washoe Valley, NV 89704**
**Telephone:** 775-223-7899
**Email:** Const2Audit@gmail.com

Dated this 26th of November, 2024.

**/s/ Drew J. Ribar**
_____
Attorney Name

CERTIFICATE OF INTERESTED PARTIES - 2