_Filed _Received _Entered _Served On
Counsel/Parties of Record

NOV 2 7 2024

Clerk US District Court
District of Nevada
By:_____ Deputy

# IN THE US DISTRICT COURT OF THE STATE OF NEVADA
## IN AND FOR THE COUNTY OF WASHOE

| | |
|---|---|
| Drew Ribar, Plaintiff ) <br> ) <br> PLAINTIFF ) <br> Vs ) <br> Washoe County, Nevada; Washoe County Library ) <br> System; Build Our Center, Inc.; Jeff Scott; Stacy ) <br> McKenzie; Jonnica Bowen; Library Employee DOE <br> #1; Jennifer Cole; Deputy C. Rothkin (Badge <br> #4696); Deputy R. Sapida (Badge #4663); Sgt. <br> George Gomez (Badge #4066); and John/Jane DOES <br> 1-10 <br> DEFENDANT ) | Civil File Number: 24009333 <br><br> CASE No.: 324CV00526 <br><br><br><br><br><br><br><br><br><br> **AFFIDAVIT OF SERVICE** |

STATE OF NEVADA     }
                   } ss:
COUNTY OF WASHOE   }

**David Scott, W4849**, being first duly sworn, deposes and says: That affiant is a citizen of the United States, over 18 years of age, not a party to the within entered action, and that in the County of Washoe, State of Nevada, personally served the described documents upon:

**Sub-served:** Sgt. George Gomez (Badge #4066) by serving Tina Compston, Office Support Specialist

**Location:** WCSO 911 Parr Boulevard Reno, NV 89512

**Date:** 11/21/2024   **Time:** 8:06 AM

The document(s) served were: **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATIONS OF CONSTITUTIONAL RIGHTS**

Drew Ribar

3480 Pershing Lane
Washoe Valley, NV 89704

**SUBSCRIBED AND SWORN** to me before me this

21st day of November 2024

_____
NOTARY PUBLIC in and for said State of Nevada,
County of Washoe

**DARIN BALAAM, SHERIFF**

By: _____
Sheriff's Authorized Agent

MARISA KING
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 23-9534-02 - Expires Aug. 29, 2027

**911 PARR BOULEVARD     RENO, NV   89512-1000     (775) 328-3310**



**WASHOE COUNTY SHERIFF**
150200
Darin Balaam, Sheriff

911 Parr Boulevard
Reno, NV 89512
(775) 328-3001

Address Service Requested

XRAYED US MARSHALS SERVICE

```
___Filed   ___Received   ___Entered   ___Served On
            Counsel/Parties of Record

            NOV 27 2024

            Clerk US District Court
              District of Nevada
By:_____ Deputy
```

US District Court
400 S Virginia St
Reno, NV 89501

894  895  89501S  **N1–8**  **89501**

4316241126 – 163657901
3
JSHXPB5

RETURN SERVICE REQUESTED