__Filed __Received __Entered __Served On
Counsel/Parties of Record

NOV 27 2024

Clerk US District Court
District of Nevada
By:_____ Deputy

# IN THE US DISTRICT COURT OF THE STATE OF NEVADA
## IN AND FOR THE COUNTY OF WASHOE

Drew Ribar, Plaintiff ) Civil File Number: 24009333
)
PLAINTIFF ) CASE No.: 324CV00526
Vs )
Washoe County, Nevada; Washoe County Library )
System; Build Our Center, Inc.; Jeff Scott; Stacy )
McKenzie; Jonnica Bowen; Library Employee DOE
#1; Jennifer Cole; Deputy C. Rothkin (Badge
#4696); Deputy R. Sapida (Badge #4663); Sgt.
George Gomez (Badge #4066); and John/Jane DOES
1-10
DEFENDANT )   **AFFIDAVIT OF SERVICE**

STATE OF NEVADA    }
                   } ss:
COUNTY OF WASHOE   }

    David Scott, W4849, being first duly sworn, deposes and says: That affiant is a citizen of the United States, over 18 years of age, not a party to the within entered action, and that in the County of Washoe, State of Nevada, personally served the described documents upon:

    Sub-served:    Deputy R. Sapida (Badge #4663) by serving Tina Compston, Office Support Specialist

    Location:    WCSO 911 Parr Boulevard Reno, NV 89512

    Date:    11/21/2024    Time:    8:06 AM

The document(s) served were: **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATIONS OF CONSTITUTIONAL RIGHTS**

Drew Ribar

3480 Pershing Lane
Washoe Valley, NV 89704

**DARIN BALAAM, SHERIFF**

By: _____
Sheriff's Authorized Agent

**SUBSCRIBED AND SWORN** to me before me this

21st day of November 2024.

_____
NOTARY PUBLIC in and for said State of Nevada,
County of Washoe

MARISA KING
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 23-9534-02 - Expires Aug. 29, 2027

**911 PARR BOULEVARD    RENO, NV    89512-1000    (775) 328-3310**