```
                              Filed  Received  Entered  Served On
                                    Counsel/Parties of Record

                                        NOV 27 2024

                                    Clerk US District Court
                                      District of Nevada
                              By:_____ Deputy
```

# IN THE US DISTRICT COURT OF THE STATE OF NEVADA
## IN AND FOR THE COUNTY OF WASHOE

| | |
|---|---|
| Drew Ribar, Plaintiff )<br>)<br>PLAINTIFF )<br>Vs )<br>Washoe County, Nevada; Washoe County Library )<br>System; Build Our Center, Inc.; Jeff Scott; Stacy )<br>McKenzie; Jonnica Bowen; Library Employee DOE<br>#1; Jennifer Cole; Deputy C. Rothkin (Badge<br>#4696); Deputy R. Sapida (Badge #4663); Sgt.<br>George Gomez (Badge #4066); and John/Jane DOES<br>1-10<br>DEFENDANT ) | Civil File Number: 24009333<br><br>CASE No.: 324CV00526<br><br><br><br><br><br><br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEVADA      }
                     } ss:
COUNTY OF WASHOE     }

      David Scott, W4849, being first duly sworn, deposes and says: That affiant is a citizen of the United States, over 18 years of age, not a party to the within entered action, and that in the County of Washoe, State of Nevada, personally served the described documents upon:

      **Sub-served:**      Deputy C. Rothkin (Badge #4696) by serving  Tina Compston,  Office Support Specialist

      **Location:**      WCSO 911 Parr Boulevard Reno, NV 89512

      **Date:**      11/21/2024      **Time:**  8:06 AM

The document(s) served were: **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATIONS OF CONSTITUTIONAL RIGHTS**

Drew Ribar

3480 Pershing Lane
Washoe Valley, NV 89704

**SUBSCRIBED AND SWORN** to me before me this

21st day of November 2024.

_____
NOTARY PUBLIC in and for said State of Nevada,
County of Washoe

**DARIN BALAAM, SHERIFF**

By: _____
Sheriff's Authorized Agent

```
           MARISA KING
   Notary Public - State of Nevada
  Appointment Recorded in Washoe County
   No: 23-9534-02 - Expires Aug. 29, 2027
```

**911 PARR BOULEVARD    RENO, NV   89512-1000   (775) 328-3310**