__Filed __Received __Entered __Served On
Counsel/Parties of Record

NOV 2 7 2024

Clerk US District Court
District of Nevada
By_____ Deputy

## IN THE US DISTRICT COURT OF THE STATE OF NEVADA
## IN AND FOR THE COUNTY OF WASHOE

| | |
|---|---|
| Drew Ribar, Plaintiff ) | Dated: 11/22/2024 |
| PLAINTIFF ) | |
| ) | Civil File Number:  24009333 |
| Vs ) | |
| Washoe County, Nevada; Washoe County Library ) | CASE No.:  324CV00526 |
| System; Build Our Center, Inc.; Jeff Scott; Stacy ) | |
| McKenzie; Jonnica Bowen; Library Employee DOE | |
| #1; Jennifer Cole; Deputy C. Rothkin (Badge | |
| #4696); Deputy R. Sapida (Badge #4663); Sgt. | |
| George Gomez (Badge #4066); and John/Jane DOES | |
| 1-10 | |
| DEFENDANT | |

## <u>DECLARATION OF SERVICE</u>

| | |
|---|---|
| **STATE OF NEVADA** } | |
| } ss: | |
| **COUNTY OF WASHOE** } | |

    **Denise Matt, W5355,** being first duly sworn, deposes and says:  That affiant is a citizen of the United States, over 18 years of age, not a party to the within entered action, and that in the County of Washoe, State of Nevada, personally served the described documents upon:

| | |
|---|---|
| **Sub-served:** | **Build Our Center, Inc. by serving Stacey Spain, Executive Director** |
| **Location:** | **c/o President 1745 S Wells Avenue Reno, NV 89502** |
| **Date:** | **11/21/2024**    **Time:**  **11:54 AM** |

The document(s) served were:  SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATIONS OF CONSTITUTIONAL RIGHTS

I declare under penalty of perjury under the law provided of the State of Nevada that the foregoing is true and correct. No notary is required per NRS 53.045.

**DARIN BALAAM, SHERIFF**

By: /s/ Denise Matt – W5355
      Sheriff's Authorized Agent

Drew Ribar
3480 Pershing Lane
Washoe Valley, NV 89704