Filed ___ Received ___ Entered ___ Served On
Counsel/Parties of Record

NOV 27 2024

Clerk US District Court
District of Nevada
_____ Deputy

## IN THE US DISTRICT COURT OF THE STATE OF NEVADA
## IN AND FOR THE COUNTY OF WASHOE

| | |
|---|---|
| Drew Ribar, Plaintiff )<br>PLAINTIFF )<br>)<br>Vs )<br>Washoe County, Nevada; Washoe County Library )<br>System; Build Our Center, Inc.; Jeff Scott; Stacy )<br>McKenzie; Jonnica Bowen; Library Employee DOE<br>#1; Jennifer Cole; Deputy C. Rothkin (Badge<br>#4696); Deputy R. Sapida (Badge #4663); Sgt.<br>George Gomez (Badge #4066); and John/Jane DOES<br>1-10<br>DEFENDANT | Dated: 11/22/2024<br><br>Civil File Number: 24009333<br><br>CASE No.: 324CV00526 |

## DECLARATION OF SERVICE

**STATE OF NEVADA** }
                    } ss:
**COUNTY OF WASHOE** }

    **Denise Matt, W5355,** being first duly sworn, deposes and says: That affiant is a citizen of the United States, over 18 years of age, not a party to the within entered action, and that in the County of Washoe, State of Nevada, personally served the described documents upon:

| | |
|---|---|
| Sub-served: | Washoe County Library System by serving Erin Thompson, Account Clerk II |
| Location: | 1001 E Ninth Street Reno, NV 89501 |
| Date: | 11/21/2024   Time:   11:07 AM |

The document(s) served were: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATIONS OF CONSTITUTIONAL RIGHTS

I declare under penalty of perjury under the law provided of the State of Nevada that the foregoing is true and correct. No notary is required per NRS 53.045.

                                                    **DARIN BALAAM, SHERIFF**

                                                    By: /s/ Denise Matt – W5355
                                                         Sheriff's Authorized Agent