__Filed __Received __Entered __Served On
Counsel/Parties of Record

NOV 2 7 2024

Clerk US District Court
District of Nevada
By:_____ Deputy

# IN THE US DISTRICT COURT OF THE STATE OF NEVADA
## IN AND FOR THE COUNTY OF WASHOE

Drew Ribar, Plaintiff
PLAINTIFF

Vs

Washoe County, Nevada; Washoe County Library System; Build Our Center, Inc.; Jeff Scott; Stacy McKenzie; Jonnica Bowen; Library Employee DOE #1; Jennifer Cole; Deputy C. Rothkin (Badge #4696); Deputy R. Sapida (Badge #4663); Sgt. George Gomez (Badge #4066); and John/Jane DOES 1-10
DEFENDANT

Dated: 11/22/2024

Civil File Number: 24009333

CASE No.: 324CV00526

## DECLARATION OF SERVICE

**STATE OF NEVADA** }
} ss:
**COUNTY OF WASHOE** }

**Denise Matt, W5355,** being first duly sworn, deposes and says: That affiant is a citizen of the United States, over 18 years of age, not a party to the within entered action, and that in the County of Washoe, State of Nevada, personally served the described documents upon:

| | |
|---|---|
| Sub-served: | Jennifer Cole by serving Erin Thompson, Account Clerk II |
| Location: | Washoe County Manager's Office 1001 E Ninth Street Reno, NV 89501 |
| Date: | 11/21/2024   Time: 11:07 AM |

The document(s) served were: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATIONS OF CONSTITUTIONAL RIGHTS

I declare under penalty of perjury under the law provided of the State of Nevada that the foregoing is true and correct. No notary is required per NRS 53.045.

**DARIN BALAAM, SHERIFF**

By:/s/ Denise Matt – W5355
Sheriff's Authorized Agent

Drew Ribar
3480 Pershing Lane
Washoe Valley, NV 89704