__Filed __Received __Entered __Served On
Counsel/Parties of Record

NOV 2 7 2024

Clerk US District Court
District of Nevada
_____ Deputy

# IN THE US DISTRICT COURT OF THE STATE OF NEVADA
## IN AND FOR THE COUNTY OF WASHOE

| | |
|---|---|
| Drew Ribar, Plaintiff ) | Dated: 11/22/2024 |
| PLAINTIFF ) | |
| ) | Civil File Number:  24009333 |
| Vs ) | |
| Washoe County, Nevada; Washoe County Library ) | CASE No.:  324CV00526 |
| System; Build Our Center, Inc.; Jeff Scott; Stacy ) | |
| McKenzie; Jonnica Bowen; Library Employee DOE | |
| #1; Jennifer Cole; Deputy C. Rothkin (Badge | |
| #4696); Deputy R. Sapida (Badge #4663); Sgt. | |
| George Gomez (Badge #4066); and John/Jane DOES | |
| 1-10 | |
| DEFENDANT | |

## DECLARATION OF SERVICE

STATE OF NEVADA       }
                                       }  ss:
COUNTY OF WASHOE    }

     **Denise Matt, W5355,** being first duly sworn, deposes and says:  That affiant is a citizen of the United States, over 18 years of age, not a party to the within entered action, and that in the County of Washoe, State of Nevada, personally served the described documents upon:

| | |
|---|---|
| **Sub-served:** | **Stacy McKenzie by serving Erin Thompson, Account Clerk II** |
| **Location:** | **Washoe County Manager's Office 1001 E Ninth Street Reno, NV 89501** |
| **Date:** | **11/21/2024**          **Time:**    **11:07 AM** |

The document(s) served were:    SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATIONS OF CONSTITUTIONAL RIGHTS

I declare under penalty of perjury under the law provided of the State of Nevada that the foregoing is true and correct. No notary is required per NRS 53.045.

**DARIN BALAAM, SHERIFF**

By: /s/ Denise Matt -  W5355
      Sheriff's Authorized Agent

Drew Ribar
3480 Pershing Lane
Washoe Valley, NV 89704

**911 PARR BOULEVARD, RENO, NV  89512-1000  (775) 328-3310**