```
_Filed  _Received  _Entered  _Served On
         Counsel/Parties of Record

              NOV 2 7 2024

         Clerk US District Court
            District of Nevada
By:_____ Deputy
```

## IN THE US DISTRICT COURT OF THE STATE OF NEVADA
## IN AND FOR THE COUNTY OF WASHOE

| | |
|---|---|
| Drew Ribar, Plaintiff<br>PLAINTIFF<br><br>Vs<br><br>Washoe County, Nevada; Washoe County Library System; Build Our Center, Inc.; Jeff Scott; Stacy McKenzie; Jonnica Bowen; Library Employee DOE #1; Jennifer Cole; Deputy C. Rothkin (Badge #4696); Deputy R. Sapida (Badge #4663); Sgt. George Gomez (Badge #4066); and John/Jane DOES 1-10<br>DEFENDANT | Dated: 11/22/2024<br><br>Civil File Number: 24009333<br><br>CASE No.: 324CV00526 |

## DECLARATION OF SERVICE

STATE OF NEVADA     }
                    } ss:
COUNTY OF WASHOE    }

**Denise Matt, W5355,** being first duly sworn, deposes and says: That affiant is a citizen of the United States, over 18 years of age, not a party to the within entered action, and that in the County of Washoe, State of Nevada, personally served the described documents upon:

| | |
|---|---|
| Sub-served: | Jeff Scott by serving Erin Thompson, Account Clerk II |
| Location: | Washoe County Manager's Office 1001 E Ninth Street Reno, NV 89501 |
| Date: | 11/21/2024    Time: 11:07 AM |

The document(s) served were: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATIONS OF CONSTITUTIONAL RIGHTS

I declare under penalty of perjury under the law provided of the State of Nevada that the foregoing is true and correct. No notary is required per NRS 53.045.

**DARIN BALAAM, SHERIFF**

By: /s/ Denise Matt – W5355
Sheriff's Authorized Agen

Drew Ribar
3480 Pershing Lane
Washoe Valley, NV 89704

**911 PARR BOULEVARD, RENO, NV 89512-1000 (775) 328-3310**
