_Filed _Received _Entered _Served On
Counsel/Parties of Record

NOV 2 7 2024

Clerk US District Court
District of Nevada
By:_____ Deputy

IN THE US DISTRICT COURT OF THE STATE OF NEVADA
IN AND FOR THE COUNTY OF WASHOE

| | |
|---|---|
| Drew Ribar, Plaintiff<br>PLAINTIFF<br><br>Vs<br>Washoe County, Nevada; Washoe County Library System; Build Our Center, Inc.; Jeff Scott; Stacy McKenzie; Jonnica Bowen; Library Employee DOE #1; Jennifer Cole; Deputy C. Rothkin (Badge #4696); Deputy R. Sapida (Badge #4663); Sgt. George Gomez (Badge #4066); and John/Jane DOES 1-10<br>DEFENDANT | Dated: 11/22/2024<br><br>Civil File Number: 24009333<br><br>CASE No.: 324CV00526 |

## DECLARATION OF SERVICE

STATE OF NEVADA      }
                     } ss:
COUNTY OF WASHOE     }

Denise Matt, W5355, being first duly sworn, deposes and says: That affiant is a citizen of the United States, over 18 years of age, not a party to the within entered action, and that in the County of Washoe, State of Nevada, personally served the described documents upon:

| | |
|---|---|
| Sub-served: | Washoe County, Nevada by serving Erin Thompson, Account Clerk II |
| Location: | Office of the County Manager 1001 E 9th Street Reno, NV 89512 |
| Date: | 11/21/2024      Time:   11:07 AM |

The document(s) served were: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATIONS OF CONSTITUTIONAL RIGHTS

I declare under penalty of perjury under the law provided of the State of Nevada that the foregoing is true and correct. No notary is required per NRS 53.045.

DARIN BALAAM, SHERIFF

By: /s/ Denise Matt - W5355
Sheriff's Authorized Agent

Drew Ribar
3480 Pershing Lane
Washoe Valley, NV 89704