IN THE US DISTRICT COURT OF THE STATE OF NEVADA
IN AND FOR THE COUNTY OF WASHOE

_Filed _Received _Entered _Served On
Counsel/Parties of Record

NOV 2 7 2024

Clerk US District Court
District of Nevada
By:_____ Deputy

| | |
|---|---|
| Drew Ribar, Plaintiff<br>PLAINTIFF<br><br>Vs<br>Washoe County, Nevada; Washoe County Library System; Build Our Center, Inc.; Jeff Scott; Stacy McKenzie; Jonnica Bowen; Library Employee DOE #1; Jennifer Cole; Deputy C. Rothkin (Badge #4696); Deputy R. Sapida (Badge #4663); Sgt. George Gomez (Badge #4066); and John/Jane DOES 1-10<br>DEFENDANT | Dated: 11/22/2024<br><br>Civil File Number:  24009333<br><br>CASE No.:  324CV00526 |

## DECLARATION OF SERVICE

| | |
|---|---|
| STATE OF NEVADA | } |
| | } ss: |
| COUNTY OF WASHOE | } |

**Denise Matt, W5355,** being first duly sworn, deposes and says:  That affiant is a citizen of the United States, over 18 years of age, not a party to the within entered action, and that in the County of Washoe, State of Nevada, personally served the described documents upon:

| | |
|---|---|
| **Sub-served:** | **Jonnica Bowen by serving Erin Thompson, Account Clerk II** |
| **Location:** | **Washoe County Manager's Office 1001 E Ninth Street Reno, NV 89501** |
| **Date:** | **11/21/2024**      **Time:**    **11:07 AM** |

The document(s) served were:  SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATIONS OF CONSTITUTIONAL RIGHTS

I declare under penalty of perjury under the law provided of the State of Nevada that the foregoing is true and correct. No notary is required per NRS 53.045.

**DARIN BALAAM, SHERIFF**

By: /s/ Denise Matt – W5355
Sheriff's Authorized Agent

Drew Ribar
3480 Pershing Lane
Washoe Valley, NV 89704