1  Jerry C. Carter, Esq. (NSB 5905)
   jcarter@sierracrestlaw.com
2  Alison R. Kertis, Esq. (NSB 138???)
   akertis@sierracrestlaw.com
3  SIERRA CREST BUSINESS LAW GROUP
   6770 S. McCarran Blvd., Reno, Nevada 89519
4  (775) 448-6070, Facsimile: (775) 473-8292
   *Counsel for Defendant BUILD OUR CENTER*

UNITED STATES DISTRICT COURT
[NORTHERN] DISTRICT OF NEVADA

| DREW RIBAR, | |
|---|---|
| Plaintiff, | Case No. 3:24-cv-00526 |
| v. | |
| WASHOE COUNTY, NEVADA; WASHOE COUNTY LIBRARY SYSTEM; BUILD OUR CENTER, INC.; JEFF SCOTT; STACY MCKENZIE; JONNICA BOWEN; LIBRARY EMPLOYEE DOE # 1; JENNIFER COLE; DEPUTY C. ROTHKIN (Badge No. 4696); DEPUTY R. SAPIDA (Badge No. 4663); SGT. GEORGE GOMEZ (Badge No. 4066); and JOHN/JANE DOES 1-10; | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT BUILD OUR CENTER** |
| Defendants. | |

SIERRA CREST BUSINESS LAW GROUP, by and through JERRY C. CARTER, ESQ. and ALISON R. KERTIS, ESQ., hereby gives notice of its appearance in the above-entitled action on behalf of Defendant BUILD OUR CENTER, INC., and also requests that all notices and all papers served or required to be served in this case be given to and served upon it at the following address:

Jerry C. Carter, Esq. and/or Alison R. Kertis, Esq.
SIERRA CREST BUSINESS LAW GROUP
6770 S. McCarran Blvd, First Floor, Reno, NV 89509
jcarter@sierracrestlaw.com; akertis@sierracrestlaw.com

DATED December 27, 2024.        SIERRA CREST BUSINESS LAW GROUP

                        /s/ *Alison R. Kertis*
                By: _____
                    Jerry C. Carter, Esq. (NSB 5905)
                    jcarter@sierracrestlaw.com
                    Alison R. Kertis, Esq. (NSB 38???)
                    akertis@sierracrestlaw.com
                    6770 S. McCarran Blvd., Reno, NV 89509
                    (775) 448-6070, Facsimile: (775) 473-8292
                    *Counsel for Defendant BUILD OUR CENTER*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the SIERRA CREST BUSINESS LAW GROUP who, on the below-written date, caused a true copy of the foregoing to be transmitted via email and also to be filed using the above-entitled Court's electronic filing (CM/ECF) system (which will automatically e-serve the same) on the person(s) and/or entity(ies) set forth directly below:

**Drew Ribar**
480 Pershing Lane, Washoe Valley, NV 89704
(775) 223-7899
const2audit@gmail.com
*Plaintiff in propria persona*

**Michael W. Large, Esq.**
DEPUTY DISTRICT ATTORNEY
One South Sierra Street Reno, NV 89501
mlarge@da.washoecounty.gov
(775) 337-5700
*Counsel for Plaintiffs Washoe County and its Library System, Jeff Scott, Stacy Mckenzie, Jonnica Bowen, Jennifer Cole; Deputy C. Rothkin, Deputy R. Sapida, and Sgt. George Gomez*

DATED: December 27, 2024.

/s/ *M.B. McCue*
_____
an employee of the
SIERRA CREST BUSINESS LAW GROUP