Drew J. Ribar (Pro Se)
3480 Pershing Ln.
Washoe Valley NV  89704
775-223-7899
Const2Audit@gmail.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **DREW RIBAR**, | Case No.: 3:24-cv-00526-ART-CLB |
| Plaintiff, | |
| vs. | **REQUEST FOR CLERK'S ENTRY OF DEFAULT** |
| **BUILD OUR CENTER, INC., DEFENDANT.**, | |
| Defendant | |

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

Plaintiff **Drew J. Ribar**, proceeding pro se, hereby requests that the Clerk of the Court enter default against Defendant **Build Our Center, Inc. ("BOC")**, pursuant to Federal Rule of Civil Procedure 55(a).

1. Plaintiff filed the Complaint in this matter on **November 20, 2024**.

2. Defendant BOC was properly served with the Summons and Complaint on **November 27, 2024**, as evidenced by the Affidavit of Service filed with this Court (Document 18).

3. Under Rule 12(a)(1)(A), Defendant's deadline to file a responsive pleading expired on **December 18, 2024**.

4. As of the date of this filing, Defendant BOC has not filed an answer, motion, or otherwise appeared in this action.

REQUEST FOR CLERK'S ENTRY OF DEFAULT - 1

Pursuant to Rule 55(a), Plaintiff respectfully requests that the Clerk enter default against Defendant Build Our Center, Inc.

DATED: December 27, 2024

**Respectfully submitted,**

/S/ Drew J. Ribar

**Drew J. Ribar**

Pro Se Plaintiff

3480 Pershing Ln

Washoe Valley, NV 89704

775-223-7899 | const2audit@gmail.com

---

**Exhibits Attached**:

1. Affidavit of Service for Build Our Center, Inc. (Document 18).
2. Declaration of Non-Response.

REQUEST FOR CLERK'S ENTRY OF DEFAULT - 2