\_\_Filed \_\_Received \_\_Entered \_\_Served On
Counsel/Parties of Record

NOV 2 7 2024

Clerk US District Court
District of Nevada
By:_____ Deputy

# IN THE US DISTRICT COURT OF THE STATE OF NEVADA
## IN AND FOR THE COUNTY OF WASHOE

| | |
|---|---|
| Drew Ribar, Plaintiff<br>PLAINTIFF<br><br>Vs<br>Washoe County, Nevada; Washoe County Library System; Build Our Center, Inc.; Jeff Scott; Stacy McKenzie; Jonnica Bowen; Library Employee DOE #1; Jennifer Cole; Deputy C. Rothkin (Badge #4696); Deputy R. Sapida (Badge #4663); Sgt. George Gomez (Badge #4066); and John/Jane DOES 1-10<br>DEFENDANT | Dated: 11/22/2024<br><br>Civil File Number: 24009333<br><br>CASE No.: 324CV00526 |

## DECLARATION OF SERVICE

STATE OF NEVADA       }
                                       } ss:
COUNTY OF WASHOE }

**Denise Matt, W5355,** being first duly sworn, deposes and says: That affiant is a citizen of the United States, over 18 years of age, not a party to the within entered action, and that in the County of Washoe, State of Nevada, personally served the described documents upon:

| | |
|---|---|
| Sub-served: | **Build Our Center, Inc. by serving Stacey Spain, Executive Director** |
| Location: | **c/o President 1745 S Wells Avenue Reno, NV 89502** |
| Date: | **11/21/2024**       Time:   **11:54 AM** |

The document(s) served were:   SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATIONS OF CONSTITUTIONAL RIGHTS

I declare under penalty of perjury under the law provided of the State of Nevada that the foregoing is true and correct. No notary is required per NRS 53.045.

**DARIN BALAAM, SHERIFF**

By: /s/ Denise Matt – W5355
Sheriff's Authorized Agent

Drew Ribar
3480 Pershing Lane
Washoe Valley, NV 89704

**911 PARR BOULEVARD, RENO, NV   89512-1000   (775) 328-3310**