Drew J. Ribar (Pro Se)
3480 Pershing Ln.
Washoe Valley NV  89704
775-223-7899
Const2Audit@gmail.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DREW RIBAR,

    Plaintiff,

vs.

BUILD OUR CENTER, INC.,
DEFENDANT.,

    Defendant

Case No.: 3:24-cv-00526-ART-CLB

**DECLARATION OF NON-RESPONSE**

**DECLARATION OF NON-RESPONSE**

I, **Drew J. Ribar**, declare as follows:

1. **Personal Knowledge**: I am the Plaintiff in the above-captioned matter, proceeding pro se. I make this declaration based on my personal knowledge and belief, and I am competent to testify to the matters stated herein.

2. **Filing of Complaint**: I filed the Complaint in this action on **November 20, 2024**.

3. **Service on Defendant Build Our Center, Inc.**: On **November 27, 2024**, Defendant **Build Our Center, Inc. ("BOC")** was duly served with the Summons and Complaint through its registered agent, **Stacey Spain**, as evidenced by the Affidavit of Service filed with this Court on **November 27, 2024** (Document 18).

4. **Deadline to Respond**: Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant BOC was required to serve an answer or otherwise respond to the Complaint within 21 days of service, making the deadline for response **December 18, 2024**.

DECLARATION OF NON-RESPONSE - 1

5. **Failure to Respond**: As of the date of this declaration, Defendant BOC has not filed an answer, motion, or other responsive pleading, nor has it sought an extension of time to respond.

6. **Efforts to Confirm Non-Response**: I have reviewed the Court's docket and records, and I have not received any correspondence, communication, or filing from Defendant BOC or its representatives indicating an intention to defend this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed on December 27, 2024**, at Washoe Valley, Nevada.

/S/ Drew J. Ribar

**Drew J. Ribar**

Pro Se Plaintiff

3480 Pershing Ln

Washoe Valley, NV 89704

775-223-7899 | const2audit@gmail.com

DECLARATION OF NON-RESPONSE - 2