Drew J. Ribar (Pro Se)
3480 Pershing Ln.
Washoe Valley NV  89704
775-223-7899
Const2Audit@gmail.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **DREW RIBAR**, | Case No.: 3:24-cv-00526-ART-CLB |
| Plaintiff, | |
| vs. | **NOTICE OF SERVICE** |
| **BUILD OUR CENTER, INC., DEFENDANT.**, | |
| Defendant | |

**NOTICE OF SERVICE**

I, **Drew J. Ribar**, hereby certify that on December 27, 2024, I served the following documents upon Defendant **Build Our Center, Inc.**, and other parties of record in this matter:

1. **Request for Clerk's Entry of Default**;

2. **Declaration of Non-Response**;

3. Supporting Exhibits, including:

    o   Affidavit of Service for Build Our Center, Inc.

These documents were served via the following methods:

1. **Defendant Build Our Center, Inc.**

NOTICE OF SERVICE - 1

- **Method of Service**: Sent by [Certified Mail/Personal Delivery] to the last known address of Defendant's registered agent, **Stacey Spain**, at:

  **1745 S. Wells Avenue Reno, NV 89502**

- Emailed to stacey@ourcenterreno.org

- Emailed to center@ourcenterreno.org

2. **Other Named Defendants**:

   - Attorney for Washoe County defendants Michael Large emailed at mlarge@da.washoecounty.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**DATED**: December 27, 2024

/S/ Drew J. Ribar

**Drew J. Ribar**

Pro Se Plaintiff

3480 Pershing Ln

Washoe Valley, NV 89704

775-223-7899 | const2audit@gmail.com

NOTICE OF SERVICE - 2