Drew J. Ribar (Pro Se)
3480 Pershing Ln.
Washoe Valley NV  89704
775-223-7899
Const2Audit@gmail.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **DREW RIBAR**,<br><br>        Plaintiff,<br><br>vs.<br><br>**BUILD OUR CENTER, INC., DEFENDANT.**,<br><br>        Defendant | Case No.: 3:24-cv-00526-ART-CLB<br><br>**NOTICE OF WITHDRAWAL OF REQUEST FOR ENTRY OF DEFAULT** |

**NOTICE OF WITHDRAWAL OF REQUEST FOR ENTRY OF DEFAULT**

To the Clerk of Court:

Plaintiff **Drew J. Ribar**, proceeding pro se, hereby withdraws the previously filed **Request for Clerk's Entry of Default** against Defendant **Build Our Center, Inc. ("BOC")**, filed on **December 27, 2024**, pursuant to Federal Rule of Civil Procedure 55(a).

This withdrawal is made in light of communication with Defendant's newly retained counsel and their agreement to respond to the Complaint by **January 3, 2025**.

Please take notice of this withdrawal and update the docket accordingly.

**DATED**: **December 27, 2024**

Respectfully submitted,

/S/ Drew J. Ribar
**Drew J. Ribar**
Pro Se Plaintiff
3480 Pershing Ln
Washoe Valley, NV 89704
775-223-7899
const2audit@gmail.com

NOTICE OF WITHDRAWAL OF REQUEST FOR ENTRY OF DEFAULT - 1