Drew J. Ribar (Pro Se)
3480 Pershing Ln.
Washoe Valley NV 89704
775-223-7899
Const2Audit@gmail.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **DREW RIBAR**, | Case No.: 3:24-cv-00526-ART-CLB |
| Plaintiff, | |
| vs. | **NOTICE OF SERVICE** |
| **BUILD OUR CENTER, INC.,** **DEFENDANT.**, | |
| Defendant | |

## NOTICE OF SERVICE

I, **Drew J. Ribar**, hereby certify that on December 27, 2024, I served the following document upon all parties of record in this matter:

1. **Notice of Withdrawal of Request for Clerk's Entry of Default**

This document was served via the following methods:

1. **Counsel for Build Our Center, Inc.**:
   - **Method of Service**: Sent via email to **Alison R. Kertis** at **akertis@sierracrestlaw.com**.

2. **Counsel for Other Defendants (if applicable)**:
   - **Method of Service**: Sent via email to **Michael W. Large** at **mlarge@da.washoecounty.gov**

NOTICE OF SERVICE - 1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**DATED**: **December 27, 2024**

/S/Drew J. Ribar

**Drew J. Ribar**

Pro Se Plaintiff

3480 Pershing Ln

Washoe Valley, NV 89704

775-223-7899

const2audit@gmail.com

NOTICE OF SERVICE - 2