# EXHIBIT 2

to

DEFENDANT

BUILD OUR CENTER'S MOTION TO DISMISS

Case No. 3:24-cv-00526

*Drew Ribar*

*Plaintiff,*
*vs.*

*WASHOE COUNTY, NEVADA; WASHOE COUNTY LIBRARY SYSTEM; BUILD OUR CENTER, INC.; JEFF SCOTT; STACY MCKENZIE; JONNICA BOWEN; LIBRARY EMPLOYEE DOE # 1; JENNIFER COLE; DEPUTY C. ROTHKIN (Badge No. 4696); DEPUTY R. SAPIDA (Badge No. 4663); SGT. GEORGE GOMEZ (Badge No. 4066); and JOHN/JANE DOES 1-10; Defendants.*

1

2

3

4

5

6                        UNITED STATES DISTRICT COURT
                         [NORTHERN] DISTRICT OF NEVADA
7

8   DREW RIBAR,
                                   Plaintiff,          Case No. 3:24-cv-00526
9       v.

10  WASHOE COUNTY, NEVADA; WASHOE
    COUNTY LIBRARY SYSTEM; BUILD OUR
    CENTER, INC.; JEFF SCOTT; STACY              **[PROPOSED]**
11  MCKENZIE; JONNICA BOWEN; LIBRARY          **ORDER GRANTING**
    EMPLOYEE DOE # 1; JENNIFER COLE;            **DEFENDANT**
12  DEPUTY C. ROTHKIN (Badge No. 4696);      **BUILD OUR CENTER'S**
    DEPUTY R. SAPIDA (Badge No. 4663); SGT.   **MOTION TO DISMISS**
13  GEORGE GOMEZ (Badge No. 4066); and
    JOHN/JANE DOES 1-10;
14                                Defendants.

15

16          This matter having come before the Court on *Defendant Build Our Center's*

17  *Motion To Dismiss* filed herein on December 30, 2024 (the "Motion"); the Court,

18  having reviewed the Motion together with the response and reply, if any, as well

19  as such other pleadings and records on file as it thought necessary of desirable;

20  the Court deeming itself fully advised in the premises, and finding good cause

21  therefore, concludes that the Motion should be granted.

22      **I.   LEGAL STANDARD**

23          Rule 8 requires a complaint include "a short and plain statement of the

24  claim showing that the pleader is entitled to relief." Fed.R.Civ.P. 8(a)(2). A court

25  may dismiss a complaint if it fails to state a claim upon which relief can be

26  granted. FRCP 12(b)(6). To survive a Rule 12(b)(6) motion to dismiss, the

27  / / /

28  / / /

[PROPOSED] ORDER GRANTING MOTION TO DISMISS ...................................... PAGE **1** OF **3**

1  complaint must contain sufficient facts which, if accepted as true, will state a

2  claim of relief that is plausible on its face. *Bell Atlantic Corp. v. Twombly*, 550

3  U.S. 544, 570, 127 S. Ct. 1955, 167 L.Ed.2d 929 (2007); *Ashcroft v. Iqbal*, 556

4  U.S. 662, 678, 129 S. Ct. 1937, 173 L.Ed.2d 868 (2009). "A claim has facial

5  plausibility when its factual content allows the court to draw the reasonable

6  inference that the defendant is liable for the misconduct alleged." *Kelsey K. v.*

7  *NFL Enterprises, LLC,* 254 F. Supp. 3d 1140, 1143 (N.D. Cal. 2017), *aff'd,* 757

8  Fed. Appx. 524 (9th Cir. 2018) (citing *Ashcroft* at 678, 1937, 868). "While all

9  allegations of material fact are taken as true and construed in the light most

10  favorable to the nonmoving party, conclusory allegations of law and unwarranted

11  inferences are insufficient to defeat a motion to dismiss." *Id.* A complaint should

12  not be dismissed unless it appears beyond doubt that the plaintiff can prove no

13  set of facts in support of his claim that would entitle him to the relief. *Williams*

14  *v. Gorton,* 529 F.2d 668, 672 (9th Cir. 1976).

15  **II.    LEGAL FINDINGS AND ORDER**

16        The Court finds that, upon review of Mr. Ribar's Complaint, he has failed

17  to state a claim upon which relief can be granted. Mr. Ribar's conclusory

18  statement that Build Our Center "collaborated with the Library System to

19  organize events and acted in joint participation with state actors" is not sufficient

20  to survive a Motion to Dismiss. Furthermore, Mr. Ribar's Complaint contains no

21  facts alleging Build Our Center was a state actor to bring a cause of action under

22  42 U.S.C. § 1983 against a private entity.

23        WHEREFORE, for good cause appearing, the Court hereby grants Build

24  Our Center's Motion to Dismiss;

25        IT IS FURTHER ORDERED that Plaintiff Ribar's Complaint is dismissed as

26  to Build Our Center;

27  / / /

28  / / /

[PROPOSED] ORDER GRANTING MOTION TO DISMISS ...................................... PAGE **2** OF **3**

1    IT IS FURTHER ORDERED that Build Our Center is awarded its

2  reasonable attorneys' fees and costs incurred by Build Our Center in connection

3  with bringing its Motion against Mr. Ribar, according to proof in a Motion to

4  Quantify Fees and Costs.

5    IT IS SO ORDERED this _____ day of _____, 202___.

6

7                                                          _____

8                                                          UNITED STATES JUDGE

Respectfully Submitted By:

9
SIERRA CREST BUSINESS LAW GROUP

10

11

12  *Alison Kertis*
   _____
   Jerry C. Carter, Esq. (NSB 5905)
   jcarter@sierracrestlaw.com

13  Alison R. Kertis, Esq. (NSB 13875)
   akertis@sierracrestlaw.com

14  6770 S. McCarran Blvd., Reno, NV 89509
   (775) 448-6070, Fax: (775) 473-8292

15  *Counsel for Defendant BUILD OUR CENTER*

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION TO DISMISS ...................................... PAGE **3** OF **3**