Drew J. Ribar (Pro Se)
3480 Pershing Ln.
Washoe Valley NV  89704
775-223-7899
Const2Audit@gmail.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **DREW J. RIBAR**, PRO SE PLAINTIFF<br><br>V.<br><br>WASHOE COUNTY, ET AL.,<br><br>DEFENDANTS. | Case No.: 3:24-cv-00526-ART-CLB<br><br>**NOTICE OF SERVICE** |

**TO THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that on December 30, 2024, Plaintiff **Drew J. Ribar**, acting pro se, served the following document on all counsel of record in this matter:

1. **Plaintiff's Motion for Clarification and Related Relief Regarding Communications Between Defendant Washoe County and Counsel for Build Our Center, Inc.**

The document was served via the following methods:

1. **Via Email**:
    - **Michael Large, Esq.**
        Email: mlarge@da.washoecounty.gov
        Counsel for Defendants Washoe County, Washoe County Library System, and associated individual defendants

NOTICE OF SERVICE - 1

- **Alison R. Kertis, Esq.**

    **Email:** akertis@sierracrestlaw.com

    Counsel for Defendant Build Our Center, Inc.

2. **Via Mail** or **In-Person Delivery**: A copy of the document was also sent via U.S. First-Class Mail or personally delivered to the following addresses:

    - **Michael Large, Esq.**

        Washoe County District Attorney's Office

        One South Sierra Street

        Reno, NV 89501

    - **Alison R. Kertis, Esq.**

        Sierra Crest Law

        6770 South McCarran Blvd.

        First Floor

        Reno, NV 89509

## CERTIFICATION

I hereby certify that the foregoing document was served on the above-listed recipients in compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

**Respectfully submitted,**

NOTICE OF SERVICE - 2

/S/Drew J. Ribar

**Drew J. Ribar**

Pro Se Plaintiff

3480 Pershing Ln

Washoe Valley, NV 89704

775-223-7899

const2audit@gmail.com

**DATED:** December  30, 2024

NOTICE OF SERVICE - 3