UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**Case No.:** 3:24-cv-00526-ART-CLB

---

**EXHIBIT 1**
Our Center social media posts & press releases regarding "partnership" with Washoe County Libraries and remuneration for Washoe County Libraries employees.

Submitted by:
**Plaintiff:** Drew J. Ribar (Pro Se)
3480 Pershing Ln.
Washoe Valley, NV 89704
Phone: 775-223-7899
Email: const2audit@gmail.com

Date: January 7, 2025

---

This document is submitted as part of Plaintiff's filing in opposition to Defendant Build Our Center, Inc.'s Motion to Dismiss. It is marked as **Exhibit 1** to support Plaintiff's argument regarding the collaboration between Build Our Center, Inc. and the Washoe County Library System.

**Relevant Information: 5/17/23 "taking volunteer applications for our Drag Story Hour", 6/14/23 "Our Partners at Washoe County Library have been so busy preparing for Drag Story Hour!", 6/17/23 "thank you to the set up crew and the 30 volunteers who helped make Rainbow Fest at the North Valley Library such a success!", 7/25/24 "Our Center is deeply disheartened to see our partnership with Washoe County Libraries undermined", 8/12/24 "we are giving Washoe County Librarians FREE admission to Northern Nevada Pride"**

---

**CERTIFICATION**
I, Drew J. Ribar, certify that this exhibit is a true and accurate representation of the document referenced.

Respectfully submitted,
/S/Drew J. Ribar
**Drew J. Ribar**
Pro Se Plaintiff








Our Center's Post


**Our Center**
May 17, 2023

We're still taking volunteer applications for our Drag Story Hour events! If you've been looking to become more involved within our community or to show up as an ally, these are great opportunities. Family-friendly events and festivals to kick off Pride! 🌈

We will need all hands on deck!

All of the info as well as the volunteer application is listed here:

https://forms.gle/QbwnUsujFvMdxu1T9

Please fill out the form if you would like to participate!



DOCS.GOOGLE.COM
**DSH Volunteer Application**
Please fill out this form if you are interested in participating in any of the Drag Story Hour events. ...

 7                                                                                                    5 shares

👍 Like            💬 Comment            ↗ Share

  Comment as Equal Justice



    

20+

## Our Center's Post

**Our Center**
June 14, 2023 ·

Our Partners at Washoe County Library have been so busy preparing for Drag Story Hour!

WASHOE COUNTY LIBRARY SYSTEM

LIBRARYAWARE.COM
**LibraryAware**
Join our returning host Christopher Daniels, a.k.a. Miss Ginger Divine, for an overview of the process of preparing for Drag Story Hour.

50 · 1 comment · 1 share

Like · Comment · Share

Most relevant

Comment as Equal Justice

## Our Center's Post



**Our Center**
June 17, 2023

Huge thank you to the set up crew and the 30 volunteers who helped make Rainbow Fest at the North Valley Library such a success!  Ginger Devine and Dino Valentino we love you.  Bruka Theater and the cast of Kinky Boots... just wow!  People who created the rainbow turtle shell for Ginger Devine.  Wow. Rangers and Paws for Love and all the library staff... thank you!  Kids and families came, heard some awesome stories and love was shared.



108                                                                                                                  4 comments   3 shares

👍 Like                               💬 Comment                              ↗ Share

Most relevant

  Comment as Equal Justice                                                          



**Stacey Spain**
**Executive Director**

1745 S. Wells Avenue • Reno, NV 89502
PO Box 54 • Reno, NV 89504
Phone: 775.624.3716 • Direct: 775.219-2095
Stacey@OurCenterReno.org

**FOR IMMEDIATE RELEASE**
**Media Contact:**
Stacey Spain
C: 775 219-2095
E:stacey@ourcenterreno.org

**Drag Story Hour Program Cancellation Due to Violence from Right-Wing Protesters**

**(Reno, Nevada - July 25, 2024)** – It is with profound disappointment that we confirm the cancellation of the beloved Drag Story Hour program at Washoe County Libraries. Despite a stated commitment to fostering inclusivity and celebrating diversity within our community by Washoe County Libraries, the Workplace Violence Committee is recommending the cancelation of the program due to concerns for the safety of library staff over the behavior of a small group of conservative, right-wing protesters who injured a library employee and disturbed parents and children as they entered facilities for the storytimes. Violence is abhorrent and we do not condone behavior which puts our public servants at risk. From our perspective as the program has been canceled, the protesters have been rewarded for their bad behavior.

The Drag Story Hour program was established as a celebration of diversity, inclusion, and LGBTQIA+ representation within our community. Designed to promote acceptance and understanding, it features drag performers reading age-appropriate stories to children and their parents in a welcoming environment that encourages literacy and promotes acceptance of all individuals, including those who identify as LGBTQIA+.

As an LGBTQIA+ center dedicated to serving our community, Our Center is deeply disheartened to see our partnership with Washoe County Libraries undermined by those who seek to spread intolerance and division. Drag Story Hour was intended to promote understanding and compassion, yet it has become a battleground for those who oppose the very principles of equality and diversity.

"We stand firm in our commitment to diversity, inclusion, and the fundamental rights of every individual," stated Stacey Spain, Executive Director of Our Center. "The Drag Story Hour program exemplified these values, and it is deeply disappointing that outside influences have necessitated its cancellation. We will continue to explore alternative ways to promote understanding and celebrate diversity in our community."

Our Center expresses our gratitude to the community members and Washoe County Library staff who have supported the Drag Story Hour program and affirm their dedication to providing programming that reflects the diversity of northern Nevada.

We call upon County officials to reconsider their stance and take proactive measures to protect all community events from harassment and intimidation. The LGBTQIA+ community deserves to feel safe and supported in our own neighborhoods, and it is the responsibility of local authorities to ensure that this safety is upheld and not just pushed out of view. Could we produce a Drag

OurCenterReno.org
Build Our Center, Inc., is a 501(c)3, nonprofit organization. Donations are tax deductible.



Story Hour at Our Center? Of course we could, but Separate Is Not Equal. LGBTQIA+ programming should be provided equal access to our public spaces and forums.

We want to express our deepest gratitude to all those who have supported Drag Story Hour and our efforts to create a more inclusive society. Your support has been invaluable, and we remain hopeful that together, we can overcome these challenges and continue to make progress towards a more just and equitable future for all.

For media inquiries or further information, please contact Stacey Spain at 775 624-3720 or stacey@ourcenterreno.org.

Our Center provides northern Nevada's LGBTQIA2S+ community with access to advocacy, support, educational programs, services and resources. Our mission focuses on programming in support of our youth, senior and trans communities. Our Center routinely hosts community organizations for meetings at their 1745 South Wells Avenue Reno facility.

### ###

## Our Center's Post

### Our Center
August 12, 2024

In order to honor the hard work, dedication and creative vibrancy of Washoe County Librarians who worked tirelessly over the years to create and support Drag Story Hour we are giving Washoe County Librarians FREE admission to Northern Nevada Pride this year! Stop by Our Center, show your Washoe County Library Staff ID and receive a wristband for free entry. See all of you lovelies at Pride September 7th and please be our guest as you desire at Drag Story Hour at 11 am on the 1st Street Stage!



51   1 comment   11 shares

Like     Comment     Share

Most relevant

Kai Howard

Comment as Equal Justice