**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**Case No.:** 3:24-cv-00526-ART-CLB

---

**EXHIBIT 2**
**Washoe County Incident Report, Washoe County Library employee emails.**

Submitted by:
**Plaintiff:** Drew J. Ribar (Pro Se)
3480 Pershing Ln.
Washoe Valley, NV 89704
Phone: 775-223-7899
Email: const2audit@gmail.com

Date: January 8, 2025

---

This document is submitted as part of Plaintiff's filing in opposition to Defendant Build Our Center, Inc.'s Motion to Dismiss. It is marked as **Exhibit 2** to support Plaintiff's argument regarding the collaboration between Build Our Center, Inc., and the Washoe County Library System.

**Relevant Information: 6/9/23 "Stacey and myself will be at the Reno and Sparks events to debrief and coordinate with all of you. Look for our Our Center name tags!" 6/9/23 email shows library staff communicating directly with representatives from Our Center, including Stacey Spain and Kelly Tanguay, about event logistics, promotional materials, and volunteer coordination. 6/18/24 Incident report statements from Library employees and Our Center volunteers, 7/26/24 "Lots of venting about the cancellation of Drag ST." "managers want to develop other programming to support the LGBTQ community", 8/6/24 "Library staff are working on partnerships with OUR Center.", 8/8/24 "Pride booth also needs staffing. Comp time is available.".**

---

**CERTIFICATION**
I, Drew J. Ribar, certify that this exhibit is a true and accurate representation of the document referenced.

Respectfully submitted,
/S/Drew J. Ribar
**Drew J. Ribar**
Pro Se Plaintiff

| | |
|---|---|
| **From:** | Weinert, Beate <BWeinert@washoecounty.gov> |
| **Sent:** | 09 June 2023 19:11 |
| **To:** | Library - YSLE Leads; Library - Leadership Team |
| **Cc:** | Prentiss, Timothy |
| **Subject:** | Promo video, Information, and Resources for upcoming RainbowFests/DSH |
| **Attachments:** | DSH Deescalation_Conflict Resolution Training Notes.pdf |

Hello --please see below and attached and share as appropriate with staff.

Huge THANK YOU to Christopher Daniels, Jamie, John A and Tim for the following promo video:

https://fb.watch/l27yQ4zBak/</A>

Cheers to Celebrating Rainbows and Glitter EVERYWHERE



With Much Gratitude,
Beate

 **Beate Weinert**
**Youth Services and Library Events Manager | Washoe County Library System**
bweinert@washoecounty.gov</A> | Office: 775.327.8361
301 S. Center Street, Reno, NV 89501
 </A>  </A>  </A>  </A>

---

**Sent:** Wednesday, June 7, 2023 5:01 PM

[**NOTICE:   This message originated outside of Washoe County -- DO NOT CLICK on links or open attachments** unless you are sure the content is safe.]
Hello all!


See below for the email sent to DSH volunteers. See attached for de escalation and conflict resolution training notes.


_____
_____


Hello all!


It's almost showtime! Thank you so much for your interest in participating at one or multiple Drag Story Hour events. We are so excited and grateful to have you.


Many of you attended the training we hosted at Our Center, some of you were unable to attend, and some of you signed up to volunteer after the training had already passed.


I've attached a document to this email that recaps the basics of the training as well as some of the event logistics that we went over during the meeting. Please review this document!


With that being said, we recruited more volunteers than we expected to (yay!). So- all of the necessary positions will be able to be filled.


**A few things:**
- We will do our best to accommodate your needs and place you in the position where you would like to volunteer. However, we may need to move things around once we are on site depending on operational needs.
- If you would like to volunteer with family or friends that are under 18 years old, that is completely ok, we just ask that you stick together.
- Please show up to the position(s) and the event(s) that you signed up for on your original application form.
- Stacey and myself will be at the Reno and Sparks events to debrief and coordinate with all of you. Look for our Our Center name tags!

**Day of:**
**\*If you signed up to be on a set up crew, please arrive on site at 8:30am (Sparks &amp;**
**North Valleys).**
**\*The Reno event will be on a smaller scale. Please show up by 9:30am.**


**Downtown Reno Library:** Thursday, June 15, 10am-noon @ Downtown Reno Library (75 max
for DSH)


- Security Briefing 9:30-10am
- Drag Story Hour 10:30-11 am-Ticketed/wristbands event.
- Reader: Christopher Daniels (Ginger Devine)
- Activities 10 am-12 pm


  **Schedule of RainbowFest Activities: North Valleys and Sparks Library:**


- Security Briefing 9:30-10 am

**Saturday, June 17, 10am-2pm RainbowFest @ North Valleys Library** (75 max for DSH)
**Saturday, July 15, 10am-2pm RainbowFest @ Sparks Library** (75 max for DSH)


- Outdoor Arts Camp; Cultural Events 10 am-2 pm
- Drag Story Hour 10:30-11 am-Ticketed/wristbands event.

**Readers:**
☐ June 17: Christopher Daniels (Ginger Devine) &amp;amp; Dino Valentino (Roberta)
☐ July 17: Christopher Daniels (Ginger Devine) &amp;amp; Angelo Perez (Lily)
Musical Performance 11:30 am-12 pm
Drag Story Hour 1-1:30 pm-Ticketed/wristbands event.
**Readers:**
☐ June 17: Christopher Daniels (Ginger Devine) &amp;amp; Dino Valentino (Roberta)
☐ July 17: Christopher Daniels (Ginger Devine) &amp;amp; Angelo Perez (Lily)
Food Trucks 11 am-2 pm


**Location &amp; Parking:**
**Downtown Reno Library:** 301 S Center St, Reno, NV 89501, street, metered, and parking garage parking

**Sparks Library:** 1125 12th St, Sparks, NV 89431, parking lot parking
**North Valleys Library:** 1075 N Hills Blvd, Reno, NV 89506, parking lot parking

Feel free to dress up &amp; spread the joy! THANK YOU SO MUCH. We quite literally could not do this without you. I am so proud to be part of this community.

Please let me know if you have any questions or concerns. Looking forward to working with you all!

Warmly,

Kelly Tanguay (They/Them)

| **From:** | Hemingway, Jamie <JHemingway@washoecounty.gov> |
|---|---|
| **Sent:** | 09 June 2023 22:01 |
| **To:** | Weinert, Beate; Christopher Daniels |
| **Cc:** | Bowen, Jonnica L.; Dickman, Corinne; Hansen, Judy; Kelly Tanguay; Larsen, Pam; Owens, Brenda; Ryan, Kristen; Scott, Jeff; Sloan, Tyna; Talarico, Lori A.; West, Benjamin; stacey@ourcenterreno.org |
| **Subject:** | Re: Agenda for tomorrow's meeting attached Re: RainbowFest/DSH Meeting-Downtown Reno Library |
| **Attachments:** | 2023 RainbowFest Poster.pdf |

Hi Stacey and Kelly,

I'm not sure we ever got the finished event poster sent to you. I've attached it to the email. Please feel free to print and post it at Our Center!

Also, I'd be happy to bring you some more of our Explorer brochures if you need some.

Just let me know.

Thanks,

Jamie

–

**Jamie Hemingway**
**Public Information and Development Officer | Washoe County Library System**
jhemingway@washoecounty.gov</A> | Office: 775-327-8360
301 South Center Street, Reno, NV 89501

_____

**From:** Weinert, Beate &lt;BWeinert@washoecounty.gov&gt;

**Sent:** Thursday, June 8, 2023 5:25 PM
**To:**    Christopher    Daniels    &lt;christopher.w.daniels@gmail.com&gt;;    Hemingway,    Jamie &lt;JHemingway@washoecounty.gov&gt;
**Cc:**    Bowen,    Jonnica    L.    &lt;JBowen@washoecounty.gov&gt;;    Dickman,    Corinne &lt;CDickman@washoecounty.gov&gt;;    Hansen,    Judy    &lt;JHansen@washoecounty.gov&gt;;    Kelly Tanguay   &lt;kelly@ourcenterreno.org&gt;;   Larsen,   Pam   &lt;PLarsen@washoecounty.gov&gt;;   Owens, Brenda   &lt;BOwens@washoecounty.gov&gt;;   Ryan,   Kristen   &lt;kryan@washoecounty.gov&gt;;   Scott, Jeff &lt;jscott@washoecounty.gov&gt;; Sloan, Tyna &lt;TSloan@washoecounty.gov&gt;; Talarico, Lori A. &lt;LTalarico@washoecounty.gov&gt;;    West,    Benjamin    &lt;BWest@washoecounty.gov&gt;; stacey@ourcenterreno.org &lt;stacey@ourcenterreno.org&gt;
**Subject:** Re: Agenda for tomorrow's meeting attached Re: RainbowFest/DSH Meeting-Downtown Reno Library

AGREED   all   around!!!   LOVE   LOVE   LOVE—and   Christopher,   you   are   the   most AMAZING of all 😍

With Much Gratitude,
Beate

   **Beate Weinert**
**Youth Services and Library Events Manager | Washoe County Library System**
bweinert@washoecounty.gov</A> | Office: 775.327.8361
301 S. Center Street, Reno, NV 89501
 </A>  </A>  </A>  </A>

**From:** Christopher Daniels &lt;christopher.w.daniels@gmail.com&gt;
**Sent:** Thursday, June 8, 2023 5:21 PM
**To:** Hemingway, Jamie &lt;JHemingway@washoecounty.gov&gt;
**Cc:**    Bowen,    Jonnica    L.    &lt;JBowen@washoecounty.gov&gt;;    Dickman,    Corinne &lt;CDickman@washoecounty.gov&gt;;    Hansen,    Judy    &lt;JHansen@washoecounty.gov&gt;;    Kelly Tanguay   &lt;kelly@ourcenterreno.org&gt;;   Larsen,   Pam   &lt;PLarsen@washoecounty.gov&gt;;   Owens, Brenda   &lt;BOwens@washoecounty.gov&gt;;   Ryan,   Kristen   &lt;kryan@washoecounty.gov&gt;;   Scott,

Jeff &lt;jscott@washoecounty.gov&gt;; Sloan, Tyna &lt;TSloan@washoecounty.gov&gt;; Talarico, Lori A. &lt;LTalarico@washoecounty.gov&gt;; Weinert, Beate &lt;BWeinert@washoecounty.gov&gt;; West, Benjamin &lt;BWest@washoecounty.gov&gt;; stacey@ourcenterreno.org &lt;stacey@ourcenterreno.org&gt;
**Subject:** Re: Agenda for tomorrow's meeting attached Re: RainbowFest/DSH Meeting-Downtown Reno Library

[**NOTICE:**   This message originated outside of Washoe County -- **DO NOT CLICK** on **links** or open **attachments** unless you are sure the content is safe.]

OH MY GAWD IT IS AMAZING!!!!!!!


YALL DID SUCH A GOOD JOB!!!


This made my day.
Love you all so much.




On Thu, Jun 8, 2023 at 4:33 PM Hemingway, Jamie &lt;JHemingway@washoecounty.gov</A>&gt; wrote:

Hello!


Just wanted to share our Drag Story Hour/RainbowFest promo video. It is now live on Facebook and Instagram: https://fb.watch/l27yQ4zBak/</A>


It's pretty adorable...


Huge thanks to Christopher for being so amazing!!




Thanks,


Jamie

**Jamie Hemingway**
**Public Information and Development Officer | Washoe County Library System**
jhemingway@washoecounty.gov</A> | Office: 775-327-8360
301 South Center Street, Reno, NV 89501</A>

—

**From:** Kelly Tanguay &lt;kelly@ourcenterreno.org</A>&gt;
**Sent:** Wednesday, June 7, 2023 5:01 PM
**To:** Ryan, Kristen &lt;kryan@washoecounty.gov</A>&gt;
**Cc:** Bowen, Jonnica L. &lt;JBowen@washoecounty.gov</A>&gt;; Christopher Daniels &lt;christopher.w.daniels@gmail.com</A>&gt;; Weinert, Beate &lt;BWeinert@washoecounty.gov</A>&gt;; Dickman, Corinne &lt;CDickman@washoecounty.gov</A>&gt;; Hansen, Judy &lt;JHansen@washoecounty.gov</A>&gt;; Hemingway, Jamie &lt;JHemingway@washoecounty.gov</A>&gt;; Larsen, Pam &lt;PLarsen@washoecounty.gov</A>&gt;; Owens, Brenda &lt;BOwens@washoecounty.gov</A>&gt;; Scott, Jeff &lt;jscott@washoecounty.gov</A>&gt;; Sloan, Tyna &lt;TSloan@washoecounty.gov</A>&gt;; Talarico, Lori A. &lt;LTalarico@washoecounty.gov</A>&gt;; West, Benjamin &lt;BWest@washoecounty.gov</A>&gt; stacey@ourcenterreno.org</A> &lt;stacey@ourcenterreno.org</A>&gt;

**Subject:** Re: Agenda for tomorrow's meeting attached Re: RainbowFest/DSH Meeting-Downtown Reno Library

[**NOTICE:** This message originated outside of Washoe County -- **DO NOT CLICK** on **links** or open **attachments** unless you are sure the content is safe.]
Hello all!

See below for the email sent to DSH volunteers. See attached for de escalation and conflict resolution training notes.

_____

Hello all!

It's almost showtime! Thank you so much for your interest in participating at one or multiple Drag Story Hour events. We are so excited and grateful to have you.

Many of you attended the training we hosted at Our Center, some of you were unable to attend, and some of you signed up to volunteer after the training had already passed.

I've attached a document to this email that recaps the basics of the training as well as some of the event logistics that we went over during the meeting. Please review this document!

With that being said, we recruited more volunteers than we expected to (yay!). So- all of the necessary positions will be able to be filled.

**A few things:**
- We will do our best to accommodate your needs and place you in the position where you would like to volunteer. However, we may need to move things around once we are on site depending on operational needs.
- If you would like to volunteer with family or friends that are under 18 years old, that is completely ok, we just ask that you stick together.
- Please show up to the position(s) and the event(s) that you signed up for on your original application form.
- Stacey and myself will be at the Reno and Sparks events to debrief and coordinate with all of you. Look for our Our Center name tags!

**Day of:**
**\*If you signed up to be on a set up crew, please arrive on site at 8:30am (Sparks &amp; North Valleys).**
**\*The Reno event will be on a smaller scale. Please show up by 9:30am.**

**Downtown Reno Library:** Thursday, June 15, 10am-noon @ Downtown Reno Library (75 max for DSH)

· Security Briefing 9:30-10am
· Drag Story Hour 10:30-11 am-Ticketed/wristbands event.
· Reader: Christopher Daniels (Ginger Devine)
· Activities 10 am-12 pm

**Schedule of RainbowFest Activities: North Valleys and Sparks Library:**

·    Security Briefing 9:30-10 am

**Saturday, June 17, 10am-2pm RainbowFest @ North Valleys Library** (75 max for DSH)
**Saturday, July 15, 10am-2pm RainbowFest @ Sparks Library** (75 max for DSH)

·    Outdoor Arts Camp; Cultural Events 10 am-2 pm
·    Drag Story Hour 10:30-11 am-Ticketed/wristbands event.

**Readers:**
☐ June 17: Christopher Daniels (Ginger Devine) &amp;amp; Dino Valentino (Roberta)
☐ July 17: Christopher Daniels (Ginger Devine) &amp;amp; Angelo Perez (Lily)
Musical Performance 11:30 am-12 pm
Drag Story Hour 1-1:30 pm-Ticketed/wristbands event.
**Readers:**
☐ June 17: Christopher Daniels (Ginger Devine) &amp;amp; Dino Valentino (Roberta)
☐ July 17: Christopher Daniels (Ginger Devine) &amp;amp; Angelo Perez (Lily)
Food Trucks 11 am-2 pm

**Location &amp; Parking:**
**Downtown Reno Library:** 301 S Center St, Reno, NV 89501</A>, street, metered, and parking garage parking

**Sparks Library:** 1125 12th St, Sparks, NV 89431</A>, parking lot parking
**North Valleys Library:** 1075 N Hills Blvd, Reno, NV 89506</A>, parking lot parking

Feel free to dress up &amp; spread the joy! THANK YOU SO MUCH. We quite literally could not do this without you. I am so proud to be part of this community.

Please let me know if you have any questions or concerns. Looking forward to working with you all!

Warmly,

Kelly Tanguay (They/Them)

On Tue, Jun 6, 2023 at 12:36 PM Ryan, Kristen &lt;kryan@washoecounty.gov&lt;/A&gt;&gt; wrote:

We are going to meet in the auditorium today.

—

**Kristen Ryan**
**Branch Manager | Washoe County Library System**
kryan@washoecounty.gov | Office: 775.327.8304
301 S Center St, Reno, NV 89501&lt;/A&gt;

_____

**From:** Bowen, Jonnica L. &lt;JBowen@washoecounty.gov&lt;/A&gt;&gt;
**Sent:** Tuesday, June 6, 2023 12:21 PM
**To:** Christopher Daniels &lt;christopher.w.daniels@gmail.com&lt;/A&gt;&gt;;; Weinert, Beate &lt;BWeinert@washoecounty.gov&lt;/A&gt;&gt;
**Cc:** Dickman, Corinne &lt;CDickman@washoecounty.gov&lt;/A&gt;&gt;;; Hansen, Judy &lt;JHansen@washoecounty.gov&lt;/A&gt;&gt;; Hemingway, Jamie &lt;JHemingway@washoecounty.gov&lt;/A&gt;&gt;;; Kelly Tanguay &lt;kelly@ourcenterreno.org&lt;/A&gt;&gt;;; Larsen, Pam &lt;PLarsen@washoecounty.gov&lt;/A&gt;&gt;;; Owens, Brenda &lt;BOwens@washoecounty.gov&lt;/A&gt;&gt;; Ryan, Kristen &lt;kryan@washoecounty.gov&lt;/A&gt;&gt;;; Scott, Jeff &lt;jscott@washoecounty.gov&lt;/A&gt;&gt;;; Sloan, Tyna &lt;TSloan@washoecounty.gov&lt;/A&gt;&gt;;; Talarico, Lori A. &lt;LTalarico@washoecounty.gov&lt;/A&gt;&gt;;; West, Benjamin &lt;BWest@washoecounty.gov&lt;/A&gt;&gt;; stacey@ourcenterreno.org&lt;/A&gt; &lt;stacey@ourcenterreno.org&lt;/A&gt;&gt;
**Subject:** Re: Agenda for tomorrow's meeting attached Re: RainbowFest/DSH Meeting-Downtown Reno Library

Hi Everyone,

I too may be just a tad late today.  I have to get a new program launched (Welcome Blanket Project) at the branch before I head out.

See you all in   a bit!

Jonnica

 </Span></A>

**Jonnica Bowen**
**Branch Manager, North Valleys Library | Washoe County Library System**
jbowen@washoecounty.gov</A>| Office: 775.972.0281
1075 North Hills Blvd. STE 340, Reno, NV 89506</A>

____

**From:** Christopher Daniels &lt;christopher.w.daniels@gmail.com</A>&gt;
**Sent:** Monday, June 5, 2023 10:58 PM
**To:** Weinert, Beate &lt;BWeinert@washoecounty.gov</A>&gt;
**Cc:** Bowen, Jonnica L. &lt;JBowen@washoecounty.gov</A>&gt;; Dickman, Corinne &lt;CDickman@washoecounty.gov</A>&gt;; Hansen, Judy &lt;JHansen@washoecounty.gov</A>&gt;; Hemingway, Jamie &lt;JHemingway@washoecounty.gov</A>&gt;; Kelly Tanguay &lt;kelly@ourcenterreno.org</A>&gt;; Larsen, Pam &lt;PLarsen@washoecounty.gov</A>&gt;; Owens, Brenda &lt;BOwens@washoecounty.gov</A>&gt;; Ryan, Kristen &lt;kryan@washoecounty.gov</A>&gt;; Scott, Jeff &lt;jscott@washoecounty.gov</A>&gt;; Sloan, Tyna &lt;TSloan@washoecounty.gov</A>&gt;; Talarico, Lori A. &lt;LTalarico@washoecounty.gov</A>&gt;; West, Benjamin &lt;BWest@washoecounty.gov</A>&gt;; stacey@ourcenterreno.org</A> &lt;stacey@ourcenterreno.org</A>&gt;
**Subject:** Re: Agenda for tomorrow's meeting attached Re: RainbowFest/DSH Meeting-Downtown Reno Library

[**NOTICE:**   This message originated outside of Washoe County -- **DO NOT CLICK** on **links** or open **attachments** unless you are sure the content is safe.]
Hey friends!

I will be zipping right over after a presentation that should get done a little before 2 so I might be a few minutes late. 🤝 😊

On Mon, Jun 5, 2023 at 4:03 PM Weinert, Beate &lt;[BWeinert@washoecounty.gov</A>](mailto:BWeinert@washoecounty.gov)&gt; wrote:

With Much Gratitude,
Beate

</A>    **Beate Weinert**
**Youth Services and Library Events Manager | Washoe County Library System**
[bweinert@washoecounty.gov</A>](mailto:bweinert@washoecounty.gov) | Office: 775.327.8361
301 S. Center Street, Reno, NV 89501</A>
</A>  </A>  </A>  </A>

**From:** Hansen, Judy
**Sent:** Tuesday, May 9, 2023 7:05 PM
**To:** Hansen, Judy &lt;[JHansen@washoecounty.gov</A>](mailto:JHansen@washoecounty.gov)&gt;; Weinert, Beate &lt;[BWeinert@washoecounty.gov</A>](mailto:BWeinert@washoecounty.gov)&gt;; Christopher Daniels &lt;[christopher.w.daniels@gmail.com</A>](mailto:christopher.w.daniels@gmail.com)&gt;; Hemingway, Jamie &lt;[JHemingway@washoecounty.gov</A>](mailto:JHemingway@washoecounty.gov)&gt;; Kelly Tanguay &lt;[kelly@ourcenterreno.org</A>](mailto:kelly@ourcenterreno.org)&gt;; [stacey@ourcenterreno.org</A>](mailto:stacey@ourcenterreno.org) &lt;[stacey@ourcenterreno.org</A>](mailto:stacey@ourcenterreno.org)&gt;; Sloan, Tyna &lt;[TSloan@washoecounty.gov</A>](mailto:TSloan@washoecounty.gov)&gt;; Ryan, Kristen &lt;[kryan@washoecounty.gov</A>](mailto:kryan@washoecounty.gov)&gt;; Scott, Jeff &lt;[jscott@washoecounty.gov</A>](mailto:jscott@washoecounty.gov)&gt;; Bowen, Jonnica L.

&lt;JBowen@washoecounty.gov</A>&gt;;  Larsen,  Pam  &lt;PLarsen@washoecounty.gov</A>&gt;;
Dickman,   Corinne   &lt;CDickman@washoecounty.gov</A>&gt;;   Talarico,   Lori   A.
&lt;LTalarico@washoecounty.gov</A>&gt;; Owens, Brenda &lt;BOwens@washoecounty.gov</A>&gt;
**Subject:** RainbowFest/DSH Meeting-Downtown Reno Library
**When:** Tuesday, June 6, 2023 2:00 PM-3:30 PM.
**Where:** Downtown Reno Library (301 S Center St, Reno, NV 89501, United States</A>)


--

Christopher Daniels, PCC

Professional Certified Coach and Integrative Change Worker
www.yourlifeworker.com</A>


--

Christopher Daniels, PCC

Professional Certified Coach and Integrative Change Worker
www.yourlifeworker.com</A>

**From:**           Ryan, Kristen <kryan@washoecounty.gov>
**Sent:**           26 July 2024 22:43
**To:**           Collamer, Brent; Sloan, Tyna; Bradshaw, Marie; Wade, Ashley
**Subject:**           My Leadership Notes
**Attachments:**

Lots of venting about the cancellation of Drag ST. Jeff was in and out most of the meeting.

- We are not to conduct any Drag events because now it will be come a liability. If we continue to host the program after the recommendation to stop, then we could be personally liable if anything happens. The county won't cover us.
- Most managers want to develop other programming to support the LGBTQ community.
- Beate wanted to call an emergency YSLE meeting to discuss this, but it was decided to hold off to let the staff grieve and process. However, this might be a big discussion topic at next YSLE.
- There are concerns about library staff marching in the parade this year. They feel that it looks bad if we march as an ally, yet we won't conduct programming to support the LGBTQ community.

Regular Leadership Business

- Next month LBOT is going to review the 3 out of 4 suspensions from NV's Drag ST Hour. Jeff has a feeling the board will uphold the suspensions for Ribar and Nells. Jeff mentioned that Chair Silver wants to give Sandie a lesser suspension. I sent Stacy our suspension guidelines and the NRS stating a person can't disrupt activities in a public building. Hopefully that will help Stacy form her argument to not appeal the suspensions.
- They are also going to evaluate Bruce Parks' Constitutional Day program proposal appeal.
- The County now will have to approve two of our vendors before we can pay them. The County will have to approve us using Overdrive and Baker &amp; Taylor. Debbie has concerns the commissioners will not approve this since they seem not to approve most library agenda items.

–
**Kristen Ryan**
**Branch Manager | Washoe County Library System**
kryan@washoecounty.gov | Office: 775.327.8304
301 S Center St, Reno, NV 89501

Case Number    **NV2024-016**



**Washoe County Library System**
**NORTH VALLEYS**
**P.O. BOX 2151**
**RENO, NV, 89505**

Incident Report

Reported by:    **JBOWEN**

Incident Types Label    POLICY                    Incident Disposition

| Staff Recorder | Manager/Supervisor On Duty | Manager/Supervisor Notified |
|---|---|---|
| **JBOWEN** | **JBOWEN** | **YES** |

| Incident Occurred Date | Return Date |
|---|---|
| **06/15/2024 at 12:00 AM** | |

| Location | Specific Location |
|---|---|
| **NORTH VALLEYS** | **BUILDING AND PARKING LOT FOR RAINBOWFEST 2024** |

### Contact # 1

| Full Name | Library Card Number |
|---|---|
| **FRED  MYER** | |

| | Email Address |
|---|---|
| | |

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| | | **MALE** | **WHITE** |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| **5'08"** | | **GRAY** | **UNKNOWN** |

| Approx. Age | | Build | Clothing (Limited to 49 characters) |
|---|---|---|---|
| **50 - 59** | | **AVERAGE** | |



Notes:

**FADED GREY T-SHIRT, LONG BLUE DENIM PANTS; FADED GREY BALL CAP; WIRE RIM EYEGLASSES (BLACK IN COLOR - FRAME)**

### Contact # 2

| Full Name | Library Card Number |
|---|---|
| **NICHELLE  HULL** | |

| | Email Address |
|---|---|
| | |

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| | | **FEMALE** | **WHITE** |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| **5'07"** | | **RED** | |

| Approx. Age | | Build | Clothing (Limited to 49 |
|---|---|---|---|
| | | | |

| **Prepared By:** | | **Submitted Date** |
|---|---|---|
| JBOWEN(jbowen) | | 06/18/2024 4:37 PM |
| **Signature** | | **Reviewed By/Date** |
| | | JBOWEN 06/18/2024 4:37 PM |

50 - 59                    AVERAGE

Notes:

---

## Contact # 3

| Full Name | Library Card Number |
|---|---|
| **SANDY TIBBIT** | |

| | | Email Address | |
|---|---|---|---|
| Age | Date of Birth | Gender | Race |
| | | **FEMALE** | **WHITE** |
| Height | Weight | Hair Color | Eye Color |
| **5'05"** | | **RED** | |
| Approx. Age | | Build | Clothing (Limited to 49 characters) |
| **50 - 59** | | **AVERAGE** | |

Notes:

**BRUNETTE HAIR WITH GREY/SALT & PEPPER**

---

## Contact # 4

| Full Name | Library Card Number |
|---|---|
| **VICTORIA MYER** | |

| | | Email Address | |
|---|---|---|---|
| Age | Date of Birth | Gender | Race |
| | | **FEMALE** | **WHITE** |
| Height | Weight | Hair Color | Eye Color |
| **5'06"** | | **GRAY** | |
| Approx. Age | | Build | Clothing (Limited to 49 characters) |
| **60 - 69** | | **THIN** | |

Notes:

**LONG HAIR (PAST SHOULDER LENGTH)**

---

## Contact # 5

| Full Name | Library Card Number |
|---|---|
| **GEOFF KNELL** | |

---

| Prepared By: | Submitted Date |
|---|---|
| JBOWEN(jbowen) | 06/18/2024 4:37 PM |

| Signature | Reviewed By/Date |
|---|---|
| | JBOWEN 06/18/2024 4:37 PM |



| Email Address | | | |
|---|---|---|---|
| Age | Date of Birth | Gender | Race |
| | | **MALE** | **WHITE** |
| Height | Weight | Hair Color | Eye Color |
| **5'05"** | | | |
| Approx. Age | | Build | Clothing (Limited to 49 characters) |
| **50 - 59** | | **AVERAGE** | |

Notes:

**CLOTHING: GREEN / BLUE CHECKED PATTERN BUTTON UP SHIRT (SHORT SLEEVES); LONG KHAKI SHORTS; BLUE BALL CAP WITH RED BRIM; WEARING BODY CAMERAS ON HIS TORSO. AT ONE POINT WAS WEARING VOICE AMPLIFICATION EQUIPMENT ON HIS PERSON.**

## Contact # 6

| Full Name | Library Card Number |
|---|---|
| **DREW JOSEPH RIBAR** | |

| Email Address | | | |
|---|---|---|---|
| Age | Date of Birth | Gender | Race |
| **56** | **05/09/1968** | **MALE** | **WHITE** |
| Height | Weight | Hair Color | Eye Color |
| **6'00"** | | **GRAY** | **GREEN** |
| Approx. Age | | Build | Clothing (Limited to 49 characters) |
| **50 - 59** | | **MEDIUM** | |

Notes:

## Addresses

| Street Number | Street Name | Apt./Suite |
|---|---|---|
| **3480** | **PERSHING LN** | |
| City | State | Zip |
| **WASHOE VALLEY** | **NV** | **89704** |

## Digital Media List

### Digital Media # 1



Title
**MYER, TIBBITT & OTHER**

Description
**Myer, Tibbitt and other protester hold up signs during dance in story time**

| Prepared By: | | Submitted Date |
|---|---|---|
| JBOWEN(jbowen) | | 06/18/2024 4:37 PM |
| **Signature** | | **Reviewed By/Date** |
| | | JBOWEN 06/18/2024 4:37 PM |

**Digital Media # 2**



Title

**VIDEO RIBAR WITH FOOT IN DOOR**

Description

**Video shows Drew Ribar obstructing door with is foot.**

**Digital Media # 3**



Title

**DREW RIBAR WITH FOOT IN DOOR**

Description

**Still of video with Drew Ribar obstructing the door with his foot.**

**Digital Media # 4**



Title

**TIBBITT PROTEST IN STORY TIME**

Description

**Tibbitt protests in story time**

**Digital Media # 5**



Title

**PROTEST INSIDE STORY HOUR**

Description

**Tibbit, Myer, & Unknown woman protest inside story time program (1)**

**Digital Media # 6**



Title

**MYER & TIBBITT 2**

Description

**altercation re: children in story time (second video)**

| Prepared By: | | Submitted Date |
|---|---|---|
| JBOWEN(jbowen) | | 06/18/2024 4:37 PM |
| **Signature** | | **Reviewed By/Date** |
| | | JBOWEN 06/18/2024 4:37 PM |

| **Digital Media # 7** | |
|---|---|
|  | **Title** |
| | MYER & TIBBITT 1 |
| | **Description** |
| | altercation re: children in story time (First video) |

| **Digital Media # 8** | |
|---|---|
|  | **Title** |
| | DREW  RIBAR FOLLING FOOT IN DOOR |
| | **Description** |
| | altercation with Drew Ribar following his obstruction with his foot in the door. |

**Narrative text**

Stacy interactions:


Snell- Was walking around area during set up and several volunteers and staff pointed him out .  When the event began, he was at the entrance of the event with amplified volume shouting negatively at the people in and around the booths.  I approached with security and told him that he cannot use amplification.  He argued.  I told him if he did not comply, he would be asked to leave.  He argued.  I asked him to leave and notified him that if he did not leave, he would be trespassed.  He argues so I told security to go ahead and call PD to trespass him and, as discussed in the security briefings, left the area for security to handle the situation.  Security contacted me a few minutes later and said that as soon as I walked off, he turned off his amplification and went back to the protest area.  Security warned him that if he did anything else outside of policy they would proceed with the trespass.  In my opinion, Security should have followed up on my directive to trespass him. I feel this might have set a tone for us not putting up with violations from this same group of disruptors and by him not being trespassed when I called for it, I think it sent a different message that they will get a pass for their behavior .  It also made me second guess calling for a trespass (like we had discusses) so I want to be clear with the next few events that if a staff calls for someone to be trespassed, that is it is followed through.


I was notified that a man (not sure of his name, he was wearing grey American flag shirt) was standing next to the front door with a flag and arms folded asking questions of staff who were by the door about the legality of the library being closed to the public .  I walked up and the staff stepped aside to direct the man to me.  He started arguing about the library being closed today and why was it that way when our website says that library programs are for all people. I explained that it was a special event and only children and their adult guardian were allowed to attend for this event.  He continued to argue about it.  I told him that I had no other answers for him and assured him that we are in compliance with all policy and county regulation.  He continued to argue, I let him know that I would not continue to argue and that he should not harass other staff with the same questions as they have been answered .  He stood around the same area for a while and then left that area.


I was notified that some attendees were being disruptive with their signs in the Storytime.  Apparently waving the signs and blocking views during one of the song/dance portions of the event.  By the time I got into the event, the attendees were sitting.  Identified as Sandy Tibbetts, the patron was sitting with their sign above their head, I told her that she was blocking patrons and staff behind her and that if she continued, she would be asked to leave. She lowered the sign to be in front of her head.  She was also with Victoria Meyer in the front row of the event with another woman, all were holding signs at an appropriate level by the time I left them.

| **Prepared By:** | | **Submitted Date** |
|---|---|---|
| JBOWEN(jbowen) | | 06/18/2024 4:37 PM |
| **Signature** | | **Reviewed By/Date** |
| | | JBOWEN 06/18/2024 4:37 PM |

Later in the same event, Tibbitts moved in the aisle about the middle of the row of chairs and was standing in the aisle with her sign raised above her head.  I approached and told her that she cannot be blocking the aisle and cannot have the sign obstructing any views.  She argued that no one was behind her, she did eventually move out of the aisle and lower her sign.  After many questions about which of the children belonged to her, she refused to answer, but at one point said, "that is my grandson, right there."  Later she said she was here with her daughter or granddaughter. I believe that none of the children there were associated with her, and she was "borrowing" one of Victoria Meyers grandchildren to say they were hers .

I was asked to come out to help with a patron yelling at staff. Sandy Tibbitts was extremely close to a staff member yelling and shaking her finger in the staff member's face.  I walked up and asked what the issue was.  Tibbetts became very close to me and was shaking her finger in my face asking something about why her child was held again her will.  At this point,  many staff, volunteers, and "patrons" were interacting in the central area of the booths. I loudly said that I would be the only one speaking to these complainants and told them that if they wanted to continue this issue, they would need to follow me to discuss the issue in a less congested area.   We moved to a more isolated area.  I told Tibbitts to stop yelling to step back and that she needed to calmly tell me what was going on or I could not help her .  Meyer was also relaying the story but was keeping her voice down and calmer demeaner.  They began telling me that their granddaughters were trying to leave the Storytime because they were "sick" and that Victoria had arranged for their grandfather to meet them outside but that when they went to go out the door, that they were told they could not leave by the staff member attending the door .  I told them to sit tight, and I would go investigate the issue.  I went in and talked with Tyna Sloan who said that the girls wanted to leave , that she asked them, "where is your adult because you need to stay with then for this event."  Victoria then came and talked to Tyna asking for her to allow the children to leave to which Tyna said that if they leave , they would not be allowed back in and that if the girls left, that their adults would need to leave with them since the event required that adults have children with them.  I went out and relayed this information to Tibbitts and Meyer and told them that the staff member was following all procedures perfectly for the safety and security of the children.  That they were always in the room with their "own" wards and so there was no violation of this issue and we were done talking about it.  They angrily walked off with Victoria now yelling back that, well, you are in violation of fire code anyway.

I was in the library, and someone called for me to come outside as the fire department was on site.  I walked out to see two fire department investigators surrounded by protestors telling them of the alleged issues.  The fire investigators, the NV branch manager and the fire investigators all entered the building and did a walk through.  The first investigators verified that we always had an attendant at the front door during this event and let us know that we were cleared for fire safety and that they would notify the complainants of this when they left and would encourage them to go to PD for the claims of unlawful detainment.  The fire investigators also gave us some advice about how to help with event in the future in that if we have an investigator come out and do a walk through beforehand, that they could give us a report that we are cleared so that we can just have that to show complainants in the future.  (Jonnica did go out with the investigators and reported that they were "swarmed" by the complainants but were told that we had been cleared with no violations. Jonnica, please feel free to elaborate on this part as you see fit…or any parts of this report).

I was behind the chairs in the story time when a staff member yelled for me saying " he has his foot blocking the door , he is trying to come in."  I went to the front door to see that Drew Ribar had his foot in the door,  not allowing staff to close the door and was pushing his way in saying that the library should not be closed and similar yelling about taxpayer money, etc.  I walked up to the door and told staff to go ahead and move back and I pushed the door open and yelled for him to get back and as I walked out the door, he did step back, and staff closed the door and locked it behind me. I asked him to move to a secluded area for us to talk about the incident, but he refused and said this is a public spot and we could talk right here.  He asked why the library was closed and I explained to him.  He asked again in a different way, and I told him to stop interrupting me if he wanted an answer.  I explained the nature of the special program and that we were in compliance with the county and all procedures.  He continued to basically ask the same information (should add that he was recording the entire time, would like to see that recording from his forcing his way into the library) and I told him that his information was

| Prepared By: | | Submitted Date |
| --- | --- | --- |
| JBOWEN(jbowen) | | 06/18/2024 4:37 PM |
| **Signature** | | **Reviewed By/Date** |
| | | JBOWEN 06/18/2024 4:37 PM |

Page 6 of 12

asked and answered several times. He continued, and I said, asked and answered. He changed his line of questioning from the library being open to asking about pornography and sexual content for children. I told him that I would not answer the irrelevant questions and that I was done speaking to him about the topics as they have been asked and answered and that if he continued to ask the same things over and over, it would be considered harassment, and he would be asked to leave. I stayed in the area without engagement with him and he left a short time after without engaging any other staff as far as I know. In retrospect, I most definitely should have trespassed him for forcibly trying to enter the building and learning that an employee was injured in the incident is extremely troubling to me that I did not make the trespass call. I feel that I was a bit traumatized myself and was concerned for future actions by this individual, so was working toward escalation and was not thinking as clearly as I should and I 100% feel that I was in the wrong for not trespassing him for this forceful entry and will not make the same mistake again.

_____

Narrative from Branch Manager, Jonnica Bowen:

On Saturday, June 15, 2024, the annual RainbowFest event was held at the North Valleys Library. The following reports on multiple incidents that I (Branch Manager, Jonnica Bowen) mediated through the set up, event time, and teardown time on that day (Roughly about 9:20 AM – 1 PM):

Prior to official event kick off, about 9:25 AM, I was notified by Stacy McKenzie that she had notified a person that they were trespassed from the property; she needed me to be present to formalize it, as I am manger of the building that we have tenancy of in lieu of the property owner (Selective Real Estate).

I approached and was directed to a man approximately 50+ years, wearing long khaki cargo style shorts; a short-sleeved shirt with a green in color checkered pattern; a blue ball cap with a red brim; wearing body camera equipment (I later learned this man's last name is Snell). (I was not informed of the reason for trespass by AD McKenzie) The man was repeatedly asking staff at the entry point questions about the event in a confrontational tone while filming them. He made statements to library staff including myself that we "...are perverts" for hosting the RainbowFest event. After continued comments, repetition of the same questions and/or statements that were in relation to wanting to know if library staff were aware of specific regulatory statutes, and not asking for assistance related to the operations of library services, I asked the man to leave the day as he was in violation of library conduct policy #3, preventing library staff from conducting their job(s). He refused to leave the premises, at which point I informed him he was trespassing and needed to leave the property, or we would call for support from law enforcement. At that point, Allied Security staff stepped in to mediate the trespass, I left the area.

Shortly thereafter a different man approached me at the entry point. He was wearing a washed-out grey colored t-shirt, long denim blue jeans, a similarly colored grey ball cap; eyeglasses with a black wire frame; grey or white facial hair. He asked some questions about the event, and I answered. After a while he got involved in the "discussion" regarding the above man's trespass. After a few minutes, he further engaged me with repetitious questions about the nature of the incident with other people (not library or event services). I refused to answer his questions pertaining to other people's business with the library.

About that time another man approached having walked over from the "free speech zone," that was set up by folks wishing to protest the event, this man had a long in length, plastic corrugated sign with handwritten messages on it. It was in the style of those for yards with two wire prongs for mounting in a lawn or similar earth surface. He was wearing a black t-shirt with colorful slogans on the front. I informed this man that he may not enter the library event space with the sign. I asked him to return to the free speech zone with his sign. As I engaged with this man the other (in grey, above) began interfering with that conversation. His tone was aggressive and unrelenting. I informed the man in grey that if he did not cease his interference with my ability to do my job, I would be asking him to leave for the day. He became more aggressive in his tone and flat out refused to leave by telling me he would not do so. I asked him to leave for the day for violation of library conduct policy (#3), he again verbally and physically refused to leave. I notified him he was trespassing, and that law enforcement had been called. Allied Security intervened to enforce the trespass. I awaited the arrival of law enforcement for both incidents (away from the area per security protocol). The man with the sign remained outside the event perimeter.

Reno Police Department responded to the call for trespass. I spoke to them at length about the incidents and needs of the event. Once law enforcement showed up the activities of the protestors almost immediately slowed down and appeared to be very docile. Most individuals stayed with their tents and vehicles.

| Prepared By: | | Submitted Date |
|---|---|---|
| JBOWEN(jbowen) | | 06/18/2024 4:37 PM |
| **Signature** | | **Reviewed By/Date** |
| | | JBOWEN 06/18/2024 4:37 PM |

I agreed with RPD officers that we would allow the two men (who were asked to leave) would be able to stay as long as they did not resume their violating behaviors according to the reason for trespass, or other violations of the library conduct policy. RPD shared this message with the group of protestors.

While I was speaking with RPD (about 30-40 minutes in total) I was informed a different man was at the main entrance of the library pulling violently at the door attempting to enter and that he was informing staff at that service point that he demanded to be let in . Branch Manager, Kristen Ryan, mediated that issue and will submit a report. (This man was wearing a grey t- shirt with an American flag logo and slogan bout the "people are pissed" or similar language to that message.)

Throughout the entirety of the event, Drew Ribar, who is known as a 1st Amendment Auditor, was at/ inside the (outdoor) event space filming the staff and volunteers. He inserted himself in the conversation between me and RPD officers . Officers gave him verbal instructions multiple times to step back and away from others in the conversation. At no point was he or others told they could not record at the event.

Mr. Ribar was involved in several other specific incidents in which library management was required to intervene. (See associated reports). I also mediated specific questions from Mr. Ribar when he repeatedly insinuated that we (the library) are discriminating against, seniors/elderly people, homeless people, and other adult categories of people. I did not know at that time that this line of dialog was happening immediately following his attempt to rush the main library entrance and enter the closed library (facility). This was the incident that resulted in injury to a library employee. (Reports that Mr. Ribar attempted to rush the entry in between story time events. This resulted in injury to Library Assistant II, Thanh Nguyen. See accompanying reports.)

Following the end of the first story time performance, Mr. Ribar approached me and demanded to know why children were being held against their will in the library and being "locked in[side]." He proceeded to make statements and questions regarding fire code and regulation. I reiterated to him that I do not interpret law or statute and would not comment on it. About this time, I returned to watch the event entry where I was stationed.

In between the two story time sessions (10:30 & 11:30 AM), I witnessed one of our protestors (Victoria Myer) leave the library following the performance; she had a child with her and attended the story hour. (She was 50+ years; about 5 ' 4" in height, long grey/salt & pepper colored hair; thin build. She had a grey colored cardigan with her and wore a striped top.) She attempted to double back as I was ushering at the exit. She left her sweater inside. Jennifer Cole found the sweater and brought it to her at the door.

About 30 minutes later this same woman, Victoria Myer, returned to the event area with a second lady, Sandy Tibbitt, (same height, brunette/salt & pepper colored medium length hair). They were approaching from the free speech tent and walking very fast with their cell phones positioned to video record. I could clearly see from their facial expressions and body language, and the tone of voice they were speaking in with each other that they were both in a very high state of anger. They were walking towards our event. As they entered, I greeted them and asked how I could help them. They stopped and were less than about at foot and a half ( or half an arm's length) away from me with their cell phones in front of their faces in order to record me. They demanded in yelling volume and aggressive tone to know why the lady who I saw leave the story time (Victoria Meyer's) child or grandchild (I am uncertain of the relationship) was, according to them, not allowed to leave the story time and "locked in[side]" the venue? They proceeded to demand answers relating to fire code and fire safety, I am unsure, but I think I informed them I needed to get Library Assistant Director to assist with their questions , as she may have been closer to the event and be able to better advise on their concerns. The women left me; they continued towards the front door of the library, and I found them yelling for Debi Stears ("Where's Deb?!") and yelling at library staff including Stacy (AD).

The incident became a yelling match. I observed both of the women with cell phones standing in extremely close proximity to library staff . I heard one of the two stating repeatedly that the library was "unlawfully detaining children in the event!" I raised my voice above theirs to ask them (Ms. Myer and Ms. Tibbitt) to step back and away from library staff as they remained in extremely close proximity to individuals and their personal space, the women did not move. I announced loudly that they needed to move away from the emergency exit that they were blocking. They continued to film and yell at staff, eventually Ms. Tibbitt stepped about two stride lengths aside from the emergency door. Stacy intervened and redirected the women and any one with concerns to voice those concerns to her (Stacy) and her only. I removed myself from the situation.

| Prepared By: | | Submitted Date |
|---|---|---|
| JBOWEN(jbowen) | | 06/18/2024 4:37 PM |
| **Signature** | | **Reviewed By/Date** |
| | | JBOWEN 06/18/2024 4:37 PM |

A while later, the Reno Fire Department arrived to address a call of complaint from a man who was at the protest area. Battalion Chief Roger Mooney and Katie Walker met with me and Stacy to review the event spaces , library facility, and to review any violations of the fire code. They made a recommendation that we resituate library decoration as one of the hanging objects may have visually obstructed the emergency exit sign in one location. They found no other violation (we were not cited for any violation). They made recommendations on how to get events reviewed in advance for next year so we can have paperwork on had to show people with complaints. Chief Mooney let us know that a male called in the complaint.

While Stacy and I were speaking with the fire team, we were alerted that the two women from before ( Victoria Myer and Sandy Tibbitt) were in an altercation with staff outside. Branch Manager, Kristen Ryan, mediated that incident. (See report.)

I am unaware of what time the proceeding incident happened; I believe it was sometime between the two story hours. Nichelle Hull approached the event entrance, coming from the free speech area. I was working at the entry point and greeted her. She inquired if she could come in, I welcomed her into the event. She had a hand full of half-page flyers with her. She immediately handed me one in a friendly manner. (The flyer is advertising a family bowling event at a local venue.) I immediately told her she was welcome in the festival area, but that we ask people to not solicit others with flyers at the library. She continued to walk away and proceeded to hand out flyers to at least two more people. A team member at the United Way booth had seen/heard my interaction with Ms. Hull. She was flabbergasted that Ms. Hull continued to hand out flyers after I asked her not to. I approached Ms. Hull and explained that she was very welcome at the festival, but that in order to issue flyers she needed to follow our procedure by submitting the flyer to our development officer, Jamie Hemingway, for approval. Ms. Hull became argumentative and stated she was confused by my information. I explained again what I had just told her. She continued to argue with me and then asked if she could film me explaining these things to her. I allowed her to present her cell phone to film me, which she did, she provided a recorded preamble for her video about what she was doing and "introduced" me in her speech. She recorded me. When I did not comment she attempted to get me to explain the prior information to her again. I stated only that I had explained it to her twice already and I would not do again. She interpreted for her audience her experience. She inquired about property ownership of other areas of the parking lot. She did stop recording me and left to another area that was open parking for the remaining businesses in the shopping center.

Regarding the incident with Drew Ribar and the injury to Thanh Nguyen :

I (Jonnica Bowen) received the following message from Branch Manager, Kristen Ryan:

Morning! This is Audrey's report:

 Debi was leaving the building and a man rushed the door, yanked on it back open before it could be shut all the way, and stuck his foot in the door and refused to get out of the way. I didn't see anything that happened on the inside.

_____
Narrative from Branch Manager, Kristen Ryan:

This is what I remember about today's activity outside. Feel free to change the times, it was kind of a blur when things happened ??

10:00ish
Assistant Director wanted to trespass an individual right at the beginning of the event (Mr. Knell?). Jonnica and 2285 went to the front of the to explain where the protest zone was. An elderly man (unknown to me) had a protest sign right at the entrance to the event. Jonnica explained where the protest area was and that he needed to move. This individual refused, stating he had first amendment rights. While Jonnica was engaging with this individual, another individual, Mr. Knell, was filming the encounter. Mr. Knell continue to film Jonnica while stating this event is for perverts. At this time, Jonnica requested for WCSO to come out to trespass Mr Knell because he was preventing

| Prepared By: | | Submitted Date |
|---|---|---|
| JBOWEN(jbowen) | | 06/18/2024 4:37 PM |
| **Signature** | | **Reviewed By/Date** |
| | | JBOWEN 06/18/2024 4:37 PM |

her from doing her job and for the individual who was holding the sign, refusing to move to the protest zone.

RPD showed up about 10-15 minutes later. They were talking to Jonnica about the trespass. While RPD was talking to Jonnica, Drew Ribar was filming the encounter. RPD told Drew to step away, citing safety concerns. Drew argued with RPD. At this time 2285 went to chat to Drew. 2285 asked Drew how his election went and talked about his towing company. Drew engaged with 2285 while still holding his camera towards Jonnica and RPD.

10:30ish
While 2285 was talking to Drew Ribar, Assistant Director asked 2285 to check on the individual by the front door since he looked like he was trying to get into the library. 2285 went over and talked to Wayne and explained that the library was not opened for regular service. Wayne argued how it does not state the library was closed and he wanted in. 2285 pointed at the sign that said "Most regular library services will not be available during the festival." Wayne continued to argue how the sign didn't say it was closed. 2285 redirected Wayne to the book mobile. Wayne continued to stand by the front door. Eventually Wayne went to the protest zone to sit. About 30 minutes later Wayne was sitting on the benches in front of the library holding an American Flag.

11:15ish
2285 overheard the protesters talking about the front door being locked in the library. They mentioned that this is against fire code. At this time, Sandy Tibbett and Victoria Myer, followed by Drew Ribar and Mr. Knell, rushed over to ask Jonnica about WCLS violating the fire code. They moved on to talk to Debi and Stacy about the fire code.

Shortly after this encounter, Victoria Myer and Sandy Tibbett claimed library staff were locking their grandchildren in the library and refuse to let them out. Sandy was screaming and yelling right at the ST entrance. Jonnica, Assistant Director, and 2285 both tried to calm Sandy down and have her move so she was not blocking the entrance. Eventually Assistant Director told everyone that she is the only one speaking. Assistant Director listened to Victoria and Sandy, went inside to talk to 9453. 9453 reported the children who wanted to leave did not have an adult with them as they were leaving. 9453 did not feel comfortable letting the children outside without an adult, and told them to get their adult first.

11:45ish
About this time, the fire marshals arrived since they received a complaint. As soon as they walked up to the entrance of the festival, Victoria, Sandy, Nichelle, Drew, and Mr Knell were filming the encounter. The fire marshals went into the library to do a site evaluation with Jonnica, with Victoria, Sandy, Nichelle, Drew, and Mr. Knell following them.

Noonish
While Jonnica was with the fire marshals, Bailey or 14032 called for a manager to come to the front door. 2285 responded and saw that Sandy Tibbett and Victoria Myer were having an escalated argument with Zoe (Debi's daughter), Bill (Debi's husband), Stacy Spain, and another Our Center volunteer. 2285 stepped in between the group and asked Sandy to lower her voice. Sandy complied. 2285 redirected the conversation with Victoria Myer and asked about her sister-in-law Denise Myer (2285 has a family connection with Denise Myer). 2285 and Victoria chatted about Denise and Sandy began to converse with 2285, stated it is a small world. Victoria left, while Sandy thanked 2285 for being nice. After Sandy left, Bill expressed frustration about this group wanting to fire his wife, Debi. While 2285 was chatting with Bill, Zoe, and Stacey Spain, Mr. Knell started filming the group. He tried to engage in political conversation, and 2285 said let's agree to disagree. Mr. Knell left.

_____

Incident Report (Injury) from Library Assistant II, Thanh Nguyen:

This is the incident report at the North Valleys Rainbow Festival on June 15, 2024 at around the 10:45 – 10:50AM (the third story read by Ms. Ginger Divine).

I was watching the main door entrance. The door was always locked but when I saw any of the library staff or supporting staff with wrist band wishing to come in, I released the lock. For this incident, I saw a library staff approaching closed to the door, so I released the lock. Staff had not had a chance to come in, and there was a tall man holding his camera recording right after this person. Staff came in, and he held the opening door tight with force trying to get in while on camera recording. I held the door while bracing my body and my left arm

| Prepared By: | | Submitted Date |
|---|---|---|
| JBOWEN(jbowen) | | 06/18/2024 4:37 PM |
| **Signature** | | **Reviewed By/Date** |
| | | JBOWEN 06/18/2024 4:37 PM |

against the locked door portion. He then used his right foot to block the door from closing while with a loud voice, demanded to come in. In short seconds, there were several staff (I noticed that Ms. Tina was right next to me) came behind me to explain and mediate the situation. The man released the door and removed himself away from the door. Moment later, my left forearm proximal to the elbow felt sore and a bruise appeared later.

I reported this incident in front of North Valleys staff with the presence of Ms . Jonnica and Ms. Pam.

_____

Statement from Jamie Hemingway, Development Officer, to Library Leadership Team on the incident leading to injury of Thanh Nguyen , due to actions by Drew Ribar:

"....It was a really loud slam and the staff member was doing her best to hold the door closed . I only got footage from inside when the door was finally closed. And by "doing her best" I mean putting her entire bodyweight into holding closed."

_____

Narrative from Beate Weinert:

3 adults in front row seats held up signs; they were accompanied by 3 youth
Looked like one individual brought 2 girls (Victoria Meyer—grandmother??), other individual joined them (Sandy Tibett?
as the event progressed 2 of the signs were brought up just above heads
refused multiple requests to please put signs lower as not to obstruct the view of those behind them
surrounding families were becoming increasingly upset—tears from both adults and youth in attendance?
Sandy became increasingly belligerent and confrontational

the 2 girls wanted to leave—mention of feeling sick
at door, were told kids needed to leave w/adult
Grandmother claimed grandfather meeting them on other side of the door
Grandmother was told she had to leave w/them since she was no longer accompanied by a child

Sandy Tibett remained in ST, stood in aisle holding up sign, refused to move out of aisle even after being told it was a safety issue; she was asked where her child was, responded w/ 'none of your business', was told she had to leave since she is no longer accompanied by an adult--Beate has video of one of the interactions between Sandy, Stacy, Debi, Beate

___

Narrative from Ashley Wade:

I'm writing to formally report patron behavior I observed at the North Valleys Library on Saturday , June 15, 2024. I was in the building 10am – 12pm to observe the Story Hour and plan my own upcoming story time.

Specifically, the two tweens sitting in the front row left the adults several times. I observed them attempt to leave where a staff member told them to get their adults for safety reasons. In the moments these children were sitting with their adults, they were keen to participate. The adult next to them responded to their attempts with to "Stop" and to "Sit down and shut up. This isn't for you." Frankly, I was concerned the children were told to leave the building so the adults could become violent.

These same adults held signs in front of their chests and, at times, their faces. These signs had logos on them and words like "pervert". I observed two parents look at the signs and start crying. I observed several parents move away to get away from these patrons.

I also observed a tall man attempting to yank the door open, pressing his body into the doorway, very close to the two staff members trying to keep it closed.

| Prepared By: | | Submitted Date |
|---|---|---|
| JBOWEN(jbowen) | | 06/18/2024 4:37 PM |
| **Signature** | | **Reviewed By/Date** |
| | | JBOWEN 06/18/2024 4:37 PM |

Thank you for considering this information as WCLS moves forward with children's programming ,

Ashley

_____
Witness Statement from Tati Mesfin:

DQSH Witness statement:

I was standing near the entrance of the back meeting room (serving as a comfort station for the event), when I heard what sounded like a door being struck or shut abruptly by the front entrance of the library and one or two voices yelled something I couldn't distinguish. I went outside to observe, and I heard and saw Beate yell "security" three times.  Two security officers responded, running to the front entrance. A man with a camera was in front of the library entrance, arguing with staff and security that he should be allowed in the library . His manner was belligerent and argumentative. He pointed his camera to the branch hours posted by the door, stating the hours are 10am to 4pm and that he should be allowed inside. As I looked away and left to continue my duties, he continued to film and demand entrance inside the library.

I witnessed another incident closer to 1pm (the end of the event). I was in the parking lot and saw several adults (who were in the protest/petition area earlier) running towards the library. Three of them were women with their phones out, raised and in front of their faces. They appeared to be recording. They ran towards one of the unlocked emergency exits and tried to open the door.  Staff were present and blocked them from coming inside. Arguments ensued.  The women with phones yelled at staff (I could not distinguish what was being said). I did hear one of the Friend of the Library Volunteers say "you should be ashamed of yourselves" to which one of the protesters with a phone yelled back "you should be ashamed of what you are all doing".

| Prepared By: | | Submitted Date |
|---|---|---|
| JBOWEN(jbowen) | | 06/18/2024 4:37 PM |
| **Signature** | | **Reviewed By/Date** |
| | | JBOWEN 06/18/2024 4:37 PM |

**From:**          Scott, Jeff <jscott@washoecounty.gov>
**Sent:**          06 August 2024 18:13
**To:**            Reno Gay Page
**Subject:**       RE:
**Attachments:**   24 08 20 LBOT AGENDA.docx

Library staff are working on partnerships with OUR Center. In September, we plan to march in the parade and have a booth at Northern Nevada Pride. Our Center is also a current library bookmobile stop. I would have to check on the county about involvement with Drag Story Hour at other locations, but we will support it any way we can.

I am attaching a draft of the August LBOT Agenda that has the individuals involved at the North Valleys storytime. The suspensions are for one year. The library agenda is still subject to final chair approval and will be posted by August 16.

Thanks,

Jeff

   </A>   Jeff Scott
Library Director | Washoe County Library System
jscott@washoecounty.gov</Span></A>   | Office: 775.327.8340
301 S. Center Street, Reno, NV 89501
  </A>  </A>  </A>  </A>


**From:** Reno Gay Page &lt;renogaypage@gmail.com&gt;
**Sent:** Tuesday, August 6, 2024 10:54 AM
**To:** Scott, Jeff &lt;jscott@washoecounty.gov&gt;
**Subject:**

**This Message Is From an External Sender**
This message came from outside of Washoe County -- DO NOT CLICK on links or open attachments unless you are sure the content is safe.
  Report Suspicious   </Span></Strong></A>

Hello Jeff ---

As you know I publish the local LGBTQ&#43; newspaper and I have a couple of questions for you, I hope you can answer.

1.    OUR Center is planning on continuing Drag Queen Story Time at venues other than the libraries following the County Manager's request to cease them in the libraries for staff safety reasons.   Will the library be involved in the new program offered by OUR Center? will it provide books, suggestions, etc? Or has the decision been made just not to be involved?

2. I understand several people as a result of the North Valleys incident have been banned for violating the libraries code of conduct. Can you provide a list    of those people? how long is the ban and can the ban be appealed?

I am writing a story as a video has surfaced of the alleged incident at the library.    and am working on a detailed story on the issue.

I appreciate your time and look forward to your answer.

Paco Lachoy, editor/publisher
therenogaypage

**From:**         Ryan, Kristen <kryan@washoecounty.gov>
**Sent:**         08 August 2024 23:49
**To:**           Collamer, Brent; Sloan, Tyna; Bradshaw, Marie; Wade, Ashley
**Subject:**      8-8-2024 Leadership Notes
**Attachments:**

Religious Paraphernalia at NW

NW is having an uptick of incidents where a religious group is targeting library material and staff. They discovered a bunch of religious material shoved into books in the 200 hundred section. Miscellaneous religious cards are circulating on the floors of NW. This group is putting religious material specifically on staff cars in the parking lot. Kristin is not sure if this incident is connected to the religious paraphernalia, but a car was parked in NW that was decked out in the bibles and had religious bumper stickers all over the car. The same day that car was in the parking lot, another car was broken into. Marcelina, the one with the dog Joe, reported someone stole a pistol out of her car at NW. There were staff reports stating that patrons were hearing about someone breaking into cars to put snakes in the cars. Jeff would like everyone to leave the building in pairs. Don't leave the building by yourself. He is concerned about staff safety since this group targeted staff cars.

Upcoming BCC Meeting

·   The August 20th BCC meeting is going to be long. There are 60 plus items they need to get through. We have several items on the next BCC agenda:

·   LBOT appointment. Al Rogers applied again.

·   There was an error on the Tax Renwal when the BCC approved for it to go on the ballot. They used 1994 budget number instead of the current budget number of 4.5 million dollars. This will go back to BCC so the correct information will go on the ballot.

    ·   The pro and con committees have been selected for the Tax Renewal.

        ·   Pro Committee: Sharon Honing-Bear (former library admin), Gayle Townsend (LBOT supporter), and ???

        ·   Con Committee: Bruce Parks, Penny Brock, and Ron Ariel

LBOT Update

Next LBOT Jeff would like to keep reports to a minimum since they will be going over appeals. They are going over Drew Ribar, Fred Meyer, and Sandy Tibbetts suspension. Each member of the public will be allowed 2-5 minutes to state their case. Jonnica and Stacy are going to represent the library on these appeals. They are also going over Bruce Parks Constitution Day appeal.

Voting Help

Registrar of voting needs volunteers to help out with the election. Let Jeff and Lorna know who is helping.

GOO

· Leadership academy is looking for project about sustainability to work with the library on.

· Elevator is almost operational. Expecting it to be working next week.

· Reno Housing Authority Ribbon cutting on 8-19 at RN.

· Corinne asked if someone wants to submit a FOIA request if the requests has to be on a specific subject matter. Jeff didn't think so, but he is not sure on the legal aspect of FOIA requests.

· There is going to be an after hours event on Saturday, November 9th. They plan on needing 15 people to host and run minimal operations at RN. Shift is roughly 8am-5pm. Comp Time available.

· Pride booth also needs staffing. Comp time is available.

· Explorers are going to printer on the 15th

· Jeff is talking to CABS about tax renewal. Jamie is making more tax renewal flyers

–

**Kristen Ryan**
**Branch Manager | Washoe County Library System**
kryan@washoecounty.gov | Office: 775.327.8304
301 S Center St, Reno, NV 89501