**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**Case No.: 3:24-cv-00526-ART-CLB**

## NOTICE OF SERVICE

I, Drew J. Ribar, certify that on **January 8, 2025**, I served the following documents on all parties and counsel of record in this case via email:

1. **Plaintiff's Opposition to Defendant Build Our Center, Inc.'s Motion to Dismiss**
2. **Index of Exhibits**
3. **Exhibits 1–4 Supporting the Opposition to Dismiss**

## Method of Service

Documents were served electronically via email to the following parties and their counsel:

**Counsel for Defendant Build Our Center, Inc.**
Jerry C. Carter, Esq.
Alison R. Kertis, Esq.
Sierra Crest Business Law Group
6770 S. McCarran Blvd.
Reno, NV 89519
**Emails:**

- jcarter@sierracrestlaw.com
- akertis@sierracrestlaw.com

**Counsel for Washoe County Defendants**
Michael W. Large, Esq.
Deputy District Attorney
Washoe County District Attorney's Office
One South Sierra Street
Reno, NV 89501
**Email:**

- [mlarge@da.washoecounty.gov](mlarge@da.washoecounty.gov)

PLEADING TITLE - 1

**Pro Se Plaintiff**
Drew J. Ribar
3480 Pershing Ln.
Washoe Valley, NV 89704
**Email:**

- const2audit@gmail.com

## Certification of Service

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**DATED:** January 8, 2025

**Respectfully Submitted,**

**/s/ Drew J. Ribar**
Drew J. Ribar
Pro Se Plaintiff
3480 Pershing Ln.
Washoe Valley, NV 89704
Phone: 775-223-7899
Email: const2audit@gmail.com

PLEADING TITLE - 2