Jerry C. Carter, Esq. (NSB 5905)
jcarter@sierracrestlaw.com
Alison R. Kertis, Esq. (NSB 13875)
akertis@sierracrestlaw.com
SIERRA CREST BUSINESS LAW GROUP
6770 S. McCarran Blvd., Reno, Nevada 89519
(775) 448-6070, Facsimile: (775) 473-8292
*Counsel for Defendant BUILD OUR CENTER*

UNITED STATES DISTRICT COURT
[NORTHERN] DISTRICT OF NEVADA

| | |
|---|---|
| DREW RIBAR,<br>                              Plaintiff,<br>        v.<br><br>WASHOE COUNTY, NEVADA; WASHOE COUNTY LIBRARY SYSTEM; BUILD OUR CENTER, INC.; JEFF SCOTT; STACY MCKENZIE; JONNICA BOWEN; LIBRARY EMPLOYEE DOE # 1; JENNIFER COLE; DEPUTY C. ROTHKIN (Badge No. 4696); DEPUTY R. SAPIDA (Badge No. 4663); SGT. GEORGE GOMEZ (Badge No. 4066); and JOHN/JANE DOES 1-10;<br><br>                              Defendants. | Case No. 3:24-cv-00526<br><br><br>**DEFENDANT<br>BUILD OUR CENTER'S<br>JOINDER RE DEFENDANT'S<br>RESPONSE TO PLAINTIFF'S<br>MOTION FOR CLARIFICATION** |

Defendant BUILD OUR CENTER INC., by and through its undersigned counsel, hereby joins in *Defendants' Response to Plaintiff's Motion for Clarification* [Doc. 41] filed on behalf of the Washoe County Defendants on January 6, 2025.

DATED January 9, 2025.          SIERRA CREST BUSINESS LAW GROUP

By: _____
Jerry C. Carter, Esq. (NSB 5905)
jcarter@sierracrestlaw.com
Alison R. Kertis, Esq. (NSB 38???)
akertis@sierracrestlaw.com
6770 S. McCarran Blvd., Reno, NV 89509
(775) 448-6070, Fax: (775) 473-8292
*Counsel for Defendant BUILD OUR CENTER*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the SIERRA CREST BUSINESS LAW GROUP who, on the below-written date, caused a true copy of the foregoing to be transmitted via email and also to be filed using the above-entitled Court's electronic filing (CM/ECF) system (which will automatically e-serve the same) on the person(s) and/or entity(ies) set forth directly below:

**Drew Ribar**
480 Pershing Lane, Washoe Valley, NV 89704
(775) 223-7899
const2audit@gmail.com
*Plaintiff in propria persona*

**Michael W. Large, Esq.**
DEPUTY DISTRICT ATTORNEY
One South Sierra Street Reno, NV 89501
mlarge@da.washoecounty.gov
(775) 337-5700
*Counsel for Plaintiffs Washoe County and its Library System, Jeff Scott, Stacy Mckenzie, Jonnica Bowen, Jennifer Cole; Deputy C. Rothkin, Deputy R. Sapida, and Sgt. George Gomez*

DATED: January 9, 2025.

_____
an employee of the
SIERRA CREST BUSINESS LAW GROUP

1

2

3

4

5

6

7

### **INDEX OF EXHIBITS**

to

DEFENDANT BUILD OUR CENTER'S
JOINDER TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR
CLARIFICATION

re

*Ribar vs. Washoe County, et alia*
*(Case No. 3:24-cv-00526)*

| Exhibit No. | Exhibit Description | Pages (+ Cover) |
|---|---|---|
| 1. | None; Not Applicable | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28