# EXHIBIT 1

to

# DEFENDANT BUILD OUR CENTER'S MOTION FOR LIMITED PROTECTIVE ORDER TO STAY DISCOVERY AS TO BUILD OUR CENTER

In

*Ribar vs. Washoe County, et alia*
*(Case No. 3:24-cv-00526)*

Declaration of Stacey Spain

# EXHIBIT 1

**DECLARATION OF STACEY SPAIN**

I, Stacey Spain, state under penalty of perjury as follows:

**1.** I am over the age of twenty-one (21) years, and a resident and citizen of the county of Washoe, state of Nevada.

**2.** I have personal knowledge of the matters asserted herein and am competent to testify regarding those matters which are based upon that personal knowledge (save and except for any stated upon information, but as to such matters, I believe each to be true).

**3.** I am the Executive Director of Build Our Center, a named defendant in that certain matter currently pending before the Second Judicial District Court of the State of Nevada in and for the County of Washoe which is entitled *Ribar vs. Washoe County, et alia* and has been assigned Case No. 3:24-cv-00526 (the "Proceeding").

**4.** This testimony is made for and in support of *Defendant Build Our Center's Motion for Limited Protective Order to Stay Discovery as to Build Our Center* (the "Motion") filed in the Proceeding concurrent herewith.

**5.** Build Our Center, a small Nevada Nonprofit, was founded in 2009 when locals started fundraising to establish a LGBTQIA+ community center in Reno, Nevada, to support a variety of programs for LGBTQIA+ locals.

**6.** In addition to funding, opening, and maintaining a community center, Build Our Center provides a full calendar of community meetings and events, offers drug and alcohol prevention, recovery, and mental health services, and hosts the yearly Northern Nevada Pride Festival as well as a variety of other programs and events (such as Senior Coffee Time, Out and Sober AA meetings, Women Encouraging Women (Al-Anon), Queer Student Union, Knit Happens, and a book and writing club).

**7.** Build Our Center does not have financial resources to litigate a lawsuit, much less to defend itself against an onslaught of motions and respond to

excessive discovery that will, most certainly, be filed and propounded by Plaintiff Drew Ribar.

8. Most of its financial resources are earmarked from grants to fund its mental health and dependency programs.

9. At present, counsel for Build Our Center is representing Build Our Center on a reduced rate / pro-bono basis.

10. Even with a reduced rate/pro-bono representation, resources for attorneys' time and costs cannot compete with the onslaught of very likely heavy motion practice and excessive discovery that will be lodged by Mr. Ribar, especially when he has failed to articulate any claims for relief relating to Build Our Center.

11. Build Our Center is not Washoe County, the City of Reno, the State of Nevada, the Washoe County Library (the "Library"), or a local government agency. Build Our Center does not hold elections, govern any aspect of the Government, or control a company town.

12. Build Our Center was not hired by the City of Reno, Washoe County, or the State of Nevada (collectively referred to herein as the "Government") to host the Washoe County Library's Drag Queen Story Hour; Build Our Center was not hired by the Government to police any government events or the Drag Queen Story Hour; Build Our Center was not hired or given authority by the Government to ensure participants' safety at Drag Queen Story Hour;

13. Build Our Center does not have authority to determine who may have access to Library events; Build Our Center does not have authority to ban citizens from any Government property or buildings; Build Our Center does not have authority to remove citizens from any Government property or buildings; Build Our Center does not have authority to demand the identification of citizens at Government events; Build Our Center does not have authority to impose restrictions on citizens on Government property or in Government buildings;

Build Our Center has no authority to determine who is blocked from the Library's social media; and, at all relevant times, the Government did not delegate any such authority(ies) to Build Our Center.

**14.** I have read the Motion, am familiar with its contents, and can state that, based upon my personal knowledge, all factual matters set forth therein are true.

**15.** If I were to give testimony in open court concerning any statement contained in this testimony, it would be substantively the same as that set forth above.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on January ____, 2025.

_____
Stacey Spain