## Exhibit 1 - Cover Sheet

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Case No.: 3:24-cv-00526-ART-CSD

### Exhibit 1

Title: 2023-06-09 Email Exchange

Description: Referencing training hosted at Our Center facilities. Relevant to collaboration and joint activities.

Submitted by: Plaintiff Drew J. Ribar, Pro Se

This exhibit is submitted in support of Plaintiff's Opposition to Defendant Build Our Center's Motion for Limited Protective Order to Stay Discovery.

| | |
|---|---|
| **From:** | Weinert, Beate <BWeinert@washoecounty.gov> |
| **Sent:** | 09 June 2023 19:11 |
| **To:** | Library - YSLE Leads; Library - Leadership Team |
| **Cc:** | Prentiss, Timothy |
| **Subject:** | Promo video, Information, and Resources for upcoming RainbowFests/DSH |
| **Attachments:** | DSH Deescalation_Conflict Resolution Training Notes.pdf |

Hello --please see below and attached and share as appropriate with staff.

Huge THANK YOU to Christopher Daniels, Jamie, John A and Tim for the following promo video:

[https://fb.watch/l27yQ4zBak/</A>](https://fb.watch/l27yQ4zBak/</A>)

Cheers to Celebrating Rainbows and Glitter EVERYWHERE



With Much Gratitude,
Beate

 **Beate Weinert**
**Youth Services and Library Events Manager | Washoe County Library System**
[bweinert@washoecounty.gov</A>](mailto:bweinert@washoecounty.gov</A>) | Office: 775.327.8361
301 S. Center Street, Reno, NV 89501
 </A>  </A>  </A>  </A>

---

**Sent:** Wednesday, June 7, 2023 5:01 PM

[**NOTICE:**   This message originated outside of Washoe County -- **DO NOT CLICK** on **links** or open **attachments** unless you are sure the content is safe.]

Hello all!

See below for the email sent to DSH volunteers. See attached for de escalation and conflict resolution training notes.

_____

_____

Hello all!

It's almost showtime! Thank you so much for your interest in participating at one or multiple Drag Story Hour events. We are so excited and grateful to have you.

Many of you attended the training we hosted at Our Center, some of you were unable to attend, and some of you signed up to volunteer after the training had already passed.

I've attached a document to this email that recaps the basics of the training as well as some of the event logistics that we went over during the meeting. Please review this document!

With that being said, we recruited more volunteers than we expected to (yay!). So- all of the necessary positions will be able to be filled.

## A few things:
- We will do our best to accommodate your needs and place you in the position where you would like to volunteer. However, we may need to move things around once we are on site depending on operational needs.
- If you would like to volunteer with family or friends that are under 18 years old, that is completely ok, we just ask that you stick together.
- Please show up to the position(s) and the event(s) that you signed up for on your original application form.
- Stacey and myself will be at the Reno and Sparks events to debrief and coordinate with all of you. Look for our Our Center name tags!

**Day of:**
**\*If you signed up to be on a set up crew, please arrive on site at 8:30am (Sparks &amp;**
**North Valleys).**
**\*The Reno event will be on a smaller scale. Please show up by 9:30am.**

**Downtown Reno Library:** Thursday, June 15, 10am-noon @ Downtown Reno Library (75 max for DSH)

- · Security Briefing 9:30-10am
- · Drag Story Hour 10:30-11 am-Ticketed/wristbands event.
- · Reader: Christopher Daniels (Ginger Devine)
- · Activities 10 am-12 pm

**Schedule of RainbowFest Activities: North Valleys and Sparks Library:**

- · Security Briefing 9:30-10 am

**Saturday, June 17, 10am-2pm RainbowFest @ North Valleys Library** (75 max for DSH)
**Saturday, July 15, 10am-2pm RainbowFest @ Sparks Library** (75 max for DSH)

- · Outdoor Arts Camp; Cultural Events 10 am-2 pm
- · Drag Story Hour 10:30-11 am-Ticketed/wristbands event.

**Readers:**
☐ June 17: Christopher Daniels (Ginger Devine) &amp;amp; Dino Valentino (Roberta)
☐ July 17: Christopher Daniels (Ginger Devine) &amp;amp; Angelo Perez (Lily)
Musical Performance 11:30 am-12 pm
Drag Story Hour 1-1:30 pm-Ticketed/wristbands event.
**Readers:**
☐ June 17: Christopher Daniels (Ginger Devine) &amp;amp; Dino Valentino (Roberta)
☐ July 17: Christopher Daniels (Ginger Devine) &amp;amp; Angelo Perez (Lily)
Food Trucks 11 am-2 pm

**Location &amp; Parking:**
**Downtown Reno Library:** 301 S Center St, Reno, NV 89501, street, metered, and parking garage parking

**Sparks Library:** 1125 12th St, Sparks, NV 89431, parking lot parking
**North Valleys Library:** 1075 N Hills Blvd, Reno, NV 89506, parking lot parking

Feel free to dress up &amp; spread the joy! THANK YOU SO MUCH. We quite literally could not do this without you. I am so proud to be part of this community.

Please let me know if you have any questions or concerns. Looking forward to working with you all!

Warmly,

Kelly Tanguay (They/Them)