### Exhibit 2 - Cover Sheet

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Case No.: 3:24-cv-00526-ART-CSD

### Exhibit 2

Title: 2023-06-14 Facebook Post

Description: Highlighting collaboration with Washoe County Library. Relevant to partnership evidence.

Submitted by: Plaintiff Drew J. Ribar, Pro Se

This exhibit is submitted in support of Plaintiff's Opposition to Defendant Build Our Center's Motion for Limited Protective Order to Stay Discovery.

20+

# Our Center's Post

**Our Center**
June 14, 2023 ·

Our Partners at Washoe County Library have been so busy preparing for Drag Story Hour!

WASHOE COUNTY LIBRARY SYSTEM

LIBRARYAWARE.COM
**LibraryAware**
Join our returning host Christopher Daniels, a.k.a. Miss Ginger Divine, for an overview of the process of preparing for Drag Story Hour.

50 1 comment 1 share

Like Comment Share

Most relevant

Comment as Equal Justice

