## Exhibit 4 - Cover Sheet

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Case No.: 3:24-cv-00526-ART-CSD

## Exhibit 4

Title: 2024-08-06 Email Exchange

Description: Confirming ongoing partnerships with BOC. Relevant to sustained collaboration.

Submitted by: Plaintiff Drew J. Ribar, Pro Se

This exhibit is submitted in support of Plaintiff's Opposition to Defendant Build Our Center's Motion for Limited Protective Order to Stay Discovery.

| | |
|---|---|
| **From:** | Scott, Jeff <jscott@washoecounty.gov> |
| **Sent:** | 06 August 2024 18:13 |
| **To:** | Reno Gay Page |
| **Subject:** | RE: |
| **Attachments:** | 24 08 20 LBOT AGENDA.docx |

Library staff are working on partnerships with OUR Center. In September, we plan to march in the parade and have a booth at Northern Nevada Pride. Our Center is also a current library bookmobile stop. I would have to check on the county about involvement with Drag Story Hour at other locations, but we will support it any way we can.

I am attaching a draft of the August LBOT Agenda that has the individuals involved at the North Valleys storytime. The suspensions are for one year. The library agenda is still subject to final chair approval and will be posted by August 16.

Thanks,

Jeff

</A>    Jeff Scott
Library Director | Washoe County Library System
jscott@washoecounty.gov</Span></A>    | Office: 775.327.8340
301 S. Center Street, Reno, NV 89501
</A> </A> </A> </A>

**From:** Reno Gay Page &lt;renogaypage@gmail.com&gt;
**Sent:** Tuesday, August 6, 2024 10:54 AM
**To:** Scott, Jeff &lt;jscott@washoecounty.gov&gt;
**Subject:**

**This Message Is From an External Sender**
This message came from outside of Washoe County -- DO NOT CLICK on links or open attachments unless you are sure the content is safe.
   Report Suspicious    </Span></Strong></A>

Hello Jeff ---

As you know I publish the local LGBTQ+ newspaper and I have a couple of questions for you, I hope you can answer.

1.    OUR Center is planning on continuing Drag Queen Story Time at venues other than the libraries following the County Manager's request to cease them in the libraries for staff safety reasons.    Will the library be involved in the new program offered by OUR Center? will it provide books, suggestions, etc? Or has the decision been made just not to be involved?

2. I understand several people as a result of the North Valleys incident have been banned for violating the libraries code of conduct. Can you provide a list of those people? how long is the ban and can the ban be appealed?

I am writing a story as a video has surfaced of the alleged incident at the library. and am working on a detailed story on the issue.

I appreciate your time and look forward to your answer.

Paco Lachoy, editor/publisher
therenogaypage