**NOTICE OF SERVICE INTERROGATORIES AND PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**

TO: All Parties and Their Attorneys of Record

PLEASE TAKE NOTICE that on January 12, 2025, Plaintiff, **Drew Ribar**, served **Plaintiff's First Set of Interrogatories and Request for Production of Documents** to the following Defendants via email to their counsel of record pursuant to Rule 5(b) of the Federal Rules of Civil Procedure:

- **Washoe County**
- **Washoe County Library System**
- **Build Our Center, Inc.**
- **Jeff Scott**
- **Stacy McKenzie**
- **Jonnica Bowen**
- **Jennifer Cole**
- **Deputy C. Rothkin**
- **Deputy R. Sapida**
- **Sgt. George Gomez**

The following individuals were served electronically:

1. **Michael W. Large, Esq.**
   Deputy District Attorney
   Washoe County District Attorney's Office
   Email: mlarge@da.washoecounty.gov
2. **Jerry C. Carter, Esq.**
   Sierra Crest Business Law Group
   Email: jcarter@sierracrestlaw.com
3. **Alison R. Kertis, Esq.**
   Sierra Crest Business Law Group
   Email: akertis@sierracrestlaw.com

A true and correct copy of the interrogatories was emailed to each counsel listed above and is not being filed with the Court in compliance with Rule 5(d)(1)(A).

---

Dated this **12th day of January, 2025**.

Respectfully submitted,

/S/Drew J. Ribar

PLEADING TITLE - 1

**Drew Ribar**
Plaintiff in Pro Per
480 Pershing Lane
Washoe Valley, NV 89704
const2audit@gmail.com
(775) 223-7899

PLEADING TITLE - 2