# EXHIBIT 1 COVER SHEET

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**Drew Ribar**,
Plaintiff,
vs.
**Build Our Center, Inc.,**
Defendant.

Case No.: 3:24-cv-00526-ART-CLB

# EXHIBIT 1

**Meeting with Washoe County Library System Regarding Partnership with Our Center**

**Relevance:**
This document highlights the collaboration between Washoe County Library System (WCLS) and Our Center in planning public events, including Drag Story Hour and RainbowFest. It demonstrates joint action in organizing inclusive events, undermining Defendant's argument that Our Center acted independently.

**Relevant Quote:**
"Plans for DQST will have an all-day event when a library hosts to ensure high attendance, music, and fun."

**Date:** February 1, 2023
**Participants:**

- Stacey Spain (Our Center)
- Washoe County Library System staff

This document supports Plaintiff's argument that WCLS and Our Center shared a common goal and engaged in joint action, establishing the close nexus required under §1983 claims.

PLEADING TITLE - 1

| | |
|---|---|
| **From:** | Weinert, Beate <BWeinert@washoecounty.gov> |
| **Sent:** | 01 February 2023 20:02 |
| **To:** | Hemingway, Jamie |
| **Cc:** | Scott, Jeff; Hansen, Judy |
| **Subject:** | Re: Wed, 2/1, 2pm @ Our Center Re: Meeting with WCLS Re: Our Center Partnership Meeting |
| **Attachments:** | |

Hooray, thanks Jamie --see you soon 😊

With Much Gratitude,
Beate

  **Beate Weinert**
**Youth Services and Library Events Manager | Washoe County Library System**
bweinert@washoecounty.gov</A> | Office: 775.327.8361
301 S. Center Street, Reno, NV 89501
 </A>  </A>  </A>  </A>

---

**From:** Hemingway, Jamie &lt;JHemingway@washoecounty.gov&gt;
**Sent:** Wednesday, February 1, 2023 11:54 AM
**To:** Weinert, Beate &lt;BWeinert@washoecounty.gov&gt;
**Cc:** Scott, Jeff &lt;jscott@washoecounty.gov&gt;; Hansen, Judy &lt;JHansen@washoecounty.gov&gt;
**Subject:** Re: Wed, 2/1, 2pm @ Our Center Re: Meeting with WCLS Re: Our Center Partnership Meeting

Hi Beate,

I'm thinking I'll probably attend the meeting with you today.

I'd also love to introduce you to the folks next door to Our Center at the Radical Cat book store. They're another local ally in this type of thing.

If I need to bow out for any reason I'll email you beforehand.

Thanks,

Jamie

**Jamie Hemingway**
**Interim Public Information and Development Officer | Washoe County Library System**
jhemingway@washoecounty.gov</A> | Office: 775-327-8360
301 South Center Street, Reno, NV 89501

---

**From:** Weinert, Beate &lt;BWeinert@washoecounty.gov&gt;
**Sent:** Friday, January 27, 2023 2:00 PM
**To:** Stacey Spain &lt;stacey@ourcenterreno.org&gt;; Angeline Peterson &lt;angelinempeterson@gmail.com&gt;
**Cc:** Scott, Jeff &lt;jscott@washoecounty.gov&gt;; Hemingway, Jamie &lt;JHemingway@washoecounty.gov&gt;; Hansen, Judy &lt;JHansen@washoecounty.gov&gt;
**Subject:** Wed, 2/1, 2pm @ Our Center Re: Meeting with WCLS Re: Our Center Partnership Meeting

Fabulous!   We look forward to meeting with you both on Wednesday, 2/1, 2pm at Our Center 😳

With Much Gratitude,
Beate

 **Beate Weinert**
**Youth Services and Library Events Manager | Washoe County Library System**
bweinert@washoecounty.gov</A> | Office: 775.327.8361
301 S. Center Street, Reno, NV 89501
 </A>  </A>  </A>  </A>

---

**From:** Stacey Spain &lt;stacey@ourcenterreno.org&gt;
**Sent:** Friday, January 27, 2023 10:54 AM
**To:** Angeline Peterson &lt;angelinempeterson@gmail.com&gt;
**Cc:** Weinert, Beate &lt;BWeinert@washoecounty.gov&gt;; Scott, Jeff &lt;jscott@washoecounty.gov&gt;; Hemingway, Jamie &lt;JHemingway@washoecounty.gov&gt;; Hansen, Judy &lt;JHansen@washoecounty.gov&gt;
**Subject:** Re: Meeting with WCLS Re: Our Center Partnership Meeting

[**NOTICE:**   This message originated outside of Washoe County -- **DO NOT CLICK** on **links** or open **attachments** unless you are sure the content is safe.]

Hi all anytime between 1:30 and 5 would work for me.   What is your pleasure Beate?

On Fri, Jan 27, 2023 at 9:28 AM Angeline Peterson &lt;angelinempeterson@gmail.com</A>&gt; wrote:

Hi Beate,

I apologize for the delay in my response. I would love to meet with you on Wednesday. I am available after 1:30 and would be happy to meet at Our Center. We can chat and give you a tour, if you have never been to the space. We could even grab some coffee next door at Magpie and it will be the best of both worlds :)

Stacey - what time would work best for you on Wednesday?

Thanks so much for reaching out. I look forward to meeting you!
Angeline

On Thu, Jan 26, 2023 at 6:48 PM Weinert, Beate &lt;BWeinert@washoecounty.gov&lt;/A&gt;&gt; wrote:

Hello Stacey and Angeline!

Happy Friday eve 😊 Checking on your availability to meet with us. Would Wednesday, February 1 between noon and 5pm work for you? Let us know how you prefer to meet—over coffee, at Our Center, at the library or virtually? If the 1st doesn't work for you all, please let us know what would work for you.

With Much Gratitude,
Beate

**Beate Weinert**
**Youth Services and Library Events Manager | Washoe County Library System**
bweinert@washoecounty.gov&lt;/A&gt; | Office: 775.327.8361
301 S. Center Street, Reno, NV 89501

&lt;/A&gt;   &lt;/A&gt;   &lt;/A&gt;   &lt;/A&gt;   &lt;/A&gt;

**From:** Weinert, Beate &lt;BWeinert@washoecounty.gov&lt;/A&gt;&gt;
**Sent:** Friday, January 20, 2023 12:32 PM
**To:** stacey@ourcenterreno.org&lt;/A&gt;  &lt;stacey@ourcenterreno.org&lt;/A&gt;&gt;; Angeline Peterson &lt;angelinempeterson@gmail.com&lt;/A&gt;&gt;
**Cc:** Hemingway, Jamie &lt;JHemingway@washoecounty.gov&lt;/A&gt;&gt;; Hansen, Judy &lt;JHansen@washoecounty.gov&lt;/A&gt;&gt;
**Subject:** Meeting with WCLS Re: Our Center Partnership Meeting

Happy Friday, Everyone!

Stacey and Angeline, we would love to meet with you to discuss how WCLS can collaborate on the below mentioned opportunities, with emphasis on the hosting of Drag Story Hours at a few of our libraries, and possibly in the community, this summer. How does Wednesday, February 1 between noon and 5pm work for you both? Let us know how you prefer to meet—over coffee, at Our Center, at the library or virtually?

Looking forward to working with you!

With Much Gratitude,
Beate

   </A>    **Beate Weinert**
**Youth Services and Library Events Manager | Washoe County Library System**
bweinert@washoecounty.gov</A> | Office: 775.327.8361
301 S. Center Street, Reno, NV 89501
  </A>   </A>   </A>   </A>

**From:** Scott, Jeff &lt;jscott@washoecounty.gov</A>&gt;
**Sent:** Friday, November 18, 2022 3:53 PM
**To:** stacey@ourcenterreno.org</A>  &lt;stacey@ourcenterreno.org</A>&gt;; Angeline Peterson &lt;angelinempeterson@gmail.com</A>&gt;
**Cc:** Weinert, Beate &lt;BWeinert@washoecounty.gov</A>&gt;; Hemingway, Jamie &lt;JHemingway@washoecounty.gov</A>&gt;; Andrews, John

&lt;JAndrews@washoecounty.gov&lt;/A&gt;&gt;; Owens, Brenda &lt;BOwens@washoecounty.gov&lt;/A&gt;&gt;; Amy Ghilieri &lt;aghexen@gmail.com&lt;/A&gt;&gt;
**Subject:** Our Center Partnership Meeting

Stacy/Angeline,

Thank you for meeting with me this morning. I am very excited about our potential partnerships with Our Center.

I wanted to recap some of our conversations. I will include our library staff, who handle programs, events, Beate Weinert, and social media (Jamie Hemingway, John Andrews), and our Library Board of Trustees Chair, Amy Ghilieri. We can set up a follow-up meeting with the group to find the best ways to partner and support Our Center.

Notes from meeting with Our Center Reno (https://ourcenterreno.org/&lt;/A&gt;)
Met with Stacey Spain and Angeline Peterson with Our Center Reno regarding the collaboration of programs.

Upcoming:
Library will promote on Social Media Transgender Day of Remembrance on November 20th (Jamie and Jen have developed and have an accompanying book list)
January: Name Change/Gender Change workshop
October: Out West Film Fest: Sunday, October 15th, 2023, at Downtown Reno Library (will update Downtown to reserve the time)
Potential:
LGBTQ Chautauqua History series
Feminist Book Club Support
How to Create Change in Your Community
Civil Action Workshop

Plans for DQST will have an all-day event when a library hosts to ensure high attendance, music, and fun. We will start working on those plans soon.

We can work with Our Center for potential partnerships on programs and events to include in our brochure. We also have free meeting rooms available. This includes an auditorium at the Downtown Reno Library that seats 104 with a 4K projector and screen.
https://www.washoecountylibrary.us/services/meeting-rooms.php&lt;/A&gt;

Let me know if I missed anything. I will follow-up after the Thanksgiving break.

Thanks,

Jeff

     **Jeff Scott**
**Library Director | Washoe County Library System**

jscott@washoecounty.gov</A>    | Office: 775.327.8340
301 S. Center Street, Reno, NV 89501
 </A>  </A>  </A>  </A>

--

Angeline M. Peterson

Operations Executive Administrator, StemExpress
Education Advisor, Kappa Alpha Theta, Beta Mu Chapter
Board Member, Our Center
775.848.4987
**Preferred pronouns: she/her/hers**

--

**Stacey Spain**
**Programs and Operations Manager**

**She/Her/Hers**
**1745 S. Wells Avenue • Reno, NV 89502**

**PO Box 54 • Reno, NV 89504**
**Phone: 775.624.3720 • Direct: 775.624.3716**
**Stacey@OurCenterReno.org**