**Exhibit 2 Cover Sheet**

**United States District Court**
**District of Nevada**

**Case Title:** Drew Ribar v. Washoe County, et al.
**Case Number:** 3:24-cv-00526

**Exhibit 2: Follow-Up Email Regarding IV's Proposal**

**Relevant Information:**
The email from Beate Weinert, Youth Services and Library Events Manager at Washoe County Library System, to Jeff Scott discusses an event where "Our Center" was invited to host a table at the SRC kickoff/block party on June 3. This email demonstrates direct collaboration between Washoe County Library and Our Center, undermining claims of independence between the entities.

**Source:**
2023-02-10 1954 Follow up from convo this morning re IV's proposal.pdf

**Filed By:**
Drew Ribar
Pro Se Plaintiff
3480 Pershing Ln.
Washoe Valley, NV 89704
Email: const2audit@gmail.com

**Date Filed:** January 20, 2025

This exhibit is submitted as part of the supplemental briefing in opposition to Defendant Build Our Center's motion to dismiss.

PLEADING TITLE - 1

**From:** Weinert, Beate <BWeinert@washoecounty.gov>
**Sent:** 10 February 2023 19:54
**To:** Scott, Jeff
**Subject:** Follow up from convo this morning re IV's proposal
**Attachments:**

Hi Jeff,

Thanks again for the conversation this morning.

Just FYI from my meeting with John/IV:

He shared Amanda's proposal and asked a few questions about allotting time at YSLE to discuss what's working/brainstorming. I explained that we already go over time with our meetings with so many imminent details to discuss and that it's already a challenge to get the Leads to be responsive to Team chats/emails. I also mentioned that our annual retreats are meant for these types of brainstorming/what's working/what's not discussions. Now that YSLE has a number of effective tools in place such as the LES/calendar/event planning guidelines/presenter request form, if the Team utilizes these tools efficiently we should be able to have more productive conversations when we do meet.

I expressed understanding of the initial intent of the need for LA III's and LI's to meet, but said much of that really falls on the manager for training and oversight. Additionally, if there is concern over a specific service, such as YSLE, there are channels in place to bring those concerns to the table ie the specific department managers (Brenda/Debi/Jamie/John/me) and respective service teams (Maker and STEAM/RTT/Circ/YSLE).

We also discussed IV's SRC kickoff/block party on June 3, where they have invited law enforcement, community organizations, etc. I offered a Drag Queen. We discussed a bit and John asked if Our Center would like a table at the event.

Thoughts?

With Much Gratitude,
Beate

 **Beate Weinert**
**Youth Services and Library Events Manager | Washoe County Library System**
bweinert@washoecounty.gov</A> | Office: 775.327.8361
301 S. Center Street, Reno, NV 89501
</A> </A> </A> </A>