**Exhibit 3 Cover Sheet**

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**Drew Ribar**,
Plaintiff,
vs.
**Build Our Center, Inc.,**
Defendant.

Case No.: 3:24-cv-00526-ART-CLB

# EXHIBIT 3

**Exhibit Title: Email Communication Regarding Drag Story Hour Planning**

**Relevant Quote(s):**

1. "Stand by for possible dates around Our Center's availability that don't conflict with ALA."
2. "Some staff indicated that not having it 'let the haters win.'"

**Relevance:** This email highlights the collaborative efforts between Washoe County Library staff and representatives from Our Center to schedule and facilitate Drag Story Hour (DSH) events. The coordination of event dates and the alignment of organizational priorities reflect a joint action relationship. This demonstrates the necessary close nexus between the library system and Our Center, which supports Plaintiff's argument under §1983 that Build Our Center acted under color of state law.

PLEADING TITLE - 1

| | |
|---|---|
| **From:** | Weinert, Beate <BWeinert@washoecounty.gov> |
| **Sent:** | 15 February 2023 03:37 |
| **To:** | Scott, Jeff; Dickman, Corinne; Talarico, Lori A. |
| **Subject:** | Re: Checking in regarding DSH @ SP? |
| **Attachments:** | |

Agreed, and thank you.

Stand by for possible dates around Our Center's availability that don't conflict with ALA.

With Much Gratitude,
Beate



**Beate Weinert**
**Youth Services and Library Events Manager | Washoe County Library System**
bweinert@washoecounty.gov</A> | Office: 775.327.8361
301 S. Center Street, Reno, NV 89501
  </A>  </A>  </A>  </A>

---

**From:** Scott, Jeff &lt;jscott@washoecounty.gov&gt;
**Sent:** Tuesday, February 14, 2023 6:47 PM
**To:** Dickman, Corinne &lt;CDickman@washoecounty.gov&gt;; Weinert, Beate &lt;BWeinert@washoecounty.gov&gt;; Talarico, Lori A. &lt;LTalarico@washoecounty.gov&gt;
**Subject:** Re: Checking in regarding DSH @ SP?

Thank you for your leadership Corinne. I'm sure that was a tough conversation but I know your staff believe in you and in what we are doing.

Thank you!

Jeff

**Jeff Scott**
**Library Director | Washoe County Library System**
jscott@washoecounty.gov</A>    | Office: 775.327.8340
301 S. Center Street, Reno, NV 89501

**From:** Dickman, Corinne &lt;CDickman@washoecounty.gov&gt;
**Sent:** Tuesday, February 14, 2023 6:23:02 PM
**To:** Weinert, Beate &lt;BWeinert@washoecounty.gov&gt;; Talarico, Lori A. &lt;LTalarico@washoecounty.gov&gt;
**Cc:** Scott, Jeff &lt;jscott@washoecounty.gov&gt;
**Subject:** RE: Checking in regarding DSH @ SP?

As I said, I did an informal poll where staff could speak freely to just me.  I only have two staff members who take no issue with the program, but would prefer a different assignment if it falls on their regular day.

Having said that, the concerns about additional security and support during and after the event were mentioned.   I know Jeff has already got that rolling, so I'm confident we can have a safe event.
Some staff indicated that not having it "let the haters win".
Training prior to that day on some safety issues like lockdown, evacuation, etc. would be helpful if Ben West would collaborate with us.    Above and beyond active shooter training.

So Sparks is a go, and we will address issues as they arise.

Thanks

*Corinne*

  </A>    **Corinne Dickman, MLS**
**Managing Librarian | Sparks Library | Washoe County Library System**
cdickman@washoecounty.us</A> | Office: 775.352.3204

1125 12th Street, Sparks, NV 89431

**From:** Weinert, Beate &lt;BWeinert@washoecounty.gov&gt;
**Sent:** Tuesday, February 14, 2023 11:00 AM
**To:** Talarico, Lori A. &lt;LTalarico@washoecounty.gov&gt;; Dickman, Corinne &lt;CDickman@washoecounty.gov&gt;
**Subject:** Checking in regarding DSH @ SP?

Hi Lori and Corinne—quick check in regarding SP hosting Drag Story Hour this summer?

With Much Gratitude,
Beate

**Beate Weinert**
**Youth Services and Library Events Manager | Washoe County Library System**
bweinert@washoecounty.gov | Office: 775.327.8361
301 S. Center Street, Reno, NV 89501