**Exhibit 4 Cover Sheet**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**Case No.: 3:24-cv-00526-ART-CLB**

**EXHIBIT 4**
**Document Title:** RainbowFest 2023

**Relevant Information:**

- *"Volunteer committee for events-meeting on 4/26, 10am at Our Center. Attending: Kelly, Our Center volunteers with Pam, Lori, and possibly Tyna"* (Page 1).
- *"Our Center Responsibilities for RainbowFest at North Valleys & Sparks Libraries: Grant for Drag Story Hour performances (NV Arts Council Jackpot grant or NV Humanities)"* (Page 3).

**Relevance to Case:**
This exhibit provides evidence of collaboration and mutual responsibility between Build Our Center (BOC) and the Washoe County Library System (WCLS) in organizing, staffing, and promoting events, including Drag Story Hour and RainbowFest. These details support the assertion that BOC acted under the color of state law, demonstrating a close nexus between private and public actors in their joint efforts to execute public events.

**Submitted By:**
Drew J. Ribar
Plaintiff, Pro Se
3480 Pershing Ln.
Washoe Valley, NV 89704
Email: const2audit@gmail.com
Phone: (775) 223-7899

PLEADING TITLE - 1

## RainbowFest

**Dates:**
**Thursday, June 15 at 10am-noon** 1 DSH followed by 2 activities @ Downtown Reno Library (75 max for DSH)
**Saturday, June 17, 10am-2pm RainbowFest** @ North Valleys Library (75 max for DSH)
**Saturday, July 15, 10am-2pm RainbowFest** @ Sparks Library (75 max for DSH)

**Schedule of RainbowFest Activities:**
**Outdoor Arts & Cultural Events 10 am-2pm**
**Drag Story Hour 10:30-11am** Ticketed event.
**Musical Performance 11:30am-12pm** Indoors or outdoors?
**Drag Story Hour 1-1:30 pm** Ticketed event.
**Food Trucks 11am-2pm**

**Activity Notes:**
- Possible impromptu/pop ups story times
- NV-DSH in main part of library; building closed for event will offer grab and go service. Flyer/market accordingly
- Tentative-Reno/Stead Airport @NV or at airport—Young Eagles program
- More Drag Queens -Tabitha & Lily

**Action Items:**
- Volunteer committee for events-meeting on 4/26, 10am at Our Center. Attending: Kelly, Our Center volunteers with Pam, Lori, and possibly Tyna
    - Establish various volunteer teams such as set-up, take down, deco, Rainbown Guard
- Identify what decorations are available across Admin **(Jamie?)**/branches/Our Center
    - Share backdrops (boa scarf and tulle) from last year-Tyna & Lori to send Kelly images.
- Order wrist bands – WCLS (5 colors)
- Legal decibel levels for outdoor PA systems.
- Drone footage of events-WCLS
- Black Rock Rangers? Trained to deescalate situations at Burning Man-Our Center will contact
- Personal assistants for Drag Queens
- **Jeff—Comp time/staff reassignments**
- **Schedule tech meeting with Christopher, Brenda, Jamie, John A, Judy—May 1??**
- **Next group meeting: Tuesday, May 9, 1pm at the Sparks Library**
    - **Establish agenda/goals/action items**

**Security**
- Create defensible space:
    - Large support of people creating a buffer zone
    - Use cars and WCLS courier van(s)to line back of booths and close off the area and create a safety barrier.
    - Booth placement will act as buffer to building.
- Ben West & Team-Washoe County --**Jeff please contact**
    - Enforce protest areas.
- Washoe County Sheriff's-- **Jeff and Ben West to contact**

- Rainbow Umbrellas-20 people reading children books from DSH list to help buffer protesters.
- Community Helpers at event
- Black Rock Rangers? Trained to deescalate situations at Burning Man (Our Center will contact)
- Security briefing meeting for staff & volunteers before events
    - Directing protesters to appropriate spot
    - Safety protocols
    - What does engagement look like?

**Our Center Responsibilities for Rainbow Fest at North Valleys & Sparks Libraries**:
- Stage Manager
- Grant for Drag Story Hour performances. (NV Arts Council Jackpot grant or NV Humanities)
- **Equipment:**
    - Pop Up Tents for outdoor activities
    - Folding Tables
    - Rainbow bean bags for comfort station
    - Rainbow umbrellas for supporters
- **Booths:**
    - Glow up/be yourself in 10 minutes 2-10x10
    - Transland up 1-10x10
    - Face Painting & Makeup Booth with makeup artist-Our Center 1 10x10 tent
    - Create a Tiara/Crown, Cowboy Hat (NV), Conductor Hat (SV) 1-10x10
- **Other Activities:**
    - Brüka Theatre-musical performance from Kinky Boots 11:30-12 noon or WCSD Queer marching band -Indoors/outdoors?
    - Roller Derby?
    - Paws 4 Love?

**Our Center Responsibilities for Downtown Reno Library:**
- Tiara & Crown activity inside building
- Umbrella supporters in front of library
- Paws 4 Read Board meets at Our Center

**WCLS Responsibilities for North Valleys and Sparks Libraries:**
**Activities:**
- Comfort Station-water, shade, chairs—FWCL table (rainbow bean bag chairs from Our Center)
    - NV comfort station will be in the meeting room area.
- Community Helpers - meet community helpers such as fire/sheriff/police/canine units/Mounted Police/REMSA/ Reno Fire Antique and Classic Apparatus, Inc. (RFACA)  https://www.iaff731.org/reno-fire-antique-classic-apparatus-rfaca-committee/
    - 10-11 am
    - 11am-12pm
    - 12-1pm
    - 1pm-2pm
- Express Yourself! button machine station-pronoun and rainbow templates
- Food Trucks: 2 food and 1 ice cream/desert (Lori to check for SP) NV will inquire if shopping mall vendors want to sell food at event.
- Local businesses/NV

- Paws 2 Read at all 3 events
- Provide multiple copies of chosen titles so the Rainbow guard can read to the folks outside

**Provide:**
- 5 colors of wrist bands for ticketed events
- WCLS staff with Drag Queen/King at performances
- Lead Worker to assist Our Center Stage Manager

**Equipment/Technology Needs:**
- Tables and Chairs
- Indoor/Outdoor PA system
- Brenda Systems team evaluate in-door/outdoor and include electricity.
- Drones
- Brenda and team will handle technology needs at events
- Videographers for live streaming – WCLS staff

**Contact:**
- Invite politicians/council members??
  - Garcia @RN
  - Hill @ SP
  - Herman @NV

LGBTQ Liaisons:

- Cynthia Esparza, Chief Equity & Community Relationships Officer, City Manager's Office
  Office:775-348-6900 | Email: EsparzaC@reno.gov

- Oliver Miller, Deputy Chief, Reno Police Department
  Office: 775-334-4773 | Email: MillerO@reno.gov


**WCLS Responsibilities for the Downtown Reno Library:**
- Express Yourself! Button Machine Station-pronoun and rainbow templates


**Media buildup/transparency/education -** Behind the scenes of planning a DSH event. Collectively sharing our stories.
***Timeline of transparency: Two videos per week prior to event of Christopher behind the scenes***
  - Week 1 - June 1-Facebook Live (Christopher) **Book Selection** based on DSH Read Aloud book list-feature book displays at NV, RN & SP
  - Week 1 – June 1-Zoom (Christopher) **Story Time Engagement Tips** workshop for parents-5 top tips you can use to engage and jazz up your story time.
  - Week 2 – June 8 – Platform? (WCLS Staff) **Librarian Catalog Searching Tips** -How do you look for these books in our catalog.
  - Week 2 – June 8-Filmed (Christopher & Staff) **location prep and meet the WCLS staff**-what does the story time agenda look like, opening song, how many books will be read, etc.
- May 22 Summer Explorer available
- **Drone footage** –Kris/SS or John C/IV
- Cross promote event with Our Center
- KOLO book club with guest Ginger Devine --**Jeff??**
- Positive messaging: Authentic expression, Freedom of expression, Parental freedom, Freedom for diverse representation, support social emotional learning initiatives, queer parenting group
- Include book titles in social media post?
- Press tour/TikTok build up featuring how to prepare performance/book choices/songs etc

- Live stream scheduled events—plausibility/equipment?? No recording due to publisher restrictions
  - Instragram