**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**DREW J. RIBAR,**

*Plaintiff,*

v.

**BUILD OUR CENTER, INC., et al.,**

*Defendants.*

Case No.: 3:24-cv-00526-ART-CLB

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANT BUILD OUR CENTER, INC.'S MOTION TO DISMISS**

The Court, having reviewed Plaintiff's Motion for Leave to File Supplemental Brief in Opposition to Defendant Build Our Center, Inc.'s Motion to Dismiss, the attached supplemental brief, and the exhibits submitted in support thereof, and finding good cause, hereby ORDERS as follows:

1. Plaintiff's Motion for Leave to File Supplemental Brief is **GRANTED**.

PLEADING TITLE - 1

2. Plaintiff's Supplemental Brief in Opposition to Defendant's Motion to Dismiss and the associated exhibits are deemed **FILED** as of the date of this Order.

3. Defendant shall have [___] days from the date of this Order to file a response, if any.

IT IS SO ORDERED.

DATED: _____, 2025.

PLEADING TITLE - 2