UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**DREW RIBAR,**
*Plaintiff,*
v.
**BUILD OUR CENTER, INC., et al.,**
*Defendants.*

Case No.: 3:24-cv-00526-ART-CLB

**NOTICE OF SERVICE**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on **January 20, 2025**, Plaintiff Drew Ribar, acting pro se, caused the following documents to be served via email:

1. **Plaintiff's Supplemental Brief in Opposition to Defendant Build Our Center, Inc.'s Motion to Dismiss**;
2. **Index of Exhibits**;
3. **Exhibit 1: Meeting with Washoe County Library System Regarding Partnership with Our Center**;
4. **Exhibit 2: Follow-Up Email Regarding Event Participation by Our Center**;
5. **Exhibit 3: Email Communication Regarding Drag Story Hour Planning**;
6. **Exhibit 4: RainbowFest 2023 Event Coordination Documents**.

**SERVICE DETAILS**

The above-listed documents were served via email to the following recipients:

- **Michael W. Large, Esq.**
  Deputy District Attorney
  Email: mlarge@da.washoecounty.gov
  Counsel for Washoe County Defendants
- **Alison R. Kertis, Esq.**
  Sierra Crest Business Law Group
  Email: akertis@sierracrestlaw.com
  Counsel for Build Our Center, Inc.
- **Jerry C. Carter, Esq.**
  Sierra Crest Business Law Group

PLEADING TITLE - 1

Email: jcarter@sierracrestlaw.com
Counsel for Build Our Center, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**DATED:** January 20, 2025

**Respectfully submitted,**

/s/ Drew Ribar
**Drew Ribar**
Pro Se Plaintiff
3480 Pershing Lane
Washoe Valley, NV 89704
(775) 223-7899
const2audit@gmail.com

PLEADING TITLE - 2