# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DREW J. RIBAR, | Case Number 3:24-cv-00526-ART-CSD |
| Plaintiff, | |
| vs. | **MINUTES OF PROCEEDINGS** |
| WASHOE COUNTY, NV, et al, | |
| Defendants. | Dated: January 23, 2025 |

PRESENT: <u>THE HONORABLE CRAIG S. DENNEY</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>Ashlyn Bye</u>      REPORTER: <u>Liberty Court Recorder</u>

COUNSEL FOR PLAINTIFF:           <u>Drew Ribar</u>

COUNSEL FOR THE COUNTY DEFENDANTS:  <u>Michael Large</u>

COUNSEL FOR BUILD OUR CENTER, INC.:    <u>Alison Gansert Kertis</u>

**MINUTES OF PROCEEDINGS: CASE MANAGEMENT CONFERENCE AND MOTION HEARING**

1:27 p.m. Court convenes.

The Court addresses the parties on the purpose of today's hearing and has reviewed Plaintiff's Motion for Clarification (ECF No. 39) and Defendant Build Our Center, Inc.'s Motion to Stay Discovery (ECF No. 49).

The Court addresses the Motion for Clarification (ECF No. 39). Mr. Ribar informs the Court of the lack of response by Defendant Build Our Center, Inc. and that he previously filed a motion for default (ECF No. 35). Mr. Large explains that there was nothing nefarious about contacting Ms. Kertis. Ms. Kertis explains when she was retained by Defendant Build Our Center, Inc.

The Court addresses the Motion to Stay Discovery (ECF No. 49). Mr. Large advises that the Washoe County Defendants do not oppose the stay. The Court recites findings on the record. The Court utilizes the preliminary peek test when determining a stay of discovery. The Court advises Mr. Ribar that discovery will proceed with the Washoe County Defendants. The parties are reminded to adhere to the Civil Standing Order (ECF No. 28) regarding discovery disputes.

MINUTES OF PROCEEDINGS - 1

DREW J. RIBAR v. WASHOE COUNTY, NV, et al
Case Number 3:24-cv-00526-ART-CSD

Should the parties find it beneficial, they may file a stipulation requesting a settlement conference be scheduled.

**IT IS ORDERED** that the Motion for Clarification (ECF No. 39) is denied.

**IT IS FURTHER ORDERED** that Defendant Build Our Center's Motion to Stay Discovery (ECF No. 49) is granted.

There being no additional matters to address at this time, court adjourns at 9:25 a.m.

**IT IS SO ORDERED.**

                                              DEBRA K. KEMPI, CLERK
                                              By: _____/s/_____
                                                      Ashlyn Bye, Deputy Clerk

MINUTES OF PROCEEDINGS - 2