1  LINDSAY L. LIDDELL
   Deputy District Attorney
2  Nevada State Bar Number 14079
   ANDREW COBI BURNETT
3  Deputy District Attorney
   Nevada State Bar Number 16505
4  One South Sierra Street
   Reno, NV 89501
5  lliddell@da.washoecounty.gov
   cburnett@da.washoecounty.gov
6  (775) 337-5700

7  ATTORNEYS FOR WASHOE COUNTY
   DEFENDANTS

8

9                    **UNITED STATES DISTRICT COURT**

10                          **DISTRICT OF NEVADA**

11                                 * * *

12  DREW RIBAR,

13          Plaintiff,                    Case No.  3:24-CV-00526-ART-CSD

14      vs.                               **NOTICE OF APPEARANCE**

15  WASHOE COUNTY, NEVADA;
    WASHOE COUNTY LIBRARY
16  SYSTEM; BUILD OUR CENTER, INC.;
    JEFF SCOTT; STACY MCKENZIE;
17  JONNICA BOWEN; LIBRARY
    EMPLOYEE DOE #1; JENNIFER COLE;
18  DEPUTY C. ROTHKIN (BADGE #5696);
    DEPUTY R. SAPIDA (BADGE #4663;
19  SGT. GEORGE GOMEZ (BADGE
    #4066); AND JOHN/JANE DOES 1+10,
20
            Defendants.\
21  _____/

22          COMES NOW Defendants Washoe County, Washoe County Library System, Jeff

23  Scott, Stacy McKenzie, Jonnica Bowen, Jennifer Cole, Deputy Rothkin, Deputy Sapida,

24  Sgt. Gomez, hereby provides notice to the Court, all parties, and their respective counsel that

25  //

26  //

                                        -1-

1  Lindsay L. Liddell and Andrew Cobi Burnett, Deputy District Attorneys, are the responsible

2  attorneys on this case for all future matters related thereto.

3      Dated this 21st day of February 2025.

4                              CHRISTOPHER J. HICKS
                               District Attorney
5
                               By ____/s/ Lindsay L. Liddell_____
6                                  LINDSAY L. LIDDELL
                                   Deputy District Attorney
7                                  ANDREW COBI BURNETT
                                   Deputy District Attorney
8                                  One South Sierra Street
                                   Reno, NV 89501
9                                  lliddell@da.washoecounty.gov
                                   cburnett@da.washoecounty.gov
10                                 (775) 337-5700

11                             ATTORNEYS FOR WASHOE COUNTY
                               DEFENDANTS
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action.  I certify that on this date, I deposited for mailing in the U.S. Mails, with postage fully prepaid, a true and correct copy of the foregoing document in an envelope addressed to the following:

DREW RIBAR
3480 PERSHING LANE
WASHOE VALLEY. NV 89704

ALISON KERTIS, ESQUIRE
JERRY CARTER, ESQUIRE
6770 S. MCCARRAN BLVD
RENO, NV 89519

Dated this 21st day of February, 2025.

_____/s/ S. Haldeman_____
S. Haldeman