**NOTICE OF MANUAL FILING OF EXHIBIT A – MEMORY STICK CONTAINING VIDEO EVIDENCE**

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DREW J. RIBAR,
Plaintiff, Pro Se,
v.
WASHOE COUNTY, et al.,
Defendants.

Case No.: 3:24-cv-00526-ART-CSD

_____

**NOTICE OF MANUAL FILING OF EXHIBIT A – MEMORY STICK CONTAINING VIDEO EVIDENCE**

TO: The Honorable Court and All Counsel of Record

PLEASE TAKE NOTICE that Plaintiff **Drew J. Ribar**, appearing **pro se**, has manually filed with the Clerk of Court **a memory stick containing video evidence** referenced as **Exhibit A** in support of:

1. **Plaintiff's Motion to Lift Stay on Discovery Against Defendant Build Our Center, Inc. (ECF No.           )**

2. **Plaintiff's Reply to Defendant Build Our Center, Inc.'s Limited Opposition to Plaintiff's Motion for Leave to File Supplemental Brief (ECF No.           )**

**Description of Exhibit A – Manually Filed Evidence**

- **Format:** Memory Stick (USB Drive)
- **Contents:** Video footage dated **July 15, 2023**, depicting the interaction between Plaintiff, Build Our Center (BOC) volunteers, and Washoe County Library staff.

PLEADING TITLE - 1

- **Purpose:** The video evidence demonstrates BOC's active involvement in restricting Plaintiff's access to a public library event and their coordination with government officials in event enforcement.

**Manual Filing Procedures**

Due to the file size and format limitations of the Court's electronic filing system (CM/ECF), this exhibit has been **physically delivered to the Clerk's Office**. Copies of this notice and relevant filings have been electronically served upon all parties.

Plaintiff respectfully requests that the Clerk **note the receipt of the memory stick in the Court's docket** and that all parties be notified accordingly.

**Respectfully submitted,**

**Dated:** February 27, 2025

/s/ Drew J. Ribar
Plaintiff, Pro Se
3480 Pershing Ln.
Washoe Valley, NV 89704
(775) 223-7899
const2audit@gmail.com

PLEADING TITLE - 2