**NOTICE OF SERVICE OF PLAINTIFF'S FILINGS**

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DREW J. RIBAR,
Plaintiff, Pro Se,
v.
WASHOE COUNTY, et al.,
Defendants.

Case No.: 3:24-cv-00526-ART-CSD

___Filed ___Received ___Entered ___Served On
Counsel/Parties of Record

FEB 2 7 2025

Clerk US District Court
District of Nevada
By:_____ Deputy

---

**NOTICE OF SERVICE OF PLAINTIFF'S FILINGS**

**TO: All Parties and Counsel of Record**

PLEASE TAKE NOTICE that on **February 27, 2025**, Plaintiff **Drew J. Ribar**, appearing **pro se**, served the following documents upon all Defendants and their counsel of record via **electronic court filing (CM/ECF) and email service** in compliance with the **Federal Rules of Civil Procedure and Local Rules of the District of Nevada**:

1. **Plaintiff's Motion to Lift Stay on Discovery Against Defendant Build Our Center, Inc. (ECF No. [To Be Assigned])**

2. **Plaintiff's Reply to Defendant Build Our Center, Inc.'s Limited Opposition to Plaintiff's Motion for Leave to File Supplemental Brief (ECF No. [To Be Assigned])**

3. **Motion for Judicial Notice of Video Evidence (ECF No. [To Be Assigned])**

4. **Notice of Manual Filing of Exhibit A – Memory Stick Containing Video Evidence (ECF No. [To Be Assigned])**

**Service Information**

PLEADING TITLE - 1

Pursuant to **FRCP 5(b)(2)**, copies of the aforementioned documents were served upon the following attorneys of record:

📌 **Counsel for Washoe County Defendants:**

- **Michael W. Large** – mlarge@da.washoecounty.gov
- **Lindsay L. Liddell** – lliddell@da.washoecounty.gov
- **Andrew Cobi Burnett** – cburnett@da.washoecounty.gov
- **Office of the Washoe County District Attorney**

    One South Sierra Street, Reno, NV 89501

📌 **Counsel for Build Our Center, Inc.:**

- **Jerry C. Carter, Esq.** – jcarter@sierracrestlaw.com
- **Alison R. Kertis, Esq.** – akertis@sierracrestlaw.com
- **Sierra Crest Business Law Group**

    6770 S. McCarran Blvd., Reno, NV 89519

Copies of these filings have been provided via **electronic mail** to the parties listed above and via **physical delivery of Exhibit A (Memory Stick) to the Clerk's Office.**

**Respectfully submitted,**

**Dated:** February 27, 2025

/s/ Drew J. Ribar
Plaintiff, Pro Se
3480 Pershing Ln.
Washoe Valley, NV 89704

PLEADING TITLE - 2

1 | (775) 223-7899
2 | const2audit@gmail.com
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLEADING TITLE - 3