# EXHIBIT 1

# EXHIBIT 1

# DECLARATION OF DEPUTY DISTRICT ATTORNEY LINDSAY L. LIDDELL IN SUPPORT OF MOTION FOR PROTECTIVE ORDER RESTRICTING PUBLICATION OF DISCOVERY

STATE OF NEVADA

COUNTY OF WASHOE

I, Lindsay L. Liddell do hereby declare, under penalty of perjury, the following:

1. I am a Deputy District Attorney for the Washoe County District Attorney's Office. I am the primary attorney handling the defense for the Washoe County Defendants in *Drew Ribar v. Washoe County, Nevada et al.*, case no. 3:24-CV-00526-ART-CLB.

2. I attempted to meet-and-confer in good faith with Mr. Ribar on March 11, 2025. I requested a telephonic meet and confer on the protective order issue, providing Mr. Ribar with background on the need for a protective order, the applicable rule, and providing him copies of the harassing emails attached to the Motion as Exhibit 5. Mr. Ribar and I briefly spoke telephonically on March 11, 2025. Mr. Ribar would not telephonically confer unless he could record the conversation, and I did not consent to recording.

3. I did not consent to Mr. Ribar recording our conversation in part because I am very disturbed and alarmed by Mr. Ribar's social media activity and the reactive harassment from his viewers. After speaking to my clients regarding the harassment they experienced after Mr. Ribar posted videos of them, I felt that involving myself in any recording with Mr. Ribar would be highly inappropriate. Additionally, any recording of settlement-type meet-and-confer discussions would tend to chill participation, would be uncomfortable, and would inhibit frank discussion and resolution of issues.

_____
LINDSAY L. LIDDELL