# EXHIBIT 5

# EXHIBIT 5

**Bowen, Jonnica L.**

| | |
|---|---|
| **From:** | Tom Pinkerton <sabreahope1@gmail.com> |
| **Sent:** | Friday, August 23, 2024 12:30 AM |
| **To:** | Bowen, Jonnica L. |
| **Subject:** | Trespassed for nothing |

**This Message Is From an External Sender**

This message came from outside of Washoe County -- DO NOT CLICK on links or open attachments unless you are sure the content is safe.

Report Suspicious

Just witnessed an illegal trespassing of a journalist for violating the libraries policy. Unfortunately this is probably going to end up in a lawsuit. I have sent the video to the state attorney and the the department of justice. You can not trespass from public property for a policy violation or the way you perceive he was treating you. He is allowed to ask you questions and this does not rise to criminal trespass. The law states that you are paid by the tax dollars and that there has to be not just transparency but you cannot trespass unless there has been a crime committed. It's concerning to witness things like this because it ends up costing the county or state or city money in lawsuits.. please review the laws on trespass on public property.

**Bowen, Jonnica L.**

| | |
|---|---|
| **From:** | JESUS <pigwatcher63@gmail.com> |
| **Sent:** | Friday, August 23, 2024 7:12 AM |
| **To:** | Bowen, Jonnica L. |
| **Subject:** | Bill of Rights |

**This Message Is From an External Sender**

This message came from outside of Washoe County -- DO NOT CLICK on links or open attachments unless you are sure the content is safe.

Report Suspicious

The First Amendment states, in relevant part, that: ("Congress shall make no law... abridging freedom of speech.")  I'm sure if you check in your in our library that you would find a book on the Constitution of the United States of America. So, before you start lollygagging around and telling people they don't have free speech except for where you say they have free speech,  you silly silly pervert. 👆 👆 👆 👆

**Bowen, Jonnica L.**

| | |
|---|---|
| **From:** | Jason Kendall <jmkinmo@gmail.com> |
| **Sent:** | Friday, August 23, 2024 7:57 AM |
| **To:** | Bowen, Jonnica L. |
| **Subject:** | Public property |

**This Message Is From an External Sender**
This message came from outside of Washoe County -- DO NOT CLICK on links or open attachments unless you are sure the content is safe.

Report Suspicious

You are a corrupt government employee, you are a tyrant CUNT. It's public property, we the people pay for it and we can visit the peoples buildings anytime we want. We can criticize our government employee whenever we want. You are a fucking KAREN. We will come and video you all we want you fucking NAZI BITCH.

**Bowen, Jonnica L.**

| | |
|---|---|
| **From:** | Jay Matthew <jdm638.200@gmail.com> |
| **Sent:** | Friday, August 23, 2024 10:50 AM |
| **To:** | Bowen, Jonnica L. |
| **Subject:** | Educstion - |

**This Message Is From an External Sender**

This message came from outside of Washoe County -- DO NOT CLICK on links or open attachments unless you are sure the content is safe.

Report Suspicious

Why are you so proud of the fact that you think that you can violate the Constitutional rights of the public?
You really should educate yourself on this. You do not have the authority to trespass someone from a public library!
Property leased by a government agency is the same as public property, not private property.
It is a shame that you are in the position that you hold. You should either educate yourself or resign immediately!

Sincerely,
Concerned Citizen

ps: follow up investigations will be coming soon.

**Bowen, Jonnica L.**

| | |
|---|---|
| **From:** | Scott, Jeff |
| **Sent:** | Friday, August 23, 2024 11:40 AM |
| **To:** | Bowen, Jonnica L.; McKenzie, Stacy L. |
| **Subject:** | Re: Situation |

Yes all this is approved. Please take care of yourself. Thank you!

Jeff

> **Jeff Scott**
> **Library Director | Washoe County Library System**
> jscott@washoecounty.gov | Office: 775.327.8340
> 301 S. Center Street, Reno, NV 89501

**From:** Bowen, Jonnica L. <JBowen@washoecounty.gov>
**Sent:** Friday, August 23, 2024 11:39:25 AM
**To:** Scott, Jeff <jscott@washoecounty.gov>; McKenzie, Stacy L. <SMcKenzie@washoecounty.gov>
**Subject:** Re: Situation

Thank you, Jeff, and thank you, Stacy, for reaching out to me and enduring my many emails this morning.  Firstly, I recognize this is probably only a very small corner of any and all harassment both of you have been facing before I was included in it.  Because I am proud of my usual resilience, I am going to apologize for my acceptance of your offer to take some personal time to process this – but I do need to step away in order to understand what I am experiencing and find a way to move forward.

I have a pre-planned vacation leave for the first week of September (1st -7th).  Respectfully, I am requesting to use annual leave starting today at 11:45 am and through next week running into that pre-planned leave.

I would like to know if you would permit this usage *intermittently* during that time next week, or also, with the permission to rescind any part of it next week if I find that I am more stable to return to work or can do some work from home?  I have the bookmobile report on my mind as it is coming due, as I have the ability to do so I'd like to do some of that work if I can.

Stacy, I have talked with Carly about this and she will work with you for coverage needs.

I want nothing more than to show up for our team and for our community, but in this I need to care for myself right now, and I know you understand, thank you.

Respectfully,

Jonnica

WC0953

*Have some kudos to share about a Library Department employee or experience? Submit a nomination for a Washoe Star by clicking this link: **WASHOE STAR***



**Jonnica Bowen**
**Branch Manager, North Valleys Library | Washoe County Library System**
jbowen@washoecounty.gov | Office: 775.972.0281
1075 North Hills Blvd. STE 340, Reno, NV 89506



*My regular work week is Monday - Friday*

---

**From:** Scott, Jeff <jscott@washoecounty.gov>
**Sent:** Friday, August 23, 2024 11:14 AM
**To:** Bowen, Jonnica L. <JBowen@washoecounty.gov>; McKenzie, Stacy L. <SMcKenzie@washoecounty.gov>
**Subject:** Situation

Jonnica,

I am sorry this is happening with the emails. I am not surprised, but it is very unsettling. If you need to take time off, you can. We can make arrangements for coverage. Stacy and I can work with you next week. You shouldn't have to take this abuse, and unfortunately, this is the nature of our job from now until November. We will get through, and you will preserve, but it is awful to have to go through it.

Let me know what you need.

Thank you for all that you do!

Jeff



**Jeff Scott**
**Library Director | Washoe County Library System**
jscott@washoecounty.gov | Office: 775.327.8340
301 S. Center Street, Reno, NV 89501



WC0954

**Bowen, Jonnica L.**

| | |
|---|---|
| **From:** | Jon Wilson <edinguy2003@gmail.com> |
| **Sent:** | Friday, August 23, 2024 12:28 PM |
| **To:** | Bowen, Jonnica L. |
| **Cc:** | tips@cnn.com; Scott, Jeff; Silver, Ann (Board member) |
| **Subject:** | Lying PUBLIC SERVANT |

---

**This Message Is From an External Sender**

This message came from outside of Washoe County -- DO NOT CLICK on links or open attachments unless you are sure the content is safe.

Report Suspicious

---

@CNN, this is the PUBLIC SERVANT that lied on citizens camera, lied on police bodycam video, lied on camera at a PUBLIC meeting and claims her policy is that the space is private property. The minute GOVERNMENT lease private property it becomes PUBLIC.

THE DISDAIN THIS WORTHLESS PUBLIC SERVANT HAS FOR THE PUBLIC IS DISGRACEFUL. Time for Jonnica to go, the People have spoken.

**Bowen, Jonnica L.**

| | |
|---|---|
| **From:** | mark v <markatfrontier@yahoo.com> |
| **Sent:** | Saturday, August 24, 2024 8:04 PM |
| **To:** | Bowen, Jonnica L. |
| **Subject:** | library policy is only for the employees and someone who doesn't know or care about rights. it isn't for the general public you donkey! |

**This Message Is From an External Sender**

This message came from outside of Washoe County -- DO NOT CLICK on links or open attachments unless you are sure the content is safe.

Report Suspicious

jonnica

all your feelings mean nothing, take them all and all of your friends and family and pile em in the floor and multiply by 10 billion and all that doesn't add up to one second of one persons rights, you idiots at libraries are fkn nazis you are all more clueless than the grandiose donkeys in banks and jewelry stores oh and don't forget churches. you would think you idiots with the books and info you would know the first amendment. pound sand you mutt, grow up and learn the laws of this FREE country.. you fkn children are as easy to see through as a fkn 8th grader, you are easy to see through. another thing library's need to be defunded and lose at least 60 percent of their bloated budgets. they are ALL EMPTY when they get audited and that is why you assholes dont want cameras, you are going obsolete and need to come down MANY levels to where you belong.
you would do well to treat your bosses good from now on dummy!

mark v........ do better!!!

**Bowen, Jonnica L.**

| | |
|---|---|
| **From:** | Jacque Izitchen <tommy1tom4444@gmail.com> |
| **Sent:** | Sunday, August 25, 2024 6:56 AM |
| **To:** | Bowen, Jonnica L. |
| **Subject:** | Hello |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Report Suspicious

How about you pull your head out of your ass before you get the living shit beat out of you. You trespassed a person for reasons that fit your style.
You do the same to me and my group, and you'll be held to the whipping post and punished accordingly. Resign ASAP you rotten lier. Or face public prosecution. You are a horrible person and you should leave our community.

## Bowen, Jonnica L.

| | |
|---|---|
| **From:** | Ray Rudolph <rudolph.ray@gmail.com> |
| **Sent:** | Sunday, August 25, 2024 7:00 AM |
| **To:** | Bowen, Jonnica L. |
| **Subject:** | ACTUAL free speech zone |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Report Suspicious



WC0959

I don't know whether or not you're a pervert

But I do know you are a tyrant.   I've donated to his 1983 lawsuit

WC0960

**Bowen, Jonnica L.**

| | |
|---|---|
| **From:** | Tom Dirkx <tomdirkx@aol.com> |
| **Sent:** | Sunday, August 25, 2024 9:23 AM |
| **To:** | Bowen, Jonnica L. |
| **Subject:** | Reagan was Right. |

**This Message Is From an External Sender**
This message came from outside of Washoe County -- DO NOT CLICK on links or open attachments unless you are sure the content is safe.

Report Suspicious

OK to share with Media and the Police.  Thx!

The greatest service those videos provided is to the families, neighbors, colleagues and especially kids of those miserable beings you call 'public servants'. Now they get to see what kinda JERKS & TYRANTS you guys employ. He said: "The scariest nine words in America are: "I'm from the gubmint and I'm here to help."

And he was right! You proved it!  Why do you turn complete idjutz, who don't know %$#@ and insult hardworking, law-abiding Americans, lose on the taxpayers who have to cough up their salaries? Is this the way you want to promote the professionalism of the department or the city itself?!?!

Just because We, The Makers, provide you, the takers, with a check for little to no real work (just watch the video; nobody is actually doing any 'work'), doesn't justify your arrogance and perceived superiority complex. The disdain you display for Us, the Public. The disrespect for We, The People. The entitlement and the take Me, the Tax-Payer, for granted attitude. Absolutely disgraceful!  What's wrong with you people? WHY do you want to give your office such a bad reputation?

And YOU're responsible! YOU hired those clowns and didn't provide them with proper training. Wasted MY tax-dollars! Or shall we blame the lack of training on the Free Press who exposes it??  The cool thing is that everyone gets to see those immature, childish lil pissants you hired for the rest of their lives!

At least have the decency to send back the TAX-DOLLARS that, We, the People, provided you with, cuz, as we can all see for ourselves, that's obviously a giant waste. It certainly didn't go into edukasjon, professionalism or training. Have some dignity; send back our money!! NOW!!

I realize that you're scraping the bottom of the barrel, go ahead and fire ALL those oxygen-thieves!   You can do better than that!

Tom Dirkx

Veteran (meaning; I wore a REAL Uniform, not those fake ones in the video, and fought to protect our Constitution) and very concerned Citizen!

Reagan was right; thx for reminding us.

WC0962

**Bowen, Jonnica L.**

| | |
|---|---|
| **From:** | Gregg P <potg2@msn.com> |
| **Sent:** | Sunday, August 25, 2024 10:01 AM |
| **To:** | Bowen, Jonnica L. |
| **Subject:** | Public servants |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

[Report Suspicious]

I can see you are a disgrace to America....grooming pedos..not sure about you being a pervert but democrats , trantifa, and this drag story time shit flys hand and hand... STOP GRPOOMING KIDS YOU SICK FUCK.

**Bowen, Jonnica L.**

| | |
|---|---|
| **From:** | FLYING AUDITOR <flyingauditor@gmail.com> |
| **Sent:** | Sunday, August 25, 2024 11:03 AM |
| **To:** | Bowen, Jonnica L. |
| **Subject:** | Question ref recent video |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Report Suspicious

Ms. Bowen,
Who empowered you to be judge and jury in a public space (parking lot)?

Your actions were reprehensible and I will be contacting the mayor to ensure you are disciplined and/or have you removed from your position.

Washoe county needs a person that respects the first amendment of the constitution.

No such thing as a free speech zone!!!

**Bowen, Jonnica L.**

| | |
|---|---|
| **From:** | Robert Swensen <robertswensen@gmail.com> |
| **Sent:** | Sunday, August 25, 2024 11:43 AM |
| **To:** | Brown, Eric P. |
| **Cc:** | Scott, Jeff |
| **Subject:** | YouTube video titled PERVERTED LIBRARIAN BECOMES DELUSIONAL |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Report Suspicious

I have reviewed both YouTube videos. . Your librarian does not appear to
be trustworthy.  Is there any doubt she lied to the members of the Board of Trustees
and to the citizens of Wadhoe County?

Recind all the tresspass presently in effect.

**Bowen, Jonnica L.**

| | |
|---|---|
| **From:** | Justin <justin.leeds.1980@gmail.com> |
| **Sent:** | Sunday, August 25, 2024 6:57 PM |
| **To:** | Bowen, Jonnica L. |
| **Subject:** | Library Policy |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Report Suspicious

To: The Tyrant Librarian

You should put the woke, BS gender books in the trash, where they belong and try reading The Constitution & Bill of Rights, maybe then you'd know policies, whether yours or a private business, don't matter to members of the public. We aren't required to follow policy, because they aren't LAW and we are still in America. If you can't handle peoples' Right to Free Speech(which includes being redressed by members of the public)being called a pervert, which you most certainly are, if you allow or promote exposing children to drag queens, then you need to go work for a private business or yourself.
In what world do you think you can demand people respect you or your imagined authority? YOU are the public employee, paid from OUR stolen tax dollars and those policies only apply to you. BTW, when any public service agency, provider, department or sub-contractor leases private property, it becomes public. Any member of the public that wants to, can be in and use that public space during business hours and you can't trespass them without them having broken a LAW.
Feckless, brainless, immoral trash people, like you, is why this country/this world is falling apart.

WC0966

**Bowen, Jonnica L.**

| | |
|---|---|
| **From:** | Antti Damski <antti.damski@gmail.com> |
| **Sent:** | Monday, August 26, 2024 12:12 AM |
| **To:** | Bowen, Jonnica L. |
| **Subject:** | Fwd: Hell from educated and free Finland |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Report Suspicious

---------- Forwarded message ---------
Lähettäjä: **Antti Damski** <antti.damski@gmail.com>
Date: ma 26. elok. 2024 klo 10.10
Subject: Hell from educated and free Finland
To: <jscott@washoecounty.gov>

I thought librarians are well educated, but maybe that is true in ivilized countries only.

https://m.youtube.com/watch?v=M4_vr2J7KnA

Your country is Idiocracy come to reality, but I have to admit watching it from outside is very entertaining.

**Bowen, Jonnica L.**

| | |
|---|---|
| **From:** | Jason Kendall <jmkinmo@gmail.com> |
| **Sent:** | Monday, August 26, 2024 1:49 PM |
| **To:** | Bowen, Jonnica L. |
| **Subject:** | Washoe County |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Report Suspicious

You got busted you fucking CUNT.
Typical tyrant employee.

**Bowen, Jonnica L.**

| | |
|---|---|
| **From:** | Const2Audit <const2audit@gmail.com> |
| **Sent:** | Wednesday, August 28, 2024 8:36 AM |
| **To:** | privacy+05t0ivpew2zic02@support.youtube.com; Bowen, Jonnica L.; Scott, Jeff; Kaplan, Herbert; rich@mlreno.com; Bob Conrad This Is Reno; Brown, Eric P.; editor@nevadaappeal.com; Nevada Signal; Scott Neuffer; Hill, Alexis; mrobison@rgj.com; Gianna Jacks; Gray, Ken Assemblyman; Benjamin Margiott; Silver, Ann (Board member); sanshelly1@charter.net; Clara Andriola; Nevada Liberty; NV_Media ACLUNV; Jacks, Gianna (Board Member); Garcia, Mariluz C.; contact@thenvindy.com; Solaro, David; Reuben.DSilva@asm.state.nv.us; fredrmyer@gmail.com; freedom@charliekirk.com; Edgar.Flores@sen.state.nv.us; Fabian.Donate@sen.state.nv.us; Bert.Gurr@asm.state.nv.us; Gregory.Hafen@asm.state.nv.us; Michelle.Gorelow@asm.state.nv.us; Alexis.Hansen@asm.state.nv.us; Heidi.Kasama@asm.state.nv.us; Howard.Watts@asm.state.nv.us; Brian.Hibbetts@asm.state.nv.us; Herman, Jeanne; Jhart@mynews4.com; jaedyngyoung@gmail.com; Lisa.Krasner@sen.state.nv.us; Gregory.Koenig@asm.state.nv.us; reno-krnv-feedback@sbgtv.com; legal@support.youtube.com; Moser, Lea (Trustee); reno misconduct; Clark, Michael; David.Orentlicher@asm.state.nv.us; PK ONeill; PK.Oneill@asm.state.nv.us; Al Rogers (Trustee); Ruf, Tami (Trustee); Audit the Audit; u.burnett@outlook.com; vwmyer@gmail.com; V W; Watters@fox.com; Toby.Yurek@asm.state.nv.us; Steve.Yeager@asm.state.nv.us |
| **Subject:** | Fwd: Case Subject |

---

**This Message Is From an External Sender**
This message came from outside of Washoe County -- DO NOT CLICK on links or open attachments unless you are sure the content is safe.

Report Suspicious

---

Greetings YouTube Legal Support Team,

Government employees filing strikes against social media postings is censorship.

Please do not remove my videos or force me to censor government employees while they perform their professional obligations.

I believe these videos of public meetings with public employees speaking are of public interest and do not have any privacy rights attached to them. Jonnica Bowen I believe is the individual that is requesting the videos be censored or removed. Jonnica Bowen is an employee of Washoe County Nevada and is attempting as a government employee to censor the speech of the public and quash press and speech rights guaranteed by the United States and Nevada Constitutions.

These videos are of a public interest and other news outlets are including Ms. Bowen in them.

https://www.rgj.com/story/news/local/2024/07/25/washoe-county-libraries-cancel-drag-story-hour-over-workplace-safety-concerns/74546452007/

https://www.rgj.com/story/news/local/2024/08/06/drag-queen-story-hour-reno-nevada/74695498007/

https://thenevadaglobe.com/fl/washoe-county-libraries-cancel-drag-queen-story-hour-2/

https://www.pressreader.com/usa/reno-gazette-journal/20240811/281509346484358

https://www.washoecounty.gov/CABS/STMWV_CAB/2024/files/STMWV_CAB_DRAFT_Minutes_April_2024.docx

https://www.washoecountylibrary.us/about/board-files/20230621_Minutes_Draft_Update.pdf

https://www.facebook.com/washoecountylibrary/videos/virtual-services-update-with-jonnica-north-valleys-branch-manager/270863884553234/

I am including the District Attorney for Washoe County in this email to ensure he is aware of this issue that a Washoe County employee is trying to censor my speech along with my attorney.

The only information that is provided is the name of a government employee performing a function of their office in a public meeting along with the government contact information.  This information is not private but is public record.

I respectfully request that YouTube does not remove any of this content from public meetings of public employees that other news outlets are covering.

Respectfully,

Drew Ribar
Auditing Reno 911
775-223-7899

---------- Forwarded message ---------
From: **YouTube Support Team** <privacy+05t0ivpew2zic02@support.youtube.com>
Date: Tue, Aug 27, 2024 at 5:53 PM
Subject: Re: Case Subject
To: <const2audit@gmail.com>


Hi Auditing Reno 911,


This is to notify you that we have received a privacy complaint from an individual regarding your content:

----------------------------------------------------------------

WC0970

https://www.youtube.com/watch?v=jRDFyIWI6YI

The information reported as violating privacy is at 3_06-13_55

Please note that the violation may also occur in the title, video description, channel image or background.

------------------------------------------------------------

We would like to give you an opportunity to remove or edit the private information that might be present within the content reported. This notification informs you that another user has raised a privacy concern about your content, however, **it will not automatically result in your video(s) being restricted, and no associated penalty has been applied to your video at this time**. We would like to give you an opportunity to remove or edit the private information that might be present within the content reported. After 48 hours of this notice, we will review the complaint for violations of our Privacy Guidelines and consider restricting the content.

Please note that you may not need to remove the content entirely in order to resolve the issue. YouTube offers a Custom Blurring tool, which allows you to blur anything in your video, including individuals or information. For more information on the blurring feature, visit this Help Center article. Please also check the title, description, video tags, channel image or background for relevant personal information. YouTube offers metadata editing tools which you can access by going to My Videos and clicking the Edit button on the reported video.

We're committed to protecting our users, and we hope you understand the importance of respecting others' privacy. When uploading videos in the future, please remember not to post someone's personal information without their consent. For more information, please review our Privacy Guidelines.

Sincerely,

The YouTube Legal Support Team

WC0971

**Bowen, Jonnica L.**

| | |
|---|---|
| **From:** | Russ Travis <kennethrusselltravis@icloud.com> |
| **Sent:** | Tuesday, September 3, 2024 5:43 AM |
| **To:** | Bowen, Jonnica L. |
| **Subject:** | Canadian fan |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Report Suspicious

Hi from Canada Jonica, you lying fucking pervert
Keep up the comedy we're laughing our asses off while two here in Canada. We think you are a fucking hilarious clown.
Fuck, you fuck your country. Fuck your girlfriend stupid fucking American clowns.

WC0972

**Bowen, Jonnica L.**

| | |
|---|---|
| **From:** | Russ Travis <kennethrusselltravis@icloud.com> |
| **Sent:** | Tuesday, September 3, 2024 5:46 AM |
| **To:** | Bowen, Jonnica L. |
| **Subject:** | You and your bubbleheaded associate |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Report Suspicious

You and your bubbleheaded girlfriend should both be fired. You're both fucking ignorant perverts.