# EXHIBIT 6

# EXHIBIT 6



https://www.youtube.com/@auditingreno911

Search

viole                                                    1/4

# Auditing Reno 911

@auditingreno911 · 25.7K subscribers · 3.6K videos

Auditing, recording, documenting and disseminating the actions of government employees ...more

cash.app/$AuditReno911 and 2 more links

Subscribe

Home   Videos   Shorts   Live   Playlists   Posts



## About

shining a light on the people that should not be paid to serve with our taxes. There is no accountability for government employees while they hold the rest of us accountable. Qualified Immunity is not a law that Congress passed & President signed. Qualified immunity was created by the Supreme Court in 1967 to prevent the PEOPLE from suing government employees & holding them personally accountable when people were harmed.

My goal is to make OUR GOVERNMENT accountable to us as WE THE PEOPLE are accountable to government.

email
Const2Audit@gmail.com

## Links

**Give with cash ap**
cash.app/$AuditReno911

**Support changing government**
gpay.app.goo.gl/pay-60DDcCaNk3T

**Subscribe**
youtube.com/channel/UCFV0uMpDa04DQTdcuGgssVg?sub_confirmati…

## Channel details

✉ View email address

🌐 www.youtube.com/@auditingreno911

👥 25.8K subscribers



## Librarians hate free speech

2.7K views • 3 months ago





### Lying Crying Government Employee Caught
Auditing Reno 911 • 14K views • 6 months ago

Washoe County Library Manager Jonnica Bowen caught in a lie at the Washoe
meetings starts crying after she realizes she has been caught in a lie on video.

**Lying Crying Government Employee Caught**

Auditing Reno 911
25.8K subscribers

Subscribe     👍 626   👎    Share    ⬇ Download    🔖 Save    …

14,132 views  Aug 24, 2024  SIERRA VIEW LIBRARY
Washoe County Library Manager Jonnica Bowen caught in a lie at the Washoe County Library Board of Trustees meetings starts crying after she realizes she has been caught in a lie on video.

Contact County Manager Eric Brown and let him know what you think should happen to government employees that lie about people.
epricebrown@washoecounty.gov

Here is more of this government employee in this video.
▶ • Video



**Assault and Trespass the camera man at Washoe County Library Drag Queen Story Hour Inclusiveness**

Auditing Reno 911 • 6.2K views • 1 year ago

First Amendment Audit at the Sparks Library for Drag Queen Story time with children. The LGBTQ+ community say they are all about "inclusion". Why are they so exclusionary?? Why would they...



**Washoe County Library Director Jeff Scott decides who is entitled to speak and who shall be BLOCKED!**

Auditing Reno 911 • 1.8K views • 1 year ago

1st Amendment Audit FAIL Washoe County Government blocks the public from social media, preventing speaking or even seeing what our government shares with others but hides from those they do...



**Accused Battery in the Library: Jeff Scott Exposed!**

Auditing Reno 911 • 13K views • 4 months ago

In this intense legal confrontation, Speaker_01 accuses Jeff Scott, the library director, of battery and exposes the lack of action from Washoe County authorities. Witness the gripping details...



**Sheriff, will Jeff Scott be investigated?**

Auditing Reno 911 • 6.9K views • 1 month ago

Will Jeff Scott face consequences? Witness a gripping inquiry at the Sheriff's office, where we demand justice based on irrefutable evidence. Uncover the truth and fight for accountability...



**Library Director Assault: Justice Served?**

Auditing Reno 911 • 394 views • 1 month ago

Dive into the aftermath of a library incident! We follow up on an assault and trespass case involving a library director, detailing our pursuit of justice and the reopening of the investigation....



**Is This Library Ageist? I'm Suing!**

Auditing Reno 911 • 218 views • 2 months ago

Explore constitutional rights and age discrimination in public spaces. This video examines a debate on library policies, safe spaces, and the limits of government power, culminating in a potential...



### Assault at Library! I'm Pressing Charges!

Auditing Reno 911 • 548 views • 1 month ago

Follow our journey as we investigate an assault and battery complaint filed against library director Jeff Scott. We confront the issue of recording rights and explore the legal aspects of this...



### Police Confrontation at the Library: Unlawful Detainment Revealed!

Auditing Reno 911 • 35K views • 7 months ago

Witness the shocking confrontation between a library patron and the police, resulting in an unlawful detainment. Find out what led to this incident and the consequences faced by the patron....



### Library Drama: Legal Battles and Sheriff Showdown!

Auditing Reno 911 • 737 views • 4 months ago

Join us as we unravel a tense confrontation in a library, where suspension paperwork leads to serious legal implications. Witness the gripping dialogue as characters navigate the complexities...



### Community Court at Library

Auditing Reno 911 • 2.4K views • Streamed 2 months ago

Community Court at the Reno Library



Deputies vs Librarians: Who's REALLY in Charge?

3K views · 3 months ago



going to file a federal lawsuit okay and
I just want to have more standing

15:30 / 1:04:17

**Deputies vs Librarians: Who's REALLY in Charge?**



Auditing Reno 911
25.8K subscribers

Subscribe

224

Share

3K views   4 months ago   SOUTH VALLEYS LIBRARY



## Violent 1A Audit at Library 365 Day Suspension on Trial

Auditing Reno 911
25.7K subscribers

Subscribe

👍 873  👎

Share  •••



12,626 views  Premiered Sep 1, 2024  SIERRA VIEW LIBRARY

### Violent 1A Audit at Library 365 Day Suspension on Trial



Auditing Reno 911
25.7K subscribers

Subscribe

👍 873  👎

Share  •••

12,626 views  Premiered Sep 1, 2024  SIERRA VIEW LIBRARY

@washoecountylibrary Washoe County Library put me on trial to enforce a one year suspension for trying to enter a public library.  If you believe the government employees have lied copy and paste the complaint below with the subject "HR Complaint" then email to Washoe County Assistant Manager David Solaro at DSolaro@Washoecounty.gov

Mr. Solaro,

This is a human resources complaint against Washoe County Library Director Jeff Scott, Assistant Library Director Stacy McKenzie and Library Manager Jonica Bowen, all named individuals have violated the Washoe County Code of Conduct.

The named individuals have violated the "Honesty", "Respect", "Duty to Serve the Public", Tolerance", Fairness" and "Courtesy" sections of the written policy.

The violations can be viewed in the following videos.
▶ • Video
▶ • Lying Crying Government Employee Caught
▶ • Librarians lock children in keep pare...
▶ • Violent 1A Audit at Library 365 Day S...



**Violent 1A Audit at Library 365 Day Suspension on Trial**



Auditing Reno 911
25.7K subscribers

Subscribe    873    Share



**Violent 1A Audit at Library 365 Day Suspension on Trial**



Auditing Reno 911
25.7K subscribers

Subscribe    873    Share



File an HR complaint with
David Solaro Asst. County Mgr.
dsolaro@washocounty.gov



4:53 / 35:29

**Violent 1A Audit at Library 365 Day Suspension on Trial**

Auditing Reno 911
25.7K subscribers

Subscribe

873    Share



do the Librarians need to lock children
in libraries with transsexuals

**Librarians lock children in keep parents out. Parents found guilty of being mean.**

Auditing Reno 911
25.7K subscribers

Subscribe

433

Share



## Pompous Library Director Chastises Board of Trustees ⋮

608 views · 1 year ago



**Lying Crying Government Employee Caught**

Auditing Reno 911
25.7K subscribers

Subscribe

626

Share



**Librarians hate free speech**

Auditing Reno 911
25.7K subscribers

Subscribe

👍 147    👎    Share    ⬇ Download    🔖 Save    ...

2,751 views  Dec 12, 2024
Washoe County Nevada Librarians hate free speech.
Contact the Library Board of Trustees if you think Library Director Jeff Scott should be fired for divisive unconstitutional leadership.
https://www.washoecountylibrary.us/ab...



## 911 Call From Fearful Librarian

**Auditing Reno 911**
25.7K subscribers

Subscribe

 160  

Share

1,741 views  Dec 5, 2024

I have been restricted from Washoe County Libraries because I record their naughty deeds.  On November 12th I went to the library to find out about their policies to restrict the public from using their services... The librarian called 911 and this is the recording of the call...

Reach out to the Washoe County Library Trustees.



## LIBRARIANS SCARE TACTICS FOR TAX DOLLARS



**Auditing Reno 911**
25.7K subscribers

Subscribe

👍 160    👎    ↗ Share    •••

2,456 views  Dec 7, 2024
Washoe County Citizens Advisory Meeting Public Comments from 12/05/2024 Citizens against Stadium and Librarians scare tactics for tax dollars



 **@MrAnarchris** 1 year ago

keep up the good work.

Why is Washoe County so invested in sexualizing children?

👍 4   👎      Reply

⌄    • 2 replies

    L  **@lynnchastain8224** 1 year ago

    Huge trafficking problem in northern Nevada

    👍 2   👎      Reply

    🖼 **@auditingreno911** 1 year ago

    Good question

    👍 2   👎      Reply

 **@kierantibbitts5445** 2 years ago

🛡 NZ$2.00 Thanks!

👍   👎   🖼❤️   Reply



B  **@LugerLau** 6 months ago

🛡 $10.00 Thanks!

👍 3   👎   🖼❤️   Reply

⌄   🖼 • 1 reply

    🖼 **@auditingreno911** 6 months ago

    Thank you!

    👍   👎      Reply



**@newsnowtexas** 6 months ago

Crying for empathy at middle age ?

👍 2   👎     **Reply**

∧   • **2 replies**

**@auditingreno911** 6 months ago

Free license to repost... Getting privacy strikes from youtube complaints. Spread the word!!

👍   👎     **Reply**

**@mikechrz288** 6 months ago

Phone number phone number phone number 😊😊😊😊😊😊😊😊😊😊😊😊 we will stand together against this unlawful activity it's a public building

👍 1   👎     Reply

∧   • **1 reply**

**@auditingreno911** 6 months ago

Jeff Scott, Library Director. Telephone: 775-327-8341. FAX: 775-327-8392. Email: jscott@washoecounty.gov

👍   👎     Reply

**@Goodluck27711** 6 months ago

Ever underestimate the pettiness of a librarian

👍 66   👎     **Reply**

∧   • **7 replies**

**@auditingreno911** 6 months ago

My sister in law is a librarian.  We do not speak.

👍 17   👎     **Reply**



**@RockyMillsfatal** 1 year ago

@18:38 there are 4 camera's on you BEHIND this guys back filming actively, yet YOU'RE the bad guy for recording in the same spot???????? I'm confused.

👍 3   👎     Reply

∧   • **4 replies**

**@auditingreno911** 1 year ago

I make Library Director Jeff Scott "uncomfortable" apparently... Afterall I am a straight toxic white male 🙄

👍 2   👎     Reply



**@danajudd692** 1 year ago

Another library that needs to be burned to the ground.

👍 2  👎    Reply

6 replies

**@Stumbleduck** 1 year ago

You should try reading a book rather than listening to some random dudes youtube : /

👍 1  👎    Reply

**@danajudd692** 1 year ago (edited)

@Stumbleduck

HAHAHAHAHAHA

🦆 🦆 🦆 enjoy

👍  👎    Reply

**@Stumbleduck** 1 year ago (edited)

@danajudd692  thanks for the milk I guess? What's it like being your age and unable to read anything more complicated than Twilight?

👍  👎    Reply

**@auditingreno911** 1 year ago

The only positive of a troll is the added comments help with the algorithm.

👍  👎    Reply

**@danajudd692** 1 year ago (edited)

@auditingreno911

I know. The more they speak and view the content the more the channel grows. Their stupidity is actually a blessing.

👍 1  👎    Reply



https://www.youtube.com/watch?v=kbEBVpTBtOo&list=PLA9uh5u_cPHj_7AXkAErNTWEMUU-s6S0q&index=14

▶ Premium    Search

**@russtravis-tk5cm** 6 months ago

They shamed the majestic all encompassing, so powerful, all right almighty
Assistant librarian
Wall

👍  👎    Reply



**@JohnFilax** 3 months ago

Godspeed brother

👍 2    👎    **Reply**

⌄  •  **1 reply**

@auditingreno911  3 months ago

Thank you. Looking forward to recording depositions...

👍 1    👎    **Reply**



**How much $$$ will Washoe County pay for many Constitutional violations??**

 Auditing Reno 911
25.7K subscribers

**Subscribe**

 👍 77  👎     ↗ Share     •••



Prior to official event kick off, about 9:25 AM, I was notified by Stacy McKenzie that she had notified a person that they were trespassed from the property; she needed me to be present to formalize it, as I am manger of the building that we have tenancy in lieu of the property owner (Selective Real Estate).

I approached and was directed to a man approximately 50+ years, wearing long khaki cargo style shorts; a short-sleeved shirt with a green in color checkered pattern; a blue ball cap with a red brim; wearing body camera equipment ( I later learned this man's last name is Snell).   (I was not informed of the reason for trespass by AD McKenzie) The man was repeatedly asking staff at the entry point questions about the event in a confrontational tone while filming them.   He made statements to library staff including myself that we "...are perverts" for hosting the RainbowFest event.  After continued comments, repetition of the same questions and/or statements that were in relation to wanting to know if library staff were aware of specific regulatory statutes , and not asking for assistance related to the operations of library services, I asked the man to leave the day as he was in violation of library conduct policy #3, preventing library staff from conducting their job(s).  He refused to leave the premises, at which point I informed him he was trespassing and needed to leave the property, or we would call for support from law enforcement.  At that point, Allied Security staff stepped in to mediate the trespass, I left the area.

Shortly thereafter a different man approached me at the entry point.  He was wearing a washed-out grey colored t-shirt, long denim blue jeans, a similarly colored grey ball cap; eyeglasses with a black wire frame; grey or white facial hair. He asked some questions about the event, and I answered.  After a while he got involved in the "discussion" regarding the above man's trespass.  After a few minutes, he further engaged me with repetitious questions about the nature of the incident with other people (not library or event services).  I refused to answer his questions pert...

perverts what's wrong with calling somebody a pervert people have called

# 5 Shocking Things I Learned Suing Government Employees



Auditing Reno 911
25.7K subscribers

Subscribe

102

Share



**5 Shocking Things I Learned Suing Government Employees**

Auditing Reno 911
25.8K subscribers

102    Subscribe    Share    Downloaded    Save    ...

904 views  Streamed live on Jan 1, 2025



**Library Gets Sued for Discrimination**

Auditing Reno 911
25.7K subscribers

Subscribe    593    Share    Download    ...

6,542 views  Streamed live on Dec 13, 2024
Washoe County Library and Build Our Center, Inc. Is being sued in Federal Court along with its Director Jeff Scott and numerous other county employees for violations of Civil Rights.

If you think Jeff Scott the library Director Should be fired follow the link to the Washoe County Library Board of Trustees and contact them.
https://www.washoecountylibrary.us/ab...



Premium

Search



43:29 / 54:37




**Library Gets Sued for Discrimination**

Auditing Reno 911
25.7K subscribers

Subscribe

593    Share    Download



## How to sue the government yourself

Auditing Reno 911
25.7K subscribers

Subscribe

60

Share

Save

343 views · Streamed live on Dec 16, 2024





## How to sue the government yourself

Auditing Reno 911
25.7K subscribers

Subscribe

60

Share

Save

343 views · Streamed live on Dec 16, 2024







**Bueno Lawsuit Updates**

Auditing Reno 911
25.8K subscribers                    Subscribe                    382          Share          ...

4,182 views  Streamed live on Dec 31, 2024
Happy New Years this December 31st of 2024 I will be going over my Deputy Jason Bueno lawsuit along with updating and that process that I use to deal with lawsuits on a pro se basis.