# EXHIBIT 8

# EXHIBIT 8

| | |
|---|---|
| From: | Russ Travis |
| To: | McKenzie, Stacy L. |
| Subject: | You grinning fucking clown |
| Date: | Monday, September 2, 2024 4:17:23 AM |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

[ Report Suspicious ]

| | |
|---|---|
| From: | Russ Travis |
| To: | McKenzie, Stacy L. |
| Subject: | You'll pay cunt |
| Date: | Monday, September 2, 2024 3:21:57 AM |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Report Suspicious

WC0975

| | |
|---|---|
| **From:** | Russ Travis |
| **To:** | McKenzie, Stacy L. |
| **Subject:** | You're gonna pay bitch |
| **Date:** | Monday, September 2, 2024 4:16:50 AM |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

[Report Suspicious]

You don't get to allow somebody to have their rights you dumb fucking whore

| | |
|---|---|
| From: | Russ Travis |
| To: | McKenzie, Stacy L. |
| Subject: | Somebody should slap you in the fucking face you pig |
| Date: | Monday, September 2, 2024 4:07:39 AM |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

[ Report Suspicious ]

| | |
|---|---|
| From: | Russ Travis |
| To: | McKenzie, Stacy L. |
| Subject: | Stupid fuck |
| Date: | Monday, September 2, 2024 3:16:44 AM |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Report Suspicious

WC0978

| | |
|---|---|
| From: | Russ Travis |
| To: | McKenzie, Stacy L. |
| Subject: | Violent lying whore |
| Date: | Monday, September 2, 2024 3:21:28 AM |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Report Suspicious

**From:** Russ Travis
**To:** McKenzie, Stacy L.
**Subject:** Fuck you cunt
**Date:** Monday, September 2, 2024 3:15:39 AM

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

[Report Suspicious]

Arrogant fucking Cunt

| | |
|---|---|
| From: | Russ Travis |
| To: | McKenzie, Stacy L. |
| Subject: | Canadian fan |
| Date: | Monday, September 2, 2024 3:09:19 AM |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Report Suspicious

Hi from Canada
Watched you be a fat lying whore of a americlown on YouTube
Hey, you thought ugly fuck Internet is forever and you got caught you and your country with your fucking thumb up your Cunt you stupid fucking Cunt

WC0981

| | |
|---|---|
| From: | Russ Travis |
| To: | McKenzie, Stacy L. |
| Subject: | Bye bye whore |
| Date: | Monday, September 2, 2024 3:16:25 AM |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

[Report Suspicious]

WC0982

| | |
|---|---|
| From: | Russ Travis |
| To: | McKenzie, Stacy L. |
| Subject: | Stupid fuck |
| Date: | Monday, September 2, 2024 3:16:44 AM |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Report Suspicious

WC0983

**From:** McKenzie, Stacy L.
**To:** Liddell, Lindsay L
**Subject:** FW: Library
**Date:** Tuesday, March 18, 2025 1:40:44 PM
**Attachments:** image001.png



**Stacy McKenzie**
Assistant Library Director | Washoe County Library System
smckenzie@washoecounty.gov | 775.327.8345
301 S. Center Street, Reno, NV 89501



**From:** McKenzie, Stacy L.
**Sent:** Monday, August 26, 2024 2:21 PM
**To:** Scott, Jeff <jscott@washoecounty.gov>; West, Benjamin <BWest@washoecounty.gov>
**Subject:** FW: Library

Coming my way now.



**Stacy McKenzie**
Assistant Library Director | Washoe County Library System
smckenzie@washoecounty.gov | 775.327.8345
301 S. Center Street, Reno, NV 89501



**From:** Jason Kendall <jmkinmo@gmail.com>
**Sent:** Monday, August 26, 2024 2:03 PM
**To:** McKenzie, Stacy L. <SMcKenzie@washoecounty.gov>
**Subject:** Library

> **This Message Is From an Untrusted Sender**
> You have not previously corresponded with this sender.
>
> Report Suspicious

You are a fucking CUNT.
The library belongs to the people, not you. You NAZI CUNT.
Please go home and unalive yourself please, you are a waste of space in this Free America.

WC0984

| | |
|---|---|
| From: | McKenzie, Stacy L. |
| To: | Liddell, Lindsay L |
| Subject: | FW: WOW!!! YOU HAVEN"T CHNAGED AT ALL!!! |
| Date: | Tuesday, March 18, 2025 3:28:54 PM |
| Attachments: | image001.png |



**Stacy McKenzie**
Assistant Library Director | Washoe County Library System
smckenzie@washoecounty.gov | 775.327.8345
301 S. Center Street, Reno, NV 89501



From: McKenzie, Stacy L.
Sent: Tuesday, September 3, 2024 5:12 PM
To: West, Benjamin <BWest@washoecounty.gov>
Subject: FW: WOW!!! YOU HAVEN'T CHNAGED AT ALL!!!



**Stacy McKenzie**
Assistant Library Director | Washoe County Library System
smckenzie@washoecounty.gov | 775.327.8345
301 S. Center Street, Reno, NV 89501



From: Denise H <rainontoo@gmail.com>
Sent: Monday, September 2, 2024 11:30 AM
To: McKenzie, Stacy L. <SMcKenzie@washoecounty.gov>
Subject: WOW!!! YOU HAVEN'T CHNAGED AT ALL!!!

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

[Report Suspicious]

YOU'RE JUST ANOTHER LYING OVERPAID LOSER!!! GROW UP YOU POS!!!

WC0985

| | |
|---|---|
| From: | McKenzie, Stacy L. |
| To: | Liddell, Lindsay L |
| Subject: | FW: You are a uneducated lying disgusting piece of shit hopefully you get fired soon |
| Date: | Tuesday, March 18, 2025 3:28:17 PM |
| Attachments: | image001.png |



**Stacy McKenzie**
Assistant Library Director | Washoe County Library System
smckenzie@washoecounty.gov | 775.327.8345
301 S. Center Street, Reno, NV 89501



From: McKenzie, Stacy L. <SMcKenzie@washoecounty.gov>
Sent: Thursday, September 12, 2024 8:47 AM
To: West, Benjamin <BWest@washoecounty.gov>
Subject: Fwd: You are a uneducated lying disgusting piece of shit hopefully you get fired soon

First one in a bit. Very creative.

Get Outlook for iOS

From: Markus Eggersmann <mar.eggersmann@gmail.com>
Sent: Thursday, September 12, 2024 7:28:02 AM
To: McKenzie, Stacy L. <SMcKenzie@washoecounty.gov>
Subject: You are a uneducated lying disgusting piece of shit hopefully you get fired soon

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Report Suspicious

You are a uneducated lying disgusting piece of shit hopefully you get fired soon
You don't deserve to serve the community
You should be ashamed of yourself and quit your because you are uneducated and dumb as a rock

WC0986

| | |
|---|---|
| From: | Russ Travis |
| To: | McKenzie, Stacy L. |
| Subject: | We could fill five or 10 universes with the shit you don't know you fucking ignorant Cunt |
| Date: | Monday, September 2, 2024 4:03:58 AM |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

[Report Suspicious]