UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA – NORTHERN DIVISION

DREW J. RIBAR,

Plaintiff, Pro Se,

v.

WASHOE COUNTY, NEVADA; WASHOE COUNTY LIBRARY SYSTEM; BUILD OUR CENTER, INC.; JEFF SCOTT; STACY MCKENZIE; JONNICA BOWEN; JENNIFER COLE; DEPUTY C. ROTHKIN; DEPUTY R. SAPIDA; SGT. GEORGE GOMEZ; and JOHN/JANE DOES 1–10,

Defendants.

Case No. 3:24-cv-00526-ART-CSD

## NOTICE OF SERVICE

Plaintiff Drew J. Ribar hereby certifies that on **March 24, 2025**, the following documents were served on all appearing parties in this matter:

- PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
- EXHIBIT A – REDLINED COMPARISON OF ORIGINAL AND FIRST AMENDED COMPLAINT
- EXHIBIT B – FIRST AMENDED COMPLAINT (CLEAN VERSION)
- NOTICE OF MANUAL FILING OF VIDEO EXHIBITS 27–32

PLEADING TITLE - 1

- COMBINED EXHIBITS TO FIRST AMENDED COMPLAINT

These documents were served via the following methods:

**Via Email and Hand Delivered:**

**Counsel for Washoe County Defendants**

Lindsay L. Liddell, Esq.

Andrew Cobi Burnett, Esq.

Office of the Washoe County District Attorney

One South Sierra Street

Reno, NV 89501

Email: lliddell@da.washoecounty.gov

Email: cburnett@da.washoecounty.gov

**Counsel for Build Our Center, Inc.**

Jerry C. Carter, Esq.

Alison R. Kertis, Esq.

Sierra Crest Business Law Group

6770 S. McCarran Blvd., Reno, NV 89519

Email: jcarter@sierracrestlaw.com

Email: akertis@sierracrestlaw.com

**CERTIFICATE OF SERVICE**

PLEADING TITLE - 2

I certify that on March 24, 2025, I served the foregoing documents by the methods identified above and in accordance with Fed. R. Civ. P. 5(b)(2) and the Local Rules of Practice.

Dated this 24th day of March, 2025.

Respectfully submitted,

/s/ **Drew J. Ribar**

**Drew J. Ribar**

Plaintiff, Pro Se

3480 Pershing Lane

Washoe Valley, NV 89704

Email: const2audit@gmail.com

Phone: (775) 223-7899

PLEADING TITLE - 3