UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NORTHERN DIVISION

DREW J. RIBAR,

Plaintiff, Pro Se,

v.

WASHOE COUNTY, NEVADA; BUILD OUR CENTER, INC.; et al.,

Defendants.

Case No.: 3:24-cv-00526-ART-CLB

Dept.: ART-CLB

**NOTICE OF MANUAL FILING OF VIDEO EXHIBITS 27–32**

Plaintiff Drew J. Ribar, appearing pro se, hereby provides notice pursuant to Local Rules and Federal Rule of Civil Procedure 5(d)(3) that **Exhibits 27 through 32**, submitted in support of the First Amended Complaint filed on March 25, 2025, are **video files** that cannot be filed electronically through the CM/ECF system due to their file format and size.

The following exhibits are being submitted to the Clerk's Office on a **USB flash drive** labeled:

PLEADING TITLE - 1

**Drew J. Ribar – Video Exhibits 27–32**

**Case No. 3:24-cv-00526-ART-CLB**

These video exhibits correspond to events referenced in the First Amended Complaint and are described as follows:

- **Exhibit 27:** Video – Reno DQSH Event – June 15, 2023
- **Exhibit 28:** Video – Sparks DQSH Event – July 15, 2023
- **Exhibit 29:** Video – North Valleys Incident – June 15, 2024
- **Exhibit 30:** Video – Reno Suspension Notice – June 20, 2024
- **Exhibit 31:** Video – LBOT Hearing – August 21, 2024
- **Exhibit 32:** Video – South Valleys Detention – November 12, 2024

Each video is supported by a certified exhibit cover sheet and is referenced by timestamp within the First Amended Complaint.

Pursuant to the Court's rules, the physical media containing these exhibits will be maintained by the Clerk of Court unless otherwise ordered by the Court.

DATED: March 25, 2025

Respectfully submitted,

/s/ Drew J. Ribar

**DREW J. RIBAR**

Plaintiff, Pro Se
PLEADING TITLE - 2

1  3480 Pershing Ln
2  Washoe Valley, NV 89704
3  Const2Audit@gmail.com
4  (775) 223-7899

PLEADING TITLE - 3