__Filed __Received __Entered __Served On
Counsel/Parties of Record

MAR 2 4 2025

Clerk US District Court
District of Nevada
By:__________ Deputy

**EXHIBIT 2**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**DREW J. RIBAR, Pro Se,**
Plaintiff,

v.

**WASHOE COUNTY, et al.**

**Case No.:** 3:24-cv-00526-ART-CLB

---

**EXHIBIT 2**

**Title:**

Internal Communications Regarding Security & Law Enforcement Coordination for Drag Queen Story Hour (DQSH)

**Date:**

June 14, 2022

**Source:**

Internal email correspondence among Washoe County Library System officials

**Bates Number Range:**

EXH006-EXH010

## DESCRIPTION

This exhibit comprises internal emails among Washoe County Library System officials, including:

- **Jeff Scott** (Library Director)
- **Beate Weinert** (Youth Services and Library Events Manager)
- **Joan Dalusung** (Assistant Director)

The correspondence discusses:

1. **Security Planning for DQSH Events:**
   - Coordination with law enforcement to manage anticipated public reactions.
   - Consideration of restricting public access during the event.
2. **Policy on Public Access:**
   - Discussions about implementing specific plans and rules to control attendance.
   - Notably, Library Director Jeff Scott stated:

> **"It's also important to have a plan and rules. You don't need security as much if they can't get in."**

## RELEVANCE TO THE CASE

- **First Amendment Violation:**
  - The emails indicate **intentional planning to exclude certain individuals** from public events based on viewpoint, suggesting **viewpoint discrimination**.
- **Fourteenth Amendment Due Process Violation:**
  - The lack of neutral policies governing public access to library events points to potential **due process violations**.
- **Fourth Amendment Violation:**
  - Pre-event coordination with law enforcement to enforce exclusionary practices may have led to **unlawful searches and seizures**.
- **Monell Liability:**
  - Demonstrates that **unconstitutional policies** were established at the highest levels of the Washoe County Library System, implicating the county under **Monell v. Department of Social Services, 436 U.S. 658 (1978)**.

---

## CERTIFICATION OF EXHIBIT SUBMISSION

I, **Drew J. Ribar**, certify that this Exhibit 2 accurately represents the original internal communications obtained from Washoe County Library System records. This exhibit is submitted in compliance with **Federal Rules of Evidence 901**.

**Dated:** March 17, 2025

**Respectfully Submitted,**

/s/ **Drew J. Ribar**
**Drew J. Ribar, Pro Se**
3480 Pershing Ln
Washoe Valley, NV 89704
(775) 223-7899
Const2Audit@gmail.com

**From:** Weinert, Beate <BWeinert@washoecounty.gov>
**Sent:** 14 June 2022 23:21
**To:** Scott, Jeff; Dalusung, Joan
**Subject:** Re: [LibraryLink] Library Link of the Day for 2022-06-14
**Attachments:**

Great to hear all around, well, other than the fact that armed guards are actually needed for voting and story times. These are the times we live in. Thanks!

With Much Gratitude,
Beate

</A> **Beate Weinert**
**Youth Services and Library Events Manager | Washoe County Library System**
bweinert@washoecounty.gov</A> | Office: 775.327.8361
301 S. Center Street, Reno, NV 89501
</A> </A> </A> </A>

---

**From:** Scott, Jeff <jscott@washoecounty.gov>
**Sent:** Tuesday, June 14, 2022 4:18 PM
**To:** Weinert, Beate <BWeinert@washoecounty.gov>; Dalusung, Joan <JDalusung@washoecounty.gov>
**Subject:** Re: [LibraryLink] Library Link of the Day for 2022-06-14

I have not been contacted. Ben will
Have folks there. With early voting and Election Day they had to have armed guards so it might be the same the day of. I don't anticipate issues with our marketing plan and the climate so far.

Thanks

EXH006

Jeff

Jeff Scott
Library Director
Washoe County Library System
301 S. Center St. Reno, NV 89505
(775) 327-8340
jscott@washoecounty.us

**From:** Weinert, Beate <BWeinert@washoecounty.gov>
**Sent:** Tuesday, June 14, 2022 4:17:45 PM
**To:** Scott, Jeff <jscott@washoecounty.gov>; Dalusung, Joan <JDalusung@washoecounty.gov>
**Subject:** Re: [LibraryLink] Library Link of the Day for 2022-06-14

Have you been contacted as of yet?

Hopefully the Sheriff/Police are willing to do frequent drive bys for the folks outside

With Much Gratitude,
Beate

</A> **Beate Weinert**
**Youth Services and Library Events Manager | Washoe County Library System**
bweinert@washoecounty.gov</A> | Office: 775.327.8361
301 S. Center Street, Reno, NV 89501
</A> </A> </A> </A>

EXH007

**From:** Scott, Jeff <jscott@washoecounty.gov>
**Sent:** Tuesday, June 14, 2022 4:14 PM
**To:** Weinert, Beate <BWeinert@washoecounty.gov>; Dalusung, Joan <JDalusung@washoecounty.gov>;
**Subject:** Re: [LibraryLink] Library Link of the Day for 2022-06-14

It's also important to have a plan and rules. You don't need security as much if they can't get in.

Thanks

Jeff

Jeff Scott
Library Director
Washoe County Library System
301 S. Center St. Reno, NV 89505
(775) 327-8340
jscott@washoecounty.us

**From:** Weinert, Beate <BWeinert@washoecounty.gov>
**Sent:** Tuesday, June 14, 2022 3:24:32 PM
**To:** Scott, Jeff <jscott@washoecounty.gov>; Dalusung, Joan <JDalusung@washoecounty.gov>
**Subject:** Re: [LibraryLink] Library Link of the Day for 2022-06-14

So glad you have reached out ahead of time to security/sheriff/police.

With Much Gratitude,
Beate

EXH 008

</A>
**Beate Weinert**
**Youth Services and Library Events Manager | Washoe County Library System**
bweinert@washoecounty.gov</A> | Office: 775.327.8361
301 S. Center Street, Reno, NV 89501
</A> </A> </A> </A>

---

**From:** Scott, Jeff <jscott@washoecounty.gov>
**Sent:** Tuesday, June 14, 2022 11:59 AM
**To:** Dalusung, Joan <JDalusung@washoecounty.gov>; Weinert, Beate <BWeinert@washoecounty.gov>
**Subject:** RE: [LibraryLink] Library Link of the Day for 2022-06-14

Right, this was at an Alameda County Library branch. This incident justifies our need for precautions when we do this. I am always surprised that libraries don't consider these kinds of incidents and how to respond to them.

Thanks,

Jeff

</A>
**Jeff Scott**
**Library Director | Washoe County Library System**
jscott@washoecounty.gov</Span></A> | Office: 775.327.8340
301 S. Center Street, Reno, NV 89501
</A> </A> </A> </A>

**From:** Dalusung, Joan <JDalusung@washoecounty.gov>
**Sent:** Tuesday, June 14, 2022 11:57 AM
**To:** Scott, Jeff <jscott@washoecounty.gov>; Weinert, Beate <BWeinert@washoecounty.gov>
**Subject:** Fw: [LibraryLink] Library Link of the Day for 2022-06-14

Small world - the gentleman in glasses and a green shirt interviewed at the end of this story is a former librarian from LVCCLD. He moved to the Bay Area a few years ago and I believe is working in libraries there.

Ah - a quick check of his FB page says that he actually works for Alameda County Library.

- Joan

EXH 009

</A>

**Joan Dalusung**
**Assistant Director | Washoe County Library System**
jdalusung@washoecounty.gov</A> | Office: 775.327.8345
301 S. Center St., Reno, NV 89501
</A> </A> </A> </A>

---

**From:** mailinglistbouncer@dreamhost.com</A> <mailinglistbouncer@dreamhost.com</A>> on behalf of Library Link of the Day <librarylink@tk421.net</A>>
**Sent:** Tuesday, June 14, 2022 12:40 AM
**To:** Dalusung, Joan <JDalusung@washoecounty.gov</A>>
**Subject:** [LibraryLink] Library Link of the Day for 2022-06-14

[**NOTICE:** This message originated outside of Washoe County -- **DO NOT CLICK** on **links** or open **attachments** unless you are sure the content is safe.]

https://www.nbcnews.com/video/group-of-men-disrupt-drag-queen-story-hour-at-california-library-14 1985349787</A>
Group of men disrupt Drag Queen Story Hour at California library [NBC News]

..............................................................

Library Link of the Day
http://www.tk421.net/librarylink/</A> (archive, rss, subscribe options)

EXH010