**EXHIBIT 3**

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DREW J. RIBAR,
*Plaintiff, Pro Se,*

v.

WASHOE COUNTY, et al.

*Defendants.*

Case No.: **3:24-cv-00526-ART-CLB**

---

**EXHIBIT 3**

**Title:** Internal Communications Regarding Media Access for Drag Queen Story Hour (DQSH)

**Date:** June 24, 2022

**Source:** Internal email correspondence among Washoe County Library System officials

**Bates Number Range: EXH011 - EXH012**

---

**DESCRIPTION**

This exhibit comprises internal emails among Washoe County Library System officials discussing media access and restrictions regarding the Drag Queen Story Hour (DQSH).

**Key Correspondence Includes:**

- *Jeff Scott (Library Director):* Discusses coordinating interviews with media representatives and selectively permitting press access.

PLEADING TITLE - 1

- *Jamie Hemingway (PIO)*: Consulted on whether media, including KUNR, should be allowed to report on the event.
- *Beate Weinert (Youth Services and Library Event Manager)* Coordinates KUNR reporter meeting with Christopher Daniel.
- *Kristen Ryan (Library Official)*: Engaged in discussions about the handling of press inquiries.

**Primary Concerns Addressed:**

1. **Discriminatory Media Access:**
    - Library officials considered restricting media coverage, particularly from journalists not aligned with their preferred narrative.
    - The First Amendment prohibits viewpoint-based media exclusion from public forums (see *Kreimer v. Bureau of Police*, 958 F.2d 1242 (3d Cir. 1992)).

2. **Violation of Public Forum Doctrine:**
    - The emails suggest an effort to prevent certain individuals, including journalists, from entering the event.
    - This is inconsistent with *Southeastern Promotions, Ltd. v. Conrad*, 420 U.S. 546 (1975), which affirms that content-based restrictions on speech in public forums must pass strict scrutiny.

3. **Precedential Support for Free Press Protections:**
    - *Branzburg v. Hayes*, 408 U.S. 665 (1972): The press cannot be arbitrarily restricted from access to public events.

PLEADING TITLE - 2

- *Knight First Amendment Inst. v. Trump*, 928 F.3d 226 (2d Cir. 2019): Government officials may not exclude individuals from otherwise public communications based on viewpoint discrimination.

## RELEVANCE TO THE CASE

- **First Amendment Violation:**
  - The emails indicate selective restriction of media access based on viewpoint, constituting unconstitutional censorship of the press.
- **Fourteenth Amendment Due Process Violation:**
  - The discretionary application of media access rules without clear procedural safeguards violates Plaintiff's due process rights.
- **Monell Liability:**
  - The exhibit shows a deliberate policy of viewpoint-based press exclusion orchestrated by senior officials at the Washoe County Library System, implicating municipal liability (*Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978)).

## CERTIFICATION OF EXHIBIT SUBMISSION

I, **Drew J. Ribar**, certify that this **Exhibit 3** accurately represents the original internal communications obtained from Washoe County Library System records. This exhibit is submitted in compliance with **Federal Rules of Evidence 901** for authentication.

PLEADING TITLE - 3

Dated: **March 17, 2025**

**Respectfully Submitted,**

/s/ Drew J. Ribar
**Drew J. Ribar, Pro Se**
3480 Pershing Ln
Washoe Valley, NV 89704
(775) 223-7899
Const2Audit@gmail.com

PLEADING TITLE - 4

| | |
|---|---|
| **From:** | Weinert, Beate <BWeinert@washoecounty.gov> |
| **Sent:** | 24 June 2022 23:48 |
| **To:** | Scott, Jeff; Hemingway, Jamie; Ryan, Kristen |
| **Subject:** | Re: KUNR reporter at Storytime |
| **Attachments:** | |

Christopher is more than happy to join you if you would like them to 😊

With Much Gratitude,
Beate

</A>  **Beate Weinert**
**Youth Services and Library Events Manager | Washoe County Library System**
bweinert@washoecounty.gov</A> | Office: 775.327.8361
301 S. Center Street, Reno, NV 89501
</A> </A> </A> </A>

**From:** Scott, Jeff &lt;jscott@washoecounty.gov&gt;
**Sent:** Friday, June 24, 2022 2:14 PM
**To:** Hemingway, Jamie &lt;JHemingway@washoecounty.gov&gt;; Weinert, Beate &lt;BWeinert@washoecounty.gov&gt;; Ryan, Kristen &lt;kryan@washoecounty.gov&gt;
**Subject:** KUNR reporter at Storytime

I'll interview with the reporter. Not sure if Ginger Devine wants to be interviewed?

Thoughts on if it is too chaotic afterward?

Thanks

EXH 011

Jeff

Jeff Scott
Library Director
Washoe County Library System
301 S. Center St. Reno, NV 89505
(775) 327-8340
jscott@washoecounty.us

**From:** Jose Davila IV &lt;jose@kunr.org&gt;
**Sent:** Wednesday, June 22, 2022 3:23:11 PM
**To:** Scott, Jeff &lt;jscott@washoecounty.gov&gt;
**Subject:** Drag Queen Story Time

[NOTICE:   This message originated outside of Washoe County -- **DO NOT CLICK** on **links** or open **attachments** unless you are sure the content is safe.]
Dear Director Scott,


My name is Jose Davila and I am the new K-12 education reporter at KUNR here in Reno and I was wondering if I could attend the story time session on Saturday to talk to parents and kids about the event. I saw that adults without children are (obviously!) no allowed, so I figured I would ask for your permission. Otherwise, I'd love to schedule a time to talk to you about the program. I'd love to talk to Miss Devine, too, if possible.


Please let me know your thoughts!


Best,
Jose


Jose Davila IV (he/him/his)
K-12 Education Reporter and Report for America Corps Member at KUNR Public Radio
kunr.org</A> / reportforamerica.org</A>
(415)755-5234
jose@kunr.org

EXH 012