**EXHIBIT 10**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**DREW J. RIBAR,**
Plaintiff, Pro Se,

v.

**WASHOE COUNTY, et al.**

Defendants.

**Case No.: 3:24-cv-00526-ART-CLB**
**EXHIBIT 10**

**Title:** Internal Communications Between Washoe County Library System and Build Our Center, Inc. Regarding Planning Meetings for Rainbowfest & Drag Queen Story Hour (DQSH)

**Date:** March 22, 2023

**Source:** Internal email correspondence among Washoe County Library System officials and BOC representatives

**Bates Number Range:** EXH045–EXH061

---

**Description:**

This exhibit contains internal emails among Washoe County Library System (WCLS) officials and Build Our Center, Inc. (BOC) representatives, including:

- **Beate Weinert** (Youth Services and Library Events Manager, WCLS)
- **Jeff Scott** (Library Director, WCLS)
- **Jamie Hemingway** (Public Information and Development Officer, WCLS)

PLEADING TITLE - 1

- **Jonnica Bowen** (Library Manager, WCLS)
- **Stacey Spain** (Programs and Operations Manager, BOC)
- **Angeline Peterson** (Board Member, BOC)
- **Pam Larsen** (Librarian, North Valley Library Branch)

The emails confirm:

1. WCLS and BOC coordinated planning meetings at Our Center to discuss Rainbowfest, Drag Queen Story Hour (DQSH), and related LGBTQIA+ community events.
2. Emails reference a shared online document folder containing DQSH event planning materials.
3. BOC officials, including **Stacey Spain and Christopher Daniels**, participated in library event planning discussions and decisions.
4. Discussions regarding financial sponsorships, volunteer security teams, and venue logistics for Rainbowfest and Family Fun Day.
5. Emails contain embedded links to **Our Center's website** and **Drag Story Hour national organization resources.**

**Relevance to Case:**

**Supports First and Fourteenth Amendment Claims:**

- Demonstrates that WCLS officials **collaborated extensively** with BOC on event planning, indicating state endorsement of private advocacy events.

PLEADING TITLE - 2

- Shows that WCLS facilitated **LGBTQIA+ advocacy efforts while denying similar partnerships** to other community groups, reinforcing viewpoint discrimination under the First Amendment (**Rosenberger v. Rector, 515 U.S. 819 (1995)**).

**Refutes BOC's Motion to Dismiss:**

- Strengthens the argument that **BOC acted as an extension of Washoe County Library System** by jointly planning and coordinating public events, making BOC a **state actor** under **Lugar v. Edmondson Oil Co., 457 U.S. 922 (1982)**.
- Proves that BOC was not merely a private entity but **participated in direct government decision-making regarding public library events**.

**Relevant to Monell Liability:**

- Establishes that Washoe County officials, including **Library Director Jeff Scott**, played a role in **preferential partnerships with private advocacy groups**, making Washoe County liable under **Monell v. Dept. of Social Services, 436 U.S. 658 (1978)**.
- Shows that WCLS **granted preferential access** to BOC for public programming, **while excluding alternative viewpoints or groups**.

---

## CERTIFICATE OF AUTHENTICITY

I, **Drew J. Ribar**, hereby certify under the penalties of perjury that the attached documents are true and correct copies of public records and correspondence obtained from the Washoe County

PLEADING TITLE - 3

1   Library System, demonstrating its communications with Build Our Center, Inc., regarding public

2   event planning and coordination.

4   **Dated:** March 17, 2025

5   **Signed:**

6   */s/ Drew J. Ribar*

8   **Plaintiff, Pro Se**

9   3480 Pershing Ln

10  Washoe Valley, NV 89704

11  (775) 223-7899

12  Const2Audit@gmail.com

PLEADING TITLE - 4

| | |
|---|---|
| **From:** | Larsen, Pam <PLarsen@washoecounty.gov> |
| **Sent:** | 22 March 2023 00:16 |
| **To:** | Weinert, Beate; Bowen, Jonnica L.; Talarico, Lori A.; Sloan, Tyna |
| **Cc:** | Hansen, Judy; Dickman, Corinne; Ryan, Kristen; Scott, Jeff; Hemingway, Jamie; Owens, Brenda |
| **Subject:** | Re: Planning Mtg @ Our Center for Rainbowfest NV,SP and DSH @RN, plus notes Re: FYI plus Fw: Family Fun Day! Sat, March 11th |
| **Attachments:** | |

Hello,

I will not be able to attend since I am facilitating a program at that time.

Thanks &amp; Take Care,

Pam

--

Pam Larsen, MLIS
Librarian | North Valley Library Branch
Washoe County Library System
plarsen@washoecounty.gov</A> | Office: 775.972.0281
1075 North Hills Boulevard, Suite 340, Reno, NV 89506

– – – –

*My regular work schedule is Tuesday through Saturday.*

**From:** Weinert, Beate &lt;BWeinert@washoecounty.gov&gt;
**Sent:** Tuesday, March 21, 2023 11:59 AM

EXH045

**To:** Bowen, Jonnica L. &lt;JBowen@washoecounty.gov&gt;; Talarico, Lori A. &lt;LTalarico@washoecounty.gov&gt;; Larsen, Pam &lt;PLarsen@washoecounty.gov&gt;; Sloan, Tyna &lt;TSloan@washoecounty.gov&gt;
**Cc:** Hansen, Judy &lt;JHansen@washoecounty.gov&gt;; Dickman, Corinne &lt;CDickman@washoecounty.gov&gt;; Ryan, Kristen &lt;kryan@washoecounty.gov&gt;; Scott, Jeff &lt;jscott@washoecounty.gov&gt;; Hemingway, Jamie &lt;JHemingway@washoecounty.gov&gt;; Owens, Brenda &lt;BOwens@washoecounty.gov&gt;
**Subject:** Planning Mtg @ Our Center for Rainbowfest NV,SP and DSH @RN, plus notes Re: FYI plus Fw: Family Fun Day! Sat, March 11th

Happy snowy Tuesday, All!

Realizing this may be challenging, we really wanted to get this meeting of all the key participants scheduled so that everyone can start arranging the details. Christopher and Stacey are available to meet with us next Tuesday, 3/28, 1-2:30pm at Our Center https://ourcenterreno.org/</A>

Home | Our Center</A>

Welcome to Our Center! Northern Nevada's LGBTQIA community center. Our vision is to Build, Connect, and Strengthen the LGBTQIA community!

ourcenterreno.org

---

I'll send a meeting calendar shortly.

Here is the link to the Drag Story Time folder, which includes the meeting notes from the initial meeting with Christopher and Stacey: Drag Queen Story Time</A>

With Much Gratitude,
Beate

*EXH 046*

&lt;/A&gt;    **Beate Weinert**
**Youth Services and Library Events Manager | Washoe County Library System**
bweinert@washoecounty.gov&lt;/A&gt; | Office: 775.327.8361
301 S. Center Street, Reno, NV 89501
&lt;/A&gt;  &lt;/A&gt;  &lt;/A&gt;  &lt;/A&gt;

**From:** Bowen, Jonnica L. &lt;JBowen@washoecounty.gov&gt;
**Sent:** Monday, March 6, 2023 11:01 AM
**To:** Talarico, Lori A.    &lt;LTalarico@washoecounty.gov&gt;;    Larsen,    Pam
&lt;PLarsen@washoecounty.gov&gt;;  Weinert,  Beate  &lt;BWeinert@washoecounty.gov&gt;;  Sloan,
Tyna &lt;TSloan@washoecounty.gov&gt;
**Cc:**    Hansen,    Judy    &lt;JHansen@washoecounty.gov&gt;;    Dickman,    Corinne
&lt;CDickman@washoecounty.gov&gt;; Ryan, Kristen &lt;kryan@washoecounty.gov&gt;
**Subject:** Re: Mtg for Rainbowfest planning @NV,SP and DSH @RN, plus notes Re: FYI plus Fw: Family Fun
Day! Sat, March 11th

I am happy to meet whenever at the group's convenience.


Thanks,


Jonnica


&lt;/Span&gt;&lt;/A&gt;    **Jonnica Bowen**
**Branch Manager, North Valleys Library | Washoe County Library System**
jbowen@washoecounty.gov&lt;/A&gt;| Office: 775.972.0281
1075 North Hills Blvd. STE 340, Reno, NV 89506


**From:** Talarico, Lori A. &lt;LTalarico@washoecounty.gov&gt;
**Sent:** Sunday, March 5, 2023 10:56 AM
**To:**    Larsen,    Pam    &lt;PLarsen@washoecounty.gov&gt;;    Weinert,    Beate
&lt;BWeinert@washoecounty.gov&gt;; Sloan, Tyna &lt;TSloan@washoecounty.gov&gt;

*EXH047*

**Cc:** Hansen, Judy &lt;JHansen@washoecounty.gov&gt;; Bowen, Jonnica L. &lt;JBowen@washoecounty.gov&gt;; Dickman, Corinne &lt;CDickman@washoecounty.gov&gt;; Ryan, Kristen &lt;kryan@washoecounty.gov&gt;
**Subject:** Re: Mtg for Rainbowfest planning @NV,SP and DSH @RN, plus notes Re: FYI plus Fw: Family Fun Day! Sat, March 11th

I'm good with all meeting together.

Lori A. Talarico, MLS
Librarian | Sparks Library | Washoe County Library System
ltalarico@washoecounty.gov | Branch: 775.352.3200 | Office: 775.902.5105
1125 12th Street, Sparks, NV 89431

*My work week is Sunday-Thursday.*

**From:** Larsen, Pam &lt;PLarsen@washoecounty.gov&gt;
**Sent:** Saturday, March 4, 2023 1:36 PM
**To:** Weinert, Beate &lt;BWeinert@washoecounty.gov&gt;; Talarico, Lori A. &lt;LTalarico@washoecounty.gov&gt;; Sloan, Tyna &lt;TSloan@washoecounty.gov&gt;
**Cc:** Hansen, Judy &lt;JHansen@washoecounty.gov&gt;; Bowen, Jonnica L. &lt;JBowen@washoecounty.gov&gt;; Dickman, Corinne &lt;CDickman@washoecounty.gov&gt;; Ryan, Kristen &lt;kryan@washoecounty.gov&gt;
**Subject:** Re: Mtg for Rainbowfest planning @NV,SP and DSH @RN, plus notes Re: FYI plus Fw: Family Fun Day! Sat, March 11th

I am good

EXH 048

Thanks &amp; Take Care,


Pam


—

Pam Larsen, MLIS
Librarian | North Valley Library Branch
Washoe County Library System
plarsen@washoecounty.gov</A> | Office: 775.972.0281
1075 North Hills Boulevard, Suite 340, Reno, NV 89506

–  –  –  –


*My regular work schedule is Tuesday through Saturday.*


**From:** Weinert, Beate &lt;BWeinert@washoecounty.gov&gt;
**Sent:** Friday, March 3, 2023 5:45 PM
**To:**    Larsen,    Pam    &lt;PLarsen@washoecounty.gov&gt;;    Talarico,    Lori    A.
&lt;LTalarico@washoecounty.gov&gt;; Sloan, Tyna &lt;TSloan@washoecounty.gov&gt;
**Cc:**    Hansen,    Judy    &lt;JHansen@washoecounty.gov&gt;;    Bowen,    Jonnica    L.
&lt;JBowen@washoecounty.gov&gt;; Dickman, Corinne &lt;CDickman@washoecounty.gov&gt;; Ryan,
Kristen &lt;kryan@washoecounty.gov&gt;
**Subject:** Mtg for Rainbowfest planning @NV,SP and DSH @RN, plus notes Re: FYI plus Fw: Family Fun
Day! Sat, March 11th

Hello RN, SP, and NV,


Please see attached notes from Judy's and my initial meeting with Christopher and
Our Center.

EXH049

Would you all like to have a library meeting prior to a follow up meeting with Christopher and Our Center or are you all good with meeting all together?

Tyna- I have sent along your RN dates for consideration.

Everyone, please note: See the bottom of this email thread promoting the March 11th Drag Story Hour event in Austin, TX. Just sharing as an FYI.

With Much Gratitude,
Beate

&lt;/A&gt;  **Beate Weinert**
**Youth Services and Library Events Manager | Washoe County Library System**
bweinert@washoecounty.gov&lt;/A&gt; | Office: 775.327.8361
301 S. Center Street, Reno, NV 89501
&lt;/A&gt;  &lt;/A&gt;  &lt;/A&gt;  &lt;/A&gt;

**From:** Weinert, Beate &lt;BWeinert@washoecounty.gov&gt;
**Sent:** Thursday, March 2, 2023 5:18 PM
**To:**     Larsen,     Pam     &lt;PLarsen@washoecounty.gov&gt;;     Talarico,     Lori     A.
&lt;LTalarico@washoecounty.gov&gt;;
**Cc:**     Hansen,     Judy     &lt;JHansen@washoecounty.gov&gt;;     Bowen,     Jonnica     L.
&lt;JBowen@washoecounty.gov&gt;

*EXH050*

**Subject:** Re: Mtg for Rainbowfest planning @ NV and SP Re: FYI plus Fw: Family Fun Day! Sat, March 11th

Pardon confusion, Pam. We haven't picked a mtg date and time as of yet. I wanted to see who all would be joining us first. The March 11th date is an event that Drag Story Hour is putting on in Austin, TX and I just wanted you all to see it as an FYI.

With Much Gratitude,
Beate

</A>    **Beate Weinert**
**Youth Services and Library Events Manager | Washoe County Library System**
bweinert@washoecounty.gov</A> | Office: 775.327.8361
301 S. Center Street, Reno, NV 89501
</A>  </A>  </A>  </A>

**From:** Larsen, Pam &lt;PLarsen@washoecounty.gov&gt;
**Sent:** Thursday, March 2, 2023 5:07 PM
**To:**    Weinert,    Beate    &lt;BWeinert@washoecounty.gov&gt;;    Talarico,    Lori    A. &lt;LTalarico@washoecounty.gov&gt;
**Cc:**    Hansen,    Judy    &lt;JHansen@washoecounty.gov&gt;;    Bowen,    Jonnica    L. &lt;JBowen@washoecounty.gov&gt;
**Subject:** Re: Mtg for Rainbowfest planning @ NV and SP Re: FYI plus Fw: Family Fun Day! Sat, March 11th

Hello All

Jonnica would like to attend as well.  However, unfortunately, I am unavailable on Saturday, March 11th.   Is there another date that we can schedule the meeting?

EXH051

Thanks &amp; Take Care,


Pam


—

Pam Larsen, MLIS
Librarian | North Valley Library Branch
Washoe County Library System
plarsen@washoecounty.gov</A> | Office: 775.972.0281
1075 North Hills Boulevard, Suite 340, Reno, NV 89506

—   —   —

*My regular work schedule is Tuesday through Saturday.*

**From:** Weinert, Beate &lt;BWeinert@washoecounty.gov&gt;
**Sent:** Thursday, March 2, 2023 3:43 PM
**To:**     Talarico,   Lori   A.     &lt;LTalarico@washoecounty.gov&gt;;     Larsen,     Pam
&lt;PLarsen@washoecounty.gov&gt;
**Cc:** Hansen, Judy &lt;JHansen@washoecounty.gov&gt;
**Subject:** Mtg for Rainbowfest planning @ NV and SP Re: FYI plus Fw: Family Fun Day! Sat, March 11th

Thanks, Lori.


Pam, how about NV?

EXH052

With Much Gratitude,
Beate

    </A>    **Beate Weinert**
              **Youth Services and Library Events Manager | Washoe County Library System**
              bweinert@washoecounty.gov</A> | Office: 775.327.8361
              301 S. Center Street, Reno, NV 89501
              </A>  </A>  </A>  </A>

**From:** Talarico, Lori A. &lt;LTalarico@washoecounty.gov&gt;
**Sent:** Thursday, March 2, 2023 10:27 AM
**To:**        Weinert,     Beate     &lt;BWeinert@washoecounty.gov&gt;;     Larsen,     Pam &lt;PLarsen@washoecounty.gov&gt;
**Cc:** Hansen, Judy &lt;JHansen@washoecounty.gov&gt;
**Subject:** Re: FYI plus Fw: Family Fun Day! Sat, March 11th

And Corinne would like to attend as well.


Thank you!

   ---
       Lori A. Talarico, MLS
       Librarian | Sparks Library | Washoe County Library System

*EXH053*

ltalarico@washoecounty.gov | Branch: 775.352.3200 | Office: 775.902.5105
1125 12th Street, Sparks, NV 89431

*My work week is Sunday-Thursday.*

**From:** Talarico, Lori A. &lt;LTalarico@washoecounty.gov&gt;
**Sent:** Thursday, March 2, 2023 10:13 AM
**To:**      Weinert,      Beate      &lt;BWeinert@washoecounty.gov&gt;;      Larsen,      Pam
&lt;PLarsen@washoecounty.gov&gt;
**Cc:** Hansen, Judy &lt;JHansen@washoecounty.gov&gt;
**Subject:** Re: FYI plus Fw: Family Fun Day! Sat, March 11th

Julia and I will attend.

Lori A. Talarico, MLS
Librarian | Sparks Library | Washoe County Library System
ltalarico@washoecounty.gov | Branch: 775.352.3200 | Office: 775.902.5105
1125 12th Street, Sparks, NV 89431

*My work week is Sunday-Thursday.*

**From:** Weinert, Beate &lt;BWeinert@washoecounty.gov&gt;
**Sent:** Monday, February 27, 2023 3:20 PM
**To:**      Talarico,      Lori      A.      &lt;LTalarico@washoecounty.gov&gt;;      Larsen,      Pam
&lt;PLarsen@washoecounty.gov&gt;
**Cc:** Hansen, Judy &lt;JHansen@washoecounty.gov&gt;

EXH054

**Subject:** FYI plus Fw: Family Fun Day! Sat, March 11th

Hi Pam and Lori!

Our Center and Christopher are available for both proposed festival dates.

See below--FYI for now as we plan.

We'll be pulling together a meeting shortly. Other than you two, anyone else from your respective libraries for this initial meeting?

With Much Gratitude,
Beate

     </A>     **Beate Weinert**
               **Youth Services and Library Events Manager | Washoe County Library System**
               bweinert@washoecounty.gov</A> | Office: 775.327.8361
               301 S. Center Street, Reno, NV 89501
               </A>  </A>  </A>  </A>

**From:** Drag Story Hour &lt;admin@dragstoryhour.org&gt;
**Sent:** Thursday, February 23, 2023 10:55 AM
**To:** Weinert, Beate &lt;BWeinert@washoecounty.gov&gt;
**Subject:** Family Fun Day! Sat, March 11th

**[NOTICE:** This message originated outside of Washoe County -- **DO NOT CLICK** on **links** or open **attachments** unless you are sure the content is safe.]

*EXH055*

We are coming to Austin, Texas!

&lt;/A&gt;

EXH056

**Saturday, March 11, 2023**
4PM-6PM
**Austin, Texas**

*EXH057*



</A>

EXH 058



EXH059

**Donate to Drag Story Hour! </A>**

Copyright © 2023 Drag Story Hour, All rights reserved.

EXHO60

You are receiving this email because you signed up on our website (or at a local event), donated to DQSH, or bought merch from us. We don't buy or sell email addresses.

Our mailing address is:

Drag Story Hour
584 Castro St # 2097

San Francisco, CA 94114

Add us to your address book</A>

Want to change how you receive these emails?
You can update your preferences</A> or unsubscribe from this list</A>.

EXH061