**EXHIBIT 13**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**DREW J. RIBAR**, Pro Se Plaintiff
3480 Pershing Ln
Washoe Valley, NV 89704
(775) 223-7899
Const2Audit@gmail.com

vs.

**WASHOE COUNTY, et al.**

Defendants.

Case No.: **3:24-cv-00526-ART-CLB**

**EXHIBIT 13**

**Title:** Internal Emails Between Washoe County Library System (WCLS) Leadership Regarding Public Messaging and Friends of the Library's Role in Supporting Drag Queen Story Hour (DQSH)

**Date:** May 10, 2023

**Source:** Internal email correspondence among Washoe County Library System officials

**Bates Number Range: EXH070-EXH071**

PLEADING TITLE - 1

# DESCRIPTION

This exhibit contains internal emails among Washoe County Library System (WCLS) leadership discussing public messaging strategies related to Drag Queen Story Hour (DQSH). The emails include communications between:

- **Jeff Scott** (Library Director, WCLS)
- **Jamie Hemingway** (Interim Public Information and Development Officer, WCLS)

Key discussion points in the emails include:

1. **Drafting a response** regarding the Friends of the Library's role in funding Drag Queen Story Hour events.
2. **Deliberating** whether to present the response as an official WCLS statement or from the perspective of Jeff Scott personally.
3. **Modifying event descriptions** to frame DQSH as "one of many programs" to avoid public criticism.
4. **Coordinating public messaging** between WCLS leadership to ensure a **unified response** and **mitigate potential backlash** regarding WCLS's role in hosting DQSH events.
5. **Refining language** in external communications to **downplay the level of financial support** Friends of the Library provided for DQSH.

PLEADING TITLE - 2

# RELEVANCE TO CASE

## Supports First and Fourteenth Amendment Claims

- Demonstrates **viewpoint-based discrimination** and **government control over messaging**, violating **First Amendment principles** (see **Packingham v. North Carolina, 582 U.S. 98 (2017)**).
- Shows that **WCLS officials deliberately tailored public statements** to shape the narrative, supporting **content-based regulation of speech** (see **Reed v. Town of Gilbert, 576 U.S. 155 (2015)**).

## Refutes BOC's Motion to Dismiss

- Strengthens the argument that **WCLS directly controlled public messaging about DQSH**, proving they were not a neutral entity but **active participants in viewpoint discrimination**.
- Provides additional **evidence of coordination between government officials and private organizations** to promote a specific agenda, undercutting BOC's claims of independent operation.

## Relevant to Monell Liability

- Establishes that **Washoe County Library officials, including Jeff Scott**, were actively involved in **shaping the public perception of DQSH events**, making **Washoe County liable under Monell v. Dep't of Soc. Servs., 436 U.S. 658 (1978)**.

- Demonstrates **WCLS's deliberate policy of controlling speech and event messaging,** violating **government neutrality requirements** under the **First Amendment.**

# CERTIFICATE OF AUTHENTICITY

I, **Drew J. Ribar**, certify under penalty of perjury pursuant to **28 U.S.C. § 1746** that the attached documents are **true and accurate copies** of internal emails obtained from Washoe County Library System officials through public records requests and other legal means.

Dated: **March 17, 2025**

**Signed:**

/s/ Drew J. Ribar

Drew J. Ribar, Pro Se

3480 Pershing Ln

Washoe Valley, NV 89704

(775) 223-7899

Const2Audit@gmail.com

PLEADING TITLE - 4

**From:** Scott, Jeff <jscott@washoecounty.gov>
**Sent:** 10 May 2023 18:29
**To:** Hemingway, Jamie
**Subject:** Re: Friends Response draft
**Attachments:**

I think general is fine. It's technically coming from the Friends.

Thanks

Jeff

Jeff Scott
Library Director | Washoe County Library System
jscott@washoecounty.gov</A>   | Office: 775.327.8340
301 S. Center Street, Reno, NV 89501

**From:** Hemingway, Jamie &lt;JHemingway@washoecounty.gov&gt;
**Sent:** Wednesday, May 10, 2023 11:27:27 AM
**To:** Scott, Jeff &lt;jscott@washoecounty.gov&gt;
**Subject:** Re: Friends Response draft

Hi Jeff,

I made a few edits and added in all the current programs funded by the Friends.  _edited Drag Queen storytime Friends.docx</A>

Also, do you want this to be more of a general WCLS statement, or to be first person from you?

Thanks,

Jamie

EXH070

Jamie Hemingway
Interim Public Information and Development Officer | Washoe County Library System
jhemingway@washoecounty.gov</A> | Office: 775-327-8360
301 South Center Street, Reno, NV 89501

**From:** Scott, Jeff &lt;jscott@washoecounty.gov&gt;
**Sent:** Wednesday, April 26, 2023 10:38 AM
**To:** Hemingway, Jamie &lt;JHemingway@washoecounty.gov&gt;
**Subject:** Friends Response draft

Jamie,

Go ahead and take a look and make any edits you see fit. I was probably a little loose with what the Friends support so more detail would help demonstrate this is one of many programs.

Thanks,

Jeff

    &lt;/A&gt;    Jeff Scott
              Library Director | Washoe County Library System
              jscott@washoecounty.gov</A>    | Office: 775.327.8340
              301 S. Center Street, Reno, NV 89501
              &lt;/A&gt; &lt;/A&gt; &lt;/A&gt; &lt;/A&gt;

EXH071