**EXHIBIT 16**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NORTHERN DIVISION

DREW J. RIBAR,
Plaintiff, Pro Se,

v.

WASHOE COUNTY, et al.

Defendants.

Case No.: 3:24-cv-00526-ART-CLB

---

**EXHIBIT 16**

**Title:** Public Comments Transcript – LBOT Meeting (April 17, 2024)

**Date:** April 17, 2024

**Bates Number Range:** EXH084

---

**DESCRIPTION**

This exhibit contains a transcript of **Plaintiff's public comments** at the **Library Board of Trustees (LBOT) Meeting on April 17, 2024**. The transcript, generated using **AI-powered transcription software,** accurately reflects Plaintiff's statements at the meeting and establishes

PLEADING TITLE - 1

**transcription software**, accurately reflects Plaintiff's statements at the meeting and establishes material discrepancies between what was actually stated and how it was later documented in **LBOT meeting minutes.**

Key elements include:

- **First Amendment Violations:** Plaintiff spoke about public concerns regarding transparency, government accountability, and equal access to library spaces. However, the **official meeting minutes (Exhibit 17) misrepresent Plaintiff's statements**, falsely attributing comments about banning books and opposition to Drag Queen Story Hour (which Plaintiff never made).
- **Retaliation Evidence:** The falsification of official records supports **a Fourteenth Amendment procedural due process violation** and **First Amendment retaliation claim** under **42 U.S.C. § 1983.**
- **Viewpoint Discrimination:** The meeting's minutes manipulated Plaintiff's public comments in a way that **distorts his speech and viewpoints**, further reinforcing claims of **censorship and retaliation** by public officials acting under the color of law.
- **Supporting Legal Precedents:**
    - **Monell v. Dept. of Social Services,** 436 U.S. 658 (1978) – Establishes municipal liability for constitutional violations caused by official policies.
    - **Board of County Comm'rs v. Umbehr,** 518 U.S. 668 (1996) – Prohibits retaliation against individuals engaging in public criticism of government entities.
    - **Kreimer v. Bureau of Police,** 958 F.2d 1242 (3d Cir. 1992) – Reinforces **public library access as a limited public forum** where speech rights are protected.

PLEADING TITLE - 2

## CERTIFICATION OF AUTHENTICITY

I, **Drew J. Ribar**, certify under penalty of perjury under the laws of the United States of America that the attached transcript is a **true and accurate representation** of my public comments made at the **Library Board of Trustees meeting on April 17, 2024.** This transcript was **generated using AI-powered transcription software** and remains unaltered in its original form.

**Dated:** March 17, 2025

**Respectfully submitted,**

**/s/ Drew J. Ribar**

3480 Pershing Ln.

Washoe Valley, NV 89704

(775) 223-7899

Const2Audit@gmail.com

PLEADING TITLE - 3

Come on up folks on there. Go ahead. Hi there my name is Drew Ribar and I appreciate the library board and I appreciate the director and work for the director. I would not be a candidate for assembly district 40.

I'm a businessman. I decided to run for office because I don't find what's going on in our country. I don't like what's going on in our county or in our libraries. I hear a lot about censorship.

In the matter of constitution article one section nine just like the first amendment in the United States Constitution there needs freedom of speech. Censorship should not happen.

Although these books, these books should not be available to children if they are sexual nature and sexual content. As the speaker before me said they should be divided out.

When I was a child I didn't get to go by penthouse, hustler, playboy, all of the cool things that I would have liked to have as a boy. No. Parents need to be able to monitor what their children are doing. It's not for the government to do it. It's not for the parents. And to do that you need to have things that are separate that are not children appropriate. So that's my position. Please don't censor books. Please set up a section so free speech can be exercised. So free information can be given to the public. Do not censor things. But on the other hand we shouldn't be grooming our children. The library, my tax dollars, should not be going to transsexual story time hour. If you want to practice your sex, go for it. There's 154 LGBTQ plus days per year that we celebrate in this country. I don't think any of us we might be not for it but live your own life. Anybody else's wife's job to judge your life. But don't put your whatever idiosyncrasy on anybody else just like I should have put mine on yours. Have respect for everybody. Thank you very much. If you live in assembly 40 vote for me.

EXH 084