# EXHIBIT 17

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**DREW J. RIBAR**, Pro Se Plaintiff
3480 Pershing Ln
Washoe Valley, NV 89704
(775) 223-7899
Const2Audit@gmail.com

v.

**WASHOE COUNTY, et al.**

Defendants.

Case No.: 3:24-cv-00526-ART-CLB

# EXHIBIT 17

**Title:** Library Board of Trustees Meeting Minutes – April 17, 2024 *(Falsified Record of Plaintiff's Public Comment)*

**Date of Record:** April 17, 2024

**Source:** Official meeting minutes of the Washoe County Library Board of Trustees (LBOT)

**Bates Number Range:** EXH085-EXH092

# DESCRIPTION
PLEADING TITLE - 1

This exhibit contains the **official meeting minutes** from the **April 17, 2024, Washoe County Library Board of Trustees (LBOT) meeting**, specifically **Section 23**, which contains a misrepresentation of Plaintiff Drew Ribar's public comments.

**Key Issues with Section 23:**

1. **Fabrication of Statements** –
    - The meeting minutes falsely state that Plaintiff **"advocated for book bans"** and **"expressed opposition to Drag Queen Story Hour."**
    - Plaintiff's actual statement (documented in **Exhibit 16**) **makes no mention of book bans or opposition to Drag Queen Story Hour.**
    - Plaintiff **spoke about parental rights, viewpoint diversity, and transparency in library programming.**

2. **Selective Editing of Public Comments** –
    - The official minutes **omit Plaintiff's concerns** regarding **library event viewpoint bias.**
    - The meeting record **fails to reflect** Plaintiff's concerns about **exclusion of alternative perspectives.**

3. **Open Meeting Law Violations** –
    - Plaintiff questioned **Washoe County Library's adherence to Nevada's Open Meeting Law (NRS 241.035).**
    - **Exhibit 17 proves that the minutes were altered** to misrepresent public comments **and suppress Plaintiff's viewpoint.**

PLEADING TITLE - 2

# LEGAL RELEVANCE

This exhibit directly supports **multiple causes of action** in Plaintiff's Amended Complaint:

☑ **First Amendment (42 U.S.C. § 1983) –**

- Demonstrates **viewpoint discrimination** by Washoe County Library officials.
- Official records were **falsified** to distort Plaintiff's **public speech.** *(See Packingham v. North Carolina, 582 U.S. 98 (2017), Davison v. Randall, 912 F.3d 666 (4th Cir. 2019), and Kreimer v. Bureau of Police, 958 F.2d 1242 (3d Cir. 1992)).*

☑ **Fourteenth Amendment (Due Process – 42 U.S.C. § 1983) –**

- The **falsification of public comments** in an **official government record** violates procedural due process. *(Mathews v. Eldridge, 424 U.S. 319 (1976), Armstrong v. D.C. Pub. Library, 154 F. Supp. 2d 67 (D.D.C. 2001)).*

☑ **Monell Liability (42 U.S.C. § 1983) –**

- Washoe County's **policy of altering government records** constitutes an **unconstitutional policy under Monell v. Dept. of Soc. Servs., 436 U.S. 658 (1978).**

☑ **Nevada Open Meeting Law (NRS 241.035) –**

- **Tampering with official meeting minutes** to distort public input violates **state transparency laws.**

PLEADING TITLE - 3

**Nevada Constitutional Violations (Article 1, Section 9 & 10)** –

- Plaintiff's **speech and petition rights** were violated by the **alteration of public records** intended to suppress his viewpoint. *(Mack v. Williams, 138 Nev. Adv. Op. 86 (2022)).*

## CERTIFICATE OF AUTHENTICITY

I, **Drew J. Ribar**, certify under **penalty of perjury** pursuant to **28 U.S.C. § 1746** that the attached document is a **true and correct copy** of the **official meeting minutes of the Washoe County Library Board of Trustees (LBOT) from April 17, 2024**, obtained from publicly available government records.

Dated: March 17, 2025

Signed:

/S/Drew J. Ribar

**Plaintiff, Pro Se**

3480 Pershing Ln. Washoe Valley NV 89704

Const2Audit@gmail.com

775-223-7899

PLEADING TITLE - 4



# LIBRARY BOARD OF TRUSTEES MEETING
# MINUTES WEDNESDAY, April 17, 2024
### 5:30 P.M.

The Board met in regular session in a hybrid format via Zoom webinar and in person.

Trustee Gianna Jacks called the meeting to order at 5:30 pm.

0) Salute to the flag

1) ROLL CALL

> Board Members Present: Gianna Jacks, Albert Rogers, Tami Ruf, Ann Silver
> (Lea Moser appeared virtually at 7:22pm)
>
> Board Members Absent: None
>
> County Staff Present:   Library Director Jeff Scott, Deputy District Attorney Herbert Kaplan

2) PUBLIC COMMENT

1. Valerie Fiannaca: Spoke on the Fiannaca lawsuit. Asked the board to have a closed session on vacancies.

2. James Benthin: spoke to the board about making libraries a safe haven for everyone. Requested pornography be removed from the library.

3. William Puchert: Has attended the meeting for a year now. Has witnessed library staff being bullied at the meetings due to homophobic beliefs. Would like to see the bullying stop.

4. Debi Stears: Spoke about members that will be having their appeals of library materials heard. Made a request to the board that the members be put to the front of the agenda to ensure they be heard.

EXH 085

5. Kris Dondero: Worked in the Spanish Springs Library from 2005 to 2020. She retired during covid and wanted to thank her coworkers for the professionalism and neutrality shown. Her job as a librarian was to promote literacy and provide information.

6. Manuel Sanchez: Spoke on his opposition to drag queen story event.

7. Isabella: Spoke about how the library programs need to respect the discussion of parents and public. Is opposed to the drag queen story event.

8. Briaana S: Spoke about how not age appropriate for adolescence should not be taught or demonstrated in any way.

9. Lynn Arnone: Spoke on her support to Washoe County library policies and positions that keep books on the shelf. Especially the ones that represent and reflect our community's diverse population.

10. Bruce Parks: Spoke about the issue he has with the library not agendizing Constitution Day. He had made the proposal and did not hear anything back. Would like to hear back regarding his proposal.

11. Charles Elliott: Spoke on how he is trying to support the banning of certain books and titles in libraries.

12. Jenny Clark: Spoke on her opposition to drag queen story event.

13. Stacy Spain: Spoke on her support to drag queen story event.

14. Ilya Arisa: spoke about her opposition to books being banned from the library shelves.

15. Naseem Jamnia: Spoke on her support to not ban books from the library.

16. Cliff Nellis: Spoke on his request to the Board to remove Mr. Scott from his position. And his support to book banning.

17. Cate Salim: Spoke on the Washoe County code of conduct. Hopes the members or trustees will take the codes to heart.

18. Candace Powell: Spoke on her support to drag queen story event.

19. Alanna Fitzgerald: Spoke on her opposition to book banning.

20. Jester Lerity: Spoke on her support to drag queen story event.

21. Jessie Ebbe: Spoke on her support to the County Library's diverse programming and diverse book selection. Is opposed to book banning.

22. Brooke Westlake: Spoke on her opposition to drag queen story event.

EXH 086

23. Drew Ribar: Spoke on his support to book banning and censorship. And opposition to drag queen story event.

24. Helena Davis: Spoke on support for drag queen story event.

25. Tanya Freeman: Churchill County resident that spoke on support to book banning and opposition to drag queen story event.

26. Eric Lerude: Spoke on his support for the drag queen story event. Opposition to book banning.

27. Daniela Garcia: Spoke on her opposition to drag queen story event.

28. Dayana Garcia Navarro: Spoke on her opposition to drag queen story event.

29. Yureli Vivar: Spoke on opposition to drag queen story event.

30. Rose Orellano: Spoke on opposition to drag queen story event.

31. December Cuccaro: Spoke on opposition to drag queen story event.

32. Kate Whitfield: Spoke on her support to not ban books from the libraries and her support to drag queen story event.

33. Cody Martin: Spoke on the opposition of drag queen story event.

34. Zoe Stears-Macauley: Spoke on support on not banning books.

35. Liar Singer: Spoke on the children reading programs at the libraries and how he is appreciative of such programs.

36. Lisa Cantos: Spoke on support of drag queen story event.

37. Janet Butcher: Spoke on opposition to drag queen story event.

38. Nichelle Hull: Spoke on support for book banning in the library.

39. Cristina Ferguson: Spoke on opposition to book banning.

40. Joni Hammond: Spoke on opposition to book banning and censorship.

41. Debbie Hudgens: Spoke on support to no book banning or censorship.

42. Christina Page: Spoke on her support to no book banning or censorship.

43. Argyle Mikkelsen: Spoke on support for the non-banning of books.

EXH087

44. Victoria Myer: Spoke on opposition to drag queen story event and support to banning books.

45. Alex Moville Spoke to support drag queen story event.

46. Steph Aiteann: Spoke of the opposition to banning books and censorship.

47. Riley Kusnick: Spoke on opposition to banning books.

48. Samantha Strasser: Spoke on support for drag queen story event.

49. Amy Cavanaugh: Spoke on support for drag queen story event.

8) Board Comment [Non-Action Item] -Limited to Announcements, Strategic Plan Activity, Updates, or issues proposed for Future Agendas and or Workshops.

Trustee Rogers spoke on the agenda preview and how the changes to agendas need to be transparent as distributed by the chair. Wanted to make sure with legal counsel that there were no open meeting violations. Would like to entertain when the chair has a request to change the agenda to ask the other members if they are in concurrence with changing the agenda. Making a comment under pulling number 8. Would like to keep the agenda as is written and presented.

Trustee Silver: Thanked all that attend the library meetings and speak on the values and beliefs they have. Past lawyer in mitigation and would like to act as a mediator on the board for those agree to disagree issues. Would like to see Bruck Parks as part of the committee.

Trustee Ruf: Agrees with Trustee Silver with the need for a mediator. The job of a Trustee is to support the library and the conflicts leading back to a year ago. Need to have access to resolve issues. Need to support the library mission.

Trustee Moser: Wanted to echo the other Trustees and wanted to see if the issues are constitutional and need to be constitutional protected.

Chair Jack: Wanted to introduce the board and address the public comments. Public comments are spoken from the heart and there is a ton of emotion. Not trying to hurt anyone and imploring them to speak. Appreciated the public that attended. The agenda did not have final approval from herself, and it was published to the public before she approved. Not trying to be difficult but she moved items around so everyone could have a chance to speak and hear the items.

3) Approval of Meeting Minutes:
   a) Approval of Minutes from the Library Board Meeting of January 17, 2024 [For Possible Action]

   Trustee Rogers moved to approve the library board meeting minutes from January 17, 2024. Lea Grace second the motion.

Chair Jack wanted to address the minutes drastic change from December minutes. The minutes have a new flow. A new sense of detail and punctuation. Will call for public comment on this agenda.

EXH088

Bruce Parks: Good Job

Janet Butcher: Sent in an open meeting law violation for the December 20th minutes. They were approved in January but noted that the minutes were incorrect.

Chair Jack: Have a motion on the table to approve the minutes of the January meeting. Motion carries the meeting minutes are approved unanimously.

4) Old Business [Non-Action Item]
   None

5) New Business

   a) National Library Week Proclamation:
      Director Scott read and presented the proclamation for National Library week.

   e) Appeal of Library Director's decision regarding book challenges as follows. Decisions on appeals should be based on the Collection Development Policy, the material, careful review of the objection and the American Library Assiciation's Bill of rights, Freedom to Statement, freedom to view statement and guidelines of intellectual freedom. [For Possible Action]

   Debbie Stears Collection Development manager presented a PowerPoint on what the policy is. The policy is our contract with our community about how we conduct the business of building a collection and making it available. It is only as strong as the consistency which we apply it. How is it that we purchase for the library and where do we place them and how do we decide what to withdraw. Tried to pull out the exact language from that policy. The policy distinguishes what the board's responsibility is in hearing these appeals and it is how it is agenized for this meeting and so it calls on the board to look at. Washoe County library system follows the collection development policy and the acquisition and the placement of the titles in question. To look at the works in question evaluated as a whole careful review of the objection. The objections were uploaded in their entirety as submitted by the people requesting reconsideration. Looking at the ALA bill of rights the American Library Association freedom to read and freedom to view statements and guidelines on intellectual freedom.

   Nichelle Hull: Sent a letter to Debbie Stears along with an affidavit and all the challenges and book reports to the entire board. The letter is to contest Director Scott telling the challengers that the books being challenged will not be moved or placed elsewhere. The correct form was used to submit to the group but yet feels it is being disregarded and ignored.

   1. Challenge submitted by Sandee Tibbit regarding Gender Queer by Maia Kobabe, and Flamer by Mike Curato. Submitted her reviews as to why she feels the books should be banned/censored. Not appropriate for library material.

   2. Challenge submitted by Darla Lee regarding looking for Alaska by John Green, and Zenobia July by Lisa Bunker: Feels the books are not age appropriate and feels the book could fall into vulnerable children. Feels the book is not appropriate for young teens. The

EXH 089

book is more for adults and should be placed as such.

3. Challenge Submitted by Mary Graham regarding Elatsoe by Darcie Little Badger and Date me, by Bryson Keeler by Kevin Van Whye: Was not present to speak but she submitted documentation which is provided in the packets. Citizen request is to change from young adult section to adult. Elastoe change category for adult not appropriate for young reader.

4. Challenge submitted by Bruce Foster regarding All Boys Aren't Blue by George M Johnson: Would like to request the book be removed and not be accessible to young adolescents. The subject matter and verbiage is not educational or feasible to young adults.

5. Challenge submitted by Dawn Cooper regarding Heartstopper Volume 3 by Alice Oserman: Book is about sexuality of young adults and 12- to 13-year-olds should not engage in this sort of topic. Not asking to ban the book but move to adult section.

Trustee Ruff: Would like to hear what Debbie has to say regarding the specific books her presentation before was the overall process for what a challenged book looks like would like to see what the eight books being challenged looks like.

Chair Jack stated she feels the concerns are out of the library hands. The board has heard the public. Read the letters not sure if the board is looking to entertain a motion or discussions.

Trustee Silver: Its discouraging to recall what we never actually created a process for. It is neglectful on the board part to say the least we must process oriented, guidelines, and responsibilities. We do not have a process. This is a serious debate. I am not prepared to make a motion or a decision on any of the books. Wants to have an opportunity to look into the topics on a further level.

Vice-Chair Moser: Does not feel the board should make a decision tonight on the topic.

Trustee Rogers: Offered a motion at this point to either move forward or at least discuss that under item 5e that the board denies the challenge submitted by Sandy Tibbet regarding gender queer by Maya Kapi and flamer by Mike Cuardo. Deny the challenge submitted by Darla Lee regarding Looking for Alaska by John Green and Zenobia July by Lisa Buncker. Deny the challenge submitted by Mary Grahm regarding Elastoe by Darcy Little Badger and Date Me Bryson Keeler by Kevin Van White. Deny the challenge submitted by Bruce Foster regarding All Boys aren't Blue by George M Johnson. And deny the challenge submitted by Dawn Cooper regarding Heartstopper volume 3 by Alice Ocerman.

Trustee Silver second the motion.

1. Valerie Fiannaca: Spoke on her support to the book ban
2. Terry: Spoke on her support to the book ban.
3. Stacy Spain: Spoke on her opposition to ban books.
4. Bruce Parks: Spoke on his support to ban books.

ExH090

5. Gayle Townsend: Spoke on opposition to the appeal.
6. Nancy: Spoke on her support to ban books.
7. Steph Horn: Spoke on his support to ban books.
8. Ashley Modio: Spoke on her support to the library collective.
9. Victoria Meyer: Spoke to her support to ban books.
10. Alan Wilson: Spoke to his support to ban books.
11. Michelle Hull: Spoke to her support to ban books.
12. Joana Schumaker: Spoke to her support to ban books.
13. Bri Scmidt: Spoke to her support to not ban or censor the books.
14. William Puchert: Spoke against book banning

Chair Jaeck stated there is a motion on the table by Trustee Rogers they are block voting the *five citizen appeals. The motion will be to deny the appeal and there is a second on the table from Trustee Ruff. Chair Jaeck was a nay but motion passed.*

Vote Yes:                Vote No:
Trustee Silver           Chair Jacks
Trustee Rogers
Trustee Ruf
Vice Chair Moser

6) Reports

   a) Library Director Update by Director Jeff Scott [Non-Action Item]
   Director Scott gave an update for April 2024. There is library of the news. Promotions for National Library week, American Heart Association blood pressure monitors which are in the libraries now and can be checked out. Trustee Roth was appointed on RGJ which is where the story was covered. Tend to do two library updates so that everyone is updated. Book club with Rebecca Kitchen is held on Wednesdays. Play a big role in early literacy. A food bank and kids café which provides free meals for kids. Leadership academy. Book mobile.

   b) Renew Washoe County Libraries Update by Director Jeff Scott [Non-Action-Item]
   Director Scott presented a power point. Touched on the Reno Washoe County Library initiative which is the tax override renewal. On November 5th we are going to ask County voters to decide whether we can extend a 30-year tax for construction. It's a renewal of 30-year tax override on new tax. Working on video and outreach media.

   c) Spanish Spring Library Report by Library Branch Manager Jana MacMillian [Non-Action Item]
   Branch Manager Jana MacMillian presented a PowerPoint and updates to Spanish Springs Library.

ExH 09)

Chair Jacks tabled remaining items and adjourned the meeting at 11:02pm

EXH 092