1

**EXHIBIT 18**

2

**UNITED STATES DISTRICT COURT**

3

**DISTRICT OF NEVADA**

4

5   **DREW J. RIBAR,**
Pro Se Plaintiff
6   3480 Pershing Ln
Washoe Valley, NV 89704
7   (775) 223-7899
Const2Audit@gmail.com
8

9   v.

10  **WASHOE COUNTY, et al.**

11

12

13  Defendants.

14

15  **Case No.:** 3:24-cv-00526-ART-CLB

16

17  **EXHIBIT 18**

18

19

20  **Title:** AI-Generated Transcript of Drag Queen Story Hour Incident at North Valleys Library

21  **Date:** June 15, 2024

22  **Source:** AI Transcription from Video (DaVinci Resolve)

23  **Bates Number Range: EXH093-EXH142**

24

25  # Description:

26

27

28

PLEADING TITLE - 1

This exhibit contains a verbatim transcript of events that occurred on June 15, 2024, at the North Valleys Library during Drag Queen Story Hour. The transcript was generated using AI speech recognition software (DaVinci Resolve) and documents interactions between **Plaintiff Drew Ribar**, Washoe County Library staff, security personnel, and law enforcement officers.

**Key Events Documented:**

1. **Plaintiff Denied Entry to a Public Forum**
   - Library officials denied Plaintiff entry despite the facility being open to the public.
   - Security cited a "library conduct policy" but could not produce a lawful justification.
   - Violation of **First Amendment public forum rights** (*Packingham v. North Carolina*, 582 U.S. 98 (2017); *Kreimer v. Bureau of Police*, 958 F.2d 1242 (3d Cir. 1992)).

2. **Selective Enforcement of Policies**
   - Library imposed a parental-status requirement for entry, despite no written policy justifying exclusion.
   - Suggests viewpoint-based discrimination under **Equal Protection Clause** (*Village of Willowbrook v. Olech*, 528 U.S. 562 (2000)).

3. **Unlawful Trespass Warning Issued Against Plaintiff**
   - Security accused Plaintiff of "obstructing" despite standing peacefully outside recording.

PLEADING TITLE - 2

o   Trespass warning was issued **without reasonable suspicion or probable cause**, violating the **Fourth Amendment** (*Florida v. Royer*, 460 U.S. 491 (1983)).

4.  **Law Enforcement Arrives, Fails to Justify Actions**

o   Reno Police Officers failed to articulate a lawful basis for restricting Plaintiff's access.

o   Plaintiff requested officers' names and badge numbers; they initially refused.

o   Raises **Monell liability** issues, as County policies resulted in a pattern of unconstitutional enforcement (*Monell v. Dept. of Social Services*, 436 U.S. 658 (1978)).

5.  **Potential Fire Code Violations**

o   Library locked doors with **children inside**, preventing immediate egress.

o   Raises **public safety concerns** under Nevada and national fire codes.

# Relevance to Case:

*   **Supports First Amendment Violation – Public Forum Access & Viewpoint Discrimination**

o   Demonstrates **Washoe County Library's selective enforcement** of policies.

o   Confirms Plaintiff was barred from entering a public space on unconstitutional grounds.

o   Strengthens **prior restraint** claim under *Cornelius v. NAACP Legal Defense Fund*, 473 U.S. 788 (1985).

PLEADING TITLE - 3

- **Refutes Defendants' Motion to Dismiss**
  - o Confirms **Washoe County and BOC coordinated restrictions** based on viewpoint and parental status.
  - o Strengthens claim that **private security exercised state-like authority**, making them liable under §1983 (*Lugar v. Edmondson Oil Co.*, 457 U.S. 922 (1982)).
- **Strengthens Monell Liability Claims**
  - o Documents **Washoe County's unconstitutional pattern and practice** of barring citizens from public spaces without legal basis.

## CERTIFICATION OF AUTHENTICITY

I, **Drew J. Ribar**, certify that this exhibit is a true and correct copy of the transcript generated from AI speech recognition software using DaVinci Resolve. The transcript accurately reflects events that took place on **June 15, 2024**, at the **North Valleys Library**.

**Dated:** March 17, 2025

**Respectfully submitted,**

**/s/ Drew J. Ribar**

Drew J. Ribar, Pro Se

3480 Pershing Ln

Washoe Valley, NV 89704

PLEADING TITLE - 4

1  (775) 223-7899

2  Const2Audit@gmail.com

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLEADING TITLE - 5

I'm one of those. I'm what's known as a First Amendment auditor. And I do sue people. Frequently.

So it's a public area. It's a public forum. As long as I'm not obstructing the public forum and anybody else's rights, you shouldn't interfere with my rights. Understand?

(Inaudible) So it's a really good situation that we've got with our security guards. They're crazy.

(Phone Rings) Hi there.

(Inaudible)

Yeah. Better than, better than... That's like a little bit. And I think a couple days we're gonna get something.

Maybe a little. But then I saw her first. Yeah. (Inaudible)

EXH 093

Well, you know what's gonna be like this. Until it shoots up. Now this is my first year here. Oh, okay. Yeah. So, um, I'm learning gardening, which will be trial and error for a pair of animals.

And, um, so he's your friend. And then you're gonna be... At least, he has tons of them. That's what I've heard. I've got one yellow zucchini and one green zucchini. Um, one yellow zucchini and one green zucchini. So I think that'll do for me. Yeah. And again, it's experimental. I got tomatoes, which I could eat. It's probably really good. I have what I like to call a grapevine. And like gently guide and put it into the afterlife. You need something to kill.

Yeah.

(Inaudible) No, I'm very good. But, when you do such gardening activities...

(Inaudible) Yeah. Yeah. It's a home park. It's a home park. The one time when she started having a successful play crowd, my roommates came out and she just went across. Thank you, Dad. It was like, "Gah!" I'm waiting. Oh, it's so close! So far, none of my outfit lines have been able to fit anything by anything. And I'm shocked. I'm amazed. Because my back gate is over. I don't think you're in good space. I'm just waiting. I'm asking by the way. I think that's what he's saying. My dog's been in it, Jason. You guys have a friend. Yeah. I know him. I just moved back. How are things going with the issue that you had down at DMV? I just... I don't know. Oh, with Tom? I think that was his name. My attorney is sending out a demand letter. Outdoor. And then we'll go from there. Okay. Actually, the interesting thing is we have some ex-allied universal employees come in and interview with my attorney. Oh, really? Yeah. There's some concerns there. You may have seen them internally. You work for them. I won't be making you go there. No, no, no. This is Richard Schneider asking you a question. You're wearing the shirt and I don't want to make you lose your job. No, no. I just... I mean, I consider you an acquaintance. Yeah. Absolutely. We know each other, kind of. You know what I do?

EXH094

I know what you do. I'm here to film and not really become overtly involved. Yeah. And when they engage me, I engage. Does it kind of film the story, not be the story kind of the same? That's the goal. I mean, I definitely have an opinion that's contrary to this. I don't see how this benefits society and population growth and people having houses and families and traditional values. And the counter-culture series is a very important thing. But that's not for me to decide. That's my own personal opinion. Everybody gets to make their own decision. Oh, all protests. You need anything? No, I'm just... You might want to talk to that gal right there because she was trying to direct me in order to get me to work. She was trying to direct me in order to go to my office. Yeah. And that's probably not the wisest thing to do with me.

(Inaudible) This is obstructing the entry point for our... The entry point you told me was over there. Sir, I'm not here to argue this. I'm not going to leave. I'm going to do my job and you are preventing me from doing my job. You are asked to leave the premises for the remainder of the day. Wrong. Okay, you are now trespassing and we will call Washington County Sheriff's Office. Trespassing what?

Oh, we are trespassing. What here is he calling me?

So why are you guys trespassing him? Because I'm asking for the rest of the day for obstructing my ability to do my job according to library conduct policy. And he is being a very good person.

I told you that a free speech zone for signs like this is 50 feet from the perimeter of the library's function. You're not telling me where my free speech is. I'm going to step away while we're on my way to the course of practice. Okay. Thank you. Talk to my brother. You'll be doing the rest of that. What?

EXH095

This is private property. Exactly. So, you're wearing that for Sheriff's Office coming up from the other issue? Yeah, we'll let them make the decision and then we're going to go buy whatever the Sheriff's Office does. I want everybody to know the statute.

Exactly. So, you guys do what you do until they get here and then we all agree that whatever they decide, that's what we're going to do? Sure. Okay, great. Perfect. So, I don't know when they're going to be here. So, you're trespassing people. What's your name and what do you do for the library? Sir, if you're going to be filming like that and interviewing people, I need you to go over to the library. No, what you need to recognize is freedom of press and there's a case law, Fort DICE versus City of Seattle. I have no comment for you. So, if you'd like to trespass me too, we can do that, but I'm already going to sue Jeff Scott. I have no comment. I'll sue you too. But my question to you is, you're a public employee, you're trespassing people from public property. What's your name and what do you do for the county? I have no comment. So, your name is Johnica Library. That's on your name tag. So, we just need to document this because there's a public interaction going here. It's two different parts of, two different opinions within the public sphere that's of an interest to the public. So, I'm going to disseminate that information. So, you're trespassing people. What's causing you to trespass them? I have no comment for you, sir. Okay. I appreciate your professionalism. We need more public employees like you.

Have you read Article 1, Section 9 of the Nevada Constitution?

You don't like the Constitution?

No.

EXH096

(Music) (Music) (Music) (Music)

(Music) (Music)

(Music) (Music) Are you in danger of officer safety? Yes. If it's officer safety, are you aware of RS-171-1233 section 2? You can't interfere with filming. I'm not interfering. So I'm stepping backwards for your order if you're feeling threatened. I'm not interfering, I'm just asking for out of politeness and for the safety of my other officer leads. Take a step back. You can see I've got nothing on me. I'm dressed in shorts and a tank top.

There's nothing on me other than a camera. I know my camera's dangerous. Weapons. How far back? Right there is mine, but you're in quite right next to me. Well, yeah, I'm trying to hear the conversation and record the conversation. I don't mind if you... It's a public... I want to hear the conversation. That's my... I can ask you if you take a step back and you go right next to me. Okay. Yeah. Here, I'll go this direction so I'm further away, but I can hear the conversation. That's the goal. Well, you're actually closer now. I'm going to ask you to take another step back. Okay, there's another step back. See, I step back again.

Well, we can use you rescuing dogs, you know. Maybe sometimes I think you can get... I don't copy this plane. It won't happen at all. I have to go... You're on the right side. Right.

EXH 097

Left side. Left side.


Right.


Put it through just the way her motor ? Good to know. Sounds like another one of it. Okay.


Maybe]


Oh, got it.


Are you guys aware of what Article I, Section 9 of the Nevada Constitution states?


Sure, right now we're actually going to talk to the reporting party, and then we'll come and talk to you. Okay.

EXH098

I'd appreciate that.

(Inaudible)

Engaging in continual conversation.

(Inaudible)

(Inaudible)

(People Chattering)

(Blank Audio)

I'm further away from you than I was back there. I'm about 12 feet away currently. Yeah, I'm about 12 feet away currently. So I mean, I asked you for a distance.

EXH 099

(Blank Audio)

I'm not obstructing. How far back do I need to be? Because you're making me feel unsafe. Okay, well, I'll step a little further back again.

(Blank Audio)

(Blank Audio)

(Blank Audio)

(Blank Audio)

EXH 100

I'm still further back. You guys keep stepping and you gotta keep pulling back. So I'm just trying to hear. You are interrupting our investigation. I'm not even saying anything. Keep stepping forward. I'll step back again. (Blank Audio) Well, that's why I'm asking how many feet.

(Blank Audio)

That's why I showed you I got no weapons, no nothing.

(Blank Audio)

I would never touch you.

(Blank Audio)

That's why I keep stepping back. (Blank Audio)

EXH101

Life is good as long as you wake up. (Blank Audio) That's a good point. That's really all it takes. The rest of the choice. You were running for something. How did that go? I did a whole lot better than I expected. That's good. I lost, but I expected to lose. I did it to make a point. (Blank Audio)

Well, the reason I ran is because my government keeps putting fake regulations forward. It affects you, it affects me, it affects all of us.

And some of these regulations are actually taxes.

And so state agencies don't go to the legislature to raise fees. They just put fees on a form and then you've got to pay it, right? Yeah, everybody has a fee. No, all that I'm about, this is about freedom of speech, freedom of expression, freedom of whatever you want it to be freedom of. I am 100% for everybody doing what they want to be free to do.

I may not agree with your freedoms, you may not agree with my freedoms, but God bless you, we got the freedoms, right? (Blank Audio) That's all that counts. And so what I looked at as far as what I was trying to do is I tried to call the legislator up that represents me. They didn't call me back.

And I'm going, it only costs 250 bucks to file a lawsuit on somebody around here. So I've got a few of them. Told me 100 bucks, put your name on the ballot.

EXH102

So my assemblyman, P.K. O'Neill, he didn't call me back for five months. Okay. Seven minutes after I filed a run. Okay. Seven minutes after I filed a run, he called me. Uh-huh. I got his attention. I made my point. Okay. That's what I'm trying to do. It was good chatting with you. Good chatting with you. (Blank Audio)

(Blank Audio) (Blank Audio) (Blank Audio)

I'm still staying the same distance. Yeah, because I'm trying to get different views.

I'm not going to say, yeah, you're putting me in a bad position there.

(Crowd Chattering)

(Crowd Chattering)

(Crowd Chattering) How are you doing?

EXH 103

Life is good as long as you wake up.

(Crowd Chattering) Dog river is very cute.

Gotta love dogs. Yeah.

I think most of us can agree on that except for those that don't love dogs.

Mal, I'm a cat person. Compessional, kind of a cat person, but I could tolerate a dog if it's not my dog. My daughter's got two cats and I got two dogs. Wow, see, I agree with your daughter. Your daughter is amazing.

I'm like secretly the crazy cat.

EXH 104

There's nothing wrong with that. So is she. Yeah, they're beautiful. Is it gonna leave for like a day or two and you don't have to worry about, are they gonna eat that? Or are they gonna have water? Are they gonna feed them, walk them? Are they gonna stay alive? Of course they will, they're cats. Yeah, you just give them what's feeding them on and they're fine for several days. Months at a time. Oh, don't do that, that's abuse.

And they eat their own and that's kind of sick. Well, I have, like when I forget to feed my cats, I have one cat and like get up in my bed and I'll nibble my fingers. Like I'm gonna eat you if you don't feed me.

No, I ran basically to, how do you get government under control? That's my whole thing.

I think it's pretty apolitical in a way. I'm just in the crazy times. Yeah, I mean, I don't think the left wants too much government control and I don't think the right wants too much government control. I honestly think it's like we have the two extremes or I'm missing our middles. It's like we're missing our middle class. That's why I'm saying that's the middle. I think people being able to live the way they wanna live is the middle. That's Nevada.

The problem with this that I see is there's tax dollars being spent to be divisive. You're choosing one.

But I think that's the problem is government's picking one side over the other side instead of just making good roads and arresting criminals.

EXH 105

My business is broken into every other day. You call the cops. I own a towing company. You never wanna call me. And everybody needs me.

But people break in and steal stuff and the police don't come.

I was talking to a gal at Walmart the other day down in the Monty Ranch and she goes, yeah, we don't even call Reno PD anymore because they don't show up.

So I mean, I think that's very nonpartisan.

Isn't that good? You're bad.

(Laughing)

(Blank Audio)

EXHIO⁵

In my opinion, if they wanna do this, do it at our center.

And they should do story time for seniors. Give me an example. Wouldn't that be book clubs?

Not with transsexuals. Story time for seniors, or my friends? Transsexual story time hour with seniors.

Don't make it just, I think that's the issue on both sides is it's about kids and that's the problem.

That's what I see. I could be wrong. I know that's my, I'm gonna agree to disagree. We can all do that. That's the glory of this country and the glory of free speech.

(Blank Audio)

We all need to have our free speech and free expression. (Blank Audio) See, that's why I'm wearing this shirt, cuz I did sunblock.

*EXH107*

(Blank Audio) Have fun.

(Blank Audio)

What's up? What type of software is that? This one? This is Sony? Sony. Why, the ID model. The ID model. The ID model. The ID model. It's like the AX seven or something like that. (Blank Audio)

They're good. It works good. It works good, definitely.

(Blank Audio) You can watch them online.

(Blank Audio)

EXH 108

(Blank Audio) And can I get you guys names and badge numbers? No, not your sergeant. I can't get your name as badge numbers. It's far my word. Yeah. How much would we do? One five one nine nine. I'm glad you're here to protect us. You know, a lot of LGBTs, they're mentally unstable.

People argue. We've got jobs. Audrey Hale, she shot up that school in Kentucky. Where was the condo? She was one of the unstable. They're just doing something unnatural. How long is this? (Blank Audio) You're happy to get the heck out of there. Oh, yeah, that's a nice day today. People have different opinions. Oh, I'm glad you're here for us. Thank you. I'm here for everybody, man. Yeah, that's cool.

(Blank Audio)

(Blank Audio) (Blank Audio) (Blank Audio)

So there's a private business there.

Reno Sparks gospel mission there, which is.

(Blank Audio) (Blank Audio)

*EXH 109*

(Blank Audio) (Blank Audio) (Blank Audio)

(Blank Audio)

Today is a day that normally would be open. I guess, so they've actually closed it for, closed it down to us.

I think to specific people, really. It's opened it for another specific group that makes, that does not sound right. It does not sound like it. I mean, you look, it's open to everybody that wants to go. But if you start to interfere with them doing their jobs, that would go against anybody, not just you guys. Well, yeah, but they're saying, I can't even go in there unless I have a kid. I have to go grab a kid. I'm lying to get in there. They have to turn me down just before I was here last year.

And I tried to go in and they said, "You ladies, students, you always, you can't come in here. I might be in here." You don't have a child. I don't have a child. I need to expose a child to his parents to get in here and see what's going on in my public library. I mean, this is common sense. I think we can all agree. So it makes no sense in a common sense world. You know what I'm saying.

I know you know what I'm saying. So it's a head scratcher. I don't know. I know you guys are talking about bad things.

*EXH 110*

It's ill-defined here. So you're super-surfing. Well, there's a couple different things. Our main theme is that we want you guys to be out here expressing your views and have an opportunity to do that. And they're welcoming of that. We just want everybody to know. And for them, while I might not agree with what's going on over here, they'll be able to do what they're allowed to do by law. You guys need to do that when you're allowed to do that without causing any issues. So to remain peaceful and harmonious is the best thing to be feel at least for now. Because when things start to get easier, people start to get agitated with each other. And that's when we start saying things that people might not mean, or we lose our temper on their side or over here, which is the last thing we want to do.

But they do have some policies that are the ones that they're being interfered with. What they're being first left to be doing for their top. You guys are anybody.

That's what they concern. What's the difference between trespassing and stuff? I wonder how they get to enforce stress-crowds. They don't own this property. They are representatives of the property. So for Nevada, anybody that is representative of any property can trespass on someone from that property. So there's a couple different things. They are representatives of the property. Allied security on behalf of the property owner is representative of the property. So there's a couple different representatives of the property. So they have the opportunity to be representatives of the property. So they say, "Hey, we're not being here." They violate the law and they have their policies and they don't want the first to be here. So that's where their authority comes from, by being a representative of the migrant employee and the migrant. Are there any legal limits to that? Do we have free speech, free press? You do. And I didn't see the actual, what the agreement is for you guys being out here.

Apparently there is a distance that you guys have to be if you're out here. Yeah, we did that. So we set it up over here. And you guys are good over here. Those are the main limitations. There's a time, place, and manner for protesting. Which should be out here doing the lease. Well, we objected the city or county funding.

EXH ")'

I mean, if they wanted to do a private event, we wouldn't bother them. And I understand that part of that. But as far as you guys being over here, that's the main part of it as far as any kind of that answered question. What does it mean, just the distance for the gathering desk? If you're over here, like I said, the main things are disturbing people, disturbing them to allow them to get your jobs. That's where your resources come from.

And we're not violent from them. But we are very concerned that there are some of these people that would be that way. Because they say stuff all the time on social media like, "We hate you. We're going to kill you. You people are freaks." And all kinds of threats. And it does concern us, so we're glad you guys are here with something to back this up. Because we would hate Audrey Hales. She was that lesbian girl that shot up that Christian school in Kentucky. Who killed six people, three administrators, and three children nine years old. And because she was black now. Because people, a lot of them, I want to say all of them. A lot of them are. A huge driver.

He already explained it all. Really? I'd like to. I think everybody, the Washington Library. So talk to your friends here, because I think you're all in a decent amount for what we want to see here today. And have a good harmonious interaction.

Not for a main thing to bear, but respect your guys' rights. And also, them as representatives of the Washington Library. This is the public library, though. So I've explained a good thing to them.

EXH 112

Just out of respect to your guys' time and also the rest of the city's time, because we have almost all of our North Officers here. And you have other things that we have. They're all arresting some criminals, guys. So just out of respect for your guys' time, their time, and everybody else's time.

Speak to them about one of the things I explained as far as their policies and things that can and can't be done. Their guys' rights will be carried out. This is their policy, though. What they're saying is not related with their disease. So do you guys have any other questions for them? Yeah, what's your name and badge number? Sergeant Catalano. That's like... 1-4-3-9-3. And your name and badge number, please? They don't have to give theirs. Could you stop? Well, why don't they have to give theirs? The way that you came up with it right away was this. What's your badge number? I'd like to have a little bit more civil... Well, what's... Well, my name is Drew. I'm Sergeant Catalano. Nice to meet you, man. He has a YouTube channel. That's mine. I'd just like to gather information and put it out there to the public, and the public can judge what it is. That's all I'm doing. That's fine. I'd just like a little bit more civil interaction, because you came up to me really quickly. Oh, well... He was like, "What's your badge number?" Well, they've been a little aggressive to me in there. I haven't. What's that? I haven't, though. No, you haven't. You guys are great. So, anyways, I wish you guys would respond to businesses that have complaints about thefts. You do? No, you don't. Please respond to all? No, you don't. No, business is not business. My business has complained multiple times about thefts over the years, and not once have you ever guys come in and investigated. So much so that I moved my offices out of Reno into Carson City. Well, I haven't been there for those, I'd imagine, but I make sure... It's not politically correct to help your business. No, it's not. Yeah, telling them your business is... That's okay. It's a calling company. Well, I was at Walmart the other day, and Walmart says... This is Damani Ranch, Walmart. And the cashier says they don't even call you guys anymore, and they don't respond to them anymore either. We do. We respond almost every single day. Yeah. That's what her impression was. I don't want to see you Californianized. So, what I'm telling you, this is not of any animosity. This is... It's your experience. This is my life experience, and I've run a business in this town for 20-plus years. And what I've seen happen is there's homeless everywhere,

law enforcement isn't able to do its job. I'm not blaming you, I'm blaming your leadership. I'm blaming your leadership.

EXH 113

You're the sergeant, you're the guy that has to run the ground troops, you're one of the ground troops, so it's not you and your policy. But what you guys have done by not responding to businesses, by telling me as a business owner, go online, file a report, and after I lost $100,000, I just decided to stop filing reports.

So you guys don't even know how bad it is. I apologize, I can't speak on behalf of the outfit. I just make a difference for the stuff that I know of. Well, I appreciate that, but you guys don't even really know how bad it is anymore, because when I go talk to other business owners, none of them are reporting their crimes anymore. I don't know, you're right. So the crime levels are getting better because the businesses have stopped reporting.

So we're doing a great job, right? If you rode along with us, you'd see we're busy nonstop. Well, we need more officers on the ground, we need less DMV cops and more patrol cops.

You had a question before I leave.

Well, this is probably the first time. Because the one-to-one application I can expect, I'm able to communicate, "Hi, how are you?"

You know what you're doing? Whatever it is." Like, should we have a right to save the house and tell it? Or somebody who tried to attack me because I told you.

EXH 114

So, I was always too busy.

There's no other reason. You being over here and saying that, when that's the crime? Our side, even over there, was that you were a little bit more antagonistic. You'd be there and not allow them to do it. That's what we're giving over there. We come here after the fact, right? So we get two sides of the story. You're not here, you're never here. You're saying that we're here. You should be able to do it. When we're told over here, something else, we have to take kind of a consideration for this. If they're saying that you're a violation of the policy, you're not allowed to do your job, then that's what you're looking for. But I want you out here saying it. You should be. Yes, sir.

We're good.

You say that as long as we don't interfere doing their job, it's okay to be here. What about you getting arrested?

So, from my understanding, you're just going to... No, I'm not... If you're not going and bothering them, I don't know if the door's open. I would like to hear what's going on.

I want to be on the side of the law. I can tell you. Right there. That's where it says... They think you need to warn them.

EXH 115

That's a cooling room. That's a good one.

I'm glad you got that right. Well, no, they're opening it for the drag queen. I've seen a few people walk in there before you show up. What was it, 10 a.m.? The office is warned.

No, it's 10 a.m. I should be able to walk in the doors on a company without a child, without a minor. As long as you're not... Right, as long as I'm just filming and keeping my mouth shut. They didn't have an issue with you being on the property. I've done this before. They didn't have an issue with you being on the property, so you should go do that. Yeah, Director Scott's getting sued, so...

Guys, do you have a good rest of your day? No, what I'm going to test is last year they refused to let me in the children's section to go look at a Dr. Seuss book because only adults with children were allowed in that section. They cordoned off sections of the public areas to discriminate based on if you had a child with you or not. So they engaged in discriminatory behavior, so it's a constitutional violation. Let's all get together the next week. Thanks, guys. Thank you. Thank you, Officer. Time to go inside. I told Kathy... Hello. Do you know the rest of the sentence? I think so. I may and may forget, you know. Yeah. So keep your videos. Okay. Oh, I'm posting them. There's a Pacific Justice Institute. All right. They do pro bono work. They're Christians. You are. And they have Christian attorneys that we have some here. Not in Nevada. I went to that. Well, not in Nevada. We don't have any attorneys here in Nevada with the Pacific Justice Institute. Not in Nevada. So where do I view from the thrift store? Huh?

EXH 116

Well, anyway, I like to all get together and we'll figure out a plan how to amend the library of board trustees and get more control of the people instead of someone in this director position or... When did you contact the Pacific Justice Institute? Brad Davis. Two years ago. Two years ago. So things have changed. So I would imagine that they have some attorneys here in Nevada. If they don't, I've got an attorney that would let them use his license and then they can tag on the end of it. That's what they gotta do in Nevada. They do it pro bono.

And they win all their cases until what they're doing here is unconstitutional.

We have a right to go in there. I have had experience. I'm a street teacher also. I'm also the leader in Nevada Mass Resistance.

Okay. And I trust these institutions. They don't want to touch me. This is something like Baker in Colorado. All right. They don't want to touch the small students. They're just chumps in there. They said they'd give me... I got an 86 in fact. I don't think there's a small stuff now. Yeah. We can give it a try. Yeah. I think we should. I think we should get hold of them again and keep pinging on them.

Yeah. I'll give you a mail from them. Because I like Brad Davis.

And they have... They just finished a lawsuit and won in California. And the other thing that was on this teacher that they fired her because she refused to teach, you know, call her students by whatever pronoun they named them, whatever pronoun, and refused to teach on transgender and the gay stuff. She just won her lawsuit, $5 million. It has nothing to do with the money. What it has

EXH 117

to do with is telling them that, "Hey, you continue to do this. Here's what it's going to cost you." It's the Pacific Justice Institute? PacificJusticeInstitute.org. Okay. And make your claim clear. Well, what we need to do is advocate for these children that are being manipulated right now. Right. Somebody needs to advocate for these people that are doing this to these children.

Who needs to pray for the parents to just have parents? That's what I'm saying. What you have to understand is so deceived and misled by the devil. But most of the parents that allow really that are bringing their children to these events,

they're gay couples.

Yeah. So these are...

And Reno has a very high population. I call it the gay couple of Nevada. Because Reno happens to have a really high amount in the gay community. And so that's what you have to live. I don't mind the gay people thinking of their lives. But don't shove it down children's throats. Well, yeah. Okay. You're preaching to the choir, but there's nothing you can do about it. You know, my daughter-in-law, she's been very involved with the gay community. And now my grandson is transgender.

And she went to...

EXH 118

She had my grandkids at a very progressive charter school.

They're fucking gay. So it starts at a very early age. It's being grooming. A grooming.

And so...

Yeah, and that's not to mention it's like a football club fire.

Is it for the chase that they skate? I know. Well, anyway, I'm the leader of Nevada Mass Resistance. I like to get together and develop a similar plan. If you change the laws, it's a lot.

We're doing the American Lab Art Association. Whatever they're doing, we need to change the law so you do not use your political philosophies and ideologies. It's a doing decimal system. It's a freedom of speech, but you've got to identify this as a political movement.

Carson C. Go to your place. You've got to push it. We go to Carson C. and the Capitol and so forth anyway.

EXH 119

We didn't get to this point 10 years, like 50 years ago, to progress. Now it's at a point.

If one person takes care of our school, one person takes care of our school. Page one is dividing.

Well, the house is divided against itself cannot stand above us. We're being divided. We need to come together. We need to get to the point.

We're all divided.

We're just the youth.

So, um, what is going on behind us? I'm going to go walk in the library now. Are they outside?

They're all inside.

EXH 120

background noise ]

No, we are not open. You're not open? Hang on. The schedule says you're open from 10am to 4pm today, right? We're doing a story time. Please, please preserve. Hang on, you're open from 10am. Move your foot, please. Move your foot out. Press pass, please. You're open from 10am to 4pm according to the sign, right? Nope, not today. Not today. Your name is what are you doing, Stacy? Okay, so you're Stacy. I'm the assistant library director. You're like Jeff Scott then, right? I am not Jeff Scott. I'm Stacy McKenzie. I'm the assistant library director. This is a disturbance, and if you make another disturbance, which is outside our code of conduct, then we will ask you to delete it. This says that you're open from 10am to 4pm though. We are not open today. It has been closed at several places. You're open from 10am to 4pm and you're closing it for a private event. It's not a private event. It's a library.

So hang on, if it's a private event, you're closed it from the public access. It's open from 10am to 4pm, right? You're 10am to 4pm. No, I'm not. No, I'm not.

So they're 10am to 4pm, but you can't go in there if you're a member of the general public. Your name is Marcus, right buddy? Marcus Mesbit, is that you, dude?

I've got no ill will towards you, man. I'm just a guy that wants to uphold our constitutional rights. And so what I see here is discriminatory practices.

EXH#121

So, are we discriminating against, who are we discriminating against here? Who's allowed to enter the library? I have no comments. So you won't tell me who's allowed to enter the library? I know, I'll feel with that. So, I can't enter the library. Is it because I'm a white man? Is it because of the color of my skin? Hang on, let me make sure I get my whiteness here.

So, who's allowed to enter the library?

I have no comments. Do you have to be invited to enter the public library? I have no comments. Well, why would you? So, hang on a second here.

That's what we'll do right there.

How's it going? When you're done, can I talk to you? Alright, we can talk right now. The problem that I'm seeing is, who's allowed in the library?

Well, it's closed today. Who's it closed to? Because you're letting certain people in, but not other people. Did I need a reservation to get in?

EXH 122

It's for children. So, only people with children, so you discriminate against anybody without children, you discriminate against. So, if I'm elderly, gray hair, you discriminate against me, right?

If I'm elderly, if I'm elderly, got gray hair, and I don't have children, I'm not allowed access to the public library.

Well, how do I get into the library? Only with a child. So, you're discriminating only people with a child between what ages and what ages are allowed in. There's a special event going on today that has ticketing requirements. Okay, so where were the tickets advertised? How do I obtain a ticket today? They were issued it with time of arrival and reverse-converse service. Okay.

So...

So, how do I not get a ticket now?

So, who's allowed to get a ticket?

So, you have to have children, so you are discriminating against elderly people.

*EXH 123*

No, but if it's an elderly person, so why don't you have transsexuals reading to the elderly? Why don't we do that?

So, do we not do transsexuals reading to homeless?

So, do we not do transsexuals reading to the sick?

So, is it only children that we allow transsexuals to read to?

That's the question. So, there's a discriminatory practice if you only hand out two tickets to people with small children. What is the age requirements of those small children to get those tickets? I have no comment for you, one more. No, you should have these comments. If you're discriminating... This is not related to library business. No, this is library business because you're using a... I am. Oh, you actually are already trespassing. No, I'm not. I think it's not out there. Would you like to do it again? I have not issued any trespassing to the individuals inside. Oh, I'm sorry, I wasn't sure if that was... Would we do that again? Do you want to trespass me again? I'll leave immediately if you do. I don't want to, I really don't. We just really need to keep the peace. I am keeping the peace. I'm asking questions about my public tax dollars. And we've explained it over and over again. No, you haven't. Perhaps you could explain it. You're welcome to. Answer my questions. Who is allowed to go in the library? What age restrictions are in the library? Ask an answer. What's the answer? I haven't got an answer. If I'm 18, if I'm 18... You have a special children's program. If I... You want me to answer a year. Yes. Then let me answer it.

*EXH 124*

We have a special children's program today. The library is closed to everyone except attendees to these programs. Children and the adults that are with them. No one else is allowed to the library. If you have a hold to pick up, you can pick that up at the bookmobile. If not, you're welcome to enjoy our community event. Ask an answer. We're done. If you don't like that answer, you may submit an email to our board. You can go to the county. There's a lot of options that you can do, but we have nothing else for you today. So we're done engaging about this particular topic. Please enjoy the rest of the... So to be clear, you won't allow senior citizens into the library.

Ask an answer. You won't allow any adult into the library unless they've got a child. Ask an answer. So we are discriminating based on the age and whether you are able to conceive and have a child or have a child in your life. I'm not going to answer that question. Because you don't like the answer because you know it's a discriminatory action that you're engaged in and you're violating the Constitution of the United States and Nevada. So can anybody... We have already explained everything to you. I just wanted to ask a question and we're done. No, it's not her effort. This is exercising freedom of speech because I'm not blocking the question. I'm not blocking... You're convincing us from doing... I'm not blocking. No, you can disengage with me any time you want and walk away. Let's do that. See, freedom of speech is a beautiful thing. You can continue to engage with me or you can walk away just like I can walk away. I'm standing here out of the doorway in a corner, backed up against the wall, not endangering anybody, not interfering with anybody. You choose to continue to engage with me, not me with you.

Interesting. Interesting take on it. So we won't engage anymore. We will have no more conversations. Good. Okay, great. You have a great day.

(Inaudible)

EXH125

There's no sign here that says it's closed.

(Inaudible) No, there's no signs that says it's closed. There'll be a sign right here that says, "Vocations of hours."

(Inaudible) Why don't you guys do reading to seniors?

Why is it only kids?

You know, you can rent from the far-o meeting room to do that. No, why don't you guys do it at our center instead of at the public library? I'd appreciate it. I don't really want to chat with you. You don't need to chat with me. I'm just asking you questions. I got freedom of speech. This is the first one of this summer, right? Okay. And then the next one is on Thursday.

(Inaudible)

EXH 126

(Inaudible) So the library is closed to the public. It is. Go try to walk in and do with your cameras because I got it with my cameras. Go try to get in the door. You'll find they're all locked. When they open the door, I tried to get in the open door and put my foot in there, and they came rushing at me. And that's where we got to change the law. Yeah, because they're restricting access, discriminating. I don't know. I'm not, I'm only 56. I'm not a senior yet, but if you're a senior, then you've got additional rights. So if you're, are you a senior legally? Yeah. Go exercise your rights and record it and try to get in there because then they're discriminating against a protected class. You cannot access the public library without a small child. Right. Yeah. No, I tried last time. And it's here. The hours are posted that they're open.

There's no supposed to be open on Saturday, but they've decided to close exactly. So it is closed. So it is their normal operating hours. You go to the library of trustees, bring the open meeting laws with you. Copy.

Okay. Gianna Jax. She's, she's good.

I like Gianna. Yeah. Well, she's fallen down a little bit, but she's fighting that uphill battle. Yeah. I know she is. She's only been a person. You know, one lady took prayer out of school.

Yep. One person can do it. We've got to have a lot of money. Yep. You got the human right campaign. So go try to open the doors with your cameras going. That way you got it on your, you're recording too.

EXH 127

They know me too.

They trust, director Scott, trust passed me last, last July and laid hands on me. She's not here this time. They got the assistant and the assistant came up and she goes, are you drew?

And if you go off to the security guards, they all know me.

(Inaudible) (Inaudible) What do you guys think about me?

Fast touch. Tell me what. I have to sit.

(Blank Audio)

They're not walking around with spinning umbrellas this time though. They stopped that. (Blank Audio) So there's a stall there with little pictures of icons. I said, I'll have to make you a photo if you like. I said, no, my icon is in the box. And it was recalled. (Blank Audio) Everything doubled in price in my sport here. (Blank Audio)

*EXH 128*

And 100% off, almost no electricity and zero gas just because of the gas stove. It doubled anyway.

Really, yes. Wow. So, and here's what we did. And Scott, reliable framing, my boss, he brought out, okay, he has a lake house, lake alaner. And what happened was he shut it down for the winter, but his bill doubled. And what it was, he pulled out and we looked at the price per turn. When he quit using it, they doubled the price per turn. So they're making up for your cutbacks by increasing the price so that they don't-- Well, you know what, you know, we're getting some screws. Some amount of power screws. $40 in the library. Yeah, it's like instead of $16, it's $40. $47. $47. So the doors to the library are locked and closed. Yeah. Yeah. Oh, yeah. Everybody should go make sure they try to get in. Let's call the fire marshal. Yes, actually, yes. That's true. That's true. That's true. That's true. They locked them in.

The doors are locked. The doors are locked to the library and therefore the children are locked in.

So let me go tell the security guards, too. Yes, absolutely. Right on. Thank you.

Good call.

I have a question about fire code.

EXH 129

I'm not an expert at all. So she's the right person. The doors are locked to a public building with children locked inside of a public building. Doesn't that violate the fire code? I'm not an authority on fire code. We should probably call the fire department out here then because I think that's a violation of state law, of the state fire code, I do believe. I don't interpret law. I understand, but you're endangering children if you're locking them inside of a building, aren't you? The emergency exits are open. But the main door is locked.

So that would be the concern.

I've got a criminal safety issue you should probably be worried about. So these doors right here are locked, right?

What does the fire code say about locking public doors with children locked inside of a building?

So I think you've got a violation of the fire code out here. I do not know that would be something for my work staff. Yeah, they won't know either. I just asked the manager person. Do you understand the public side of the bathroom?

So yeah, I don't know. I think we're going to call the fire department out here.

EXH 130

But I think that's probably a dangerous thing to be locking children inside of a public building during business hours. I'm going to rely on the assumption that the county has researched it. Would you like me to get one of our managers to answer your question? Yeah, because I think that's a safety issue if you're locking children inside of a building.

Yeah.

We have to come up with a lot. We have to come up with a lot of this. But you guys are here for a start. I'm going to time the interest of that with the new around there. Okay, yeah. Of course.

Why?

Good question about fire code. Because I've already spoken with them about that. She doesn't know the answer. I don't interpret. I'm just not in a condition to-- Yeah, I'm just saying that if we're locking doors with children inside during public hours-- We have no comments. I understand.

I'm just bringing up a safety issue.

Children after, all right.

EXH 131

Are you guys feeling it? Yes. We're good.

That gal right there, she got almost 500,000 views on the video.

On one of my videos, that gal right there, the Indian gal, she got about 500,000 views. You filmed her before at a different library? Last July, yeah. Was that the Sparks? Sparks, yeah.

We have a little one, and then we have some-- Can you figure out where?

Do you want people to hang in and walk it up? Okay, but we do have the bookmobile up there if you want. Let me check it out. Okay, okay.

Yeah.

EXH132

Can you tell us what it looks like? Okay, okay.

Hello. So the library is closed for regular services today. Do you want people to pick up or something? No, the rest of my family is inside. Oh, those are bad doors. Okay. The session will be getting after this moment. Yeah, I figured my timing was like, oh, I'm just going to split it. All right.

Come on, you two do the same. Good luck.

No, are you okay? I can get it open. Okay.

She's coming.

Oh, my gosh. (Laughter) (Inaudible) (Inaudible)

Okay. Okay. Yeah.

EXH 133

That's it.

(Inaudible) Thank you. Thank you, guys. We've got all of our goodbye tables if you haven't been to our tables yet. We've got a little of our friends that came out to play.

(Inaudible) We will come by our events. (Inaudible)

(Crowd Chattering)

(Crowd Chattering) (Crowd Chattering) The next one starts with a lesson. Okay, so we'll be, we should bring the coach to the next one. Okay.

Thank you. Thank you guys. We've gotta get you something to ask. Hey, did you get up in the dollar store? No, I got up online. I got up in the dollar store.

That was very good.

EXH 134

That was a great story. That was a long one.

(Crowd Chattering)

No, will you watch the story? I think we have some computer work smokes that are trying to find the way in. Okay. Is there still good jokes in there? Is there still good jokes in there? (Crowd Chattering)

(Crowd Chattering) You know if they called fire?

Fire? You know if they called fire department?

What? (Crowd Chattering) They're locking the doors to a public building with children locked inside during business hours. Yeah, and they wouldn't let her out. Her granddaughter out.

I wouldn't let my daughter, my granddaughter out. She was here and I stayed.

EXH 135

Yeah. And so I had to leave.

And they wouldn't let you out. And they would not be back in. Of course, that's so not a child.

(Crowd Chattering) Yeah, they wouldn't let her out, but she was sick. Her grandpa came to the door and they wouldn't let her out.

Well that's, the fire violation I'm talking about is locking the door with the public inside. Yes, that's what I'm talking about. That's the, I'm just trying to figure out where the criminal act is that you can go after. I think that's it. And if they wouldn't let you leave, then that would be. They wouldn't let the minor leave me be sick with her grandpa understanding how side the door detained her. Because they'd leave you inside alone. Because that would leave me inside alone.

So they illegally detained her. They unlawful, so that's the criminal complaint to go make is unlawful detainment. They unlawfully detained my sick daughter and wouldn't allow her to leave to go see her grandpa outside so she could get better. So she was unlawfully detained. There's your complaint.

It's beside if you gotta try to think about this. Okay, I'm depressed enough now I'm gonna leave.

EXH 136

I'll make them very happy by not being here as much.

Oh my God, they didn't need to end.

Thanks for going in there though. They wouldn't let me in.

I'm too old, it's age discrimination.

It is, think about this.

It's age discrimination and it's discrimination based on the fact of whether you're able to have a child or not have a child. To access a public library during public hours.

Public funds, that's the lawsuit. It's a discrimination lawsuit.

EXH 137

I'm working on it and I think some other people are working on it.

So, anyways, have a good day.

Oh my, whoa!

(Crowd Chattering)

Hey puppy, can I say hi?

Say hello, say hello.

Hey baby.

EXH 138

Here, I'll rub the good spot.

Did anybody call the fire department?

Cause that's the complaint, call the fire department and tell them they're locking the doors with the public inside. (Crowd Chattering) (Crowd Chattering)

This will be more fun than this.

(Crowd Chattering) Oh you guys have fun. Yeah, we couldn't get here in time.

This will soon be on YouTube.

It's auditing Reno 911.

EXH 139

I haven't published for a while.

We just need common sense again.

(Crowd Chattering)

(Blank Audio)

Have fun man and I mean you know ill will, I'm just a guy that is upset because I don't think things are right.

So talk to that guy over there. Yeah, you too. Talk to that guy over there. We got some respect for each other. He's pretty cool guy. Yeah, I got no dogs in the club. No, no, you're just at work doing your gig with something that is in society a bit of an issue obviously because there are two separate sides to adopt each other.

I appreciate you being professional man.

EXH 140

I'm giving him compliments. Thank you. No, he's one of our best.

Don't look into that too much because I say that about 90% of the time. You gotta do it. Just not Tom.

He's not mine. He wasn't yours though. No, no, no, no, no. Take contract on the washing. We talked about that last time I think.

Well unfortunately I get to go to Sacramento now. I think a whole lot better than this. Sacramento? Never gonna go get a dog. Huh? I'm gonna go pick up a dog. A dog? I need another dog. How many dogs you got? Just two. Yeah. I wouldn't want to break the law and get more than three. Three's the sweet spot with dogs. What kind of dog you getting?

My girl knows. I don't know, some sheep dog. Yeah. She picked it out. Nice. Poor gig. Yeah, I've got three dogs. Yeah. I got a Border Collie and a Shepherd mix and then I've got an Australian sheep dog mixed with Husky. I just got mutts. That's what these are. I'm just picking out their major traits. Yeah, I couldn't tell you. I couldn't tell you.

What an interesting thing. Yeah.

EXH 141

That cup was a lot of stuff, don't it? See you later. You're in me for now. No.

I have a few days. But I'll be back, you too. But I'll be back on the 20th, I think it is.

What's on the 20th? I think June 20th, I recall they're doing a Reno library again. Oh, yeah, downtown. Yeah.

Yep.

EXH 142