EXHIBIT 26

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**DREW J. RIBAR,**
*Plaintiff, Pro Se*
3480 Pershing Ln
Washoe Valley, NV 89704
(775) 223-7899
Const2Audit@gmail.com

v.

**WASHOE COUNTY, et al.**

*Defendants.*

**Case No.: 3:24-cv-00526-ART-CLB**



EXHIBIT 26

**Title:** November 12, 2024 – **Unlawful Trespass Notice at Washoe County Library** *(Video Transcript)*

**Date:** November 12, 2024

**Source:** AI-Generated Transcript from Video Footage – Davinci Resolve

**Bates Number Range: EXH279-EXH311**

**Description**

PLEADING TITLE - 1

This exhibit consists of a **full transcript** from November 12, 2024, when Plaintiff was unlawfully trespassed at the **South Valleys Library** in Washoe County, NV, while gathering information for a media report. The transcript details the **unconstitutional trespass notice issued by Washoe County deputies**, violating Plaintiff's First, Fourth, and Fourteenth Amendment rights.

## Key Legal Points and Evidentiary Value:

1. **Lack of Prior Notice & Due Process Violation**
   - Library officials **falsely claimed** Plaintiff had been trespassed without formal notice or documentation.
   - No hearing was provided before the restriction, violating **Mathews v. Eldridge**, 424 U.S. 319 (1976).

2. **Violation of First Amendment Press Rights**
   - Plaintiff, acting as an independent journalist, was denied access to gather information for public dissemination.
   - Case law: **Packingham v. North Carolina**, 582 U.S. 98 (2017) (First Amendment applies to public spaces, including libraries).

3. **Unlawful ID Demand – Fourth Amendment Violation**
   - Deputies Rothkin, Sapida, and Gomez **demanded ID without articulable suspicion** of a crime, in violation of *Terry v. Ohio*, 392 U.S. 1 (1968) and *Hiibel v. Sixth Judicial Dist. Court of Nevada*, 542 U.S. 177 (2004).
   - Library staff and deputies engaged in **arbitrary and capricious enforcement**, violating *Florida v. Royer*, 460 U.S. 491 (1983).

PLEADING TITLE - 2

4. **Evidence of Government Retaliation**

    o   Plaintiff's prior investigative reporting led to heightened scrutiny and unconstitutional actions by Defendants.

    o   Prior physical removal by Jeff Scott (*Exhibit 145*) and selective enforcement of trespass policies indicate a **pattern of retaliation**.

5. **Contradictory and Arbitrary Application of Library Policies**

    o   Plaintiff was **barred from entering** the library yet was **permitted to attend public meetings held in the same space**, highlighting **selective enforcement**.

    o   Case law: *Village of Willowbrook v. Olech*, 528 U.S. 562 (2000) (Equal Protection applies to selective enforcement of laws).

## CERTIFICATION OF AUTHENTICITY

I, **Drew J. Ribar**, Plaintiff in the above-captioned case, hereby certify under penalty of perjury under the laws of the United States and the State of Nevada that the attached Exhibit 26 is a **true and correct** transcript of video footage recorded on November 12, 2024, at the **South Valleys Library, Washoe County, NV**. The transcript was generated from an **unaltered, original video recording** and is submitted as evidence in this matter.

**Dated:** March 17, 2025

**Signed:**

*/s/ Drew J. Ribar*

Drew J. Ribar, *Plaintiff Pro Se*

PLEADING TITLE - 3

IFF]

Good morning, Drew Rebar at the South Valley Library and here to go ask some questions about how they restrict people's access to the library.

Those of you who watch the channel may know I got a one year restriction for recording in the library and I'm working on lawsuit for that currently. But they also recently restricted a man during the last fire, Davis Creek Fire. He was up here doing some stuff and they restricted him for a year. And he's going to have to go in front of the library board and argue as to why he should not be restricted. So I'm going to go ask them what are the rules, how do you get restricted, what do you got to say.

That's what we're here for so let's go see what the crazy librarians do.

Hi there, is the library manager available?

Who would be in charge right now?

So the Washoe County libraries had a tax on the last ballot for this last election and it failed.

So now they're having to deal with a budget cut of about five million dollars. But in reality it's not really a budget cut because what the tax was, the tax was something that already existed.

Taxes didn't go up, didn't go down because of this.

EX 1279

But before what the law said is the library was guaranteed about five million dollars a year in taxes from the county without having to be approved by the county commissioners. So that's the only thing that's really changed is now they've got to go ask for this funding that they were previously guaranteed in their budgets.

So that's kind of what's going on with this.

So lots of changes at the library lately.

Remember National Picture Book Month.

And if you want some books for sale they got the books everything is a dollar. Come get some books. She's just finishing up registering people for story time. Oh okay cool thank you I appreciate it.

And we got National Picture Month.

Celebrate with books about kindness diversity and love.

Why has everything got to be about?

Hi there how are you?

Good I'm Drew what's your name? Jennifer? Jennifer and you're the library manager? The branch manager is out of town but I'm the supervisor right now. I'm here to ask about a man named Doug Miller. And he was restricted for a year and I wanted to know why this branch would have restricted him for a year when he was here during the fire and he was trying to get a rule. And I talked to a commissioner Jax and she said that he's scheduled to be on the next agenda for the library commissioners to review as to why he should be restricted for a year from the library. Do you happen to know what organization he's with?

EX 11280

He was just a man that said he's restricted from the library at the last library board meeting. Okay. And evidently it happened at this library during the fire.

Okay. And Mr. Ebert I also know that you're under a suspension so maybe we can take this outside and have this conversation. Why would I do that?

Because you're suspended from coming into the libraries right now. Well actually are you saying I'm trespassed? Because that's a legal thing, trespassed. You are trespassed. Okay. Because I asked your attorney and he never answered that question so my assumption is I'm not trespassed under the law. Well why don't we try to get a hold of him if that's okay with you. Well if you want to call him yeah that'd be cool. Okay. So what is your criteria for people being restricted like Mr. Miller from the library? I am not, that name is not necessarily ringing a bell with me so I'm not entirely sure what happened but there. So what's your overall guideline to restrict somebody? There are several guidelines but typically that you're going to be you know complying with library policies. Okay. And that you're not preventing others from using the library or preventing staff from doing their jobs. Okay so how is staff dealing with a person that's dealing with a fire, how is staff dealing with people preventing them from doing their jobs isn't staff's job to deal with people?

For sure but if that person prevents us from dealing with the public as a whole if they're taking up all of our time and we're unable to do our jobs then that's sometimes how that happens. I don't know about this particular person off the top of my head. Okay so you don't know how he would have prevented anybody from doing their jobs specifically. Can you just hang on one quick second?

Oh hi what's your name?

Hi what's your name?

Hi Terry I'm Drew. Could you please not delete that? I'm going to do a public records request on your camera.
I'm just asking so you don't please don't delete that because it's open for public records requests right now.

EYH 281

Well I appreciate that that's what I do I like to document that's why I've got three cameras going. I know. Many have one now. I know. I know. I know. I know. I know. I know.

And could you make sure Terry doesn't delete her recording because I want to do a public records request on that. Okay sure. Okay. Yeah but I'm going to look for your paperwork right now. Yeah oh I'm restricted absolutely. I don't the library board said I'm restricted from accessing services but I'm I don't try to ever access services at the library I just access my constitutional press rights and you can't restrict those can you? Do you have a press class? Oh I can go home and print one. Okay. But I'm not going to do that because you don't need one because I've got you've read the Constitution right I've got that. So that everyone is pressed? Yes. Okay sure. Good morning. You don't know the definition of the press?

Why don't you share it with me? Well it's anybody that wants to disseminate information to the public and you can disseminate information to the public right? No.
Not about the files. Oh could you find Mr. Miller's and maybe that would remind you? I have to see what I can find. Oh cool thank you. For sure.

No I don't mean anybody any harm I don't want to get in anybody's way I just want to gather information. Okay so you can still do that and have somebody else do this you got lots of employees running around. We have one right there on there on there you got lots of employees running around.

And like I said isn't dealing with the public your job. I'm going to just have you wait I'm going to need to go to my desk and pull it up so I'm going to have you wait in the public area. No I got no problem. Close to the front door just because. Well I'm going to walk through the library and look at everything.

So anyway she's not a very friendly gal it doesn't seem like.

And all that I'm trying to do is find out why they would have restricted Mr. Miller's access to the library.

EXH 282

I mean you're going to suspend somebody for a year if you have a good reason to do that.

Now remember there's an employee over there but they don't have time to help you any more.

It's kind of a cool building though.

So what we got over here.

So this opened in May of 2003.

Support a library bond provided central funding for this library.

And what did they got over here?

There.

Putting some more stuff together.

Another library employee there.

See if she'll get back to you here soon.

So they've got multiple library employees that are taking care of these people. They're taking books away but not actually helping other people.

So if the argument is that I'm interfering with people.

EXH 283

They've got plenty of employees they've got three, four, five.

Bunch of people here. Good morning.

Good morning. Good morning. Good morning. I just forgot a kids reading hour going on back there. So that's kind of cool.

And they took all the rainbow flags down. That's kind of nice.

Well like a smart work over here for those of you that like artwork.

Let's see what they got while we're waiting.

That's kind of cool stuff. I like the colors.

Yeah.

Excuse me.

Yeah. I think I like this stuff.

Cool colors.

They got over this way.

More meeting rooms.

In the meeting rooms where we've been in there before. That's where the library board meets occasionally.

So if you want blu-rays, DVDs, you can get a bunch of them here.
Audio books.

*EXH 284*

Music CDs.

All kinds of stuff people can check out.

Magazines. Who reads magazines anymore?

Children's audio books.

So the manager lady or the person in charge is probably out back calling Director Scott or their attorney and trying to figure out what to do with me asking questions. Because for those of you that haven't been watching, a man named Doug Miller during the, was it Davis Creek Fire is what they call it I think, a couple months ago.

He was up in this library and he was trying to reserve a room.

And evidently something went wrong.

And he found out later that he was restricted for a year after trying to reserve a room.

And so I just want to find out what the policy is.

On restricting people.

Although I'm restricted from the library for a year.

I still don't know exactly what I did wrong.

Other than I was recording in a library and they didn't like it so they restricted me for a year.

So anyways I'm pretty happy that this library tax didn't get passed.

Because again it didn't really affect the libraries or the taxes the people are paying. The only thing that they've got to do differently now is instead of automatically getting five million dollars tax money they've got to get the county commissioners to vote to give them

*EXH 285*

the tax money.

Or the tax money can be diverted to a different agency or purpose other than libraries. Whereas before the last 30 years this property tax money was guaranteed to go to the libraries.

I am indeed recording this.

And I should be dropping the federal lawsuit on him here for restricting me for a year for Jeff Scott.

That's the director of the Washoe County libraries. He was touching me.

Trespassing me and just upset that I was recording.

So that lawsuit should be ready to drop here within the next week two weeks is my goal.

But at the same time they keep doing this to other people.

Okay thank you so much. Hi there.

Okay.

Okay thank you. So I did find your suspension paperwork. Yeah I'm restricted from the library for a year. Yeah and we do have sheriff's deputies on the way. So am I lawfully trespassed? Yes. So maybe you haven't maybe nobody has said that to you yet but the sheriff's deputies are on the way. Okay so they're gonna lawfully tell me I'm trespassed. That's what I want. That's what I need because I'm gonna I'm gonna file a federal lawsuit. Okay. And so I just want to have more standing. And so if you guys are trespassing me from library property and the public meetings that happen on those properties I want that to happen too. So you want us to tell you you can't come to public meetings. Yes. Okay well I know we haven't told you that. Well if you if you if you trust passed me from the libraries and public property you need to be very specific because the NRS is very specific. So I need to tell me if I'm trespassing I will leave under threat of arrest. Why not let the law

EXH 286

enforcement officers take care of that however they because I you know I don't know NRS back to forth so. Because I sent a letter to your attorney asking him specifically if I was trespassed and who are you on the phone with by the way. I'm on the phone with the Washoe County Sheriff's office. Okay. So I just want to know lawfully am I trespassed yes or no. If I am I will leave immediately under threat of arrest. You don't need to arrest me.

But you know I think the people need to know what the rules are at the library. Okay. That's unfair. They've asked me to disengage from you and then they will talk to you when they get here. Okay. All right. Cool. I appreciate it. Would you like a copy of this paperwork. Oh I've got all that stuff. I appreciate your kindness.

Thank you. So I let the deputies know I don't want to run from them. I'll be waiting for him outside.

Okay. Okay. I appreciate your time. Okay. Thank you. But you won't tell me anything about Doug Miller though will you. I don't have any knowledge of that. Okay. So. So can you define what action I took that was was bad today or just my mere existence. You're violating a trespass. You're violating it. So you did use the word trespass. Well I mean. Because trespass is. You used. But you're violating. You're you're violating this these rules that we have. Well what. I guess that's really what I'm trying to find out. I'm going to disengage.

What am I restricted from.

I'll let the deputies talk to you about that. Okay. Because what am I restricted from.

What's that. We'll wait until the deputies get here. Okay. But you as a library manager can't tell me what I'm restricted from. To my knowledge you are restricted from from using the library except when you are here to attend a public meeting. To my knowledge. Yeah the paperwork doesn't say that though does it. If you've got the paperwork there does it say that specifically. This is the incident report where you were suspended. Right. So I just want to know the rules like I said. What is the exact restriction. I'm not going to say anymore. Can you get Director Scott to tell me the exact restriction.

Because I just want to know the exact restriction. I'm going to wait until law enforcement gets here and then if we if they want to get Jeff Scott involved then we certainly can get. Oh cool. Yeah. If Jeff could come down and talk that'd be even better. All right. Peace. Okay. Let

EXH 287

me wait for the sheriffs.

You guys are all so friendly.

How come you don't have the rainbow stuff anymore. What happened to all the gay shit.

Why did we get rid of the LGBTQ worship flags and stuff. You know about that.

Anyways. Hi. Hi there. Where's the Russian.

So we'll wait for the sheriff here.

Hopefully you all saw that there. We don't know exactly what we're doing but they don't like me here.

Let's set this up here. I think you guys can see and I can set this down for a second.

And we'll wait for the sheriff to show up. What a good. There's a sun messing with it. Well hopefully the sun's not messing with it anyways.

Down here at the Washoe County Library at South Valleys.

And I was just finding out trying to find out why a man named Doug Miller was restricted from the library for a year. He was a man who was in the hospital. And I was just trying to find out why a man named Doug Miller was restricted from the library for a year. He was at the last library board meeting and he was up there talking and said that he came down here to try to get a room for a public meeting.

And he was evacuated from his home for a wildfire that was going on. And the librarians here didn't help him very much. And then he came to find out that he had a one year restriction on him for his actions down here.

EXH 288

Now what's the role of the library in our society?

These people just kick you out. They're rude to you. If you ask them for help.

Now I just don't get it. So we're going to wait for the sheriffs.

And I've never been formally trespassed. They want to formally trespass me. They want to be a sheriff. And I've never been formally trespassed.

They want to formally trespass me. We can do that. Like I said, my goal here is to find out about Doug Miller but it became about something else because they don't want to answer questions.

So now I guess it's going to become about what restrictions they're placing on me.

So that's what we're going to find out.

Hopefully the sheriff doesn't take too long to get here.

If they ever really halt.

We could probably do some public records requests.

Let's see if I'll... Let's see, maybe we'll try to make a phone call while we wait.

Tawasho County Library, Reno, Nevada. We'll try to call Director Scott and see if he'll answer us.

Let's do that. Ball of rain.

Library. For the Downtown Reno Library hours and locations, please press 1. For hours and

EXH 289

information for other Tawasho County Library branches, please visit us online at www.washacountylibrary.com. To speak with somebody in the Downtown Reno Library, please press 2. For Tawasho County Library Administration Office, please press 4. Please press 5 to hear these menu options again.

Was it 1 or 4? Let's try 4.

Please try again.

Oh, here's the sheriff. This is good.

Hey Lorna, is Jeff Scott available, please?

What's the matter? What's the matter?

What's the matter? Have you been to the car? Well, if you want to run your questions by me, I can see if there's somebody else who can help you out.

But I asked the question if I'm trespassed, and nobody will tell me that question. So I came down to the South Valley's Library, and I was investigating another story.

And you guys have sheriff's deputies pulling up on me now, so I just wanted to clarify. Hi there, how are you, sir?

Good, my name is Drew. You're Drew Rybore? You know my last name. They put it out there on the call, sir. How are you? What's going on today? Well, I just came down to the library because I do YouTube and stuff. Hi there, sir, how are you? Good, how are you, sir?

Deputy Rothkin. And what's your number, sir? 4696.

And what's your number, sir? 4663.

*EXH 290*

In any way, I don't know if I'm trespassed, if I am, I won't. I'm just afraid of arrest. I really need to be my person. I won't hurt you with your own hurt. It was to me anyway. But all that I'm really trying to find out here today is I was at the last library board meeting. There was a man named Doug Miller, and evidently he'd been restricted for a year. Doug Miller, sir, sure. Doug Miller, a man named Doug Miller, is restricted for a year, is what he said in public comments.

And I talked to Library Commissioner Janet Jackson last week, and she told me that there shouldn't be an agenda item with him on it and with Rickson.

So I came down to the library here to find out what was the cause of his restriction. And that's simply my question. She doesn't seem to know, but she got upset with me for simply being here. And I've got the... Was it like an argument where you guys raised each other's voices? I don't think so. Were you just talking more about... I'm trying to be pleasantly happy and just gather information. I wish nobody had any real harm. I just want you to live your life, be able to live my life, and I think that you're going to have to make more of it like real-life school too.

And I just try to get information out of the public because I think that's important. So that's why I do YouTube. That's why we're all being filmed here. Is that like YouTube Live? Yeah, we're doing a little live stream here.

We're on YouTube Live. So I'm simply saying, am I trespassed? Is it a law-sharing sentence in the corporate office? Probably not that way. Because that's a very legal thing to do. And if it is, how do I access the public freedoms and all of those other things? Oh, I could trespass. Is that what you're talking about? Yeah, I don't know. Nobody will tell me. But she tells me that I can't be in the building, I need to leave, and I'm going to go off with lawful authority to have to tell me. Not you. Because other than engaging with her, I'm just quietly, and often I want to be enough. I'm sure you've watched YouTube videos before, haven't you? I mean, I've seen a lot of different YouTube videos. Not your channel because I don't know your channel, but I've seen them. Anyways, my question is simply, what actions did Mr. Miller take to be a home restricted from the library for you? I know you don't know the extra- Okay. I'm going to try to figure out if you are or not trespassing all libraries. I had to go in there.

I need the answer, like I said, I'll comply with lawful order, I'll get the hell out, and then I'll do what I've got to do on the other side. But the other thing that you're trying to look for, answers for that Mr. Miller- Yeah, Mr. Miller, what do you have to do? You're going to have to find a different avenue to find that.

EXH 291

No, I know you guys don't, but that's why I came here to get public information. Yeah, I got you. Do you have an idea, sir?

Because we're contacting you for a problem about it. But did I not?

I'm not trying to be difficult, there's just a lot. If you do, I will- Right now they're just saying you're trespassing. That's the problem that I'm trying to do. If it's under threat of arrest, we've got to pause. I would give it to you to do it because it's case-length, I said I've got to do it. If you don't have any reasonable suspicion, I will not, I will not be arrested. So, right now if they called us for a possible trespassing, we do have to look for your authority to be here. And those NRS says that you have to provide information or identification or information that it applies. So is it under threat of arrest? I don't give you an idea of what you're arresting.

It would come down to obstructing and resisting. Right, so I just need you to clarify. Like I said, if it's under threat of arrest, I will give it to you absolutely. If it's not under threat of arrest, I don't have an offer for a constitutional reason to give it to you, I will not. Right now I can't tell you if you're going to get arrested because my partner is the one that's trying to get the information that you have been trespassing on Washington County. Yeah, and I've never been given an offer in other ways, and I've just got a 200-207 I believe.

For trespassing? Yeah.

I don't know if the numbers for the trespassing. I could be back to it a little bit. But here's also the thing for trespassing, sir. It's also a side of the offense. I need to be noticed, but... Yeah, you will need to be noticed, but I can't notice you if I don't know who you are. Well, no, you do know who I am. I just know your first name and last name from what they're giving me, but that could be somebody else. What I'm exercising with you right now, I'm not trying to be really argumentative. I'm just saying that it's a constitutional right for a phenomena for me to be safe in my papers and those other big things.

So I'm exercising with you. I'm Sergeant Gomez, yes. You have to provide your ID, please. On the 171-12-3. We're doing a lawful investigation here, okay? I'm trying to do right by you, make sure you're lawfully being trespassed. If you were served in order, that's lawful for... No, I was never served in order, sir. So, yes, in the interest of us investigating a crime, whether it be trespassing, creating a disturbance in the public building, I'm asking my deputies asking for your ID to identify yourself, and yes, please provide it. Okay, absolutely.

*EXH 292*

And what was your number again? My number? Yeah, what's your... 4066 is my badge number, sir. I appreciate it, man. You're welcome. Again, we're just trying to get to the bottom of it. If you weren't lawfully trespassed, then we're going to make sure that happens so that way you're aware of what's going on. Yeah, because I reached out to the county attorney and he hasn't answered the question. I reached out to Director Scott, he hasn't answered the question. And so I wasn't expecting this. I just came here to ask a simple question about another man. So, Mr. Rybard, is it Rybard? Is it Rybard? Is that how you say that? Rebar, Rebar, sir. Yes. Mr. Rebar, we're just going to put you in the call. If you weren't formally trespassed, it looks like it's going that way. We'll just log in that you were formally trespassed. Now that you provide your ID, we know exactly who you are, right? So I can't say I'm Mr. Rebar and I'm not really Mr. Rebar, right? So that's why you have the badge ID so we can identify yourself in unlawful investigations while we're here. And if there's papers that you need to be served, then you need to be served, and you do process rights, okay? So we'll make sure that happens. Again, those type of matters are civil and criminal in some fashion or form. So no one here wants to give you a citation, maybe, for trespassing. No one wants to arrest you for trespassing, right? If it truly is something you weren't noticed, then you'll be noticed, and then if you come back, that's trespassing. Does that make sense? Oh, I've read the law many times, exactly. I've currently got a lawsuit against Carson City for illegal arrest for trespass against Deputy Bueno. I don't know if you know him. No, I don't know. So I'm doing a federal lawsuit against them. I'm going to do a federal lawsuit against Washoe County here within the next week or two weeks. This will just add to it or not add to it. Do you know where you need to? I'm just telling you what's going on because I don't think that our libraries are doing things constitutionally. The reason I came here, I don't know if you heard me tell him. I am sorry, I didn't. There's a man named Doug Miller, and during the last fire, he was evacuated. He came here and he tried to reserve a room. Reserve a room here? Yeah, and I guess they wouldn't help him or something happened. It's not real clear what happened, but he was speaking during public comments at the Library Commission meeting, and he doesn't really know what he said or did to get a one-year restriction. So I simply came here to ask them, "Why did you restrict Mr. Miller? What were his actions? What did he do?" I'm simply trying to do a media story. You've never been in trouble? Yeah. And you've never been noticed or in trouble by the library people? Oh, I was restricted for a year after Jeff Scott trespassed me for recording before. And who's Jeff Scott? Jeff Scott's the library director. Okay. And I filed a criminal complaint with Washoe County, but you want to know what Washoe County did? Yes, sir. Because he laid hands on me. That's battery under the statute, laying of hands on, because assault is simply being in fear. Of course. Battery is touching, pushing. That's what he did to me. I filed a criminal complaint with Washoe County. You know what you guys did? What happened? You guys did nothing. Okay. Well, I wouldn't be personal, sir. No, no. It came from above

EX19 293

you. It's your command staff, I'm sure. Yeah. But you shit-canned it. Okay. You did nothing. And then supposedly after that I was restricted for a year, but they never told me about that. And then I came to record the, you know why the transsexual story time with children locked in libraries got cancelled? I don't even know. Because, well, they remember the LGBTQ reading with kids in libraries, right? I don't know anything about that. Anyways, they were doing that, and they restricted me for a year because I went to go record that when one of their libraries violently slammed the door into my leg. Okay. Again, committing battery, and I filed a complaint, and guess what you guys do? Nothing.

And so I just keep taking my camera out, recording interactions, and I file lawsuits. Okay. I'm not threatening you. I don't want to sue you. Don't violate my constitutional rights, and we'll have a great time. I was having a conversation with you. Yeah, that's all we're doing. Okay, and like I said, you give me a lawful order, and I will absolutely comply. But if you want to violate my constitutional rights, I'm going to push back a little bit. You don't want to violate anyone's rights. You're more than anybody else. So what do we have? Am I officially trespassed?

Yes. However, you still are allowed to attend any public meetings held in a library. So you can't still use libraries for that service. You can't use them for library services. Well, I wasn't accessing any services. I was just accessing my press rights to follow up on a news media story. Sorry, my press rights restricted to.

You better call somebody in charge. Call the library because I, here's you guys, I don't want, I don't want you guys to get in trouble.

Call the library's district attorney. He knows who I am. His name is Mr. Kaplan. You know, Mr. Kaplan, he's the attorney for the libraries. I've sent him an email saying, Mr. Kaplan, am I legally trespassed from the library? He won't answer the question because I don't access the library to check out books. I don't access the library to access their computers. I access the library to come in and do media stories that I publish.

So am I trespassed from doing my media stories and publishing information so people can look at it and disseminate it under the First Amendment? They say you can go to public meetings? Yes. Any public meetings still allowed. And you really, I mean, I'll go talk to the supervisor. You see what I'm saying? You can't be trespassed from the library and then be allowed to come to a meeting. It doesn't work like that. Trustpass is from a building. This is a building. If it's all libraries, there has to be some... Yeah, I want clarity as to what my constitutional rights are. So I appreciate you guys helping me. Thank you. I see. It just says,

EXH 294

"His library packages." I brought that copy out for him. Okay. I don't need that. I've got lots of copies of it. And see, did you really have a lawful reason to take this when they're so unclear? And I'm not going to file any complaints. I'm just asking you guys to question yourself. Go read the Constitution. Read the Constitution, state of Nevada. Look at all of the constitutional law, especially the new stuff that's coming out of the Supreme Court. Look at what's called Mack versus Williams out of the Nevada Supreme Court. There's no qualified immunity in the state of Nevada anymore.

You know, all that I want with law enforcement is to be constitutionally protective because our constitutional rights, your rights, all of our rights, all of our rights, all of our rights, what's more, protect us from the government.

Laws restrict us by the government. Yes, sir.

And right now, I don't know if I'm restricted or if I'm constitutional where I'm at, as you guys are finding out. Oh, was it? Because I simply want to ask them questions about a media story. Yeah, let me go in there and see. Okay. Let me go talk to the Library Chain of Command. Sheriff's Office, Library, Human Resources, DMV, all these other entities in Washoe County are separated, right? God bless us. We're all under the Washoe County Global Umbrella, so we don't, I don't know. I don't know what you're telling me. Everything you're saying makes sense. I have no doubt not to believe you. But the fact that you can't utilize library services, read books, be in there, but then the louder attend meetings is contradictory to me. So let me go find out for you so we don't have any issues. And again, I've never had a library card. Okay. I don't use their computers. I don't use their stuff other than come here and ask questions. And for asking questions, guess what they did to me? They restricted me for a year. Okay. So that's where the lawsuit's coming from, and I don't want to include you guys, but that's why I'm going to sue them. And I'm just building up the lawsuit by coming here and asking more questions because I'm pressed. We've got health care servants in a public building, which is a crime. Oh. I'm sure you were versed in it, and you were the focus of that. Yeah. And then it mentioned also trespassing, which is borderline. I don't even know who you have. But let me go see what's going on so they can give you a clear answer because it's not fair that library staff has this against you and no one's telling you directly. That makes sense? Yeah. And I just want to know directly. You're under no detention. We're good here. I'm just going to try to figure out. And I'll wait for you to let me know and life will be happy. Thanks for being-- You don't want a copy of this, man? I've got so many copies of that. You've got so many copies. I've got so many copies of that. Yes, sir. Yep.

EXH 295

Thanks for being professional, man. I appreciate it. Try to be professional with everything. Yeah.

Try to read.
Try to read. I'm going to do the thing. If you're from the National, I'm going to respect what we do. Yeah, do the same thing. Yeah. Does everybody just be kind to each other? Nah, I get it. At least they took loving all the rainbow flags. I'm going to get it.

Hi, James. Hi.

Hi. Hi. Hi.

Hi, James. Hi, James. Hi. Okay. Let's wait and see what happens here.

So they called it in as trespassing and public disturbance?

What? Yeah, trespassing. The aspect of their own.

So what? The public disturbance. What are the qualifications?

What is what? What classifies as a public disturbance?

I had to pull elements for the disturbance piece. I was here investigating trespassing. Right. That's what I was informed of. That's what we told him. Okay. I thought he said public disturbance too. The sergeant did. He mentioned it, but I didn't read that aspect of the call. So we'd have to get him clarified. Okay.

Yeah, because I don't think I'm disturbing the public. I'm just... What we got was like simply reporting. The person that was proving to be trespassing. Yeah. But I was never trespassing. That's a problem. Yeah, that's what we need to be aware of.
And if they want to trespass me, that's cool. I'll follow the rules. But you got to follow the rules to take me to that space.

EXH296

What's your channel, sir, if you don't mind me asking? It's Auditing Reno 911. You have a lot of videos in there? Yeah.

Thousand plus.

I just got... I just had another video take off pretty good here last week.

Down named Amy Powell.

Anyways, she was a member of the Washoe County Election Certification Board.

So she went around during the election and she made sure that...

certified the machines and did some other things.

And she was out stealing Marsha Burke-Biggler signs.

And she was out stealing political signs. Yeah. So she's on the Certification Board working for Washoe County.

And then she goes out and that's her daytime job. And then her nighttime job is to go steal adversarial political signs to Alexis Hill.

And so a friend of mine sent me this video and parts... I think we're up to a million views between all of it.

So some of the stuff I get takes off. Some of it does. Some of it's interesting. Some of it ain't.

It's just like all the YouTube stuff, right?

If you guys watch that stuff.

EXH 297

But you guys probably should. The more you watch, you like the First Amendment auditors. I mean, when I have time, I do watch. Yeah.

You know, then you can kind of see what are people doing that's right? What are people doing that's wrong? What are the resistances you can run into? And what are counter arguments you can use to, you know, counter a guy like me? How do you de-escalate things instead of escalate things? You guys have done great.

Other than asking me for my ID. We were investigating trespassing at that point. So the NRS... But you... Did you have cause to really believe it?

I don't know. Maybe you did. Maybe you didn't. I'm just a guy that questions everything. Investigating. Even if it's turned out that at the end of the day you're not, it's perfectly fine. It's an investigation. That's what we're here to figure out. Right.

Exactly. So, you know.

And it's not a bad day. It's not too hot. It's not too cold. Oh, that was a great weather. I don't know what you'd say like this year around. Exactly.

Go from there.

But yeah.

You had interactions with other agencies in the area? Oh yeah, I got arrested by Carson City Sheriff's Deputy Boyle. He arrested me for recording.

Oops. He hotboxed me too.

*EX4298*

You should see the video. You know.

I get in the car and I'm dry. And I get out of the car and I'm soaking, dripping wet.

And he's got these vents. Like in your car you've got the vents in the front. He's got the vents covered with a hose that goes up under his vest. You guys do that too? I'd like to be comfortable in the car. Yeah, so yeah. He had... I'm sitting there in the back of his cop car just pouring sweat. It was 95 degrees the day he arrested me. And he rolled up the windows four minutes. Four minutes into my detention. He rolled up the windows in the back seat. Let me sit there in the back for about another ten minutes. Just rolled in. And then he drove me to the station. Just rolled in.

And all the while he takes this hose and puts it up under his vest. And he's got the other conditioning vent blowing in his face. And the plastic cage in the back is closed. Just hotboxing me.

And then when he's brooking me in, he mentions how I'm dripping sweat. And he'll get that taken care of shortly. Oh, he didn't seatbelt me in either when he arrested me. Just there in the summertime? Yeah.

So yeah, I've had other interactions.

When did he charge you for this case? I got charged with trespass, interference...

What else was it? It all got dismissed.

So it's all been subsequently dismissed.

And now we're doing the other game. We'll see how that game goes. How the courts deal with that complaint. If they deal with it or if they kick it out.

So how long have you guys been cops?

EXH 299

Working on the run six years. Yeah, same. About the same? Just short of six.

So you're just in the spot where you're getting really jaded then? No.

I've only been out of control for two. Are you in jail before that? Yeah, that's the love every day of this. What did you think of the jail?

It didn't suit me.

It's a clean jail though. It's very repetitive.

The cop works nice. We get to deal with different things. Yep. The jail's just kind of the same thing day in day out.

Well, and that's probably for what you're trying to accomplish there a good thing.

When it's an unusual day, that's when things are going wrong probably. Yeah, and whether I liked it or not, it was a good learning experience for me. So at the end of the day, it's good for me. Yeah. For me at least. What did you do? Were you in the jail too? Yeah.

We all sat in there. Yes, spent five years in there. So you were five years in the jail and you were four years in the jail? Yeah, a little under four. So you were both out on the street for about a year and a half, two years?

How are the politics of the sheriff's office? I don't get it all that much. That's above our heads. That's why I said I think what's going on with you guys not dealing with my complaints against Director Scott in the past come from on high.

And you guys just have to do what you're told.

So how do you deal with ethical, when you've got a conflict of your own ethics and morals where you see something in the Constitution or the law that your superiors give you an order against? How do you deal with something like that? Well, it's unconstitutional. Then we'll have a discussion. If we don't come to an agreement at the end of the day, then I'm going to do what's right.

*EXH 300*

I mean, because my kind of my thinking over my lifetime, and I'm a bit older than you guys are, I think.

My ex father-in-law, he was a Seattle cop for a long time and retired out of there. And he became a cop in the early 1970s. And he worked in Seattle and he saw it turned to shit and all that other good stuff.

My view of law enforcement has changed over the years.
 And tell me if you look at it this way. You guys have probably seen people violate other people's constitutional rights doing your job. These cameras catch it all the time.

Right? That's why there's auditing channels. That's why they're popular. That's why they get a lot of use.

Cops break the law and harm people sometimes. And a lot of times other cops cover it up, right? Not that I've ever seen in person. Just go to YouTube and you'll see it all over the place.

So how do you guys hold your superiors accountable when you see something going on? Can you do that and still maintain your jobs?

Yes, we could. Again, it's nothing I've ever seen in person. Right. But I would have no issue filing for points and being confident that I wasn't going to pay a price for it.
That's probably the best you can do then, where you're at. You know, I just look at it and, you know, my question when I see violations of constitutional rights, like I just released a video on a man named Roger Hilligus. You might have heard that name before.

So anyways, the video that I did wasn't anything you probably might have heard about. Roger Hilligus was arrested by Story County about four and a half years ago.

And so I took the whole video, uploaded it, looked at it and go, why did he get arrested? What did you do wrong? Now, they still haven't taken Mr. Hilligus to trial yet, and they just extended his trial up again in Story County. But looking at the video, basically you've got this gal walking her dog. You've got his dogs that got loose, and they charged him for stalking and all this other stuff that doesn't seem to make sense according to the videos.

EXH 301

And the guy that arrested him on the video goes, well, I don't know what I thought what I'm going to charge him with yet, but maybe this. Now, before he arrested him, shouldn't he have known what he was charging him with?

Because... And he was detained at the time?

Well, no, Hilligus, he was a jerk. He flipped him off, told him to get off his private property because the deputy went onto his private property. And to me, it appeared to be a retaliatory arrest, in my opinion.
But when other deputies see things like that, why would a guy like Roger Hilligus have to wait over four and a half years to go to trial on misdemeanor charges?

The system seems to be broken to me when a misdemeanor charge, a court should be able to handle that within a couple months, I think. Pretty simple to prove if you did a misdemeanor right or wrong. It's not a big, huge deal, right?

So that leads you to the question is, if there are bad cops, how can there be any good cops? Because the good cops allow the bad cops to exist, right?

Think about that for a while. You don't need to answer. I'm just saying, think about it. If there are bad cops, how can there be any good cops?

Because your silence is allowing the bad cop to keep existing.

Just food for that.

That implies, plus silence, if I've seen wrongdoing, which I think yet I haven't... Well, hopefully.......that I could pinpoint. Hopefully you don't. I haven't seen any, yeah, a constitutional violation by any standard. But if I did, I wouldn't stop it because I want to protect people as well as my partners.

Because that's not a situation anyone wants to be in. Yeah. I mean, cops are human. We

*EXH 3.2*

make mistakes. Oh, 100 percent. But like I said, some individual making a simple mistake, if I can stop it and help him, then I'd rather do that.

See, because like, again, if you go watch my videos, I make accusations against some powerful people. There's a man named J.D. Decker. Now, he's the chief of the Nevada DMV police force. Well, why does the Nevada DMV even need a police force? Well, why does the Nevada DMV even need a police force? But I've proven it. He's created his own fake laws without any due process, and then he's enforced them as law.

Yet he still has his job.

Why do the DMV need their own police force? When you can call the local county sheriff or you can call the state police. Why are we funding the DMV police force?

Let's turn away from the kids here. I was waiting for a search and going to school. Yeah. Yeah. No, I just want to hear what you've got to say because it's a complicated question, ain't it?

I don't exercise library privileges, so you've restricted me from something I don't exercise, and now you're telling me I'm trespassed from public property simply because I come in and I record. Well, you've already restricted my privileges because I record, and now you're going to trespass me from the public property because I record, too? Cool. I'll add more to the lawsuit.

And then we can have the court answer the question.

I'm a devil.

Yeah, he's ready for a nice nap.

Are you originally from Reno? Oh, I grew up between Reno and Edmonds, Washington. My dad's family's down here. My mom's family's up there. What about you?

I grew up in Philippines. Philippines? Why would you leave there?

EXH 303

My dad would leave there. It's beautiful there. It is beautiful.

But opportunity is not the same. Yeah, that's true. I was young when I got moved over. Oh, yeah. Yeah. Now I've got some friends from the Philippines, and they keep moving back. So... They come here, and actually one of them worked for the DMV for years. He moved here, and he goes, "Dude, Philippines is awesome."

He goes, "I've made my money, now I'm going back home, and I'm sitting on my beach." Yeah.

Have you been? No, I wanted, though. You should.
Visit the resorts.
You know, like, your money's going to go far, because of the exchange rate.

Friendly people. Yeah. Especially when you go to tourist destinations, because they all want you to come and visit them.

I would suggest for you to visit. Just enjoy life. Yeah, that's one of my life plans. Yeah. I mean, if you have friends, you have Filipino friends. Oh, yeah. Go to the... Ask them. Filipino friends are the best. Yeah. Ask them where to go. If you guys can go together, they're probably going to kill you. Yeah.

I guess so. Well, my friend that used to work for the DMV, I'd probably give him a call up and... Yeah.

I mean, it's... The most expensive thing I think we'll spend is the plane ticket. I don't think it's going to go below $1,000. Probably not. Yeah. And...

To me, it's worth it. I'm planning my next trip. Yeah. I just don't have an exact, you know, date. And with this job, you can get this job and go retire in 20, and then you can move back and feel and be very comfortable. I mean, that's my ultimate plan, eventually.

If I can retire back there, I probably would. Yeah. Well, you know, as long as the monetary system stays the same. It's like the relationship between the U.S. and the Philippines stays the same. Yeah. I mean, I got it. It will change. I've always had to get a relationship. Yeah.

EX17 304

Well, and they just added another military base, and China's threatening the Philippines, and... Yeah. Are you looking to that, too? That... Since I was a kid, like, that has been an issue with China, with the South China Sea. Well, that whole area is interesting as far as...

You know, we talk about all this DEI crap in America.

So my best friend, he's an interesting, cool man. He's half German, but his father... His father is half Chinese and half Japanese, and his father was born in, what was it, 1931, I believe.

So he's right during that World War II, when Japan was taken over China, and he's this mixed kid that was growing up in Japan.

I think... So you know that part of the world. Think of that racism. Yeah. Because who hates each other? The Chinese and the Japanese just despise each other.

And you think about that man's life and what he lived through, and it's just interesting. So no, I watch that whole area of the world just because I've got lots of friends.

And it's just the politics, the history is interesting. It's weird. Japan is a better, I guess, nation, white woman now. But China is just trying to... In their will, of course, their will in the Asian region, the Southeast Asian. Well, China wants to get... The Philippines is blocking China from access to the oil from the Saudis and all that other stuff, because what is the name of that strait? Forget the name of the strait that runs through there, well, the oil runs through there. And the Philippines controls all that property, right?

I mean, it's a big area, but I think the Philippines is claiming, Vietnam is claiming, I think Indonesia or Malaysia, because they're at that border, or that area, for that South China Sea, the South China Sea. I think every country has their own name for it. Yeah. But China... China just wants it all. Wants it all because if they're building fake islands with their military bases, I mean, they have the money, right? Yeah. Well, because America gave it all to them.

That's a whole other thing, ain't it? Yeah. We shipped all of our money over to those guys, which is like unbelievable. Why are we letting China own this area? Yeah. No, it's like the US Navy, they're very heavily involved, because they want freedom of the sea, so like navigating and all that, for all the international shippers and whatnot. Yeah. But if not for the US, like China would just restrict that area. Yep. They would conquer it all. Yeah. The Philippines would be another state of...

EXH 305

Yeah. ... of China.

The Chinese government is just like weird to me. The Chinese Communist Party, not the Chinese people. Yeah. Different than their government. Yeah. But yeah. I'm surprised like Taiwan is still independent. Oh, they've... Yeah, that's been a huge thing. I've been watching that my whole life. Mm-hmm. I mean, how old are you? You're probably 33, 34? Yeah. Did I guess right? Yes, sir. Well, tell me. Come on. You know how old.. You got to see my ID.

Let's just say I'm close to that 40 mark. Oh, you're close to... See, Asians always look younger than you are. Yeah.

So, you know, you've been watching it for 40 years. I've been watching it for 56 years. And it's always been a thing. Yeah, it's still boring. Yeah. My hands are starting to get cold.

Yeah, with all that Chinese money, it's like they have a better Navy than everybody else around that region. Yeah. Well, and they keep ramming their ships into the Philippine ships and hosing them down and... Yeah, like they harass... They attack. I call it attacking.

I'm only harassing them. Yeah, we can call it that. Yeah. It's just short of escalating war, I guess.

But, yeah. Me watching that from here, I'm like, "This is frustrating." I'm a former US military, too. Like, "This is frustrating."

Yeah. You should be on a lot of speed.

Which branch were you in? Was it an army? Army? Yeah. No, I never did that. My brother, he did 23 years in the Navy.

He did 23 or something? My brother. Yeah. Yeah.

Is he retired now, I'm assuming? He retired, and now he lives in Washington, D.C. Imagine the elements.

So... What did you do with him?

He's very specialized with electronics and stuff like that, so... Now he's a contractor. Yeah. Our contractors make electric contracts. That's, yeah, that's the whole crazy... It's your military contract. That's when you get the clearance and all the other crap that they get,

*EXH 306*

then they rake in all the bucks after that. Yeah. You been there? D.C.? Oh, yeah. I've traveled all around. Traveled all around.

A couple of years. This is nice. Yeah. Drove across the country last two years ago. That was fun. Just drove. Just drove. Just to see it. Yeah. Beautiful.

Huge. Yeah. You know, they tell us, you know, "Living here, you know how much land is out there." But you tell us, you know, "There's no more land to develop," or, you know, "Blah, blah, blah." But you drive across this country, and this country is just all... It's past.....open land. It's huge. Yeah.

You think Reno's getting big?

Reno's far too big? Reno's getting...

I've been around Reno all my life. I remember McCarran Loop was not there.

There was no McCarran Loop. Yeah. That happened in about 1984. I remember when the freeway did not exist. Yeah. I remember when they were building the Grand Sierra when it was a gravel pit.

I remember before Circus Circus was Circus Circus. It used to be a department store. My grandma would go buy her shoes there. Okay.

Um... Will they change? So in 56 years, there's been a lot of change. But on the other hand, I still go to the grocery store and know people that I know.

So it's still, in a way, a small community where you're going to go out. And I don't know if you experienced this, where you see people you know from your community just being out, just because you know people.

Let me ask your opinion on our CARES campus, what one of the shelters is?

Careful. Not for you. No, not... What's your question? Not like... I want to know what, like, our population thinks about it, just in general. I think it's corrupt.

*EXH 307*

I think we spent a whole lot of money on it. I've heard Commissioner Mike Clark, I talk to him regularly.

I've heard the number $300 million on that stuff.

Why do we need a four-story concrete parking garage for a homeless camp?

Think about that. You're a taxpayer, other than getting paid with taxes, you pay some taxes back. So we spent a lot of the federal money that we got building this CARES campus. And what good does it really do? When I go out, I've talked to homeless people on my camera before.

And they won't go there because they're worried they're going to get hurt. People bring weapons in there that don't get caught. The staff is reported to be selling drugs and sneaking drugs from there. When you bring a camera anywhere around there, they call you guys. The property ownership is kind of confusing. You know Tom Green?

He used to be a sheriff's deputy. Yes.

So you know Tom? Tom's a good guy.

And he tried to go down there with the commissioner and they kind of block everything out. So why do we have this non-governmental organization that's funded with taxpayer dollars spending all this money on the homeless problem that seems to have a lot of corruption inside of it? It seems to me in my opinion that that money could probably be better spent directly in other ways to solve the problem.

Because how long have you been around Reno?

20 plus years. Okay, so you've been here forever.

So 10 years ago, we're there homeless everywhere.

Other than East 4th Street?

EXH 308

So you'd only go... I used to bike the trucker river downtown. I spent 40 years on East 4th Street. My family had business there and I ran a business off of that street and I moved out just because I couldn't do it anymore. Yeah. Too much stuff, too much stuff. But the only homeless population was around that area. Now you go into every part of this community and there's homeless.

Yeah. Yet we're spending hundreds of millions of dollars that we never spent before

to solve a problem we never had before.

So just spending all the money creates a problem. Alright, Drew. What are we doing? So I'm giving you this. I did a lot of legwork for you. Anyone would have to do it. But I wanted to make sure you're clear.

So here just has meeting minutes, the meeting that you went to. Right, yep. Towards the bottom of it, your name, one of the pages is your name. You appealed your suspension from the library. In there is recognized, upheld by the trustees of the library. Yep, yep. So that shows you formally... I'm restricted, yes.... from all the libraries. Restricted or trespassed? Trustpass from all the libraries. So I can't go to the public meetings either? No. Public meetings? They can't because you're probably well aware of this open meeting laws. You know damn well that you can't be excluded from that. But how can I be trespassed from property but be allowed on the property? It's a loophole that they show here that's valid. So you can't go in there and be like, "I want to read a book." Oh, I don't want to read a book. I just want to ask questions. You can't be in there for that. But if you go to an open board meeting, when there's a room and these are like shells, and you're going into the room of the shell, you're allowed to do that. Okay, so my press rights are restricted to anything but the public meetings. Correct. That's in there. So the press is restricted from this. So I'm going to take off here in just a second. I don't want to violate a trespass order. I want to put you .. You're okay. I'm just trying to have you understand so you don't get in trouble. Well, yeah. I'm not trying to.... No one wants to arrest you. I get it. I appreciate that. But for you in enforcing this, do you know what Article I, Section 9 of the Nevada Constitution says? No, please tell me. No law shall be made to restrict or abridge the press or speech. Okay. So basically.....I don't read it, but I understand. So I'm pressed. Like I said, my only purpose in coming to the library is press. Okay. So what have they done by making a ruling saying that I as press cannot come and act as press? And that's true rebar are not allowed in. The only thing I've ever done on this property is act as press. Okay. So what they've done is they've just reaffirmed that the only thing they're restricting me from is press. Do you know when the next meeting is? I think it's the 20th or something like that. I

*EXH 309*

will. Oh, I will. And explain, hey, I need clear indication as me as drew rebar, I'm not allowed here. But me as drew rebar as press, am I allowed to come here and do things? And if they delineate that distinction, then you know. I've tried. I can't answer that. I know you're not. I know. That's why I'm not putting you there. Like I said, I sent him an email to Mr. Kaplan, the attorney for Washoe County's libraries. That's a civil district attorney. Oh, he's the one that comes and sits in their meetings and ....Okay. So he represents the library. He represents the library for the county. Okay. And I've sent him emails and I've sent Director Scott emails and nobody will answer the question like you have today that I am indeed trespassed from going into the library, asking questions. I'm not allowed to do that. And I appreciate that clarification, but I am allowed to go to the public meetings on library property. Correct. Okay. To me, that's what it is, right? You're just. ... And they want you to trespass, which you're not... You know, you're not saying .....You just said you're going to leave, so we know we're not going to have issues. No. I'm sure if you go to another library today, they'll say you've been trespassed. They'll say you're here and try to get you in trouble. So don't do that. Well, no, I'm not... Now that I've formally been clarified that I'm not allowed to go into the public library... Yes. For any business other than meetings. And ask questions for media, so I can't find out about another person's restrictions in the library and I can't follow up on stories and I can't disseminate them to the public. You know, we're kind of a problem with that under the Constitution. I just wanted clarity and I appreciate that you went in and got clarity. I think you should go to the next board meeting and say, "Hey, I'm here," which you're allowed to be at that point, and I need clarification. "Me as Drew is part of a press. Am I allowed here?" And if I'm just here as a press, you're skating there and you can probably see why. That they'll be like, "No, it's you as the total entity, whether you own New York Times, Reno Gazette Journal, or some... What's the other... The local one." But see, constitutional press rights are not corporate rights. They're individual rights. Right. I get that. So you have press rights. We all have press rights. We can all publish. We can all say what we want. We can all disseminate things to the public.

Yeah. Freedom of speech, freedom of religion, freedom to petition your government, freedom of, you know, the five prongs, the First Amendment.

And that's all that I'm about, really. That's what we started this whole thing. You seem like a great guy. I'm just trying... You don't want to cause any issues, right? No, I'm just trying to exercise rights and let the government know

what is going on or let the people know what's going on in our government. I think we could all agree there was a bit of a...

EXH 310

It was kind of a big win here a few days ago. Well, we can't get in a politics... I'm just saying that a majority of the people voted that they didn't like how things were going. Let's just say that. I get it. And we as people that support the Constitution, I'm all about every amendment. I like it. Whether it's good, bad, you know, restrictive, non-restrictive, we support it. We took an oath for it, so freedom of speech is at the top, right? There you go. So that's why I say just giving you a little bit, maybe just go get that clarification for your personal thing. And then it's in writing, right? Yep. So then no one else from... I don't know, where's another library in town? Downtown library. Downtown? No one can say, "Well, he's here acting on press, but he's been trespassed." Well, clearly from the minutes it says if he's here, press-related marriage is allowed to be here, right? So then we're not going to do anything. We're not even going to respond. Yeah, just don't have to. I just want you to get some clarification on your work, okay? Thanks, man. It's been a pleasure, man. I appreciate it. Thank you, okay? Have a good day. You too. Stay safe. Thank you.

Thank you. Good talk. Yeah.

And did you have your body camera on when you were talking to her? When I talked to her? Yeah. Yes. Yeah. That'll be interesting too. You got it.

Okay.

Okay, everybody. Well, that's what we're going to do for this video. And thanks for watching. Have a good day.

EXH 31 /