**EXHIBIT 27**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DREW J. RIBAR, Pro Se Plaintiff
3480 Pershing Ln
Washoe Valley, NV 89704
(775) 223-7899
Const2Audit@gmail.com

v.

WASHOE COUNTY, et al.

Defendants.

Case No.: 3:24-cv-00526-ART-CLB

**EXHIBIT 27**

**Title:** Video Recording of June 15, 2023, Drag Queen Story Hour at the Reno Library

**Date of Recording:** June 15, 2023

**Source:** Plaintiff's Personal Recording

**Bates Number Range:** Video 1

**DESCRIPTION**

PLEADING TITLE - 1

This exhibit is a **video recording** documenting events at the Reno Library during **Drag Queen Story Hour (DQSH) on June 15, 2023**. The footage provides direct evidence of constitutional violations, including **unlawful restrictions on public access, discriminatory enforcement of policies, and suppression of protected speech.**

**Key Incidents Captured in Video**

✓ **Coordination Between Washoe County Library & Build Our Center (State Actor Nexus Evidence)**

- BOC members were stationed at the entrance, restricting public access (T/S **0:00:02**).
- BOC members given **exclusive access to a closed public library (T/S 0:05:08)**.
- BOC Director **Stacey Spain** issued instructions on security (T/S **0:09:19**).
- Library Director **Jeff Scott confirmed BOC as a government partner (T/S 0:51:07)**.

✓ **Unlawful Restrictions on Public Access & Viewpoint Discrimination**

- BOC members **prevented public recording (T/S 0:00:46)**.
- Librarian **Kristen** selectively enforced a "child-only" entry rule (T/S **0:01:20**).
- **Public library access was physically restricted (T/S 0:32:04).**
- **Library Director Jeff Scott denied press access (T/S 0:32:11).**

✓ **First Amendment Retaliation & Unlawful Trespass Orders**

- Jeff Scott previously called the police on Plaintiff **for recording in a public space (T/S 0:34:00)**.

PLEADING TITLE - 2

- BOC members **acted as security enforcers in a government facility** (T/S 0:34:48).

✓ **Fourth Amendment & Due Process Violations**

- BOC and library officials **issued unlawful trespass orders without due process.**
- Public resources were misused for an event **that falsely claimed not to be tax-funded** (T/S 0:02:30).
- Library staff **handed out political materials (Pride Flags) while wearing government ID badges** (T/S 0:13:08).

✓ **Potential Battery & Use of Force by Our Center Members**

- A BOC member who later committed **battery on an elderly journalist at Sparks Library (Exhibit 28, July 15, 2023)** was identified in the video (T/S 0:05:32).
- The **Umbrella Brigade physically blocked public sidewalks**, preventing certain individuals from using public space (T/S 1:05:14).

## LEGAL RELEVANCE

✓ **First Amendment Violations (42 U.S.C. § 1983)**

- Washoe County and Build Our Center **selectively enforced access restrictions based on viewpoint.**

PLEADING TITLE - 3

- Video **proves unlawful restrictions on press coverage** and public access to government property.

✓ **Fourth Amendment & Due Process Violations**

- Arbitrary trespass orders without due process show **discriminatory law enforcement.**
- Video evidence **contradicts** any claims that Plaintiff was a "disruption."

✓ **Monell Liability (Municipal Policy or Custom)**

- Washoe County **permitted systemic viewpoint-based restrictions.**
- Video supports **Monell v. Dept. of Social Services, 436 U.S. 658 (1978).**

✓ **Refutes Defendant's Motion to Dismiss**

- **State Actor Nexus** is demonstrated through the **direct coordination between library officials and Build Our Center members** acting under color of law.

## CERTIFICATION

I certify that the attached exhibit is a **true and correct copy** of the described evidence, submitted in accordance with the Local Rules of the **District of Nevada.**

**Dated:** March 17, 2025
**Respectfully submitted,**

/s/ **Drew J. Ribar**
**Pro Se Plaintiff**
3480 Pershing Ln
Washoe Valley, NV 89704

PLEADING TITLE - 4

(775) 223-7899
Const2Audit@gmail.com

PLEADING TITLE - 5