EXHIBIT 28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DREW J. RIBAR,
Plaintiff, Pro Se,

v.

WASHOE COUNTY, et al.

Defendants.

Case No.: 3:24-cv-00526-ART-CLB

**EXHIBIT 28**

**Title:** Video Recording of July 15, 2023, Drag Queen Story Hour at the Sparks Library

**Date of Recording:** July 15, 2023

**Bates Number Range:** Video 2

**Source:** Plaintiff's Personal Recording

## DESCRIPTION OF VIDEO EVIDENCE

This video evidence captures key incidents that took place during the **Drag Queen Story Hour (DQSH) event** at the **Sparks Library on July 15, 2023**. The video is presented as factual evidence demonstrating **violations of Plaintiff's constitutional rights**, including **viewpoint**

PLEADING TITLE - 1

discrimination, prior restraint, unlawful detainment, and obstruction of access to public property.

**Key Incidents Documented in the Video:**

| Time Stamp (hh:mm:ss) | Description of Event |
|---|---|
| 00:02:13 | Build Our Center's (BOC) "Umbrella Brigade" physically obstructs access to the library entrance. |
| 00:03:00 | Designation of a separate "protest area" restricting free movement. |
| 00:05:19 | Library Director Jeff Scott admits to blocking Plaintiff and others on social media. |
| 00:05:56 | Scott cites "legal ruling" as justification for blocking individuals. |
| 00:08:15 | Washoe County Security Administrator Ben West attempts to restrict public property use. |
| 00:12:24 | Scott states that music played at the event was **not county property** but part of Build Our Center's private event, raising copyright concerns under **17 U.S.C. § 106**. |
| 00:14:49 | BOC displays "Notice of Filming and Photography" viewpoint discrimination allowing BOC to record while Plaintiff was removed from the property for recording. |
| 00:15:43 | BOC "Umbrella Brigade" approaches Plaintiff and physically **blocks** his ability to record. |

PLEADING TITLE - 2

| Time Stamp (hh:mm:ss) | Description of Event |
|---|---|
| 00:26:04 | Washoe County Librarian Tina states, "This is not a public speech area," suggesting content-based restrictions. |
| 00:27:15 | Library Manager Jonica Bowen discusses trespassing an individual simply for **carrying an American flag**. |
| 00:33:23 | Librarian Tina confirms entry policies but states that IDs will **not be checked**. |
| 00:36:50 | Librarian Tina **denies access** to a **78-year-old military veteran**, Roger Edwards, stating that he is not allowed to enter without a child. |
| 00:37:31 | Two Washoe County Library employees physically **block the reading room door**, violating **NRS 379.040**. |
| 00:40:03 | Assistant Director **Stacy McKenzie interferes** with Plaintiff's recording under false pretense of a "fire hazard." |
| 00:47:39 | Public area within the library designated **"off-limits" to adults without children**, restricting access. |
| 00:55:33 | Members of the **BOC Umbrella Brigade** act as unauthorized security, blocking certain individuals from accessing public property. |
| 00:57:31 | **Plaintiff is denied entry, and McKenzie confirms BOC can restrict access.** |

PLEADING TITLE - 3

| Time Stamp (hh:mm:ss) | Description of Event |
|---|---|
| 00:58:31 | Jeff Scott acknowledges blocking Plaintiff on Facebook and admits to enforcing selective bans. |
| 01:01:03 | McKenzie accuses Plaintiff of **"harassment"** for asking questions. |
| 01:03:51 | **BOC members wielding umbrellas inside the library obstruct public access.** |
| 01:05:04 | Washoe County Director of Security Ben West states that **blocking people with umbrellas is "not a security issue"**, while selectively enforcing rules. |
| 01:07:20 | BOC members **physically force** a man to step aside with umbrellas. |
| 01:09:42 | Librarian Tina confirms that the **BOC Umbrella Brigade was part of the program and authorized to restrict access.** |
| 01:14:41 | BOC Umbrella Brigade physically **blocks Plaintiff's ability to leave** the library. |
| 01:21:38 | **BOC member obstructs Plaintiff's camera, raising her hand aggressively.** |
| 01:22:10 | **BOC member physically grabs Plaintiff's camera as he attempts to move away.** |
| 01:22:26 | **Library Director Scott physically intervenes and orders Plaintiff to back up.** |
| 01:22:34 | **Library Director Scott lays hands on Plaintiff, pushing him back.** |

PLEADING TITLE - 4

| Time Stamp (hh:mm:ss) | Description of Event |
|---|---|
| 01:22:57 | **Scott trespasses Plaintiff from library property** with unlawful restrictions: <br><br> • "You got your film; you got your shot." <br> • "You're banned from the library for the day." <br> • "You're trespassed for harassing people." <br> • "If you don't leave right now, you'll be banned for a year." <br> • "People have the right not to be filmed." \|Compare to T/S 0:14:49 Notice of Filming and Photography. |

## CERTIFICATION OF AUTHENTICITY

I, **Drew J. Ribar**, certify that the attached video exhibit is a true and accurate representation of events that occurred on **July 15, 2023, at the Sparks Library**. The video was recorded using Plaintiff's personal recording device and has not been altered.

Dated: **March 24, 2025**

**Respectfully submitted,**

/s/ Drew J. Ribar
**Drew J. Ribar, Pro Se**
3480 Pershing Ln.
Washoe Valley, NV 89704
(775) 223-7899
Const2Audit@gmail.com

PLEADING TITLE - 5