**EXHIBIT 29**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DREW J. RIBAR,
Plaintiff, Pro Se
3480 Pershing Ln
Washoe Valley, NV 89704
(775) 223-7899
Const2Audit@gmail.com

v.

**WASHOE COUNTY, et al.**

Case No.: 3:24-cv-00526-ART-CLB

**EXHIBIT 29**

**Title:** Video Recording of June 15, 2024, Drag Queen Story Hour at North Valleys Library

**Date of Recording:** June 15, 2024

**Source:** Plaintiff's Personal Recording

**Format:** Digital Video File (MP4) – Submitted on USB/DVD

**Bates Number Range:** Video 3

**DESCRIPTION OF EXHIBIT**

PLEADING TITLE - 1

This exhibit is a **video recording** of the **June 15, 2024 Drag Queen Story Hour (DQSH)** event at **North Valleys Library**. The footage documents:

- **Unlawful public access restrictions** imposed by Washoe County Library officials.
- **Trespassing orders issued without legal justification** in a public space.
- **Library staff acting outside their authority** to enforce policies beyond their legal jurisdiction.
- **Assault against Plaintiff by Washoe County Librarian Thanh Nguyen.**

## TIMELINE OF INCIDENTS CAPTURED

**I. Unlawful Public Access Restrictions & Trespassing by Library Staff**

- **T/S 0:04:08** – Library Manager **Jonnica Bowen** and Assistant Director **Stacy McKenzie** enforcing Library "code of conduct" **in the strip mall parking lot,** an area outside the library's jurisdiction.
- **T/S 0:05:30** – Library Manager **Jonnica Bowen trespasses** an individual from the **public parking lot,** which is not under library control.
- **T/S 0:12:15** – Library Manager **Jonnica Bowen trespasses Fred Myer** from the public parking lot without articulable suspicion.
- **T/S 0:13:35** – Library Manager **Jonnica Bowen orders Plaintiff** to move to another location to film, restricting his right to record a **public event in a public space.**

**II. Police Response & Confirmation of Plaintiff's Right to Access the Library**

PLEADING TITLE - 2

- **T/S 0:15:21** – **Reno Police arrive** at the North Valleys Library in response to calls from library staff.
- **T/S 1:01:06** – Reno Police Sergeant **Catalano confirms that Plaintiff has the legal right** to enter the library once it opens to the public.
- **T/S 1:09:01** – Plaintiff checks the **posted library hours** to confirm that the library is scheduled to be open to the public.
- **T/S 1:09:07** – Plaintiff **puts his hand on the right-side entry door and finds it locked,** while placing his left foot into the opening of the left-side entry door.

### III. Assault Against Plaintiff by Librarian Thanh Nguyen

- **T/S 1:09:11** – Washoe County Librarian **Thanh Nguyen physically assaults Plaintiff** by forcefully <u>**yanking the library door shut 3 times on Plaintiff**</u> while yelling "NO," causing **injury to Plaintiff's leg**.
- **Video confirms** Plaintiff was lawfully attempting to enter the library, and Nguyen's **physical force was unprovoked and unjustified**, constituting **assault and battery** under **NRS 200.481**.

---

## RELEVANCE TO THE CASE

✓ **First Amendment Violations**

- **Plaintiff's right to document public events was unlawfully restricted.**
- **Selective enforcement of trespass policies to suppress Plaintiff's speech.**

PLEADING TITLE - 3

- Library officials denied Plaintiff entry despite Reno Police confirming his right to enter.

✓ **Fourth Amendment Violations**

- Plaintiff and others were unlawfully trespassed from a public parking lot.
- Washoe County Library employees acted beyond their legal authority.

✓ **Assault & Battery (NRS 200.481) – Thanh Nguyen's Physical Attack on Plaintiff**

- Plaintiff suffered physical injury due to Nguyen's intentional and aggressive conduct.
- The video provides indisputable evidence of the assault.

✓ **Refutes BOC's Motion to Dismiss – Establishes State Actor Nexus**

- Library officials—not private actors—enforced the trespassing orders.
- Establishes state action under Lugar v. Edmondson Oil Co., 457 U.S. 922 (1982).

✓ **Supports Monell Liability – Systematic Constitutional Violations by Washoe County**

- Pattern of unconstitutional policies and deliberate retaliation against Plaintiff.
- Confirms County's liability under Monell v. Dep't of Soc. Servs., 436 U.S. 658 (1978).

PLEADING TITLE - 4

## CERTIFICATION & SIGNATURE

I, **Drew J. Ribar**, certify that the attached Exhibit 29 is a **true and correct copy** of video evidence submitted in support of Plaintiff's **First Amended Complaint**.

Dated: **March 17, 2025**

**Respectfully Submitted,**

/s/ Drew J. Ribar
**Drew J. Ribar, Pro Se**
3480 Pershing Ln
Washoe Valley, NV 89704
(775) 223-7899
Const2Audit@gmail.com

PLEADING TITLE - 5