| | |
|---|---|
| 1 | **EXHIBIT 30** |
| 2 | |
| | UNITED STATES DISTRICT COURT |
| 3 | |
| | DISTRICT OF NEVADA |
| 4 | |
| 5 | **DREW J. RIBAR, Pro Se Plaintiff** |
| | 3480 Pershing Ln |
| 6 | Washoe Valley, NV 89704 |
| | (775) 223-7899 |
| 7 | Const2Audit@gmail.com |
| 8 | |
| | vs. |
| 9 | |
| | **WASHOE COUNTY, et al.** |
| 10 | |
| 11 | Defendants. |
| 12 | Case No.: 3:24-cv-00526-ART-CLB |

*(Filed stamp: MAR 24 2025, Clerk US District Court, District of Nevada)*

**EXHIBIT 30**

**Title:** *Video Recording of June 20, 2024, Reno Library Restriction Notice*

**Date of Recording:** June 20, 2024

**Source:** Plaintiff's Personal Recording

**Bates Number Range:** Video 4

## DESCRIPTION

This exhibit is a video recording from **June 20, 2024**, at the Reno Library, documenting violations of **due process, selective enforcement, and government collusion** with Build Our Center (BOC) in restricting public access.

PLEADING TITLE - 1

## KEY INCIDENTS CAPTURED IN VIDEO (WITH TIME STAMPS)

**Evidence of Government-Private Collusion to Restrict Public Access**

- **T/S 0:02:35** – *Build Our Center (BOC) Pavilion & signage set up at library entrance.*
    - Shows **BOC controlling access** to a **public library**, reinforcing **state actor liability** under *Lugar v. Edmondson Oil Co., 457 U.S. 922 (1982)*.
    - Demonstrates **Washoe County's delegation of law enforcement-style authority to a private entity**.

**Due Process Violations – Unlawful 365-Day Library Suspensions Without Justification**

- **T/S 0:12:36** – *Washoe County Library employee Kristen Ryan informs Plaintiff of a 365-day suspension.*
    - **No prior notice, hearing, or due process** before suspension.
    - False claim that Plaintiff injured a librarian, **without supporting evidence.**
    - Violation of **Fourteenth Amendment Due Process Clause** (*Mathews v. Eldridge, 424 U.S. 319 (1976)*).
- **T/S 0:33:35** – *Kristen Ryan informs Mr. Fred Myer that he is also suspended for 365 days.*
    - **No specific behavior cited, no appeal process available.**
    - Demonstrates **selective enforcement and retaliation** against individuals critical of library policies.

PLEADING TITLE - 2

**Library Director's Physical Contact with Plaintiff Confirmed**

- **T/S 0:52:27** – *Library Board Trustee Ann Silver admits watching video evidence of Library Director Jeff Scott making physical contact with Plaintiff.*
    - Silver states:

        *"I watched the videos. I don't want anyone touching anybody."*

    - **Supports Plaintiff's assault claim** against Jeff Scott under *NRS 200.481*.
    - **Bolsters First Amendment Retaliation Claim**, as physical contact was an act of intimidation for Plaintiff's protected speech.

## RELEVANCE TO CASE & LEGAL CLAIMS

### 1. First Amendment Retaliation & Viewpoint Discrimination

- **Washoe County enforced suspensions selectively** based on political viewpoints.
- Plaintiff was **banned from a public library without cause**, violating *Kreimer v. Bureau of Police*, 958 F.2d 1242 (3d Cir. 1992).

### 2. Fourteenth Amendment – Due Process Violation

- **Suspensions imposed without notice or hearing.**
- Violation of *Armstrong v. D.C. Pub. Library*, 154 F. Supp. 2d 67 (D.D.C. 2001).

### 3. Monell Liability – Systematic First & Fourteenth Amendment Violations

PLEADING TITLE - 3

- **Washoe County has a policy and custom of unlawful bans** and viewpoint discrimination (*Monell v. Dep't of Soc. Servs., 436 U.S. 658 (1978)*).
- The **pattern of due process violations & suppression of speech** justifies punitive damages.

### 4. Refutes BOC's Motion to Dismiss – Establishes State Actor Nexus

- **BOC exercised authority over a public library**, making them **state actors** under *Lugar v. Edmondson Oil Co.*.
- Washoe County **permitted BOC members to enforce access control**, making them liable under 42 U.S.C. § 1983.

### 5. Supports Assault & Battery Claim Against Library Director Jeff Scott

- **Ann Silver's statement confirms physical contact**, corroborating Plaintiff's claim.
- Physical interference violates **NRS 200.481 (battery law in Nevada)**.

## CERTIFICATION & SUBMISSION

I certify that this exhibit is a true and accurate representation of events recorded on June 20, 2024.

Dated: **March 17, 2025**

/s/ **Drew J. Ribar**
**Drew J. Ribar, Pro Se Plaintiff**
3480 Pershing Ln

PLEADING TITLE - 4

Washoe Valley, NV 89704
(775) 223-7899
Const2Audit@gmail.com

PLEADING TITLE - 5