EXHIBIT 31

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DREW J. RIBAR, Pro Se Plaintiff
3480 Pershing Ln
Washoe Valley, NV 89704
(775) 223-7899
Const2Audit@gmail.com

vs.

WASHOE COUNTY, et al.

Defendants.

Case No.: 3:24-cv-00526-ART-CLB

# EXHIBIT 31

**Title:** Video Recording of August 21, 2024, Library Board of Trustees (LBOT) Meeting – Suspension Hearing

**Date of Recording:** August 21, 2024

**Source:** Video Recording from the Library Board of Trustees Meeting

**Bates Number Range:** Video 5

## Description:

PLEADING TITLE - 1

This exhibit contains a **video recording of the August 21, 2024, Washoe County Library Board of Trustees (LBOT) meeting**, where **Plaintiff's suspension appeal was heard and denied**. The video evidence **directly contradicts the official meeting minutes (See Exhibit 24 - Transcript)** and reveals **due process violations, selective enforcement, and retaliation against Plaintiff for protected speech**.

## Key Evidence from the Video:

1. **False Prior Restriction Claim by Jeff Scott**
   - Library Director **Jeff Scott falsely stated that Plaintiff had prior restrictions**, which were used to uphold the suspension.
   - **Plaintiff was never notified** of any prior restriction, violating **procedural due process under the Fourteenth Amendment**.

2. **Denial of Due Process**
   - **Plaintiff was denied the right to cross-examine witnesses** and **was not allowed to present evidence**.
   - **Library Board members relied on false statements** from library officials to uphold the suspension, violating **Goldberg v. Kelly, 397 U.S. 254 (1970)**.

3. **Falsification of Public Records**
   - The **official meeting minutes (Exhibit 24)** falsely claim Plaintiff **called for book bans and opposed Drag Queen Story Hour**, contradicting the video evidence.

PLEADING TITLE - 2

- This **constitutes a violation of NRS 241.035,** which mandates **accurate public meeting minutes.**

4. **Selective Policy Enforcement & Equal Protection Violation**
   - **Other individuals were granted access,** while **Plaintiff was singled out for enforcement,** demonstrating **discriminatory policy application.**
   - This **violates the Equal Protection Clause** of the **Fourteenth Amendment** and **Nevada Constitution Art.1 Sec.24**

5. **First Amendment Retaliation**
   - **Plaintiff's suspension was upheld based on false claims,** clearly showing that it was **a retaliatory act to suppress criticism of library policies.**

6. **Potential Fourth Amendment Violation**
   - If Plaintiff was **physically restricted from leaving,** this may constitute an **unlawful seizure under Terry v. Ohio, 392 U.S. 1 (1968).**

## Video File Filing Note:

- The **video file is submitted separately** in compliance with **Northern District of Nevada electronic filing procedures.**

## Relevance to the Case:

PLEADING TITLE - 3

☑ Supports **Fourteenth Amendment Due Process Violation**

☑ Supports **First Amendment Retaliation Claim**

☑ Supports **Equal Protection Violation Claim**

☑ Supports **Monell Liability Against Washoe County**

☑ Refutes **BOC's Motion to Dismiss – Confirms Washoe County Library officials acted jointly with BOC to enforce unconstitutional restrictions**

## CERTIFICATION & SUBMISSION

I certify that this exhibit is a true and accurate representation of events recorded on August 21, 2024.

Dated: **March 17, 2025**

/S/Drew J. Ribar

Prepared by:
**Drew J. Ribar, Pro Se Plaintiff**
3480 Pershing Ln
Washoe Valley, NV 89704
(775) 223-7899
Const2Audit@gmail.com

**Dated:** March 17, 2025

PLEADING TITLE - 4