# EXHIBIT 1

# EXHIBIT 1





