# EXHIBIT 1

# EXHIBIT 1



### 5 Shocking Things I Learned Suing Government Employees

**Auditing Reno 911** — 25.9K subscribers — Subscribe — 103 — Share

909 views  Streamed live on Jan 1, 2025

Suing the government, updates on lawsuits. How I respond and follow the rules as a pro se aka doing it for



### 5 Shocking Things I Learned Suing Government Employees

**Auditing Reno 911** — 25.9K subscribers

909 views  Streamed live on Jan 1, 2025

Suing the government, updates on lawsuits. How I respond and follow the rules as a pro se aka doing it for







reports). I also mediated specific questions from Mr. Ribar when he repeatedly insinuated that we (the library) are discriminating against, seniors/elderly people, homeless people, and other adult categories of people. I did not know at that time that this line of dialog was happening immediately following his attempt to rush the main library entrance and enter the closed library (facility). This was the incident that resulted in injury to a library employee. (Reports that Mr. Ribar attempted to rush the entry in between story time events. This resulted in injury to Library Assistant II, Thanh Nguyen. See accompanying reports.)

Following the end of the first story time performance, Mr. Ribar approached me and demanded to know why children were being held against their will in the library and being "locked in[side]." He proceeded to make statements and questions regarding fire code and regulation. I reiterated to him that I do not interpret law or statute and would not comment on it. About this time, I returned to watch the event entry where I was stationed.

In between the two story time sessions (10:30 & 11:30 AM), I witnessed one of our protestors (Victoria Myer) leave the library following the performance; she had a child with her and attended the story hour. (She was 50+ years; about 5' 4" in height, long grey/salt & pepper colored hair; thin build. She had a grey colored cardigan with her and wore a striped top.) She attempted to double back as I was ushering at the exit. She left her sweater inside. Jennifer Cole found the sweater and brought it to her at the door.

About 30 minutes later this same woman, Victoria Myer, returned to the event area with a second lady, Sandy Tibbitt, (same height, brunette/salt & pepper colored medium length hair). They were approaching from the free speech tent and walking very fast with their cell phones positioned to video record. I could clearly see from their facial expressions and body language, and the tone of voice they were speaking in with each other that they were both in a very high state of anger. They were walking towards our event. As they entered, I asked how I could help them. They stopped and were less than about a foot and a half ( or half an arm's length) away phones in front of their faces in order to record me. They demanded in yelling volume and aggressive tone to know leave the story time (Victoria Meyer's) child or grandchild (I am uncertain of the relationship) was, according to ave the story time and "locked in[side]" the venue? They proceeded to demand answers relating to fire code and

