# EXHIBIT 2

# EXHIBIT 2

# County Security Administrator

December 4, 2024

Drew Ribar
3480 Pershing Ln
Washoe Valley, NV 89704

Dear Mr. Ribar:

This letter serves as notice that you are prohibited from entering the premises of any branch of the Washoe County Library System, unless you are attending a meeting of a public body as defined in NRS 241.015(5) or Community Court proceedings as discussed below.

This prohibition is based on your misconduct toward Washoe County employees on 6/15/2024, as well as the decision of the Washoe County Library Board of Trustees on 08/21/2024 to uphold your suspension from all Washoe County Libraries.

This suspension does not prohibit your attending meetings of a public body held at a library branch such as Library Board of Trustees meetings, or Community Court proceedings. Your presence in a library branch for these meetings must be restricted to the dates, times and areas where the meeting or court proceedings are being held, as well as any areas required for entry and exit from the meeting. Entering or remaining in any other areas of a library branch at any other time, will be considered trespassing and law enforcement will be called to take appropriate action.

Cease and desist entering Washoe County Library branches outside of the requirements set forth in this letter or the County will take any further action it deems necessary to protect its staff.

Sincerely,

Ben West
County Security Administrator

CC: Library Director Jeff Scott
    County Manager Eric Brown

 QUALITY PUBLIC SERVICE  INTEGRITY  EFFECTIVE COMMUNICATION

1001 E. 9th Street Reno, NV 89512  |  P: (775) 328-2018  |  F: (775) 328-2491  |  washoecounty.gov

WC0194