# EXHIBIT 3

# EXHIBIT 3

1  DISC
CHRISTOPHER J. HICKS
2  Washoe County District Attorney
MICHAEL W. LARGE
3  Deputy District Attorney
Nevada State Bar Number 10119
4  One South Sierra Street
Reno, NV 89501
5  mlarge@da.washoecounty.gov
(775) 337-5700
6
ATTORNEYS FOR WASHOE COUNTY
7
UNITED STATES DISTRICT COURT
8
DISTRICT OF NEVADA
9
* * *
10  DREW RIBAR,
Case No. 3:24-cv-00526-ART-CLB
11          Plaintiff,
**WASHOE COUNTY DEFENDANTS'**
12      vs.                                                      **FIRST SUPPLEMENTAL**
**DISCLOSURES**
13  WASHOE COUNTY, NEVADA;
WASHOE COUNTY LIBRARY SYSTEM;
14  BUILD OUR CENTER, INC.; JEFF
SCOTT; STACY MCKENZIE; JONNICA
15  BOWEN; LIBRARY EMPLOYEE DOE #1;
JENNIFER COLE; DEPUTY C. ROTHKIN
16  (BADGE #5696); DEPUTY R. SAPIDA
(BADGE #4663; SGT. GEORGE GOMEZ
17  (BADGE #4066); AND JOHN/JANE DOES
1-10,
18
        Defendants.
19  _____/

20          Defendants Washoe County, Washoe County Library System, Jeff Scott, Stacy

21  McKenzie, Jonnica Bowen, Jennifer Cole, Deputy Rothkin, Deputy Sapida, Sergeant Gomez

22  (collectively "County Defendants"), by and through counsel, Michael W. Large, Deputy District

23  Attorney, hereby submit the following First Supplemental Disclosures pursuant to Fed.R.Civ.P.

24  26(e):

25  //

26  //

-1-

6.      Christopher Rothgeb, Deputy Sheriff
        c/o Michael Large
        One S. Sierra Street
        Reno, NV 89501

        Deputy Rothgeb is anticipated to testify regarding the facts and circumstances underlying this dispute.

7.      Richard Sapida, Deputy Sheriff
        c/o Michael Large
        One S. Sierra Street
        Reno, NV 89501

        Deputy Sapida is anticipated to testify regarding the facts and circumstances underlying this dispute.

8.      George Gomez, Sergeant
        c/o Michael Large
        One S. Sierra Street
        Reno, NV 89501

        Sergeant Gomez is anticipated to testify regarding the facts and circumstances underlying this dispute.

9.      Thanh Nguyen, Library Assistant II
        c/o Michael Large
        One S. Sierra Street
        Reno, NV 89501

        Ms. Nguyen is anticipated to testify regarding the facts and circumstances underlying this dispute.

**10.     Jamie Hemingway, Public Information and Development Officer**
        **c/o Michael Large**
        **One S. Sierra Street**
        **Reno, NV 89501**

11.     Any and all witnesses named or called by Plaintiff.

The aforementioned current and former Washoe County employees may testify regarding their personal knowledge of the incidents giving rise to this case. Further, Defendants reserve the right to list and identify additional witnesses whose names and addresses do not appear above,

-3-

but who are determined to have knowledge regarding the matters referred to in the pleadings as discovery proceeds in this matter.

**DOCUMENTS**

Defendants disclose the following documents, copies of which are attached hereto and bates-stamped:

| | |
|---|---|
| WC0001-WC0003 | Plaintiff's Human Resources Complaint |
| WC0004-WC006 | Auditing Reno 911 YouTube page |
| WC0007 | Auditing Reno 911 Cash App Link |
| WC0008-WC0142 | Incident Reports and Suspension Documents |
| WC0143-WC0156 | Library Board Meeting Minutes & Agenda Packets |
| WC0157-WC0158 | Washoe County's Social Media Use Policy dated December 8, 2010 |
| WC0159-WC0183 | Emails |
| WC0184-WC0188 | Photos |
| WC0189-WC0190 | Patron Suspension Policy |
| WC0191-WC0192 | Washoe County Social Media Policy |
| WC0193-WC0736 | Emails to/from Plaintiff |
| WC0737-WC0765 | Library Event Advertisements |
| WC0766-WC0767 | Photos of 2023-2024 Rainbow Fest Signs |
| WC0768-WC0769 | Library Policy - Programs and Presenters |
| **WC0778-WC0779** | **Police Call Log – November 12, 2024** |
| **WC0780-WC0791** | **Social Media Posts** |

**MEDIA**

| | |
|---|---|
| WC0770 | Auditing Reno 911 YouTube video – "911 Call from Fearful Librarian" |

//
//

-4-

<u>CERTIFICATE OF SERVICE</u>

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action.  I certify that on this date, I deposited for mailing in the U.S. Mails, with postage fully prepaid, a true and correct copy of the foregoing document in an envelope addressed to the following:

Drew Ribar
3480 Pershing Lane
Washoe Valley, NV 89704
*Pro se litigant*

Jerry C. Carter, Esq.
Alison R. Kertis, Esq.
Sierra Crest Business Law Group
6770 S. McCarran Blvd, First Floor
Reno, NV 89509

Dated this 3rd day of January, 2025.

_____
/s/S. Larkin
S. Larkin

-6-