# EXHIBIT 4

# EXHIBIT 4

1  CHRISTOPHER J. HICKS
   Washoe County District Attorney
2  MICHAEL W. LARGE
   Deputy District Attorney
3  Nevada State Bar Number 10119
   One S. Sierra Street
4  Reno, NV 89501
   mlarge@da.washoecounty.gov
5  (775) 337-5700

6  ATTORNEYS FOR WASHOE COUNTY

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF NEVADA

9                        * * *

10  DREW RIBAR,

11          Plaintiff,
                                    Case No. 3:24-cv-00526-ART-CLB
12      vs.

13  WASHOE COUNTY, NEVADA; WASHOE        **DEFENDANTS' RESPONSES TO**
    COUNTY LIBRARY SYSTEM; BUILD OUR     **REQUESTS FOR PRODUCTION**
14  CENTER, INC.; JEFF SCOTT; STACY
    MCKENZIE; JONNICA BOWEN; LIBRARY
15  EMPLOYEE DOE #1; JENNIFER COLE;
    DEPUTY C. ROTHKIN (BADGE #5696);
16  DEPUTY R. SAPIDA (BADGE #4663; SGT.
    GEORGE GOMEZ (BADGE #4066); AND
17  JOHN/JANE DOES 1-10,

18          Defendants.
    _____/
19

20      Defendants Washoe County, Washoe County Library System, Jeff Scott, Stacy

21  McKenzie, Jonnica Bowen, Jennifer Cole, Deputy Rothkin, Deputy Sapida, Sergeant Gomez

22  (collectively "County Defendants"), by and through counsel, Michael W. Large, Deputy District

23  Attorney, hereby respond to the requests for production pursuant to Fed.R.Civ.P. Rule 34(2):

24  //

25  //

26  //

                                    -1-

1  REQUEST NO. 4:

2      Produce all records of individuals blocked, removed, or censored on any social media

3  platform managed by Defendants.

4  RESPONSE TO REQUEST NO. 4:

5      Objection, this request seeks information which is irrelevant and not reasonably

6  calculated to lead to admissible evidence. Subject to and without waiving these objections, *see*

7  WC0914-WC0915; and WC0922-WC0948 provided herein.

8  REQUEST NO. 5:

9      Produce all policies, procedures, or guidelines governing the management of social media

10  accounts, including criteria for blocking or removing users.

11  RESPONSE TO REQUEST NO. 5:

12      Objection, this request is vague, overly broad, and ambiguous. Subject to and without

13  waiving these objections, *see* WC0850-WC0855 and WC0887-WC0889 provided herein. *See also*

14  documents previously produced: WC0157-WC0158; WC0191-WC0192.

15  REQUEST NO. 6:

16      Produce any complaints, disputes, or grievances received regarding the blocking or

17  censorship of individuals on social media.

18  RESPONSE TO REQUEST NO. 6:

19      Objection, this request is vague, overly broad, duplicitous, and not reasonably calculated

20  to lead to admissible evidence. Subject to and without waiving these objections, *see* WC00914-

21  WC0915 and WC0922-WC0942 provided herein. *See also* documents previously produced:

22  WC0001-WC0792.

23  REQUEST NO. 7

24      Produce all financial records, including receipts, budgets, grants, invoices, or

25  sponsorships, related to:

26      • Pride events

1  REQUEST NO. 10:

2      Produce all communications discussing Plaintiff's participation in or removal from any

3  event.

4  RESPONSE TO REQUEST NO. 10:

5      Objection, this request is vague, overly broad, duplicitous, and not reasonably calculated

6  to lead to admissible evidence. Subject to and without waiving these objections, *see* WC00914-

7  WC0915 and WC0922-WC0942 provided herein. *See also* documents previously produced:

8  WC0001-WC0792.

9  REQUEST NO. 11:

10     Produce all documents, communications, and notes related to Plaintiff's allegations

11  under 42 U.S.C. § 1983, including but not limited to:

12  • First Amendment violations (e.g., restrictions on speech, access, or assembly)

13  • Fourth Amendment violations (e.g., unlawful searches, detentions, or demands for ID)

14  • Fourteenth Amendment violations (e.g., due process and equal protection claims)

15  RESPONSE TO REQUEST NO. 11:

16     *See* WC00793-WC0948 provided herein. *See also* documents previously produced:

17  WC0001-WC0792.

18  REQUEST NO. 12:

19     Produce all training materials, presentations, or other resources provided to Defendants'

20  staff regarding:

21  • Civil rights

22  • Handling public disputes

23  • Managing events open to the public

24  RESPONSE TO REQUEST NO. 12:

25     Objection, this request is vague, overly broad, duplicitous, and not reasonably calculated

26  to lead to admissible evidence. Subject to and without waiving these objections, *see* WC00793-

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, I deposited for mailing in the U.S. Mails, with postage fully prepaid, a true and correct copy of the foregoing document in an envelope addressed to the following:

Drew Ribar
3480 Pershing Lane
Washoe Valley, NV 89704

Jerry C. Carter, Esq.
Alison R. Kertis, Esq.
Sierra Crest Business Law Group
6770 S. McCarran Blvd, First Floor
Reno, NV 89509

Dated this 11th day of February , 2025.

S. Larkin

 **EN**

    SEARCH 



**HOME**     **WASHOE COUNTY** ⌄     **NEWSLETTERS**     **MEDIA** ⌄     **SIGN UP**

# WASHOE COUNTY BRAND AND SOCIAL MEDIA POLICIES

Washoe County has established a trusted brand identity that exemplifies its mission to enhance the abundant quality of life in Northern Nevada through quality public service, effective communication, and integrity. This brand is reinforced by its innumerable touch-points with the community, from website to signage to interactions with employees.

The purpose of these policies is to established certain standards of communications and controls on services throughout Washoe County. These policies will provide a framework for any and every department within the county to understand how to best communicate with our residents to protect the brand and mitigate inadvertent liability issues.

**BRAND MANAGEMENT POLICY**

SEARCH ...

**RECENT NEWS**

UPCOMING BOARD OF COUNTY COMMISSIONERS MEETING

Building System Controls Specialist

Heavy Equipment Operator

Wes Jahn named curator at Wilbur D. May Museum

Washoe County launches video streaming app

WC0850

EN

Washoe County Brand Guidelines were developed with one goal in mind: to create a shared brand identity that reflects the level of excellence and integrity that's embodied in all of our Washoe County services and communication.

Every employee at Washoe County is a brand ambassador. The Washoe County brand is not just our logo, signage, or website. Every action — whether visual, written or spoken — is a form of branding. This policy reflects Washoe County's visual branding guidelines and standards. Understanding of, and compliance with, our county branding standards will ensure that all of our staff are working together to enhance the reputation of Washoe County.

**USING THE BRAND:** Our Washoe County's Style Guide and Standards is a document that provides guidance in designing internal and external documents.  Materials produced for external audiences that should be branded include (but are not limited to) the following: Marketing and outreach materials, agendas, banners, brochures, business cards, direct mail, email signatures, envelopes, flyers, letterhead, nametags, newsletters, online platforms, policies and guidelines, posters, presentations (Power Point), public exhibits (such as recruitment and health fairs), reports, signage (to include temporary and permanent internal, external indoor/outdoor signage) social media, tablecloths, webpages.

**CONTACTS**



Bethany Drysdale
**Communications Manager**
775-328-2070
 bdrysdale@washoecounty.us



Scott Oxarart
**Northern Nevada Public Health Communications Manager**
775-276-1021
soxarart@nnph.org

WC0851


EN

**APPROVALS AND RESPONSIBILITIES:** High level external communications such as public facing printed documents (annual reports, brochures, billboards or print ads) should include a date to reflect the time the document was approved.

Those same high-level communications will need additional approval from the Department Head, County Manager and/or the Communications Director. Internally used routine items such as agendas, meeting notes or more casual presentations commonly do not need further review and approval before distribution. If you have questions, please check with you supervisor or the Communications Division for clarification.

Examples of departmental logo use and specifications can be found on the Washoe County intranet – Inside Washoe. If an appropriate logo for a document is not found in these resources, please contact the Digital Communications Supervisor to determine if a customized logo may be appropriate.

**THE WASHOE COUNTY LOGO:** Washoe County's identity must be presented in a professional and unified way on all departmental publications to staff, stakeholders, and the public. Materials branded with our logo will be viewed as trustworthy and representative of Washoe County's mission. The Washoe County Logo guidelines found in the Washoe County's Style Guide and Standards offers guidance for using the Washoe County logo, associated colors, and approved typefaces in an effort to



Christopher Ciarlo
**Human Services Communications Manager**
775-337-4500
cciarlo@washoecounty.gov



Kendall Holcomb
**District Attorney – PIO**
775-328-3200
kholcomb@da.washoecounty.gov

establish and maintain a more consistent and uniform brand identity. Every time a staff member creates a document, sends an email, or publishes a message, there is an opportunity to include and promote our logo—our identity/brand. The Washoe County logo should be displayed prominently on the front cover of all printed material and on the face of all documents produced by Washoe County.

Departments directed by elected officials are authorized to use their own logos, though are encouraged to incorporate the Washoe County logo within their departmental brand or as a separate companion logo in all public facing materials whenever possible to encourage continuity in image and public understanding.

**Protected area of the logo:** The protected area of the Washoe County logo is 1/8" around all sides of the logo. Surrounding elements must never be placed less than this distance. This rule applies to both rectangular and square logos.

**Correct use of Logo:**  The Washoe County logo can be produced in blue, white or black. In some cases, authorized grey and gold may be used – though will need to be pre-approved through the Communications Division.

Either the square or rectangular logos featured in the Washoe County's Style Guide and Standards are acceptable for use. The logo is available in

WC0853

different file formats with varying image resolution. Image resolution ibes the detail an image holds.

**EN**

Approved vendors can request high resolution logo files from the Communications Division. If you are currently working with an approved vendor, please have your vendor contact the Communications Division to obtain those files.

**Unpermitted use:** Our Washoe County logo should never be altered in any way – not stretched, distorted, rearranged, skewed, tilted, or color changed from the color standards outlined in the Washoe County's Style Guide and Standards.  Do not use another tagline, symbols or words with the Washoe County logo. The logo may be placed with other partner logos on signs and documents but should be proportional in size to the other logos. All components of the logo must be legible when used.

**Continuity of Outreach:** The Communications Division must be informed of all external communications and media engagements in order to properly support and ensure continuity of content, media strategy, distribution, consistency, timing, delivery method(s) and frequency of messaging. Employees who need assistance with information to the public should contact their Department Head or the Communications Division to go review the scope of the project. Important details that should be known at the time of engagement include the who (program and target audience), what (details of the event, program, initiative or issue), when (dates and

WC0854



when to release to the public) and why (the importance) of the messaging.
Communications Division has the discretion to choose distribution
methods, which include press release, email, social media and other
outlets. In order to have the most options to distribute, it is recommended
that all press release requests are issued at least two weeks before the
information needs to be sent. All crisis communications will be given
top priority and may cause delay in sending out other messaging.

**PRINT MANAGEMENT POLICY**                                    ⊕

**WEBSITE CONTENT POLICY**                                    ⊕

**SOCIAL MEDIA POLICY**                                    ⊕

**VIDEO POLICY**                                    ⊕

**Copyright** WashoeLife Terms of Use

WC0855



# ADULT PATRON USE OF YOUTH AREAS POLICY

Washoe County Library promotes the safety and well being of the library-going children of the community and provides a welcoming atmosphere for our young patrons.

It should be noted that the youth areas do not provide a quiet room, so patrons who are seeking a quiet Library atmosphere in which to study will find it necessary to move to another area.

The youth areas have limited resources, including the number of staff available for assisting patrons and computer access.  As a consequence, Washoe County Library System reserves the right to restrict adult patron use of these resources.

Adult patrons who are not in compliance with this policy may be requested to leave the youth areas.

*APPROVED:  June 15, 2005*

WC0890



# CONDUCT POLICY

The Library has a responsibility to provide an environment conducive to library use. Library users are expected to conduct themselves in a reasonable manner.

1. Library users must comply with all applicable laws, codes and policies including the Meeting Room Policy.
2. Conduct that disturbs library users or that hinders people from using the Library or library materials is prohibited.
3. Behavior that interferes with staff's ability to do their job is prohibited. Patrons will follow direction/instruction from library staff as issued, including those related to safety and emergency protocols.
4. Library users will not engage in behavior that could compromise the safety of themselves or others.
5. Damage, destruction or theft of Library property (including, but not limited to: materials, furniture or equipment) is prohibited.
6. Users whose odor constitutes a nuisance will be required to leave the building.
7. Sleeping or dozing is prohibited in the Library.
8. Library users may eat or drink only in the library's designated areas. Consumption or possession of alcoholic beverages is prohibited on library property.
9. Soliciting donations of money or anything of value and selling or taking orders for anything of value in the Library is prohibited by County Code 80.520.
10. The use of skateboards, bicycles, scooters, shopping carts and rollerblades is prohibited in the Library. Bicycles must be placed in a designated location.
11. Library users must have all their possessions in their constructive control at all times. The library assumes no responsibility for possessions left in the building.
12. Defacing, destroying or the intentional insertion of flyers or any other unsolicited materials into library books, magazines, or other items is strictly prohibited.
13. Violation of any of these regulations may result in the suspension of Library privileges. In accordance with the Suspension of Library Privileges Policy, individuals have the right to appeal any such action by contacting Washoe County Library Administration.

**APPROVED:** **July 18, 2007**
**REVISED:**    **February 15, 2012**
**REVISED:**    **May 22, 2014**
**REVISED:**    **November 20, 2024**

WC0891



# PUBLIC USE OF LIBRARY TECHNOLOGY

The Library provides access to information, ideas and technology resources. All applicable Washoe County Library rules, regulations and policies apply to all users at all times. Any illegal activity is subject to Federal and Nevada law, whether on a Library owned or privately owned device. The Library reserves the right to terminate any Computer session at any time.

The Library complies with The Children's Internet Protection Act (CIPA) Internet filtering software will be set to the level necessary to comply with CIPA .(See Internet Safety Policy)

Security: Library users use Library computers at their own risk. The Library is not responsible for any information that is compromised, for loss of data or for any harm that may come, directly or indirectly, from the use of Library computers.

- Filtering: All access is filtered by default
- Unfiltered: unfiltered Internet access is available to adults using a WCLS Adult Library Card (as determined by the date of birth in the library record) on a per-session basis

1. Wireless (Wi-Fi): A wireless network is available to anyone with a compatible wireless device. The wireless network is neither filtered nor secure. Sensitive personal data may be vulnerable to interception and viewing by others if transmitted. The Library does not guarantee that a wireless connection can be made or maintained. If printing is available on wireless networks, see "Fines, Fees and Charges" Policy for applicable charges.

2. Files / Storage: Users may not install, run or access their own software or programs not already installed on Library computers or modify WCLS software. Users may download files to their own storage media. If users do not have their own storage media, the Library may have storage media available for purchase. (See "Fines, Fees and Charges" Policy.)

3. Equipment:
   - Users are financially responsible for damage caused to any Library-owned equipment, computer hardware, software or peripherals.
   - Users may connect personal headphones and USB driven accessories to Library computers (cell phone, storage devices, cameras, etc). The Library is not responsible for any information that is compromised, for loss of data or for any harm that may come, directly or indirectly to personal devices from the use of Library computers.
   - Users may not alter, modify or disconnect Library computer equipment, or attempt to connect any peripheral device other than listed above to Library computers.
   - Some libraries may offer scanners or fax machines for public use. The Library cannot guarantee the quality of images scanned, nor of faxes sent or received. Fees are charged for all documents received by Library fax machines. (See "Fines, Fees and Charges" Policy.)
   - Printing is available from most Library computers; fees are charged for all pages processed through printers, whether or not paper is provided by the Library. The Library cannot guarantee the quality of images saved or printed. (See "Fines, Fees and Charges" Policy.)
   - Library staff will attempt to provide instructional support specific to accessing Library services, including downloadable media. Library staff does not modify personal equipment. The Library does not guarantee resolution of equipment issues and is not responsible for personal equipment.

**APPROVED:**     **September 19, 2007**
**REVISED:**       **November 16, 2017**



# UNATTENDED CHILDREN POLICY

The Washoe County Library System welcomes youth of all ages in accordance with the American Library Association's Library Bill of Rights.  The Library, although an entertaining place to be, is a busy public facility, and public places may present hazards for unsupervised children.

No child under ten (10) years of age may be left unattended in any area of the library.  Children under ten (10) must be supervised by a caregiver at least thirteen (13) years old who is able to attend to the child's safety and ensure appropriate behavior.  Exceptions may be made in individual cases at the discretion of library management.

Neither Washoe County nor the library staff has custodial responsibility for unattended children.  Library staff cannot assume liability for children who are left unattended.

If a child under ten (10) is found to be unattended in the library, staff will attempt to find the child's parent/guardian.  If the staff cannot locate a parent/guardian, law enforcement officials may be notified.

If any minor is left at the library at closing time, the library staff will attempt to reach the parent/guardian.  If the parent/guardian cannot be reached, law enforcement officials will be notified.

**APPROVED:    June 15, 2005**
**REVISED:       May 22, 2014**

WC0901

**From:** Scott, Jeff
**To:** Hemingway, Jamie; Andrews, John
**Subject:** Re: A new Service Request has been created [Request ID #139523] (Library System - Public Records Request) - Washoe County, NV
**Date:** Thursday, July 6, 2023 9:12:59 AM
**Attachments:** image001.png
image006.png
image007.png
image008.png
image009.png
image010.png
image011.png
image012.png
image013.png
image014.png
image015.png
image016.png
image017.png
Outlook-v3hns2sr.png
Outlook-4bopdghu.png
Outlook-ri1f6uiv.png
Outlook-ubvco2ho.png
Outlook-tqfirc1v.png

Go ahead and block them. We can't have them spamming.

Thanks

Jeff



**Jeff Scott**
Library Director | Washoe County Library System
jscott@washoecounty.gov | Office: 775.327.8340
301 S. Center Street, Reno, NV 89501

**From:** Hemingway, Jamie <JHemingway@washoecounty.gov>
**Sent:** Thursday, July 6, 2023 9:08:57 AM
**To:** Scott, Jeff <jscott@washoecounty.gov>; Andrews, John <JAndrews@washoecounty.gov>
**Subject:** Re: A new Service Request has been created [Request ID #139523] (Library System - Public Records Request) - Washoe County, NV

As of this morning we've gotten spammed by Audit Reno 31 times. Same video reposted. I haven't blocked the account yet.



**Jamie Hemingway**
Public Information and Development Officer | Washoe County Library System
jhemingway@washoecounty.gov | Office: 775-327-8360
301 South Center Street, Reno, NV 89501

**From:** Scott, Jeff <jscott@washoecounty.gov>
**Sent:** Wednesday, July 5, 2023 12:48 PM
**To:** Hemingway, Jamie <JHemingway@washoecounty.gov>; Andrews, John <JAndrews@washoecounty.gov>
**Subject:** RE: A new Service Request has been created [Request ID #139523] (Library System - Public Records Request) - Washoe County, NV

That sucks! Sorry to hear that.

Just hang on to that until I get an answer from Mary. I told them that he was blocked for spamming the chat. He has first amendment rights, but he can't interrupt our regular flow of business.

Thanks,

Jeff



**Jeff Scott**
Library Director | Washoe County Library System
jscott@washoecounty.gov | Office: 775.327.8340
301 S. Center Street, Reno, NV 89501

**From:** Hemingway, Jamie <JHemingway@washoecounty.gov>
**Sent:** Wednesday, July 5, 2023 12:47 PM
**To:** Scott, Jeff <jscott@washoecounty.gov>; Andrews, John <JAndrews@washoecounty.gov>
**Subject:** Re: A new Service Request has been created [Request ID #139523] (Library System - Public Records Request) - Washoe County, NV

John found the blocked list on Facebook. We've only blocked 8 people. We'll start keeping track.

In drag story hour-related news, I just saw that the Drag Story Hour nonprofit is closing their Miami chapter... for obvious reasons. Sad!

**Jamie Hemingway**
Public Information and Development Officer | Washoe County Library System
jhemingway@washoecounty.gov | Office: 775-327-8360
301 South Center Street, Reno, NV 89501

**From:** Scott, Jeff <jscott@washoecounty.gov>
**Sent:** Wednesday, July 5, 2023 12:43 PM
**To:** Andrews, John <JAndrews@washoecounty.gov>; Hemingway, Jamie <JHemingway@washoecounty.gov>
**Subject:** RE: A new Service Request has been created [Request ID #139523] (Library System - Public Records Request) - Washoe County, NV

He still can't spam the chat. He is just mad his little video isn't going viral. Nobody is watching after he talks to me.

Thanks,

Jeff



**Jeff Scott**
Library Director | Washoe County Library System
jscott@washoecounty.gov | Office: 775.327.8340
301 S. Center Street, Reno, NV 89501

---

**From:** Andrews, John <JAndrews@washoecounty.gov>
**Sent:** Wednesday, July 5, 2023 12:22 PM
**To:** Scott, Jeff <jscott@washoecounty.gov>; Hemingway, Jamie <JHemingway@washoecounty.gov>
**Subject:** Re: A new Service Request has been created [Request ID #139523] (Library System - Public Records Request) - Washoe County, NV

 We should probably revisit the social media policy. We had one years ago but it was rescinded some time before 2014 (not sure when, exactly, or why for that matter).

Sorry you're having to deal with this!

John

---

**From:** Scott, Jeff <jscott@washoecounty.gov>
**Sent:** Wednesday, July 5, 2023 12:03 PM
**To:** Hemingway, Jamie <JHemingway@washoecounty.gov>; Andrews, John <JAndrews@washoecounty.gov>
**Subject:** Re: A new Service Request has been created [Request ID #139523] (Library System - Public Records Request) - Washoe County, NV

We can go over guidelines on how to handle him in the future (not social media but in person).

I'll read this more carefully from
The League of California Cities

https://www.calcities.org/docs/default-source/city-attorneys/05.2023-spring-fox_szoke-what-to-do-when-first-amendment-auditors-come-to-town.pdf?sfvrsn=95bf0950_3#:~:text=Instances%20of%20the%20above%2C%20known,otherwise%20test%20local%20government%20officials.

Similar activity
https://www.boston.com/news/the-boston-globe/2023/05/21/youtube-first-amendment-audits-insult-public-workers-massachusetts/

I would also say that in comparison to his other videos we handled it well. It's mostly me talking about the program and then being blocked from this kids area.

For Sparks we will probably have a better strategy to just keep all these folks in the protest zone. They activity is not permissible in the library and they have demonstrated intent to obstruct the program.

Thanks

Jeff

**Jeff Scott**
Library Director | Washoe County Library System
jscott@washoecounty.gov | Office: 775.327.8340
301 S. Center Street, Reno, NV 89501

---

**From:** Scott, Jeff <jscott@washoecounty.gov>
**Sent:** Wednesday, July 5, 2023 11:53:46 AM
**To:** Hemingway, Jamie <JHemingway@washoecounty.gov>; Andrews, John <JAndrews@washoecounty.gov>
**Subject:** Re: A new Service Request has been created [Request ID #139523] (Library System - Public Records Request) - Washoe County, NV

Yes I am working with Mary on it. He can't just spam every post.

Thanks

Jeff

**Jeff Scott**
Library Director | Washoe County Library System
jscott@washoecounty.gov | Office: 775.327.8340
301 S. Center Street, Reno, NV 89501

---

**From:** Hemingway, Jamie <JHemingway@washoecounty.gov>
**Sent:** Wednesday, July 5, 2023 11:52:25 AM
**To:** Scott, Jeff <jscott@washoecounty.gov>; Andrews, John <JAndrews@washoecounty.gov>
**Subject:** Re: A new Service Request has been created [Request ID #139523] (Library System - Public Records Request) - Washoe County, NV

Thanks Jeff.

Here's just a sample of his spam posts as himself before being blocked, each one a repost of the video. Often on posts that have nothing to do with drag story hour.




**Jamie Hemingway**
**Public Information and Development Officer | Washoe County Library System**
jhemingway@washoecounty.gov | Office: 775-327-8360
301 South Center Street, Reno, NV 89501

---

**From:** Scott, Jeff <jscott@washoecounty.gov>
**Sent:** Wednesday, July 5, 2023 11:50 AM
**To:** Hemingway, Jamie <JHemingway@washoecounty.gov>; Andrews, John <JAndrews@washoecounty.gov>
**Subject:** Re: A new Service Request has been created [Request ID #139523] (Library System - Public Records Request) - Washoe County, NV

And I would have told you to block him if you didn't already.

Like yes share the video on the Storytime. But to put it on every post no way

Thanks

Jeff

> **Jeff Scott**
> **Library Director | Washoe County Library System**
> jscott@washoecounty.gov | Office: 775.327.8340
> 301 S. Center Street, Reno, NV 89501

---

**From:** Scott, Jeff <jscott@washoecounty.gov>
**Sent:** Wednesday, July 5, 2023 11:48:37 AM
**To:** Hemingway, Jamie <JHemingway@washoecounty.gov>; Andrews, John <JAndrews@washoecounty.gov>
**Subject:** Re: A new Service Request has been created [Request ID #139523] (Library System - Public Records Request) - Washoe County, NV

I would leave it for now. Spamming is clearly not allowed.

He's obviously mad that no one cares about his video.

Thanks

Jeff

> **Jeff Scott**
> **Library Director | Washoe County Library System**
> jscott@washoecounty.gov | Office: 775.327.8340
> 301 S. Center Street, Reno, NV 89501

**From:** Hemingway, Jamie <JHemingway@washoecounty.gov>
**Sent:** Wednesday, July 5, 2023 11:44:07 AM
**To:** Scott, Jeff <jscott@washoecounty.gov>; Andrews, John <JAndrews@washoecounty.gov>
**Subject:** Re: A new Service Request has been created [Request ID #139523] (Library System - Public Records Request) - Washoe County, NV

I'm sorry to have created this fiasco by blocking. Apparently we need to have an official policy for patron behavior on social media? I found this:
https://www.ala.org/advocacy/intfreedom/socialmediaguidelines#:~:text=Permanently%20blocking%20a%20patron%20from,Freedom%20of%20Information%20Act%2C%20request.

## Consequences

Libraries should clearly state the consequences for posts that do not meet the library's social media policy, which should be drafted in consultation with legal counsel. Best practices include developing a procedure through which libraries notify patrons of why they are being blocked, provide an appellate process within the library for the patron to challenge the removal, and determine an acceptable time period for the patron to proceed through a reinstatement procedure. Permanently blocking a patron from the social media site based on prior comments could be considered a prior restraint in violation of the First Amendment.

The social media content of a public library or publicly funded academic library can be subject to an open records, or Freedom of Information Act, request. All user's posts that are removed for any reason whatsoever should be securely retained in accordance with your organization's retention schedule. The policy for how long a library retains these social media posts should be clearly stated in its social media policy and reviewed by legal counsel.

Library administrators should clearly communicate their social media policies and legal obligations to their vendors.



**Jamie Hemingway**
**Public Information and Development Officer | Washoe County Library System**
jhemingway@washoecounty.gov | Office: 775-327-8360
301 South Center Street, Reno, NV 89501

---

**From:** Scott, Jeff <jscott@washoecounty.gov>
**Sent:** Wednesday, July 5, 2023 11:37 AM
**To:** Hemingway, Jamie <JHemingway@washoecounty.gov>; Andrews, John <JAndrews@washoecounty.gov>
**Subject:** Re: A new Service Request has been created [Request ID #139523] (Library System - Public Records Request) - Washoe County, NV

I will
Email Mary Kanderas to let them know we blocked him for spamming and get guidance.

Thanks
Jeff

**Jeff Scott**
**Library Director | Washoe County Library System**
jscott@washoecounty.gov | Office: 775.327.8340
301 S. Center Street, Reno, NV 89501

---

**From:** Hemingway, Jamie <JHemingway@washoecounty.gov>
**Sent:** Wednesday, July 5, 2023 11:35:24 AM
**To:** Scott, Jeff <jscott@washoecounty.gov>; Andrews, John <JAndrews@washoecounty.gov>
**Subject:** Fw: A new Service Request has been created [Request ID #139523] (Library System - Public Records Request) - Washoe County, NV

I did block him for spamming. He has got some other account (Audit Reno) to spam instead and they have been reposting the YouTube video on every post.

I can unblock him if that's better. But I think it's a weird request to know who we have blocked. Are we allowed to give him names of people we have blocked since the beginning of having our social media accounts? Don't even know how we find that info—especially historically if it still exists. There aren't many, but that seems like a privacy thing. Is it a first amendment violation to block people on social media? If so, I will unblock.

WC0917





**Jamie Hemingway**
**Public Information and Development Officer | Washoe County Library System**
jhemingway@washoecounty.gov | Office: 775-327-8360
301 South Center Street, Reno, NV 89501

---

**From:** Scott, Jeff <jscott@washoecounty.gov>
**Sent:** Wednesday, July 5, 2023 11:29 AM
**To:** Hemingway, Jamie <JHemingway@washoecounty.gov>; Andrews, John <JAndrews@washoecounty.gov>
**Subject:** Fwd: a new Service Request has been created [Request ID #139523] (Library System - Public Records Request) - Washoe County, NV

Not sure about this one. Can we get this info?

Definitely justified for spam and hate speech. The person requesting has likely been blocked for spamming all of our socials with the YouTube video.

Thanks

Jeff

⎸  **Jeff Scott**
⎸  **Library Director | Washoe County Library System**
⎸  jscott@washoecounty.gov | Office: 775.327.8340
⎸  301 S. Center Street, Reno, NV 89501

---

**From:** Washoe 311 Public Records Requests <washoe311-PRR@washoecounty.gov>
**Sent:** Wednesday, July 5, 2023 11:27:14 AM
**To:** Scott, Jeff <jscott@washoecounty.gov>

Cc: Kandaras, Mary <mkandaras@da.washoecounty.gov>
Subject: FW: A new Service Request has been created [Request ID #139523] (Library System - Public Records Request) - Washoe County, NV

Greetings,

Below please find the Public Records Request received by Washoe311. Let us know if we can provide additional information.

Thank you,



**Washoe311 Service Center – Public Records Requests**
**Communications Division | Office of the County Manager**
washoe311-PRR@washoecounty.gov | Office: 3-1-1 | 775.328.2003 | Fax: 775.328.2491
1001 E. Ninth St., Bldg A, Reno, NV 89512

NOTICE: This communication, including any attachments, may contain confidential information and is intended only for the individual or entity whom it is addressed. Any review, dissemination, or copying of this communication by anyone other than the recipient is strictly prohibited by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. If you are not the intended recipient, please contact the sender by reply email, delete and destroy all copies of the original message.

From: Washoe311 <Washoe311@washoecounty.gov>
Sent: Monday, July 3, 2023 8:07 PM
To: Washoe311 <Washoe311@washoecounty.gov>
Subject: A new Service Request has been created [Request ID #139523] (Library System - Public Records Request)- Washoe County, NV

[NOTICE: This message originated outside of Washoe County -- DO NOT CLICK on links or open attachments unless you are sure the content is safe.]

# Washoe County, NV

A new service request has been filed.

| Service Request Details | |
|---|---|
| ID | 139523 |
| Date/Time | 7/3/2023 8:07 PM |
| Type | Library System - Public Records Request |
| Address | Washoe County |
| Origin | Washoe 311 |
| Comments | Provide all of the individuals blocked or restricted from Washoe County Library System social media |
| Submitter | Ribar, Drew
3480 Pershing Ln
Washoe Valley, NV 89704
Const2Audit@gmail.com |

**View in QAlert**

Washoe County, NV

WC0919

Washoe County Library

Ribar Facebook Comment Record

January 1, 2023-February 7, 2025

Revised February 7, 2025

| DATE | ACCOUNT | SCREENSHOT/COMMENT |
|---|---|---|
| 6/14/23<br><br>"Local actor and drag artist Christopher Daniels…"<br>https://fb.watch/xC65FVBkny/ | Facebook – Drew Ribar | <br><br>1.  Drew Ribar<br>Washoe County Library is it Constitutional and lawful to discriminate by requiring a child and an adult to get into a public event? Seems to be age based and ability to have a child or custody of a child.... does the color of skin, weight, height, gender make a difference or any other criteria to exclude people from participating?? |
| 6/14/23<br><br>"We caught one of the Friends of Washoe County Library's…"<br>https://www.facebook.com/washoecountylibrary/posts/pfbid025vDbQEhntMW7z1noPHMffNeJYZQbxZWcXX7hkGWbgDC8qrHhXWXQvkt3D1gBUA5Ul | Facebook – Drew Ribar | <br><br>2.  Drew Ribar<br>Eddie Lorton government can promulgate sex on children but they argue it is Unconstitutional to mention religion.<br><br>3.  Drew Ribar<br>Washoe County Library is EXCLUSIVE NOT INCLUSIVE |

WC0922

| | | https://youtu.be/k6Ypz8T0Xak |
|---|---|---|
| 6/14/23<br><br>"Library friend and local drag artist Christopher Daniels…"<br>https://fb.watch/xC6mViPZ-H/ | Facebook – Drew Ribar | <br><br>4.   Drew Ribar<br>Washoe County Library you require that an adult and a child attend a public event? Are you discriminating against single individuals based on age and whether or not an adult has a child in their custody? |
| 6/17/23<br><br>"More great reporting about Thursday's event…"<br>https://www.facebook.com/washoecountylibrary/posts/pfbid035CwDEQWpXjXV5qBqBzaFPFTQgmAneLT2RkGteB1aN25ooSCJv8XuFLVuAxwhmjoQl | Facebook – Drew Ribar | 5.   Drew Ribar<br>Lauren Marie nope not allowed in the show, white heterosexual males are not invited to this "inclusive" event in a public building.<br><br>6.   Drew Ribar<br>Alexander Scott why would a man want to be around young children in a sexual manner?? |
| 6/18/23<br><br>"More great reporting about Thursday's event…"<br>https://www.facebook.com/washoecountylibrary/posts/pfbid035CwDEQWpXjXV5qBqBzaFPFT | Facebook – Drew Ribar | |

| | | |
|---|---|---|
| QgmAneLT2RkGteB1aN25ooSCJ v8XuFLVuAxwhmjoQl | | 7. Drew Ribar<br>KUNR Public Radio where did you come up with this number for attendance? There were not that many kids in line. |
| 6/18/23<br><br>"We had another great #RainbowFest…"<br>https://www.facebook.com/washoecountylibrary/posts/pfbid02ddCxSxgjhm3gJe3GMdExT55FeSyjcXAywFRtR248LTEhF8NMyGMuBEtgxh9Ar6Rwl | Facebook – Drew Ribar | <br>8. Drew Ribar<br>Why does a grown man pretending to be a female want to spend time around very young children<br><br>9. Drew Ribar<br>Justine Overacker don't you believe in "science"? According to the Diagnostic Statistical Manual of Mental Health Disorders it is because the get sexually aroused… Libraries are full of great books. |
| 6/21/23<br><br>"We spotted a cute toddler…"<br>https://www.facebook.com/washoecountylibrary/posts/pfbid0v5NoUthpJJeg4pv985VsmiG2WLzsjDNG7ZhQB2G2D74sixf2zAHSULgNNi2MR19ql | Facebook – Drew Ribar | <br>10. Drew Ribar<br>Washoe County Library is EVERYONE WELCOME??….<br>https://youtu.be/k6Ypz8T0Xak |
| 6/22/23<br><br>"Library friend and local drag artist Christopher Daniels…"<br>https://fb.watch/xC6mViPZ-H/ | Facebook – Drew Ribar | <br>11. Drew Ribar<br>Washoe County Library is EXCLUSIVE not INCLUSIVE….<br>https://youtu.be/k6Ypz8T0Xak |

WC0924

| | | |
|---|---|---|
| 6/22/23<br><br>"We caught one of the Friends of Washoe County Library's…"<br>https://www.facebook.com/washoecountylibrary/posts/pfbid025vDbQEhntMW7z1noPHMffNeJYZQbxZWcXX7hkGWbgDC8qrHhXWXQvkt3D1gBUA5Ul | Facebook – Drew Ribar | <br>12. Drew Ribar<br>Washoe County Library is EXCLUSIVE NOT INCLUSIVE<br>https://youtu.be/k6Ypz8T0Xak |
| 6/22/23<br><br>"Cast your vote for #BestLibrary…"<br>https://www.facebook.com/washoecountylibrary/posts/pfbid0mAGRuG2xU7gDSgguFvVvicLZesMY2rCX6KTrv3kgSBA9MgZcHqwtRZca4ck5rZR2l | Facebook – Drew Ribar | <br>13. Drew Ribar<br>Washoe County Library is EXCLUSIVE NOT INCLUSIVE<br>https://youtu.be/k6Ypz8T0Xak |
| 6/22/23<br><br>"We're getting ready for #RainbowFest…"<br>https://www.facebook.com/washoecountylibrary/posts/pfbid02WoRtbjAb8edEWHu5cJs6R5zUgVX2xCQfhUZmzwwiQpcPmkqynxVmGqyMq7wyxnABl | Facebook – Drew Ribar | <br>14. Drew Ribar<br>Washoe County Library is EXCLUSIVE NOT INCLUSIVE<br>https://youtu.be/k6Ypz8T0Xak |
| 6/22/23<br><br>"Thanks to KUNR Public Radio…"<br>https://www.facebook.com/washoecountylibrary/posts/pfbid0qqSEqigTT6ZUzDdLmeqPjDt64vJ7FHSiDMvuNbcNBmJV4UML3YmSjrbfrQpdeFVTl | Facebook – Drew Ribar | <br>15. Drew Ribar<br>Washoe County Library why would KUNR Public Radio not show you purposely EXCLUDE people from OUR PUBLIC PLACES??<br>https://youtu.be/k6Ypz8T0Xak |

| | | |
|---|---|---|
| 6/22/23<br><br>"Find a great list of adult fiction…"<br>https://www.facebook.com/washoecountylibrary/posts/pfbid02hfF7oH5mCQhoqttw6NzmvjT9T2DoUGNzcfvRpSTpzUUqdYBVGGwvf5NvZGCeKcusl | Facebook – Drew Ribar | 16. Drew Ribar<br>Washoe County Library EXCLUSIVELY for the LGBTQ++ Community?? Why did Director Jeff Scott try to exclude and make people leave the library while people with rainbow umbrellas walk around inside the library??<br>https://youtu.be/k6Ypz8T0Xak |
| 6/22/23<br><br>"Make kindness cards at the library…"<br>https://www.facebook.com/share/p/1AqE5rJStQ/ | Facebook – Drew Ribar | 17. Drew Ribar<br>Washoe County Library hypocrisy  inclusive while excluding???<br>https://youtu.be/k6Ypz8T0Xak |
| 6/23/23<br><br>"Test your knowledge and join us…"<br>https://www.facebook.com/washoecountylibrary/posts/pfbid023LpTADsCicHHpD251z1wBqbHhgZdECZgZZ4taG5LTjmQJpcCRZFWD25VpfN27y5Bl | Facebook – Drew Ribar | 18. Drew Ribar<br>Welcome to the Washoe County Library where Director Jeff Scott |

| | | |
|---|---|---|
| | | says everyone is welcome, then tries to kick people out and exclude men from certain sections of the public library??? https://youtu.be/k6Ypz8T0Xak |
| 6/23/23<br><br>"Legal kiosks are now available..."<br>https://www.facebook.com/washoecountylibrary/posts/pfbid02MfDR5mvmu13zcvsxyFETbY6hc7Yj9rG9ZRW4zCt2wvimd58RjLQqFFctcKwn5tX3l | Facebook – Drew Ribar | <br>19. Drew Ribar<br>Will they be able to access the library?? Will Washoe County Library Director Jeff Scott ask them to leave in his "inclusive" efforts to exclude?? https://youtu.be/k6Ypz8T0Xak |
| 6/26/23<br><br>"Reno is Artown..."<br>https://www.facebook.com/washoecountylibrary/posts/pfbid0rRBUh7FiUifoYcd8aK1oaottj1mcWyNYePRYtjb8eazknX8ATeLeNF51K4B77SQRl | Facebook – Drew Ribar | <br>20. Drew Ribar<br>I hope Artown does not exclude people like Washoe County Library does.... https://youtu.be/k6Ypz8T0Xak |
| 6/26/23<br><br>"The Spanish Springs Library is in #SummerReadingChallenge..."<br>https://www.facebook.com/washoecountylibrary/posts/pfbid02cQ14rpbgQXJDDshgK1aE6qPyyzbLTucYqpu4yTzCrtEM3DrAzmHGo1MSa1GHP7SHl | Facebook – Drew Ribar | <br>21. Drew Ribar<br>It is a  of colors Washoe County Library . Why does the library invite "everyone" while excluding some?? https://youtu.be/k6Ypz8T0Xak |



| | | |
|---|---|---|
| | | |
| 7/4/23<br><br>"Washoe County Library updated their cover photo…" | Facebook – Audit Reno | 1.  Audit Reno<br>https://youtu.be/k6Ypz8T0Xak |
| 7/4/23<br><br>"Get ready for First Friday…"<br>https://www.facebook.com/washoecountylibrary/posts/pfbid0cNFnCoRSz6xQJUbFFjfbWUurbudNo5eyTNshqRy3yX56DKqStD5f1FMeQek32tjdl | Facebook – Audit Reno | 2.  Audit Reno<br>https://youtu.be/k6Ypz8T0Xak |
| 7/4/23<br><br>"Guest speakers from the…"<br>https://www.facebook.com/washoecountylibrary/posts/pfbid0fDbjme6EXyCnbtVLZK2wRn5823PLVgCiR2yKwGpDHL1WPW4fmwHNbeCjzxH9qxcUl | Facebook – Audit Reno | 3.  Audit Reno<br>https://youtu.be/k6Ypz8T0Xak |
| 7/4/23<br><br>"Listen to KUNR Public Radio's…"<br>https://www.facebook.com/washoecountylibrary/posts/pfbid01Q7x8tpyHBbCCN6tSPvpHfNrr2bfEweG9DQicH2x7EbVjdWDy1fwmae5hCLzd3il | Facebook – Audit Reno | 4.  Audit Reno<br>https://youtu.be/k6Ypz8T0Xak |

| | | |
|---|---|---|
| 7/4/23<br><br>"#LibraryNews: All of us at Washoe County Library…"<br>https://www.facebook.com/washoecountylibrary/posts/pfbid02hHBcULdHfpM5JKKwBhGJ4MecYRKHVqzXDbUbzGwe4MZ7QLWyr5yQDPumY8C7esR1l | Facebook – Audit Reno | 5. Audit Reno<br>https://youtu.be/k6Ypz8T0Xak |
| 7/4/23<br><br>"#LibraryNews: The Spanish Springs Library…"<br>https://www.facebook.com/washoecountylibrary/posts/pfbid02WQiMYLYNC7PJNkZzEKUHpz2rRCfYpLTd2t7t45ZEraf3nRQVp8jtuYdqemyvX4uEI | Facebook – Audit Reno | 6. Audit Reno<br>https://youtu.be/k6Ypz8T0Xak |
| 7/4/23<br><br>"We're thrilled to announce that the Northwest Reno Library…"<br>https://www.facebook.com/washoecountylibrary/posts/pfbid02WosE8YBgr4CxeGy1QpDkwhkueLRDtLZe8Y9WXP9c6DN2ErhGigxRe8Mei75zWbFFl | Facebook – Audit Reno | 7. Audit Reno<br>https://youtu.be/k6Ypz8T0Xak |
| 7/4/23<br><br>"#UPDATE: Due to a hazardous material…"<br>https://www.facebook.com/washoecountylibrary/posts/pfbid02x4oydtZS9rgUiosM86QSFuGj8xaquouFnF8E5BGh5X1PLFfDri8Mzr5J962giBJTl | Facebook – Audit Reno | 8. Audit Reno<br>https://youtu.be/k6Ypz8T0Xak |

| 7/4/23 | Facebook – Audit Reno | |
|---|---|---|
| "#LibraryNews: The Spanish Springs Library is temporarily closed…" https://www.facebook.com/washoecountylibrary/posts/pfbid02pBmS2xdimTXVKHmREejLdH5EJCmDnfB4BQmLs4MAUvaMFz14RxHYU46NQHdW7X6jl | Facebook – Audit Reno | 9. Audit Reno https://youtu.be/k6Ypz8T0Xak |
| 7/4/23 "We're celebrating the #SummerReadingChallenge…" https://www.facebook.com/washoecountylibrary/posts/pfbid02MFdCxmGMXgv8qVes4VdEp7bUmVh8cvNtxr3Qgr9Gd4SMAuXKoH4sjh83CTPFjvwFl | Facebook – Audit Reno | 10. Audit Reno https://youtu.be/k6Ypz8T0Xak |
| 7/4/23 "Yikes! Christ at the Northwest Reno Library…" https://www.facebook.com/washoecountylibrary/posts/pfbid022wSuociLD4rVX3PpiH7goxmBFDqPKRz4iRFtnceg7tLzpMNMS5EhmjmhcXQ5AV2wl | Facebook – Audit Reno | 11. Audit Reno https://youtu.be/k6Ypz8T0Xak |
| 7/4/23 "Reno is Artown!…" https://www.facebook.com/washoecountylibrary/posts/pfbid0rRBUh7FiUifoYcd8aK1oaottj1mcWyNYePRYtjb8eazknX8ATeLeNF51K4B77SQRl | Facebook – Audit Reno | 12. Audit Reno https://youtu.be/k6Ypz8T0Xak |



WC0930

| 7/4/23 "Meet your #CommunityHelpers!..." https://www.facebook.com/washoecountylibrary/posts/pfbid0xeSy1XvBXKSGrh7iMY3YQZyVScXYba9XC5WJ1pJcKzv355XZe1xMBbXiL79j1UqVl | Facebook – Audit Reno | 13. Audit Reno https://youtu.be/k6Ypz8T0Xak |
| 7/4/23 "Listen to KUNR Public Radio's..." https://www.facebook.com/washoecountylibrary/posts/pfbid02yJ8E3U3NDimuJFjBCrQSmXHABi9pVU2CS9Ympy1CmCYP8LPH8CbkGfr7kRA7rdW5l | Facebook – Audit Reno | 14. Audit Reno https://youtu.be/k6Ypz8T0Xak |
| 7/4/23 "Legal Kiosks now available..." https://www.facebook.com/washoecountylibrary/posts/pfbid02MfDR5mvmu13zcvsxyFETbY6hc7Yj9rG9ZRW4zCt2wvimd58RjLQqFFctcKwn5tX3l | Facebook – Audit Reno | 15. Audit Reno https://youtu.be/k6Ypz8T0Xak |
| 7/4/23 "Test your knowledge and join us..." https://www.facebook.com/washoecountylibrary/posts/pfbid023LpTADsCicHHpD251z1wBqbHhgZdECZgZZ4taG5LTjmQJpcCRZFWD25VpfN27y5Bl | Facebook – Audit Reno | 16. Audit Reno https://youtu.be/k6Ypz8T0Xak |



WC0931

| 7/4/23 | Facebook – Audit Reno | |
|---|---|---|
| "Find a great list of adult fiction…" https://www.facebook.com/washoecountylibrary/posts/pfbid02hfF7oH5mCQhoqttw6NzmvjT9T2DoUGNzcfvRpSTpzUUqdYBVGGwvf5NvZGCeKcusl | | 17. Audit Reno https://youtu.be/k6Ypz8T0Xak |
| 7/4/23 "Don't miss our #CommunityHelpers…" https://www.facebook.com/washoecountylibrary/posts/pfbid0hTfkh1ypDyvWVkTBTmYUdVBT3Qr3x936hfSmoyPn13RQhF2x2n9caCd3mpDT3B1Bl | Facebook – Audit Reno | 18. Audit Reno https://youtu.be/k6Ypz8T0Xak |
| 7/4/23 "Don't miss local Phantom Stallion author…" https://www.facebook.com/washoecountylibrary/posts/pfbid02fpYcoGhxBVN3UZbwWk4XoCNk4Qtz2Ur6nAF7YoicAS4GUwQnPUeWXpRffs5YHjfEl | Facebook – Audit Reno | 19. Audit Reno https://youtu.be/k6Ypz8T0Xak |
| 7/4/23 "We spotted a cute toddler…" https://www.facebook.com/washoecountylibrary/posts/pfbid0v5NoUthpJJeg4pv985VsmiG2WLzsjDNG7ZhQB2G2D74sixf2zAHSULgNNi2MR19ql | Facebook – Audit Reno | 20. Audit Reno Marvin Reesman https://youtu.be/k6Ypz8T0Xak |



| | | |
|---|---|---|
| | | 21. Audit Reno<br>https://youtu.be/k6Ypz8T0Xak<br><br>22. Audit Reno<br>Marvin Reesman a video of our very inclusively exclusive public library.<br><br>23. Audit Reno<br>https://youtu.be/k6Ypz8T0Xak |
| 7/4/23<br><br>"Meet your #CommunityHelpers…"<br>https://www.facebook.com/washoecountylibrary/posts/pfbid02BCDz27UJBR7xbD6yEgnBe2Xem2BT3wSDzRA2NGxMFiywtUC3uZd1PRRJk2oZhUJyl | Facebook – Audit Reno | <br>24. Audit Reno<br>https://youtu.be/k6Ypz8T0Xak |
| 7/4/23<br><br>"Visit the Northwest Reno Library…"<br>https://www.facebook.com/washoecountylibrary/posts/pfbid02D9NCc5NoyGauuUb6KJRWQsRhiwpksJsL5NK5hLUexYW2bH4V4HPPjtokwXdeZ9Qbl | Facebook – Audit Reno | <br>25. Audit Reno<br>https://youtu.be/k6Ypz8T0Xak |
| 7/4/23<br><br>"Washoe County Library is proud to join in…"<br>https://www.facebook.com/washoecountylibrary/posts/pfbid0kcABMg9DXfcpLdBDFRxge5G8k85i3RuNSZk23iZoZKUyucDaGkuEYWiniiaudZf8l | Facebook – Audit Reno | <br>26. Audit Reno<br>https://youtu.be/k6Ypz8T0Xak |

WC0933

| 7/6/23 | Facebook – Audit Reno | |
|---|---|---|
| "Enjoy the beautiful footwork of Northern Nevada Scottish…" https://www.facebook.com/washoecountylibrary/posts/pfbid0mL6WMVxg2PNzZrKLvNbqevgs3i46xfeNk1eboRvsiDPSXiojatfVuRBr3LEVgC1hl | | |



27. Audit Reno
https://youtu.be/k6Ypz8T0Xak

| 7/6/23 | Facebook – Audit Reno | |
|---|---|---|
| "Reno is Artown!…" https://www.facebook.com/washoecountylibrary/posts/pfbid02jYZdz9aAVhZBzMUre4wqqCffQz2VTv1Goa9UNJ5RgBty1LMtBkiWC1A7yecausH6l | | 28. Audit Reno https://youtu.be/k6Ypz8T0Xak |

| 7/6/23 | Facebook – Audit Reno | |
|---|---|---|
| "Jackie is back with another episode…" https://fb.watch/xCj_s92Zyc/ | | 29. Audit Reno https://youtu.be/k6Ypz8T0Xak |

| 7/6/23 | Facebook – Audit Reno | |
|---|---|---|
| "Find this great list of adult nonfiction…" https://www.facebook.com/washoecountylibrary/posts/pfbid031SjXpiCDVQWashhBauwptcCpuAZ5cxyQe8gLqB7wneDbFAp6SxAEhcRe6iXUidN2l | | 30. Audit Reno |

WC0934

| | | https://youtu.be/k6Ypz8T0Xak |
|---|---|---|
| 7/6/23<br><br>"We spotted a cute toddler…"<br>https://www.facebook.com/washoecountylibrary/posts/pfbid0v5NoUthpJJeg4pv985VsmiG2WLzsjDNG7ZhQB2G2D74sixf2zAHSULgNNi2MR19ql | Facebook – Audit Reno | <br><br>31. Audit Reno<br>Marvin Reesman<br>https://youtu.be/k6Ypz8T0Xak<br><br>32. Audit Reno<br>https://youtu.be/k6Ypz8T0Xak<br><br>33. Audit Reno<br>Marvin Reesman a video of our very inclusively exclusive public library.<br><br>34. Audit Reno<br>https://youtu.be/k6Ypz8T0Xak |
| 7/14/23<br><br>"Find a great list of adult nonfiction…"<br>https://www.facebook.com/washoecountylibrary/posts/pfbid0eZvShihzFNphhY7psRa5VKQCYH9nmVdLNQwXkyokLRdnsdx2s253rvHsDAKMcsg5l | Facebook – Audit Reno | <br><br>35. Audit Reno<br>https://youtu.be/k6Ypz8T0Xak |
| | | |

WC0935

| 8/28/24 | Facebook – Ribar for Nevada Assembly 40 | |
|---|---|---|
| "Watch The Fly starring…" https://www.facebook.com/share/p/15dGS7qyWP/ | |  1. Ribar for Nevada Assembly 40 Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out. https://youtu.be/7-NNy9zjQ_Q |
| 8/28/24 "Washoe County Library updated their cover photo…" | Facebook – Ribar for Nevada Assembly 40 | 2. Ribar for Nevada Assembly 40 Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out. https://youtu.be/7-NNy9zjQ_Q |

| | | |
|---|---|---|
| 8/28/24<br><br>"This summer, Helen at the Spanish Springs Library…"<br>https://www.facebook.com/share/p/14B36zRmfB/ | Facebook – Ribar for Nevada Assembly 40 | <br><br>**3. Ribar for Nevada Assembly 40**<br>Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out.<br>https://youtu.be/7-NNy9zjQ_Q |
| 8/28/24<br><br>"The award-winning Taiwanese ensemble…"<br>https://www.facebook.com/share/p/15K2WsdaFL/ | Facebook – Ribar for Nevada Assembly 40 | **4. Ribar for Nevada Assembly 40**<br>Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out.<br>https://youtu.be/7-NNy9zjQ_Q |

WC0937

| | | |
|---|---|---|
| 8/28/24<br><br>"Listen to KUNR Public Radio's..."<br>https://www.facebook.com/share/p/155e66wbGo/ | Facebook – Ribar for Nevada Assembly 40 | <br><br>5.  Ribar for Nevada Assembly 40<br>Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out.<br>https://youtu.be/7-NNy9zjQ_Q |
| 8/28/24<br><br>"Watch the Wolf Man starring Lon Chaney Jr...."<br>https://www.facebook.com/share/p/1EFhRXej9G/ | Facebook – Ribar for Nevada Assembly 40 | 6.  Ribar for Nevada Assembly 40<br>Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out.<br>https://youtu.be/7-NNy9zjQ_Q |

WC0938

| 8/28/24 | Facebook – Ribar for Nevada Assembly 40 | |
|---|---|---|
| "Earlier this week, Reno Housing Authority…" https://www.facebook.com/share/p/1K29W2Egzs/ | |  7. Ribar for Nevada Assembly 40 Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out. https://youtu.be/7-NNy9zjQ_Q |
| 8/28/24 | Facebook – Ribar for Nevada Assembly 40 | |
| "These homeschooled siblings…" https://www.facebook.com/share/p/19xhz88s4U/ | | 8. Ribar for Nevada Assembly 40 Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out. https://youtu.be/7-NNy9zjQ_Q |

| 8/28/24 | Facebook – Ribar for Nevada Assembly 40 | |
|---|---|---|
| "Arrrrr you ready?!..."<br><br>https://www.facebook.com/share/p/1YmCwqRiHv/ | |  |

**9. Ribar for Nevada Assembly 40**
Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out. https://youtu.be/7-NNy9zjQ_Q

| 8/28/24 | Facebook – Ribar for Nevada Assembly 40 | |
|---|---|---|
| "There's so much happening at Washoe County Library!..."<br><br>https://www.facebook.com/share/p/1By1gJ1VK7/ | | |

**10. Ribar for Nevada Assembly 40**
Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out. https://youtu.be/7-NNy9zjQ_Q

WC0940

| 8/28/24 | Facebook – Ribar for Nevada Assembly 40 | |
|---|---|---|
| "Washoe County Library updated their cover photo…" | |  |

11. Ribar for Nevada Assembly 40

Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out. https://youtu.be/7-NNy9zjQ_Q

| 8/28/24 | Facebook – Ribar for Nevada Assembly 40 | |
|---|---|---|
| "Listen to KUNR Public Radio…" https://www.facebook.com/share/p/15a1ohRsFG/ | | |

12. Ribar for Nevada Assembly 40

Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out. https://youtu.be/7-NNy9zjQ_Q

| 8/28/24 | Facebook – Ribar for Nevada Assembly 40 | |
|---|---|---|
| "Don't let summer slip away…" https://www.facebook.com/share/p/166KKWmMmR/ | |  13. Ribar for Nevada Assembly 40 Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out. https://youtu.be/7-NNy9zjQ_Q |

WC0942