Alison R. Kertis, Esq. (NSB 13875)
akertis@sierracrestlaw.com
Jerry C. Carter, Esq. (NSB 5905)
jcarter@sierracrestlaw.com
SIERRA CREST BUSINESS LAW GROUP
6770 S. McCarran Blvd., Reno, Nevada 89509
(775) 448-6070, Facsimile: (775) 473-8292
*Counsel for Defendant BUILD OUR CENTER*

UNITED STATES DISTRICT COURT
[NORTHERN] DISTRICT OF NEVADA

| | |
|---|---|
| DREW RIBAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WASHOE COUNTY, NEVADA; WASHOE COUNTY LIBRARY SYSTEM; BUILD OUR CENTER, INC.; JEFF SCOTT; STACY MCKENZIE; JONNICA BOWEN; LIBRARY EMPLOYEE DOE # 1; JENNIFER COLE; DEPUTY C. ROTHKIN (Badge No. 4696); DEPUTY R. SAPIDA (Badge No. 4663); SGT. GEORGE GOMEZ (Badge No. 4066); and JOHN/JANE DOES 1-10;<br><br>　　　　　Defendants. | Case No. 3:24-cv-00526<br><br>**DEFENDANT BUILD OUR CENTER'S JOINDER IN WASHOE COUNTY DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER** |

Defendant BUILD OUR CENTER INC., by and through its undersigned counsel, hereby joins in the *Reply is Support of Motion for Protective Order Restricting Publication of Discovery* filed in this proceeding on behalf of the Washoe County Defendants on April 7, 2025 [ECF No. 75].

DATED April 10, 2025.　　　　SIERRA CREST BUSINESS LAW GROUP

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　Alison R. Kertis, Esq. (NSB 13875)
　　　　　　　　　　　　　　akertis@sierracrestlaw.com
　　　　　　　　　　　　　　Jerry C. Carter, Esq. (NSB 5905)
　　　　　　　　　　　　　　jcarter@sierracrestlaw.com
　　　　　　　　　　　　　　6770 S. McCarran Blvd., Reno, NV 89509
　　　　　　　　　　　　　　(775) 448-6070, Fax: (775) 473-8292
　　　　　　　　　　　　　　*Counsel for Defendant BUILD OUR CENTER*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the SIERRA CREST BUSINESS LAW GROUP who, on the below-written date, caused a true copy of the foregoing to be transmitted via email and also to be filed using the above-entitled Court's electronic filing (CM/ECF) system which will automatically e-serve the same) on the person(s) and/or entity(ies) set forth directly below:

**Drew Ribar**
480 Pershing Lane, Washoe Valley, NV 89704
(775) 223-7899
const2audit@gmail.com
*Plaintiff in propria persona*

**Lindsay L. Liddell** (SBN 14079)
**Andrew Cobi Burnett** (SBN 16505)
DEPUTY DISTRICT ATTORNEYS
One South Sierra Street Reno, NV 89501
lliddell@da.washoecounty.gov
cburnett@da.washoecounty.gov
(775) 337-5700
*Counsel for Plaintiffs Washoe County and its Library System, Jeff Scott, Stacy Mckenzie, Jonnica Bowen, Jennifer Cole; Deputy C. Rothkin, Deputy R. Sapida, and Sgt. George Gomez*

DATED: April 10, 2025.

/s/ Mayra Ibarra
_____
an employee of the
SIERRA CREST BUSINESS LAW GROUP