UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DREW J. RIBAR,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>WASHOE COUNTY, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 3:24-cv-00526-ART-CSD<br><br>ORDER GRANTING MOTION TO EXTEND |

*Pro se* Plaintiff Drew Ribar brings this action against Defendants Washoe County and Build Our Center, alleging various constitutional violations. Plaintiff moves to extend the time to file a reply to Defendant's opposition to Plaintiff's motion for leave to file a first amended complaint. (ECF Nos. 65, 74.) Plaintiff requests a 14-day extension to file a reply. Defendants have not responded to Ribar's motion.

Good cause appearing, the Court orders that Plaintiff's motion for an extension of time (ECF No. 77) is granted.

Plaintiff has until April 22, 2025, to file his reply to Build Our Center's opposition.

DATED: April 10, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1