**EXHIBIT B**

**Medical Referral for X-rays**

**Referring Physician:** Dr. Vinson Christenson
**Referral Date:** March–April 2025
**Facility:** Reno Diagnostic Centers
**Purpose:** Referral for X-rays and additional imaging for injuries sustained in March 19, 2025 vehicle collision.

Submitted in support of:
**Plaintiff's Motion for Extension of Time to File Reply**
Case No. 3:24-cv-00526-ART-CSD
U.S. District Court, District of Nevada

Submitted by:
**Drew J. Ribar**
Plaintiff, Pro Se

PLEADING TITLE - 1



# Reno Diagnostic Centers
*When it has to be done right.*

**Centralized Scheduling**
FAX (775) 333-2076
Phone (775) 323-5083

| | |
|---|---|
| **Exam Date/Time:** | **Patient Name:** Ribar, Drew |
| | **Date of Birth:** 5-9-68 |

**Patient Home/Work/Cell Number:** 775-223-7899

**Patient Email:** Drewribar@Gmail.com

**Exam #1 Requested:** C-SPINE X-RAY 7 VIEW AP, LAT, FLEX, EXT. OBLIQUES APOM
CONTRAST: ☐ W/  ☐ W/O  ☐ W/ & W/O
☐ LEFT  ☐ RIGHT  ☐ BILATERAL

Radiologist may modify CT or MRI use of contrast media based on patient's history.
No, radiologist may not change exam protocol unless new written or verbal order is obtained.

**Reason for Exam #1** (signs/symptoms - no R/O diagnosis): S13.4XXA
**ICD-10 Code:**

**Exam #2 Requested:** T-SPINE X-RAY AP, LAT., SWIMMERS
CONTRAST: ☐ W/  ☐ W/O  ☐ W/ & W/O
☐ LEFT  ☐ RIGHT  ☐ BILATERAL

**Reason for Exam #2** (signs/symptoms - no R/O diagnosis): S29.012A
**ICD-10 Code:**

**Additional Exam(s)/Notes:**
EXAM #3  L-SPINE X-RAY, AP, LAT, FLEX, & EXT. HAVE AP VIEW BE A LUMBOPELVIC VIEW
S39.012A

**Pregnant?** ☐ Yes  ☐ No

### Reno Diagnostic Centers Offers:

**Comprehensive Women's Services:**
- ☐ Mammogram-Screening (If dense breast tissue, then Whole Breast Ultrasound)
- ☐ Mammogram-Diagnostic (w/ Ultrasound if indicated)
- ☐ 3D Mammogram-Tomosynthesis
- ☐ Whole Breast Ultrasound Screening (for women with dense breasts)
- ☐ Stereotactic Biopsies

**X-ray**
Walk-in x-rays are accepted, however, patients are strongly encouraged to schedule to minimize wait time.

**Ultrasound**
Pelvic
- ☐ Transabdominal
- ☐ Transvaginal
- ☐ Both Transabdominal & Transvaginal (if indicated)

3T Wide Bore MRI
1.5T Wide Bore MRI
64-Slice CT
Coronary CT
Nuclear Medicine
  Gastric Emptying (Tougas Protocol)
  Myocardial Perfusion Imaging (Lexiscan)
PET/CT
Digital Fluoroscopy
DEXA - Bone Density Testing
Echocardiogram (including Pediatrics)
Body Fat Analysis
☐ BUN/Creatinine Testing (if needed for contrast)

☐ **Normal** - Report will be faxed within 24 hours.* Provider fax number:
☐ **Expedited** - Report will be faxed within 4 hours.* Provider fax number:
☐ **STAT** - Report will be called within 2 hours.* Provider cell phone:

*Except for after hours, weekends, and holidays.

All images are immediately available online at www.RenoDiagnosticCenters.com
**Send To:**
**Send Images On:** ☐ CD  ☐ Paper  ☐ Patient to hand carry
Referring Offices: Please call 775-336-5549 for access.
**Previous Images Located:**

**Name of Health Plan:** | **ID #:** | **Authorization #:**
RDC cannot obtain authorization for same day or STAT exams.

**Referring Provider Signature:** [signature] DC

**Referring Provider Name & Address:**

**Today's Date:** 4-2-25

Please bring this requisition with you.
Please check location.
*See back for maps.

☐ **Downtown Reno** 590 Eureka Ave. Reno, NV 89512
☐ **Southwest Reno** 625 Sierra Rose Dr. Reno, NV 89511

Phone (775) 323-5083  www.RenoDiagnosticCenters.com
To order more forms, ask for the Business Development Department or email sales@renoimage.com
Revised 03/18