UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**DREW J. RIBAR,**

Plaintiff,

v.

**WASHOE COUNTY, NV, et al.,**

Defendants.

**Case No.: 3:24-cv-00526-ART-CSD**

**DECLARATION OF DREW J. RIBAR IN SUPPORT OF MOTION TO WITHDRAW AND AMEND ADMISSIONS, EXTEND DISCOVERY DEADLINES, AND FOR PROTECTIVE ORDER**

I, Drew J. Ribar, declare under penalty of perjury under the laws of the United States:

1. I am the pro se Plaintiff in this case (3:24-cv-00526-ART-CSD).

2. On 03/19/2025, I was rear-ended by a semi-truck, sustaining whiplash and shoulder pain, requiring emergency care (Exhibit A, 03/20/2025), X-ray referral (Exhibit B, 03/2025), and chiropractic treatment on 04/02, 04/07, and 04/16/2025 (Exhibit C), limiting computer use for discovery tasks.

PLEADING TITLE - 1

3. I manage four lawsuits: this case, *Ribar v. Carson City* (3:24-cv-103), *Ribar v. NV Legislative Counsel Bureau* (3:25-cv-90), and *Ribar v. Nevada DMV* (24-trt-62-1b), requiring a 463-page FAC with 10,000+ pages of records (ECF No. 65; Exhibit F, Interrogatory 7).

4. Defendants' 39 RFPs, including RFP No. 28 (190–350 pages of AI chat logs), demand terabytes of data. The logs reflect my legal research and strategy, protected as work-product (*In re Grand Jury Investigation*, 974 F.2d 1068, 1071 (9th Cir. 1992); Exhibit E, RAF 56; Exhibit F, Interrogatory 20). Compilation is burdensome due to injuries and workload (Exhibits A–C).

5. Due to these constraints, I could not timely respond to Defendants' 59 RAFs (due 04/01/2025), 20 Interrogatories, and 39 RFPs (due 04/07/2025).

6. I filed a Motion for Extension on 04/08/2025 (ECF No. 77, granted ECF No. 80), proposed a stipulation on 04/15/2025, which Defendants partially accepted (Exhibit D), and filed RAF and Interrogatory responses on 04/22/2025 (Exhibits E–F).

7. Defendants' skepticism (Exhibit D) about my social media (RAFs 1–6) and AI use (RAF 56) is misplaced, as posts were pre-edited and AI requires extensive review, infeasible during recovery (Exhibits A–C; *Haines v. Kerner*, 404 U.S. 519 (1972)).

8. Withdrawal of RAF admissions preserves claims (Exhibit E, RAFs 7, 27, 59; Exhibit F, Interrogatory 16), supported by Exhibits 28–32 (ECF Nos. 70–71) [pending].

I declare the foregoing is true and correct.

Dated: April 23, 2025

/s/ Drew J. Ribar

PLEADING TITLE - 2

Drew J. Ribar, Pro Se

3480 Pershing Ln

Washoe Valley, NV 89704

(775) 223-7899

Const2Audit@gmail.com

CERTIFICATE OF SERVICE

I certify that on April 23, 2025, I served this DECLARATION via CM/ECF or U.S. mail to:

Lindsay L. Liddell

Deputy District Attorney

One South Sierra Street

Reno, NV 89501

lliddell@da.washoecounty.gov


Alison Gansert Kertis

Sierra Crest Business Law Group

6770 South McCarran Blvd, First Floor

Reno, NV 89509

akertis@sierracrestlaw.com


/s/ Drew J. Ribar

Drew J. Ribar, Pro Se

PLEADING TITLE - 3