# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**DREW J. RIBAR,**

Plaintiff,

v.

**WASHOE COUNTY, NV, et al.,**

Defendants.

**Case No.: 3:24-cv-00526-ART-CSD**

**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER UNDER FRCP 26(c)**

Plaintiff Drew J. Ribar, pro se, moves for a protective order under FRCP 26(c) to quash Defendant Washoe County's Request for Production No. 28 (served 03/04/2025), seeking "all documents, including transcripts, archives, history, and chat logs, of generative AI and/or ChatGPT regarding this Case," as it requests privileged work-product and is unduly burdensome.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**1. LEGAL STANDARD**

PLEADING TITLE - 1

FRCP 26(c)(1) permits protective orders to prevent undue burden or protect privileged materials. Work-product includes materials reflecting mental impressions (*Hickman v. Taylor*, 329 U.S. 495, 510–11 (1947)), extending to pro se litigants (*In re Grand Jury Investigation*, 974 F.2d 1068, 1071 (9th Cir. 1992)). Discovery must be proportional and relevant (FRCP 26(b)(1); *Zubulake v. UBS Warburg LLC*, 217 F.R.D. 309, 316 (S.D.N.Y. 2003)).

## 2. FACTUAL BACKGROUND

RFP No. 28 seeks 300-500 pages of AI chat logs used for legal research and strategy (Exhibit E, RAF 56; Exhibit F, Interrogatory 20). Plaintiff's injuries (Exhibits A–C, 03/20–04/16/2025) and four lawsuits (Exhibit F, Interrogatory 7) make compilation burdensome. The logs are irrelevant to the Complaint's claims, probing only Plaintiff's drafting process.

## 3. ARGUMENT

- **Work-Product Privilege**: The logs reflect legal theories, protected as work-product (*Wiley v. Calcagni*, 2010 WL 2977795, at *3 (D. Conn. 2010); *Sporck v. Peil*, 759 F.2d 312, 316 (3d Cir. 1985)).
- **Undue Burden**: Reviewing 190–350 pages is disproportionate, given injuries (Exhibits A–C; *Zubulake*, 217 F.R.D. at 316).
- **Irrelevance**: The logs do not address claims (FRCP 26(b)(1)).

## 4. RELIEF REQUESTED

Plaintiff requests RFP No. 28 be quashed or production limited after in camera review (*Upjohn Co. v. United States*, 449 U.S. 383, 395–96 (1981)).

PLEADING TITLE - 2

Dated: April 23, 2025

Respectfully submitted,

/s/ Drew J. Ribar

Drew J. Ribar, Pro Se

3480 Pershing Ln

Washoe Valley, NV 89704

(775) 223-7899

Const2Audit@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on April 23, 2025, I served this MOTION via CM/ECF or U.S. mail to:

Lindsay L. Liddell

Deputy District Attorney

One South Sierra Street

Reno, NV 89501

lliddell@da.washoecounty.gov


Alison Gansert Kertis

Sierra Crest Business Law Group

6770 South McCarran Blvd, First Floor

Reno, NV 89509

akertis@sierracrestlaw.com

PLEADING TITLE - 3

/s/ Drew J. Ribar

Drew J. Ribar, Pro Se

PLEADING TITLE - 4