**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DREW J. RIBAR,

    Plaintiff

v.

WASHOE COUNTY, et al.,

    Defendants

Case No.: 3:24-cv-00526-ART-CSD

**Order Striking Discovery From the Docket**

Re: ECF Nos. 82, 85, 86

On April 23, 2025, Plaintiff filed multiple documents on the docket containing his responses to Defendants' discovery requests. (ECF Nos. 82, 85, 86.) Per the court's Local Rules, unless otherwise ordered by the court, discovery documents shall not be filed on the docket. LR IC 1-1. There is no such order in this case to file any discovery documents. The Local Rules also provide that the court may strike documents which do not comply with the rules. LR IC 7-1. Thus, the court **STRIKES** ECF Nos. 82, 85, and 86.

The court reminds Plaintiff that all parties, including parties proceeding *pro se*, are required to follow the Federal Rules of Civil Procedure and the Local Rules. *Carter v. Comm'r of Internal Revenue*, 784 F.2d 1006, 1008 (9th Cir. 1986) ("Although *pro se*, [plaintiff] is expected to abide by the rules of the court in which he litigates."). Plaintiff is also cautioned that failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this District, and the orders of this court may result in future filings being denied or stricken. *Carter.*, 784 F.2d at 1008-09 (collecting cases) (explaining that a *pro se* litigant is "expected to abide by the rules of the court in which he litigates").

1    Although the court will liberally construe *pro se* pleadings and will give some latitude

2  to *pro se* litigants, a continued failure to follow the court's Local Rules and the Rules of Civil

3  Procedure may result in sanctions.

4

5  **IT IS SO ORDERED**.

6  Dated: April 24, 2025

7  _____
   Craig S. Denney

8  United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

2