# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DREW J. RIBAR, | Case Number 3:24-cv-00526-ART-CSD |
| Plaintiff, | |
| vs. | MINUTES OF PROCEEDINGS |
| WASHOE COUNTY, NV, et al, | |
| Defendants. | Dated: April 28, 2025 |

PRESENT: <u>THE HONORABLE CRAIG S. DENNEY</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>Ashlyn Bye</u>     REPORTER: <u>Liberty Court Recorder</u>

COUNSEL FOR PLAINTIFF:          <u>Drew Ribar</u>

COUNSEL FOR THE COUNTY DEFENDANTS: <u>Lindsay Liddell & Andrew Cobi Burnett</u>

COUNSEL FOR BUILD OUR CENTER:   <u>Alison Gansert Kertis</u>

**MINUTES OF PROCEEDINGS: MOTION HEARING**

8:56 a.m. Court convenes.

The Court holds today's hearing on the Plaintiff's Motion to Lift Stay of Discovery (ECF No. 61) and the County Defendants' Motion for Protective Order (ECF No. 64). In addition to the motions, the Court has reviewed the parties' related briefs (ECF Nos. 63, 72, 73, and 75).

The Court hears arguments on the Plaintiff's Motion to Lift Stay of Discovery (ECF No. 61). Mr. Ribar argues that discovery is needed and that he would be prejudiced without it. The Court and Mr. Ribar discuss the video that he submitted to the Court on a flash drive (ECF No. 66). Based on the video, the Court does not see evidence to indicate that anyone affiliated with Defendant Build Our Center prevented Mr. Ribar from accessing the library. Ms. Kertis argues that Mr. Ribar's motion was untimely filed and that he failed to file a reply to Defendant Build Our Center's response. On behalf of the County Defendants, Ms. Liddell joins Ms. Kertis' arguments.

The Court hears arguments on the County Defendants' Motion for Protective Order (ECF No. 64). Ms. Liddell argues that a protective order should be issued to prohibit Mr. Ribar from disseminating discovery materials and to protect the Defendants from annoyance, embarrassment,

MINUTES OF PROCEEDINGS - 1

or harassment. Ms. Liddell advises the Court of Mr. Ribar's intent to try this case in the court of public opinion and that he has published filings, emails and videos related to this lawsuit on his YouTube page. Ms. Liddell further advises that Defendants Jeff Scott, Stacy McKenzie, and Jonnica Bowen have been featured on Mr. Ribar's YouTube page which led to them experiencing various levels of harassment. For the benefit of the Court, Ms. Liddell reads titles and captions from Mr. Ribar's YouTube page. On behalf of Defendant Build Our Center, Ms. Kertis joins the County Defendants' request for a protective order. Mr. Ribar informs the Court that he will not publish any discovery but that he wants to record the process of this lawsuit to disseminate to the public after this case has concluded.

The Court has considered the briefs and today's arguments. The Court recites findings on the record. The Court will not order or allow the parties to record their meet and confers absent a dispute. The Court declines to enter a protective order indefinitely but will maintain jurisdiction while this lawsuit is pending. The Court cautions that future litigation could result if a deposition is disseminated after this case concludes that causes threat or harm to any of the parties.

**IT IS ORDERED** that the Plaintiff's Motion to Lift Stay of Discovery (ECF No. 61) is denied.

**IT IS FURTHER ORDERED** that the County Defendants' Motion for Protective Order (ECF No. 64) is granted for the duration of this litigation.

There being no additional matters to address at this time, court adjourns at 9:59 a.m.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK
By: _____/s/_____
Ashlyn Bye, Deputy Clerk

MINUTES OF PROCEEDINGS - 2