# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DREW RIBAR,<br><br>Plaintiff,<br><br>v.<br><br>WASHOE COUNTY, NEVADA, *et al.*,<br><br>Defendants. | 3:24-cv-00526-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 90 |

Before the court is Defendants' Motion Regarding Discovery Dispute. (ECF No. 90.)

Pursuant to the Court's Civil Standing Order (ECF No. 28), Plaintiff shall file a response on or before close of business on **Thursday, May 8, 2025.** The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED: May 6, 2025.

_____
Craig S. Denney
United States Magistrate Judge