1  LINDSAY LIDDELL
   Deputy District Attorney
2  Nevada State Bar Number 14079
   ANDREW COBI BURNETT
3  Deputy District Attorney
   Nevada State Bar Number 16505
4  One South Sierra Street
   Reno, NV 89501
5  lliddell@da.washoecounty.gov
   cburnett@da.washoecounty.gov
6  (775) 337-5700

7  ATTORNEYS FOR WASHOE COUNTY
   DEFENDANTS
8

9                  **UNITED STATES DISTRICT COURT**

10                      **DISTRICT OF NEVADA**

11                             * * *

12  DREW RIBAR,

13          Plaintiff,                    Case No.  3:24-CV-00526-ART-CLB

14      vs.
                                          **COUNTY DEFENDANTS'**
15  WASHOE COUNTY, NEVADA;                **RESPONSE TO PLAINTIFF'S**
    WASHOE COUNTY LIBRARY                 **MOTION FOR PROTECTIVE ORDER**
16  SYSTEM; BUILD OUR CENTER, INC.;       **UNDER FRCP 26(c)**
    JEFF SCOTT; STACY MCKENZIE;
17  JONNICA BOWEN; LIBRARY                **(ECF No. 84)**
    EMPLOYEE DOE #1; JENNIFER COLE;
18  DEPUTY C. ROTHKIN (BADGE #5696);
    DEPUTY R. SAPIDA (BADGE #4663;
19  SGT. GEORGE GOMEZ (BADGE
    #4066); AND JOHN/JANE DOES 1+10,
20
            Defendants.
21  _____/

22          Washoe County, Washoe County Library System, Jeff Scott, Stacy McKenzie,

23  Jonnica Bowen, Jennifer Cole, Deputy Rothkin, Deputy Sapida, and Sgt. Gomez ("Washoe

24  County Defendants") through counsel, Lindsay L. Liddell, Deputy District Attorney, hereby

25  respond to Plaintiff's Motion for Protective Order Under FRCP 26(c) (ECF No. 84). This

26  //

                                         -1-

1    Response is based on the following Memorandum of Points and Authorities, the pleadings
2    and papers on file, this Court's Standing Order (ECF No. 28), and LR 26-6.

3                    **MEMORANDUM OF POINTS AND AUTHORITIES**

4            Ribar filed the instant Motion for a protective order requesting relief from a
5    request for production served upon him regarding his Chat GPT logs. Ribar failed to
6    comply with LR 26-6(c) or this Court's Standing Order (ECF No. 28), because the motion
7    lacks the required certification about a meet and confer. Moreover, Ribar entirely failed
8    to make any effort to meet and confer on this issue, whether by email or otherwise. The
9    filing of the instant Motion is the first time County Defendants became of aware of any
10   issue Ribar has with the document request described in the Motion.

11           Had Ribar made any attempt to meet and confer, he would have learned of
12   County Defendants' willingness to withdraw the request entirely and would not have
13   wasted judicial resources in this non-dispute. County Defendants hereby withdraw their
14   Request for Production No. 28, seeking Chat GPT logs.

15           The Court should deny the instant Motion as moot, and further remind Ribar that
16   he must comply with the rules of this Court.

17           Dated this 7th day of May, 2025.

18
19                                  By    /s/ Lindsay Liddell
                                    LINDSAY LIDDELL
20                                  Deputy District Attorney
                                    ANDREW COBI BURNETT
21                                  Deputy District Attorney

22                                  ATTORNEYS FOR WASHOE COUNTY
                                    DEFENDANTS
23
24
25
26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action.  I certify that on this date, I deposited for mailing in the U.S. Mails, with postage fully prepaid, a true and correct copy of the foregoing document in an envelope addressed to the following:

DREW RIBAR
3480 PERSHING LANE
WASHOE VALLEY. NV 89704

I certify that on this date, the foregoing was electronically filed with the United States District Court.  Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

DREW RIBAR

ALISON R. KERTIS, ESQ.

Dated this 7th day of May, 2025.

_____/s/ S. Haldeman_____
S. Haldeman