UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA – NORTHERN DIVISION

**Case No. 3:24-cv-00526-ART-CSD**

**CERTIFICATE OF SERVICE**

I certify that on **May 8, 2025**, I served the following documents:

- **PLAINTIFF'S REVISED RESPONSE TO DEFENDANTS' MOTION REGARDING DISCOVERY DISPUTE – RECORDING DEPOSITIONS**
- **[PROPOSED] ORDER REGARDING DISCOVERY DISPUTE – RECORDING DEPOSITIONS**

on all appearing parties in this matter via the methods identified below and in accordance with **Fed. R. Civ. P. 5(b)(2)** and the **Local Rules of Practice**.

**Via Email and Hand Delivery**:
*Counsel for Washoe County Defendants*
Lindsay L. Liddell, Esq.
Andrew Cobi Burnett, Esq.
Office of the Washoe County District Attorney
One South Sierra Street
Reno, NV 89501
Emails: lliddell@da.washoecounty.gov, cburnett@da.washoecounty.gov

*Counsel for Build Our Center, Inc.*
Jerry C. Carter, Esq.
Alison R. Kertis, Esq.
Sierra Crest Business Law Group
6770 S. McCarran Blvd.
Reno, NV 89519
Emails: jcarter@sierracrestlaw.com, akertis@sierracrestlaw.com

**Dated** this 8th day of May, 2025.

Respectfully submitted,
**/s/ Drew J. Ribar**
Drew J. Ribar, Plaintiff Pro Se
3480 Pershing Lane
Washoe Valley, NV 89704
Email: const2audit@gmail.com
Phone: (775) 223-7899

PLEADING TITLE - 1