# EXHIBIT 6

# EXHIBIT 6

**DECLARATION OF JAMIE HEMINGWAY**

I, Jamie Hemingway, do hereby declare, under penalty of perjury, the following:

1. I am the Public Information and Development Officer for Washoe County Library System. I assist with oversight of Washoe County Library System's Marketing and Communications team, coordinating system-wide marketing projects and managing production operations for The Explorer, our quarterly events publication. I am a content producer and communications manager for the Library System's social media accounts including Facebook, Instagram, Threads, BlueSky, and X. I also assist the Library Director with coordinating media inquiries and press releases for the library system

2. During the summers of 2023 and 2024, the Library hosted RainbowFest events to celebrate Pride Month. RainbowFest's goal was to provide the community with "the opportunity to celebrate diversity and practice self-acceptance." The events included arts and crafts, music, food, stories, and fun. The events also included Drag Story Hour programs.

3. Drag Story Hour is a program where performers read stories approved by the Library's Youth Services team to children. Outside of Drag Story Hour, the Library regularly hosts a "Story Hour," where librarians or volunteers read approved books to children in libraries to entertain them and inspire a love of reading. For RainbowFest, the "story hour" reader was a drag performer–an entertainment artist who adopts a theatrical character with exaggerated bright clothing, makeup, and mannerisms most often in a different gender than their own.  For the Library's Drag Story Hour, drag performers adopt characters appropriate for children, maintaining age-appropriate clothing and dialogue akin to others performing for children as princesses, superheroes, fairy godmothers, etc. Drag Story Hour, like other Story Time programing, was designed for children from the ages of three to eight.

4. I have substantial experience and knowledge regarding drag performers, both in general and with Drag Story Hour. Though "drag" typically involves a performer's character in a different gender than the performer, it is not a display of the performer's gender identity or sexuality. Drag queens or kings are, most often, not transgender persons based on my

1

experience. Moreover, use of the term "transsexual" to describe a drag performer is both inaccurate and offensive. In my experience, mislabeling a drag performer as "transexuals"[1] perpetuates transphobia and misogyny, and further weaponizes gender nonconformity to shame or stigmatize a drag performer's artistic expression.

5. For the 2023 and 2024 RainbowFest events, I assisted the Library with issuing press releases and announcements to provide the public with information regarding the events. I included information in the press releases regarding the Drag Story Hour programs, including that it will be a free, ticketed event due to limited capacity, and that it is an event for children.

6. The PDF file titled "Press Release- 2023 RainbowFest," bates stamped WC0764-765 is a true and correct copy of the press release I authored and the Library issued regarding the 2023 RainbowFest Library events. The photograph depicted on WC0764 is a true and accurate reflection of a Drag Story Hour program hosted by the Library.

7. The photograph depicted in the PDF file titled "KUNR- Drag Story Hour Photo" a true and accurate reflection of another Drag Story Hour program hosted by the Library.

8. In 2023, I managed the Library's social media accounts, which were and continue to be used to provide the community with information regarding Library programs and events. To my knowledge, the Library's social media accounts are not used for any other purpose.

9. I moderate the accounts, which involves manually reviewing each comment posted or direct message. When a user asks a question or requires clarification for a Library service or event posted, I obtain responsive information from appropriate Library staff and respond to the user via the Library account with the information. My ability to moderate all comments and remove or block any violative content is occasionally limited by lack of staff resources given that I am the primary staff member in charge of moderation.

---

[1] To my knowledge, this is an outdated medical term that was used to describe transgender persons several decades ago.

2

1    10. The Library welcomes public engagement related to the content on a particular post

2 on its social media pages. The Library does not allow members of the public to publish or

3 share posts onto the Library Facebook page. The Library reserves the right to remove

4 comments for various reasons including: comments entirely unrelated to the post, content

5 that promotes, fosters, or perpetuates discrimination based on sex, gender identity, or sexual

6 orientation, abusive, vulgar, or obscene language or content, sexual content, apparent spam

7 or trolling, and links to third-party and personal sites.

8    11. Banning links to third-party (non-Washoe County) websites prevents scams, abuse of

9 the Library's platforms, and prevents misinformation that the Library otherwise endorsed,

10 authorized, approved of, or certified the accuracy of the information contained in the

11 weblink.

12    12. Banning comments that are off-topic, that promote discrimination, or that contain

13 abusive language achieves several goals: it ensures that the moderator's time is better spent

14 responding to individuals with questions or feedback regarding Library services or events,

15 ensures other members of the public are not subject to abuse when interacting with the

16 Library's social media, avoids a chilling effect to public participation in commenting on

17 Library-related matters, and prevents misinformation that the Library endorses, approves of,

18 or authorizes such abusive or discriminatory content. In reviewing whether a comment is

19 simply off topic, I assess whether it in any way could be reasonably related to the subject

20 matter of the post. In reviewing whether a comment promotes, perpetuates, or fosters

21 discrimination, I review whether it addresses a protected class and then whether it attaches

22 a negative message because of the protected class, or whether it contains a slur that is

23 commonly associated with a protected class.

24    13. The Library, as a department of Washoe County, adheres to Washoe County's social

25 media policy, which is identified as the PDF bates stamped WC0191-92. It is also publicly

26 posted    on    Washoe    County's    website    at    the    following    weblink:

27 https://washoelife.washoecounty.gov/social-media-policy/

3

14. Outside its social media dealings with Ribar, the Library has blocked other accounts or removed comments from its Facebook page for spamming and abusive conduct. The PDF file titled "Washoe County Library Social Media User Block Record," bates stamped WC0943-948 is a true and correct copy of the record I compiled of the Library's blocked users. On July 17, 2023, the Library blocked a user named "John Bryant" who posted eight repeated comments in a short time frame, which was both spamming behavior and contained prohibited weblinks in the comments. On June 14, 2023, the Library blocked a user named "Louie Enos," who posted fourteen repeated comments in a spamming manner that also contained abusive language accusing librarians of being "perverts" and grooming children. On May 22, 2023, 2023, the Library blocked a user named "Andrew Christopher LaCroix," who posted nine repeated comments in a spamming manner that also contained abusive language and language that promoted or perpetuated discrimination based on sexual orientation and gender identity such as "NO DRAG F@GS..." On August 27, 2022, the Library blocked a user named Rodney W. Bidmade who posted several comments in a spamming manner that also promoted and fostered discrimination based on gender, referring to some library employees as "... the stupid women in these places that run around like there's a real emergency." The Library blocked another user named Kevin Johnson, on information and belief, for posting weblinks in their comments on the Library's page. On June 13, 2019, the Library blocked a user named John Mandagaran after they posted several comments in a spamming manner that perpetuated and fostered discrimination based on gender identity and using foul language, referring to Drag Story Hour as the "pedophile hour," and suggesting drag performers were akin to "drug addicted strippers."

15. In 2023, Ribar engaged in a pattern of disrupting the Library's Facebook page, including by repeatedly posting unsolicited comments onto Library posts with links to his YouTube videos, posting comments unrelated to the underlying post, engaging with other commenters with language that promotes, fosters, or perpetuates discrimination based on sex, gender identity, or sexual orientation, and abusive language. The substance of his

4

1  comments themselves violated our policy, and his repeated posting within a short period of

2  time was a further violation of spamming. On or about June 23, 2023, I blocked Ribar's

3  account after his initial scheme of spamming and posting weblinks in comments on the

4  Library's Facebook posts.

5      16. Shortly thereafter, Ribar started using a new account, "Audit Reno" to continue his

6  scheme of spamming the Library Facebook page by commenting links to his YouTube

7  videos. He used his other "Audit Reno" account to post thirty-five comments on Library

8  posts with just a link to one of Ribar's YouTube videos in a span of just two days. The

9  comments themselves violated our policy because they contained weblinks. I also considered

10  Ribar's repeated posting within a short period of time to be spamming. I consulted with then-

11  Director Jeff Scott on how to handle this. Jeff Scott directed me to block the new account,

12  because Ribar's behavior was interrupting the Library's ability to conduct its business. I

13  effectuated a block for Ribar's "Audit Reno" account. After Ribar used a third account,

14  "Ribar for Nevada Assembly 40" to continue his spamming scheme of posting weblinks as

15  comments, I blocked that account on behalf of the Library.

16      17. Ribar's behavior on the Library's Facebook page interfered with my ability to

17  effectively manage the page. Generally as part of my duties, I monitor the comments on the

18  Library's Facebook post to ensure that any member of the public requesting more

19  information about the event advertised in the post receives a response. I also monitor the

20  comments for feedback on Library activities, reviewing for information about possible

21  improvements, possible demand for more of a certain event, demand for a certain event or

22  program in a different location, etc. Ribar caused the Library's "notifications" on its

23  Facebook page to be flooded with links to Ribar's YouTube channel. This made it more time

24  consuming to locate legitimate comments from other individuals that may have warranted a

25  response from the Library, or otherwise affected Library business. This also interfered with

26  the actual viewing of other legitimate comments, which at times were pushed down to the

27  bottom of the post due to Ribar's spam comment.

18. The PDF file titled "Plaintiff's Facebook Comment Record - revised March 2025," bates stamped WC0988-1044 is a true and correct copy of a record I created compiling Ribar's comment activity on the Library Facebook page. The left column titled "DATE/LIBRARY POST" contains true and accurate depictions of each Library Facebook post on which Ribar's account(s) comments, including accurate depictions of the date the post was published, screenshot photographs of the posts, and substance of the post displaying the post's content. The middle column titled "ACCOUNT" truly and accurately depicts the account associated with Ribar that left the corresponding comment on a library Facebook post. The right column titled "RIBAR SCREENSHOT/COMMENT" truly and accurate depicts Ribar's comment on the post, including the date he posted the comment, the substance of the comment, and the account that commented.

19. The PDF file titled "Email - Ribar Facebook Suspension for Spamming," bates stamped WC0914-919 is a true and correct copy of the email correspondence between me and former Director Jeff Scott regarding Ribar's Facebook spamming and discussing blocking his accounts.

20. On June 15, 2024, I was present inside the North Valleys Library building to capture information regarding Drag Story Hour. I heard an unexpected loud slamming sound. I then saw staff member Thanh Nguyen in an altercation with Drew Ribar, who was preventing her from shutting the door. I saw Ms. Nguyen attempt to use her entire bodyweight to close the door, while Ribar interfered with her closing it.

21. Page 11 of the PDF file titled "June 15 2024 North Valleys Incident Report by Jonnica Bowen," bates stamped WC0018 contains a true and correct copy of the narrative I provided for the general Library Incident Report regarding the incident with Drew Ribar on June 15, 2024 at the Library.

JAMIE HEMINGWAY

6