# EXHIBIT 19

# EXHIBIT 19

Washoe County Library

Record of Blocked users

Revised February 7, 2025

| DATE | ACCOUNT | SCREENSHOT/COMMENT |
|---|---|---|
| Blocked August 29, 2024<br><br>13 comments, spam | Facebook – Ribar for Nevada Assembly 40 | (screenshot of Inbox showing messages from Ribar for Nevada Assembly 40) |

| Blocked July 17, 2023<br><br>8 comments, spam | Facebook – John Bryant | <br>John Bryant https://youtu.be/QqqriwEc3y8 Director Scott is Ignorant of the LAW and the CONSTITUTION. This was a FIASCO and a violation of Federal Civil Rights Law 42 USC 1983 Deprivation of Rights as well as the 1st Amendment. The unwanted touching by Director Scott is illegal and is considered battery. The illegal trespass is an illegal "Prior Restraint" which had a "Cooling" effect on the law abiding citizens 1st Amendment. The County is liable for the damage and violations perpetrated by Director Scott. |

| | | |
|---|---|---|
| Blocked July 6, 2023<br><br>35 comments, spam | Facebook – Audit Reno |  |
| Blocked June 14, 2023<br><br>14 comments, spam, accusations of grooming by librarians<br><br>https://fb.watch/xCmYYJbxvc/ | Facebook – Louie Enos | Louie Enos<br>Sickening. These perverts have no place with kids. Stop grooming the children for your own sick enjoyment. Why don't you read to the seniors at the rest home ? We all know it's not |

| | | |
|---|---|---|
| | | about reading, it's about targeting kids. |
| Blocked June 23, 2023<br><br>21 comments, spam | Facebook – Drew Ribar | |
| Blocked May 22, 2023<br><br>9 comments, spam, slurs against LGBTQIA+ community | Facebook – Andrew Christopher LaCroix | Andrew Christopher LaCroix NO DRAG F@GS INDOCTRINATING OUR CHILDREN |
| Blocked August 27, 2022<br><br>Spam | Facebook – Rodney W. Bidmade | |



| | | |
|---|---|---|
| | | **Rod Bidmade** — 8/27/22, 12:26 PM<br><br>You morons are just disgusting people, ignorant and rude. It's always the stupid women in these places that run around like there's a real emergency. So pathetic. Joan and the rest of the molls show how thick they are. |
| Blocked date unknown | Facebook – Bong Ravy Mallorde | **Bong Ravy Mallorde** — Jun 24, 2011<br>PREJUDICE CONPIRATOR OFFICIALS 'CITY" WITHIN"POLICE FORCE" IN RENO NEVADA 89501 note: CONSPIRED EVEN WITH A PUBLIC WASHOE LIBRARY WHICH LOCATED AT 301 SOUTH CENTER WHICH THEY TOLERATE WHAT HAS BEEN TOLD OR "DICTATE" TO THEM AS SUPPOSED TO BE A "PUBLIC LIBRARIAN" BY RAVY DAN BONG BONG MOJICA ALLORDE<br>Reno, Nevada<br><br>Can't locate comments or post that prompted block. Screenshot from Bong's page for possible context of block. |
| Blocked date unknown | Facebook – Daniel Michael Hoznor | Can't locate comments or post that prompted block. |
| Blocked June 13, 2019<br><br>Direct messages and comments about pedophilia story time | Facebook – John Mandagaran | **John Mandagaran** — 6/13/19, 7:16 PM<br>I'm just wondering when the library will be hosting story time for children by drug addicted strippers? This is a segment of society that has been overlooked for too long. Then maybe pedophile hour? And no, before you start saying I'm equating these folks, I'm not. I don't give a rats ass if a guy wants to dress like a girl….in a gay bar. Why the f@$k would someone expose young children to this?? They shouldn't be exposed to anything that's this adult at all. They're kids. They should be exposed to Mickey Mouse…dressed like Mickey Mouse. You people are seriously sick. You really are. |

| | | |
|---|---|---|
| | | I'm just wondering when the library will be hosting story time for children by drug addicted strippers? This is a segment of society that has been overlooked for too long. Then maybe pedophile hour? And no, before you start saying I'm equating these folks, I'm not. I don't give a rats ass if a guy wants to dress like a girl....in a gay bar. Why the f@$k would someone expose young children to this?? They shouldn't be exposed to anything that's this adult at all. They're kids. They should be exposed to Mickey Mouse...dressed like Mickey Mouse. You people are seriously sick. You really are. |
| Blocked date unknown | Facebook – Kevin Johnson | **Kevin Johnson** Aug 9, 2016<br>This is why former Washoe County Librarian Timothy Logham should be locked up, and the key placed in cement.<br>iflscience.com<br>**Study Reveals How The Brains Of Criminal Psychopaths Are Wired**<br>Like   Share<br><br>Can't locate comments or post that prompted block. Screenshot from Kevin's page for possible context of block. |