# EXHIBIT 20

# EXHIBIT 20

Washoe County Library

Ribar Facebook Comment Record

January 1, 2023-February 7, 2025

Revised March 12, 2025

| DATE/LIBRARY POST | ACCOUNT | RIBAR SCREENSHOT/COMMENT |
|---|---|---|
| 6/1/23<br><br>https://fb.watch/yhQRdTlwsg/<br><br><br><br>**Washoe County Library**<br>Published by **Justforposting Hemingway** · **June 1, 2023** ·<br>Local actor and drag artist Christopher Daniels joins us for a web series all about storytelling strategies you can use at home or in the classroom! Today's tip is how to develop a character and keep your audience engaged. Your family can catch Chris in character as Miss Ginger Devine this summer during our | Facebook – Drew Ribar | 6/14/23<br><br>1. Drew Ribar<br>Washoe County Library is it Constitutional and lawful to discriminate by requiring a child and an adult to get into a public event? Seems to be age based and ability to have a child or custody of a child.... does the color of skin, weight, height, gender make a difference or any other criteria to exclude people from participating?? |

| | | |
|---|---|---|
| RainbowFest celebrations! Visit **washoelibrary.org/rainbowfest** for more info. **#rainbowfest** **#LGBTQIApridemonth** **#dragstoryhour** | | |
| 6/7/23 https://www.facebook.com/washoecountylibrary/posts/pfbid025vDbQEhntMW7z1noPHMffNeJYZQbxZWcXX7hkGWbgDC8qrHhXWXQvkt3D1gBUA5Ul  **Washoe County Library** Published by Hootsuite · **June 7, 2023** · We caught one of the **Friends of Washoe County Library**'s hardworking volunteers in action at the June book sale last week! This volunteer-run nonprofit works hard to support **Washoe County Library**. You | Facebook – Drew Ribar | 6/14/23 2.  Drew Ribar Eddie Lorton government can promulgate sex on children but they argue it is Unconstitutional to mention religion. 3.  Drew Ribar Washoe County Library is EXCLUSIVE NOT INCLUSIVE https://youtu.be/k6Ypz8T0Xak |

WC0989



| | | |
|---|---|---|
| can support them by shopping the book sale now through June 11. Cash or check only, please. Friends Memberships are also available. Visit **washoelibraryfriends.org** for info. | | |
| 6/13/23<br><br>https://fb.watch/xC6mViPZ-H/ | Facebook – Drew Ribar | 6/14/23 |

Washoe County Library
Published by Justforposting
Hemingway · June 13, 2023 ·
Library friend and local drag
artist Christopher Daniels has
another great #StoryTimeTip to
share. Looking for ways to get
your audience interested in the
stories you read? Let them ask
questions! Your family can catch
Chris in character as Miss
Ginger Devine this summer
during our #RainbowFest
celebrations! Visit
washoelibrary.org/rainbowfest
for more info.
#LGBTQIApridemonth
#dragstoryhour #ourcenterreno

4.    Drew Ribar
Washoe County Library you
require that an adult and a child
attend a public event? Are you
discriminating against single
individuals based on age and
whether or not an adult has a
child in their custody?



| 6/17/23 | Facebook – Drew Ribar | 6/18/23 |
|---|---|---|
| https://www.facebook.com/washoecountylibrary/posts/pfbid035CwDEQWpXjXV5qBqBzaFPFTQgmAneLT2RkGteB1aN25ooSCJv8XuFLVuAxwhmjoQl <br><br> **Washoe County Library** <br> Published by **Justforposting Hemingway** · **June 17, 2023** · <br> More great reporting about Thursday's event by Jose Davila IV with **KUNR Public Radio**! Don't forget to join us for Saturday's **#RainbowFest** celebration at the **#NorthValleysLibrary**. **washoelibrary.org/rainbowfest** | | 5. **Drew Ribar** **KUNR Public Radio** where did you come up with this number for attendance? There were not that many kids in line. <br><br> 6. Drew Ribar Lauren Marie nope not allowed in the show, white heterosexual males are not invited to this "inclusive" event in a public building. <br><br> 7. Drew Ribar Alexander Scott why would a man want to be around young children in a sexual manner?? |
| 6/18/23 <br><br> https://www.facebook.com/washoecountylibrary/posts/pfbid02ddCxSxgjhm3gJe3GMdExT55FeSyjcXAywFRtR248LTEhF8NMyGMuBEtgxh9Ar6Rwl | Facebook – Drew Ribar | 6/18/23 <br><br> 8. Drew Ribar |



Why does a grown man pretending to be a female want to spend time around very young children

9. Drew Ribar
Justine Overacker don't you believe in "science"? According to the Diagnostic Statistical Manual of Mental Health Disorders it is because the get sexually aroused... Libraries are full of great books.

**Washoe County Library**
Published by **Justforposting Hemingway** · **June 18, 2023** ·
We had another great **#RainbowFest** at the **North Valleys Library** on Saturday! Ginger Devine and Dino Valentino read some adorable books, and **Bruka Theatre Of The Sierra, Inc** amazed with a performance of some songs from their upcoming **#KinkyBoots** show. We couldn't have done it without our amazing community partners and volunteers. ❤️The kids had a blast and we are already looking forward to next month's event at the **Sparks Library** on July 15!

| 6/21/23 | Facebook – Drew Ribar | 6/21/23 |
| https://www.facebook.com/washoecountylibrary/posts/pfbid0v5NoUthpJJeg4pv985VsmiG2W | | |



LzsjDNG7ZhQB2G2D74sixf2zAH
SULgNNi2MR19ql

**Washoe County Library**
Published by Hootsuite
❓ · June 21, 2023 ·
We spotted a cute toddler and his grandpa donating to our new rocket-shaped wishing well. You'll have to see it in person to believe it! Visit the **Spanish Springs Library** to see how it works.

10. Drew Ribar
Washoe County Library is EVERYONE WELCOME??....
https://youtu.be/k6Ypz8T0Xak

| 6/13/23 | Facebook – Drew Ribar | 6/22/23 |
| --- | --- | --- |
| https://fb.watch/xC6mViPZ-H/ | | 11. Drew Ribar Washoe County Library is EXCLUSIVE not INCLUSIVE.... https://youtu.be/k6Ypz8T0Xak |

WC0993



| | | |
|---|---|---|
| **Washoe County Library**<br>Published by **Justforposting Hemingway** · **June 13, 2023** ·<br>Library friend and local drag artist Christopher Daniels has another great **#StoryTimeTip** to share. Looking for ways to get your audience interested in the stories you read! Let them ask questions! Your family can catch Chris in character as Miss Ginger Devine this summer during our **#RainbowFest** celebrations! Visit **washoelibrary.org/rainbowfest** for more info.<br>**#LGBTQIApridemonth**<br>**#dragstoryhour** **#ourcenterreno** | | |
| 6/21/23<br><br>https://www.facebook.com/washoecountylibrary/posts/pfbid0mAGRuG2xU7gDSgguFvVvicLZesMY2rCX6KTrv3kgSBA9MgZcHqwtRZca4ck5rZR2l | Facebook – Drew Ribar | 6/22/23<br><br>12. Drew Ribar |



**Washoe County Library**
Published by **Justforposting Hemingway** · **June 21, 2023** ·
Cast your vote for **#BestLibrary** in the **Reno News & Review**'s Best of Northern Nevada 2023 final round ballot! Vote now through Sunday, July 23. Winners will be announced in September.

Washoe County Library is EXCLUSIVE NOT INCLUSIVE
https://youtu.be/k6Ypz8T0Xak

6/17/23

https://www.facebook.com/washoecountylibrary/posts/pfbid02WoRtbjAb8edEWHu5cJs6R5zUgVX2xCQfhUZmzwwiQpcPmkqynxVmGqyMq7wyxnABl

**Washoe County Library**

Facebook – Drew Ribar

6/22/23

13. Drew Ribar
Washoe County Library is EXCLUSIVE NOT INCLUSIVE
https://youtu.be/k6Ypz8T0Xak

WC0995

Published by **Justforposting Hemingway** · **June 17, 2023** · We're getting ready for **#RainbowFest** and **#DragStoryHour** at the **North Valleys Library**!! The fun and festivities go on from 10 am-2 pm today, with one story time session at 10:30 am, and another at 1 pm. Our friends from **Our Center** will be here, and we'll also have a very special performance from **Bruka Theatre Of The Sierra, Inc**! See you soon! 🏳️‍🌈📚🎭

| 6/14/23 | Facebook – Drew Ribar | 6/22/23 |
|---|---|---|
| https://www.facebook.com/washoecountylibrary/posts/pfbid0qqSEqigTT6ZUzDdLmeqPjDt64vJ7FHSiDMvuNbcNBmJV4UML3YmSjrbfrQpdeFVTl  **Washoe County Library** Published by **Justforposting Hemingway** · **June 14, 2023** · | | **14.** Drew Ribar Washoe County Library why would KUNR Public Radio not show you purposely EXCLUDE people from OUR PUBLIC PLACES?? https://youtu.be/k6Ypz8T0Xak |



| | | |
|---|---|---|
| Thanks to **KUNR Public Radio** for the great report about our **Drag Story Hour** planning. We're looking forward to safe and fun RainbowFest celebrations this week! Hope to see you there! Visit **washoelibrary.org/rainbowfest** to find out when Drag Story Hour is happening at **Washoe County Library**. | | |
| 6/22/23<br><br>https://www.facebook.com/washoecountylibrary/posts/pfbid02hfF7oH5mCQhoqttw6NzmvjT9T2DoUGNzcfvRpSTpzUUqdYBVGGwvf5NvZGCeKcusl | Facebook – Drew Ribar | 6/22/23 |
| **Washoe County Library** Published by Hootsuite ⓺ · **June 22, 2023** · Find a great list of adult fiction titles to celebrate pride month under the **#WhatToRead** tab in our library catalog: **washoelibrary.org/pridebooks** | | 15.  Drew Ribar Washoe County Library EXCLUSIVELY for the LGBTQ++ Community?? Why did Director Jeff Scott try to exclude and make people leave the library while people with rainbow umbrellas walk around inside the library?? https://youtu.be/k6Ypz8T0Xak |

| 6/22/23 | Facebook – Drew Ribar | 6/22/23 |
|---|---|---|
| https://www.facebook.com/share/p/1AqE5rJStQ/  **Washoe County Library** Published by Hootsuite ❓ · **June 22, 2023** · Make kindness cards at the library in July! We will make two cards: one to give to a homebound senior and one to keep. This program is best for ages 6-12. Supplies are limited, and registration is required. For dates, times, and locations, visit **washoelibrary.org/kindnesscards**. | | 16. Drew Ribar Washoe County Library hypocrisy inclusive while excluding??? https://youtu.be/k6Ypz8T0Xak |
| 6/23/23 https://www.facebook.com/washoecountylibrary/posts/pfbid023LpTADsCicHHpD251z1wBqbH | Facebook – Drew Ribar | 6/23/23 |



hgZdECZgZZ4taG5LTjmQJpcCRZ
FWD25VpfN27y5Bl

**Washoe County Library**
Published by Hootsuite
❓ · **June 23, 2023** ·
Test your knowledge and join us
at the **Northwest Reno Library**
for a night of trivia for the
whole family! Get your trivia
team together and stop by on
the fourth Wednesday of every
month at 5:30 pm.
**washoelibrary.org/familytrivia**

17. Drew Ribar
Welcome to the Washoe County
Library where Director Jeff Scott
says everyone is welcome, then
tries to kick people out and
exclude men from certain
sections of the public library???
https://youtu.be/k6Ypz8T0Xak

6/23/23

https://www.facebook.com/wa
shoecountylibrary/posts/pfbid0
2MfDR5mvmu13zcvsxyFETbY6h
c7Yj9rG9ZRW4zCt2wvimd58RjL
QqFFctcKwn5tX3l

Facebook – Drew Ribar

6/23/23

18. Drew Ribar
Will they be able to access the
library?? Will Washoe County
Library Director Jeff Scott ask



them to leave in his "inclusive" efforts to exclude??

https://youtu.be/k6Ypz8T0Xak

**Washoe County Library**
Published by **Justforposting Hemingway** · **June 23, 2023** ·
Legal Kiosks are now available at the North Valleys Library and the Incline Village Library! Thanks to **KOLO 8 News Now** for getting the word out.

| 6/26/23 | Facebook – Drew Ribar | 6/26/23 |
| --- | --- | --- |
| https://www.facebook.com/washoecountylibrary/posts/pfbid0rRBUh7FiUifoYcd8aK1oaottj1mcWyNYePRYtjb8eazknX8ATeLeNF51K4B77SQRl | | 19. Drew Ribar<br>I hope Artown does not exclude people like Washoe County Library does....<br>https://youtu.be/k6Ypz8T0Xak |



**Washoe County Library**
Published by Hootsuite
⑦ · **June 26, 2023** ·
Reno is **Artown**! Pick up an Artown Little Book at any **Washoe County Library** location and start planning your Artown experience today. To find a library near you, visit **washoelibrary.org/locationsandhours**

| | | |
|---|---|---|
| 6/26/23 | Facebook – Drew Ribar | 6/26/23 |
| https://www.facebook.com/washoecountylibrary/posts/pfbid02cQ14rpbgQXJDDshgK1aE6qPyyzbLTucYqpu4yTzCrtEM3DrAzmHGo1MSa1GHP7SHl | | 20. Drew Ribar<br>It is a of colors Washoe County Library . Why does the library invite "everyone" while excluding some??<br>https://youtu.be/k6Ypz8T0Xak |



**Washoe County Library**
Published by Hootsuite
⑦ · **June 26, 2023** ·
The **Spanish Springs Library** is in **#SummerReadingChallenge** mode! Get **#AllTogetherNow** and join in the fun. Everyone can earn prizes for reading and participating in our **#Beanstack** Bingo Challenge. Find out how at **washoecountylibrary.us/summerreading**.

| 7/3/23 | Facebook – Audit Reno | 7/4/23 |
|---|---|---|

**Washoe County Library** updated their cover photo.

1. Audit Reno
https://youtu.be/k6Ypz8T0Xak



| 7/3/23 | Facebook – Audit Reno | 7/4/23 |
|---|---|---|
| https://www.facebook.com/washoecountylibrary/posts/pfbid0cNFnCoRSz6xQJUbFFjfbWUurbudNo5eyTNshqRy3yX56DKqStD5f1FMeQek32tjdl<br><br>**Washoe County Library**<br>Published by Hootsuite<br>❓ · **July 3, 2023** ·<br>Get ready for First Friday **#SummerBunco**! Come out for a chance to win fun prizes and make new friends! This fast-paced, loud, dice-rolling game is all chance and little skill. Great for adults and kids who like counting and math. Join us at the **North Valleys Library** on Friday, July 7, at 4:30 pm. Registration is required: **washoelibrary.org/summerbunco** | | 2.  Audit Reno<br>https://youtu.be/k6Ypz8T0Xak |
| 7/2/23 | Facebook – Audit Reno | 7/4/23 |
| https://www.facebook.com/washoecountylibrary/posts/pfbid0fDbjme6EXyCnbtVLZK2wRn5823PLVgCiR2yKwGpDHL1WPW4fmwHNbeCjzxH9qxcUl | | |



| | | 3. Audit Reno |
| --- | --- | --- |
| **Washoe County Library**<br>Published by Hootsuite<br>· **July 2, 2023** ·<br>Guest speakers from the **Nevada Department of Conservation and Natural Resources** will visit **Washoe County Library** starting Wednesday, July 5! Learn about our human connection with the environment at these sessions for multiple age groups. Learn more at **washoelibrary.org/connection**. | | https://youtu.be/k6Ypz8T0Xak |
| 7/2/23<br><br>https://www.facebook.com/washoecountylibrary/posts/pfbid01Q7x8tpyHBbCCN6tSPvpHfNrr2bfEweG9DQicH2x7EbVjdWDy1fwmae5hCLzd3il | Facebook – Audit Reno | 7/4/23<br><br>4. Audit Reno<br>https://youtu.be/k6Ypz8T0Xak |



**Washoe County Library**
Published by Hootsuite
· July 2, 2023 ·
Listen to KUNR Public Radio's "On the Shelf" Monday at 6:42 am, 8:42 am, and 3:48 pm and catch Laurie sharing some books about parenting around the world. Find the list in our catalog under the #WhatToRead tab: washoelibrary.org/3XweA4U
Recordings of past On the Shelf segments here: catalog.washoecountylibrary.us/ots

| 7/1/23 | Facebook – Audit Reno | 7/4/23 |
|---|---|---|
| https://www.facebook.com/washoecountylibrary/posts/pfbid02hHBcULdHfpM5JKKwBhGJ4MecYRKHVqzXDbUbzGwe4MZ7QLWyr5yQDPumY8C7esR1l | | 5. Audit Reno https://youtu.be/k6Ypz8T0Xak |

WC1005



**Washoe County Library**
Published by Hootsuite
· **July 1, 2023** ·
**#LibraryNews**: All of us at **Washoe County Library** wish you a very happy Fourth of July! All of our library locations will be closed Tuesday, July 4, for the Independence Day holiday. Book drops will remain available. Please visit us online at **washoecountylibrary.us** for access to online resources.

| 6/30/23 | Facebook – Audit Reno | 7/4/23 |
|---|---|---|
| https://www.facebook.com/washoecountylibrary/posts/pfbid02WQiMYLYNC7PJNkZzEKUHpz2rRCfYpLTd2t7t45ZEraf3nRQVp8jtuYdqemyvX4uEl | | 6.  Audit Reno https://youtu.be/k6Ypz8T0Xak |

WC1006



**Washoe County Library**
Published by Hootsuite
⑦ · **June 30, 2023** ·
**#LibraryNews**: The **Spanish Springs Library** has been cleared to open on Sunday, July 2. The library has been evaluated by the **Washoe County Health District** and the **#EnvironmentalProtectionAgency** and is safe to reopen after closing due to a mercury spill in the parking lot. The library will reopen in time to host its first **Artown** event of the season. Click the link for more info: **washoelibrary.org/spanishsprings reopens**

| 6/30/23 | Facebook – Audit Reno | 7/4/23 |
|---|---|---|
| https://www.facebook.com/washoecountylibrary/posts/pfbid02WosE8YBgr4CxeGy1QpDkwhkueLRDtLZe8Y9WXP9c6DN2ErhGigxRe8Mei75zWbFFl | | 7. Audit Reno https://youtu.be/k6Ypz8T0Xak |



**Washoe County Library**
Published by Hootsuite
? · **June 30, 2023** ·
We're thrilled to announce that the **Northwest Reno Library** has been chosen to host AMERICANS AND THE HOLOCAUST, a traveling exhibition from the **United States Holocaust Memorial Museum** and the **American Library Association**. It is now on display in the gallery until August 18, 2023. Please join us for the opening reception on July 12 at 5 pm. Click the link for more info:
**https://washoelife.washoecounty.gov/.../americans-and.../**

| 6/30/23 | Facebook – Audit Reno | 7/4/23 |
|---|---|---|
| https://www.facebook.com/washoecountylibrary/posts/pfbid0SxLFGn1RAfvkys2MfoaEgnujLiqhvZzcWUVGAuoLWPEpAAk3boaoH3wPMyynifDKl | | 8. Audit Reno |



| | | https://youtu.be/k6Ypz8T0Xak |
| --- | --- | --- |

**Washoe County Library**
Published by Hootsuite ? · **June 30, 2023** ·

**#LibraryNews**: The **Spanish Springs Library** has been cleared to open on Sunday, July 2. The library has been evaluated by the **Washoe County Health District** and the **#EnvironmentalProtectionAgency** and is safe to reopen after closing due to a mercury spill in the parking lot. The library will reopen in time to host its first **Artown** event of the season. Click the link for more info: **washoelibrary.org/spanishspringsreopens**

| 6/30/23 | Facebook – Audit Reno | 7/4/23 |
| --- | --- | --- |
| https://www.facebook.com/washoecountylibrary/posts/pfbid0t8ULogTHJeaAX55stuVUM2qBju8S4HKZN32w4AvGc9Ty7etLPZH3uHNgNPxhbA4el | | 9. Audit Reno https://youtu.be/k6Ypz8T0Xak |

WC1009

Washoe County Library
Published by Justforposting Hemingway ⓘ · June 30, 2023 ·
#UPDATE: Due to a hazardous material exposure, the Spanish Springs Library is closed for environmental testing. We expect the library to reopen on Sunday or early next week. Please stay tuned for additional updates.

7/4/23

https://www.facebook.com/washoecountylibrary/posts/pfbid0kjPKmQ6mjyuaTqJe9J1KXSSCgoiDPrftFLcpP74zhM1AmVZppr5fRXAigz4VW9Bgl



10. Audit Reno
https://youtu.be/k6Ypz8T0Xak



Washoe County Library
Published by JR Andrews
June 29, 2023 ·

#LibraryNews: The Spanish Springs Library is temporarily closed due to the presence of hazardous material. Please avoid the area at this time. Please stay tuned for updates.

7/4/23

https://www.facebook.com/washoecountylibrary/posts/pfbid02MFdCxmGMXgv8qVes4VdEp7bUmVh8cvNtxr3Qgr9Gd4SMAuXKoH4sjh83CTPFjvwFl

Facebook – Audit Reno

11. Audit Reno
https://youtu.be/k6Ypz8T0Xak

WC1011



**Washoe County Library**
Published by Hootsuite
❓ · **June 28, 2023** ·
We're celebrating the
**#SummerReadingChallenge**
with friendship pins! This year's
theme is **#AllTogetherNow**, and
we challenge you to visit a
**Washoe County Library** location
and gather up a collection of
friendship pins. Ask a library
staff member how to
participate!

| 7/4/23 | Facebook – Audit Reno | |
| --- | --- | --- |
| https://www.facebook.com/washoecountylibrary/posts/pfbid022wSuociLD4rVX3PpiH7goxmBFDqPKRz4iRFtnceg7tLzpMNMS5EhmjmhcXQ5AV2wl | | 12. Audit Reno<br>https://youtu.be/k6Ypz8T0Xak |



**Washoe County Library**
Published by Hootsuite
❓ · **June 27, 2023** ·
Yikes!! Chris at the **Northwest Reno Library** got up close and personal with a baby alligator named 'Chubbs' at the **#WildThings** program. The live animals will be making more library appearances this week! Waivers are required for all attendees. Visit **washoelibrary.org/wildthings** for info.

| 7/4/23 | Facebook – Audit Reno | |
|---|---|---|
| https://www.facebook.com/washoecountylibrary/posts/pfbid0rRBUh7FiUifoYcd8aK1oaottj1mcWyNYePRYtjb8eazknX8ATeLeNF51K4B77SQRl | | 13. Audit Reno<br>https://youtu.be/k6Ypz8T0Xak |

WC1013



**Washoe County Library**
Published by Hootsuite
❓ · **June 26, 2023** ·
Reno is **Artown**! Pick up an
Artown Little Book at any
**Washoe County Library** location
and start planning your Artown
experience today. To find a
library near you, visit
**washoelibrary.org/locationsan
dhours**

| | | |
|---|---|---|
| 7/4/23<br><br>https://www.facebook.com/wa<br>shoecountylibrary/posts/pfbid0<br>xeSy1XvBXKSGrh7iMY3YQZyVSc<br>XYba9XC5WJ1pJcKzv355XZe1x<br>MBbXiL79j1UqVl | Facebook – Audit Reno | 14. Audit Reno<br>https://youtu.be/k6Ypz8T0Xak |



**Washoe County Library**
Published by Hootsuite
❓ · June 26, 2023 ·
Meet your
#CommunityHelpers! Come
meet an Animal Services worker
to learn about their important
job and how you can help.
Participate in a fun activity
afterward. Registration is
required. For more info, visit
washoelibrary.org/community
helpers.

| 7/4/23 | Facebook – Audit Reno | |
| --- | --- | --- |
| https://www.facebook.com/washoecountylibrary/posts/pfbid02yJ8E3U3NDimuJFjBCrQSmXHABi9pVU2CS9Ympy1CmCYP8LPH8CbkGfr7kRA7rdW5l | | 15. Audit Reno<br>https://youtu.be/k6Ypz8T0Xak |



**Washoe County Library**
Published by Hootsuite
❓ · **June 25, 2023** ·
Listen to **KUNR Public Radio**'s "On the Shelf" Monday at 6:42 am, 8:42 am, and 3:48 pm and catch Becca sharing some of her favorite 2023 beach reads. Find the list in our catalog under the **#WhatToRead** tab: **washoelibrary.org/3Jnjxa8**
Recordings of past On the Shelf segments here:
**catalog.washoecountylibrary.us/ots**

| | | |
|---|---|---|
| 7/4/23 | Facebook – Audit Reno | |
| https://www.facebook.com/washoecountylibrary/posts/pfbid02MfDR5mvmu13zcvsxyFETbY6hc7Yj9rG9ZRW4zCt2wvimd58RjLQqFFctcKwn5tX3l | | 16. Audit Reno https://youtu.be/k6Ypz8T0Xak |

WC1016



**Washoe County Library**
Published by **Justforposting Hemingway** · **June 23, 2023** ·
Legal Kiosks are now available at the North Valleys Library and the Incline Village Library! Thanks to **KOLO 8 News Now** for getting the word out.

| 7/4/23 | Facebook – Audit Reno |
| --- | --- |
| https://www.facebook.com/washoecountylibrary/posts/pfbid023LpTADsCicHHpD251z1wBqbHhgZdECZgZZ4taG5LTjmQJpcCRZFWD25VpfN27y5Bl | 17. Audit Reno
https://youtu.be/k6Ypz8T0Xak |

WC1017



**Washoe County Library**
Published by Hootsuite
❓ · **June 23, 2023** ·
Test your knowledge and join us at the **Northwest Reno Library** for a night of trivia for the whole family! Get your trivia team together and stop by on the fourth Wednesday of every month at 5:30 pm.
**washoelibrary.org/familytrivia**

| | | |
|---|---|---|
| 7/4/23 | Facebook – Audit Reno | |
| https://www.facebook.com/washoecountylibrary/posts/pfbid02hfF7oH5mCQhoqttw6NzmvjT9T2DoUGNzcfvRpSTpzUUqdYBVGGwvf5NvZGCeKcusl | | 18. Audit Reno https://youtu.be/k6Ypz8T0Xak |

WC1018



**Washoe County Library**
Published by Hootsuite
❓ · **June 22, 2023** ·
Find a great list of adult fiction titles to celebrate pride month under the **#WhatToRead** tab in our library catalog: **washoelibrary.org/pridebooks**

| 7/4/23 | Facebook – Audit Reno | |
| --- | --- | --- |
| https://www.facebook.com/washoecountylibrary/posts/pfbid0hTfkh1ypDyvWVkTBTmYUdVBT3Qr3x936hfSmoyPn13RQhF2x2n9caCd3mpDT3B1Bl | | 19. Audit Reno<br>https://youtu.be/k6Ypz8T0Xak |

WC1019



**Washoe County Library**
Published by Hootsuite
? · **June 22, 2023** ·
Don't miss our
**#CommunityHelpers** series!
Kids are invited to meet Sheriff
Balaam at the **Downtown Reno**
**Library** on June 28 and at the
**South Valleys Library** on July
31. Registration is required.
Visit
**washoelibrary.org/community**
**helpers** for more info.

| 7/4/23 | Facebook – Audit Reno | |
| --- | --- | --- |
| https://www.facebook.com/washoecountylibrary/posts/pfbid02fpYcoGhxBVN3UZbwWk4XoCNk4Qtz2Ur6nAF7YoicAS4GUwQnPUeWXpRffs5YHjfEl | | 20. Audit Reno https://youtu.be/k6Ypz8T0Xak |

WC1020



**Washoe County Library**
Published by **Justforposting Hemingway** ❓ · **June 22, 2023** ·
Don't miss local Phantom Stallion author **Terri Farley** at the **Northwest Reno Library**! 6th-10th graders are invited to participate in a creative writing workshop with Terri today at 4 pm. Click the linked event or visit **washoelibrary.org/animalwriters** for details.

7/4/23

https://www.facebook.com/washoecountylibrary/posts/pfbid0v5NoUthpJJeg4pv985VsmiG2WLzsjDNG7ZhQB2G2D74sixf2zAHSULgNNi2MR19ql

Facebook – Audit Reno

21. Audit Reno
Marvin Reesman
https://youtu.be/k6Ypz8T0Xak

22. Audit Reno
https://youtu.be/k6Ypz8T0Xak

23. Audit Reno
Marvin Reesman a video of our very inclusively exclusive public library.

WC1021



24. Audit Reno
https://youtu.be/k6Ypz8T0Xak

**Washoe County Library**
Published by Hootsuite
· June 21, 2023 ·
We spotted a cute toddler and his grandpa donating to our new rocket-shaped wishing well. You'll have to see it in person to believe it! Visit the **Spanish Springs Library** to see how it works.

7/4/23

https://www.facebook.com/washoecountylibrary/posts/pfbid02BCDz27UJBR7xbD6yEgnBe2Xem2BT3wSDzRA2NGxMFiywtUC3uZd1PRRJk2oZhUJyl

Facebook – Audit Reno



25. Audit Reno
https://youtu.be/k6Ypz8T0Xak

**Washoe County Library**
Published by Hootsuite
? · June 20, 2023 ·
Meet your
#CommunityHelpers! This
summer, we're welcoming
Washoe County, Nevada -
Government's #RoadsTeam to
learn about what they do and
get a first look at some of their
tools and equipment.
Registration is required.
Register at
washoelibrary.org/community
helpers.

7/4/23

https://www.facebook.com/wa
shoecountylibrary/posts/pfbid0
2D9NCc5NoyGauuUb6KJRWQsR
hiwpksJsL5NK5hLUexYW2bH4V
4HPPjtokwXdeZ9Qbl

Facebook – Audit Reno

26. Audit Reno
https://youtu.be/k6Ypz8T0Xak



**Washoe County Library**
Published by Hootsuite
❓ · June 20, 2023 ·
Visit the **Northwest Reno Library** and celebrate the **#SummerReadingChallenge** with kindness! We've been gathering slips of kindness and building a paper chain across the library. Come join us and see how many of our trees we can decorate!

| | | |
|---|---|---|
| 7/4/23 | Facebook – Audit Reno | 27. Audit Reno https://youtu.be/k6Ypz8T0Xak |
| https://www.facebook.com/washoecountylibrary/posts/pfbid0kcABMg9DXfcpLdBDFRxge5G8k85i3RuNSZk23iZoZKUyucDaGkuEYWiniiaudZf8l | | |



**Washoe County Library**
Published by Hootsuite
❓ · **June 18, 2023** ·
**Washoe County Library** is proud to join in the celebration of Juneteenth Day! All branches will be closed for the holiday on Monday, June 19. Visit **www.washoecountylibrary.us** to place holds, download digital books, access research databases, and more.

| 7/6/23 | Facebook – Audit Reno | |
|---|---|---|
| https://www.facebook.com/washoecountylibrary/posts/pfbid0mL6WMVxg2PNzZrKLvNbqevgs3i46xfeNk1eboRvsiDPSXiojatfVuRBr3LEVgC1hl | | 28. Audit Reno https://youtu.be/k6Ypz8T0Xak |



| | | |
|---|---|---|
| **Washoe County Library** <br> Published by Hootsuite <br> ⊘ · **July 5, 2023** · <br> Enjoy the beautiful footwork of **Northern Nevada Scottish Highland Dance**, followed by a performance by Irish musician Doyle Stewart. They'll make an appearance at the **Sierra View Library** for **Artown** on Saturday, July 8, at 11 am. Don't miss this great event for all ages: **washoelibrary.org/scottishdancers** | | |
| 7/6/23 <br><br> https://www.facebook.com/washoecountylibrary/posts/pfbid02jYZdz9aAVhZBzMUre4wqqCffQz2VTv1Goa9UNJ5RgBty1LMtBkiWC1A7yecausH6l | Facebook – Audit Reno | 29. Audit Reno <br> https://youtu.be/k6Ypz8T0Xak |



**Washoe County Library**
Published by Hootsuite
❓ · **July 5, 2023** ·
Reno is **Artown**! The **Downtown Reno Library** is once again hosting a beautiful array of quilts by the **Truckee Meadows Quilters (TMQ)**. Stop by this month to take a look at their artistry and handiwork. And don't forget to pick up an Artown Little Book at any **Washoe County Library** location.

| 7/6/23 | Facebook – Audit Reno | |
| --- | --- | --- |
| https://fb.watch/xCj_s92Zyc/ | | 30. Audit Reno https://youtu.be/k6Ypz8T0Xak |



**Washoe County Library**
Published by **JR Andrews**
❓ · **July 4, 2023** ·

Jackie is back with another episode of Break with Baby! Tune in for an activity, a literacy tip, and a book recommendation for you and your baby. Join us for more Break with Baby every first and third Tuesday at 4 pm.

| 7/6/23 | Facebook – Audit Reno | |
|---|---|---|
| https://www.facebook.com/washoecountylibrary/posts/pfbid031SjXpiCDVQWashhBauwptcCpuAZ5cxyQe8gLqB7wneDbFAp6SxAEhcRe6iXUidN2l | | 31. Audit Reno https://youtu.be/k6Ypz8T0Xak |

WC1028



**Washoe County Library**
Published by Hootsuite
· **July 4, 2023** ·
Find this great list of adult nonfiction about the American Revolution under the **#WhatToRead** in our library catalog. Happy Independence Day! **washoelibrary.org/444jiZS**

| 7/6/23 | Facebook – Audit Reno | |
|---|---|---|
| https://www.facebook.com/washoecountylibrary/posts/pfbid0v5NoUthpJJeg4pv985VsmiG2WLzsjDNG7ZhQB2G2D74sixf2zAHSULgNNi2MR19ql | | 32. Audit Reno<br>Marvin Reesman<br>https://youtu.be/k6Ypz8T0Xak<br><br>33. Audit Reno<br>https://youtu.be/k6Ypz8T0Xak<br><br>34. Audit Reno<br>Marvin Reesman a video of our very inclusively exclusive public library. |

**Washoe County Library**
Published by Hootsuite
❓ · **June 21, 2023** ·
We spotted a cute toddler and his grandpa donating to our new rocket-shaped wishing well. You'll have to see it in person to believe it! Visit the **Spanish Springs Library** to see how it works.

35. Audit Reno
https://youtu.be/k6Ypz8T0Xak

| 7/14/23 https://www.facebook.com/washoecountylibrary/posts/pfbid0eZvShihzFNphhY7psRa5VKQCYH9nmVdLNQwXkyokLRdnsdx2s253rvHsDAKMcsg5l | Facebook – Audit Reno |  |



**Washoe County Library**
Published by Hootsuite
· **June 29, 2023** ·
Find a great list of adult nonfiction titles to celebrate pride month under the **#WhatToRead** tab in our library catalog: **washoelibrary.org/pridenonfiction**

36. Audit Reno
https://youtu.be/k6Ypz8T0Xak

---

8/28/24

https://www.facebook.com/share/p/15dGS7qyWP/

Facebook – Ribar for Nevada Assembly 40

1. Ribar for Nevada Assembly 40
Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out.
https://youtu.be/7-NNy9zjQ_Q



**Washoe County Library**
Published by Hootsuite
❓ · **August 28, 2024** ·
Watch The Fly starring Vincent Price at the South Valleys Library on Saturday, August 31, 2 pm. Each film in the Monster Mash! film series will be followed by a brief staff-lead discussion. For more information and registration:
**washoelibrary.org/monstermash**
Find the accompanying list of classic horror films in our library catalog under the DVDs tab:
**washoelibrary.org/4cZgqlI**



| 8/28/24 | Facebook – Ribar for Nevada Assembly 40 | |
| --- | --- | --- |
| **Washoe County Library** Published by **Justforposting Hemingway** · **August 28, 2024** · Shared with Public Washoe County Library updated their cover photo | | 2. Ribar for Nevada Assembly 40 Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out. https://youtu.be/7-NNy9zjQ_Q |
| 8/28/24 https://www.facebook.com/share/p/14B36zRmfB/ | Facebook – Ribar for Nevada Assembly 40 | 3. Ribar for Nevada Assembly 40 Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in |

WC1033



libraries with transexuals and keep the public out.
https://youtu.be/7-NNy9zjQ_Q

**Washoe County Library**
Published by Hootsuite
· August 28, 2024 ·
This summer, Helen at the Spanish Springs Library created a "Hearts for the Library" display. Patrons were invited to write down some of their favorite things about our libraries on colorful paper hearts. Helen collected over 500 of these positive messages, and we can't wait to share them with you! Keep an eye out for more hearts in our feed as we share the library love. ❤️

8/28/24

https://www.facebook.com/share/p/15K2WsdaFL/

Facebook – Ribar for Nevada Assembly 40

4.  Ribar for Nevada Assembly 40

WC1034



**Washoe County Library**
Published by Hootsuite
? · **August 26, 2024** ·
The award-winning Taiwanese ensemble **A Moving Sound聲動** has built a worldwide following through their joyous mix of original music and dance. Featuring the distinctive timbres of the erhu (Taiwanese fiddle) and zhong ruan (lute), and the transcendent vocals of Mia Hsieh, A Moving Sound has a compelling style all their own—a whirlwind that veers between the meditative and the exuberant with irrepressible spirit.
Learn more about a Moving Sound's music at a free meet-and-greet event at the **North Valleys Library** on Wednesday, September 25, at 3:30 pm, thanks to the **Performing Arts Series at the University of Nevada, Reno**

Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out.
https://youtu.be/7-NNy9zjQ_Q

WC1035

8/28/24

https://www.facebook.com/share/p/155e66wbGo/



**Washoe County Library**
Published by Hootsuite
❓ **August 25, 2024** ·
Listen to **KUNR Public Radio**'s On the Shelf Monday at 6:42 am, 8:42 am, 3:48 pm, and 9:20 pm to hear Laurie sharing titles about transformative hobbies. Find the list in our library catalog under the **#WhatToRead** tab: **washoelibrary.org/3WTsvC6**
Recordings of past On the Shelf segments can be found here: **catalog.washoecountylibrary.us/ots**

Facebook – Ribar for Nevada Assembly 40



5. Ribar for Nevada Assembly 40
Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out.
https://youtu.be/7-NNy9zjQ_Q

WC1036

| 8/28/24 | Facebook – Ribar for Nevada Assembly 40 | |
|---|---|---|
| https://www.facebook.com/share/p/1EFhRXej9G/  **Washoe County Library** Published by Hootsuite ❓ · **August 21, 2024** · Watch The Wolf Man starring Lon Chaney Jr. at the **South Valleys Library** on Saturday, August 10, 2 pm. Each film in the Monster Mash! film series will be followed by a brief staff-lead discussion. For more information and registration: **washoelibrary.org/monstermash** Find the accompanying list of classic horror films in our library catalog under the DVDs tab: **washoelibrary.org/4cZgqlI** | |  6.  Ribar for Nevada Assembly 40 Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out. https://youtu.be/7-NNy9zjQ_Q |



| 8/28/24 https://www.facebook.com/share/p/1K29W2Egzs/ | Facebook – Ribar for Nevada Assembly 40 | |

8/28/24

https://www.facebook.com/share/p/1K29W2Egzs/

**Washoe County Library**
Published by Hootsuite
August 21, 2024 ·
Earlier this week, **Reno Housing Authority** launched a new service kiosk at the **Downtown Reno Library** The kiosk provides an easy access point for RHA services, including printing and scanning documents, applying for services, paying rent, updating personal information, and more.
RHA Director Dr. Hilary Lopez and Deputy Director Heidi McKendree joined Washoe County Library Director Jeff Scott, Washoe County Commissioner Alexis Hill, and Ashley Martinez, a representative from U.S.

Facebook – Ribar for Nevada Assembly 40

7. Ribar for Nevada Assembly 40
Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out.
https://youtu.be/7-NNy9zjQ_Q

| | | |
|---|---|---|
| Senator Jacky Rosen's office, for the ribbon-cutting ceremony. This is a powerful tool for individuals who need housing assistance, and one more reason why the Downtown Reno Library is a place where Northern Nevadans can go when they need help. For more information, visit **washoecountylibrary.us.** | | |
| 8/28/24<br><br>https://www.facebook.com/share/p/19xhz88s4U/<br><br><br><br>**Washoe County Library**<br>Published by Hootsuite<br>❓ · **August 21, 2024** ·<br>These homeschooled siblings got their first library cards at the **South Valleys Library** earlier this month! They were so excited to fill their baskets up with new books. A **Washoe County Library** card gives all | Facebook – Ribar for Nevada Assembly 40 | 8. Ribar for Nevada Assembly 40<br>Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out.<br>https://youtu.be/7-NNy9zjQ_Q |

WC1039

| | | |
|---|---|---|
| students access to online resources like research databases, test prep, and tutoring. Visit **washoelibrary.org/schoolresou rces** to get your student started today. 📚🍎 | | |
| 8/28/24<br><br>https://www.facebook.com/share/p/1YmCwqRiHv/<br><br><br><br>**Washoe County Library**<br>Published by Hootsuite<br>❓· **August 20, 2024** ·<br>Arrrrr you ready?! This Sunday, August 25, at 11 am, the **Downtown Reno Library** will host a family-friendly Secret Word Scavenger Hunt. Will X mark the spot? Come down to find out! For more information, visit **washoecountylibrary.us.** | Facebook – Ribar for Nevada Assembly 40 | 9. Ribar for Nevada Assembly 40<br>Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out.<br>https://youtu.be/7-NNy9zjQ_Q |

| 8/28/24 | Facebook – Ribar for Nevada Assembly 40 | |
|---|---|---|
| https://www.facebook.com/share/p/1By1gJ1VK7/  **Washoe County Library** Published by Hootsuite ❓ · **August 19, 2024** · There's so much happening at **Washoe County Library**! Library Director Jeff Scott was in the **KOLO 8 News Now** studio this week with the latest news about our libraries, including the recently renovated teen zones at the **Spanish Springs Library** and **South Valleys Library**, the recent repairs at the **Downtown Reno Library**, and so much more. | | **10.** Ribar for Nevada Assembly 40 Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out. https://youtu.be/7-NNy9zjQ_Q |
| 8/28/24 | Facebook – Ribar for Nevada Assembly 40 | **11.** Ribar for Nevada Assembly 40 |

| | | |
|---|---|---|
|  Washoe County Library updated their cover photo | | Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out. https://youtu.be/7-NNy9zjQ_Q |
| 8/28/24 https://www.facebook.com/share/p/15a1ohRsFG/  **Washoe County Library** | Facebook – Ribar for Nevada Assembly 40 |  12. Ribar for Nevada Assembly 40 Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out. https://youtu.be/7-NNy9zjQ_Q |

WC1042

| | | |
|---|---|---|
| Published by Hootsuite ? · **August 18, 2024** · Listen to **KUNR Public Radio**'s On the Shelf Monday at 6:42 am, 8:42 am, 3:48 pm, and 9:20 pm to hear Jennifer sharing titles by celebrity novelists. Find the list in our library catalog under the **#WhatToRead** tab: **washoelibrary.org/3SSR3d4** Recordings of past On the Shelf segments can be found here: **catalog.washoecountylibrary.us/ots** | | |
| 8/28/24<br><br>https://www.facebook.com/share/p/166KKWmMmR/<br><br><br><br>**Washoe County Library** Published by Hootsuite ? · **August 15, 2024** · Don't let summer slip away without indulging in our ultimate summer vibes book list! From light-hearted comedies to captivating adventures, these reads will keep you in vacation mode. Find | Facebook – Ribar for Nevada Assembly 40 | <br><br>13. Ribar for Nevada Assembly 40<br>Vote NO LIBRARY TAX. Our Washoe County, Nevada - Government has partnered with Our Center to lock children in libraries with transexuals and keep the public out.<br>https://youtu.be/7-NNy9zjQ_Q |

| | | |
|---|---|---|
| the list under the **#WhatToRead** tab in our catalog: **washoelibrary.org/4cgT76z** | | |