# EXHIBIT 24

# EXHIBIT 24



**Washoe County Library System**
**NORTH VALLEYS**
**P.O. BOX 2151**
**RENO, NV, 89505**

Incident Report

Reported by:   **JBOWEN**

| Incident Types Label | POLICY | Incident Disposition |
| --- | --- | --- |

| Staff Recorder | Manager/Supervisor On Duty | Manager/Supervisor Notified |
| --- | --- | --- |
| **JBOWEN** | **JBOWEN** | **YES** |

| Incident Occurred Date | Return Date |
| --- | --- |
| **06/15/2024 at 12:00 AM** | |

| Location | Specific Location |
| --- | --- |
| **NORTH VALLEYS** | **BUILDING AND PARKING LOT FOR RAINBOWFEST 2024** |

### Contact # 1

| Full Name | Library Card Number |
| --- | --- |
| **FRED  MYER** | |



Email Address

| Age | Date of Birth | Gender | Race |
| --- | --- | --- | --- |
| | | **MALE** | **WHITE** |

| Height | Weight | Hair Color | Eye Color |
| --- | --- | --- | --- |
| **5'08"** | | **GRAY** | **UNKNOWN** |

| Approx. Age | | Build | Clothing (Limited to 49 characters) |
| --- | --- | --- | --- |
| **50 - 59** | | **AVERAGE** | |

Notes:

**FADED GREY T-SHIRT, LONG BLUE DENIM PANTS; FADED GREY BALL CAP; WIRE RIM EYEGLASSES (BLACK IN COLOR - FRAME)**

### Contact # 2

| Full Name | Library Card Number |
| --- | --- |
| **NICHELLE  HULL** | |

Email Address

| Age | Date of Birth | Gender | Race |
| --- | --- | --- | --- |
| | | **FEMALE** | **WHITE** |

| Height | Weight | Hair Color | Eye Color |
| --- | --- | --- | --- |
| **5'07"** | | **RED** | |

| Approx. Age | | Build | Clothing (Limited to 49 |
| --- | --- | --- | --- |

| Prepared By: | Submitted Date |
| --- | --- |
| JBOWEN(jbowen) | 06/18/2024 4:37 PM |
| **Signature** | **Reviewed By/Date** |
| | JBOWEN 06/18/2024 4:37 PM |

WC0008

| characters) | | | |
|---|---|---|---|
| **50 - 59** | | **AVERAGE** | |

Notes:

---

**Contact # 3**

| Full Name | | Library Card Number | |
|---|---|---|---|
| **SANDY  TIBBIT** | | | |

| | | | Email Address |
|---|---|---|---|

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| | | **FEMALE** | **WHITE** |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| **5'05"** | | **RED** | |

| Approx. Age | | Build | Clothing (Limited to 49 characters) |
|---|---|---|---|
| **50 - 59** | | **AVERAGE** | |

Notes:

**BRUNETTE HAIR WITH GREY/SALT & PEPPER**

---

**Contact # 4**

| Full Name | | Library Card Number | |
|---|---|---|---|
| **VICTORIA  MYER** | | | |

| | | | Email Address |
|---|---|---|---|

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| | | **FEMALE** | **WHITE** |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| **5'06"** | | **GRAY** | |

| Approx. Age | | Build | Clothing (Limited to 49 characters) |
|---|---|---|---|
| **60 - 69** | | **THIN** | |

Notes:

**LONG HAIR (PAST SHOULDER LENGTH)**

---

**Contact # 5**

| Full Name | | Library Card Number | |
|---|---|---|---|
| **GEOFF  KNELL** | | | |

---

| **Prepared By:** | | **Submitted Date** |
|---|---|---|
| JBOWEN(jbowen) | | 06/18/2024 4:37 PM |
| **Signature** | | **Reviewed By/Date** |
| | | JBOWEN 06/18/2024 4:37 PM |

WC0009

| | | Email Address | |  |
|---|---|---|---|---|
| Age | Date of Birth | Gender **MALE** | Race **WHITE** | |
| Height **5'05"** | Weight | Hair Color | Eye Color | |
| Approx. Age | | Build | Clothing (Limited to 49 characters) | |
| **50 - 59** | | **AVERAGE** | | |

Notes:

**CLOTHING: GREEN / BLUE CHECKED PATTERN BUTTON UP SHIRT (SHORT SLEEVES); LONG KHAKI SHORTS; BLUE BALL CAP WITH RED BRIM; WEARING BODY CAMERAS ON HIS TORSO. AT ONE POINT WAS WEARING VOICE AMPLIFICATION EQUIPMENT ON HIS PERSON.**

## Contact # 6

| Full Name **DREW JOSEPH RIBAR** | | Library Card Number | |
|---|---|---|---|

| | | Email Address | |
|---|---|---|---|
| Age **56** | Date of Birth **05/09/1968** | Gender **MALE** | Race **WHITE** |
| Height **6'00"** | Weight | Hair Color **GRAY** | Eye Color **GREEN** |
| Approx. Age **50 - 59** | | Build **MEDIUM** | Clothing (Limited to 49 characters) |

Notes:

## Addresses

| Street Number **3480** | Street Name **PERSHING LN** | | Apt./Suite |
|---|---|---|---|
| City **WASHOE VALLEY** | State **NV** | Zip **89704** | |

## Digital Media List

### Digital Media # 1

Title **MYER, TIBBITT & OTHER**

Description **Myer, Tibbitt and other protester hold up signs during dance in story time**

| Prepared By: JBOWEN(jbowen) | Submitted Date 06/18/2024 4:37 PM |
|---|---|
| Signature | Reviewed By/Date JBOWEN 06/18/2024 4:37 PM |

Page 3 of 12

WC0010

**Digital Media # 2**



Title

**VIDEO RIBAR WITH FOOT IN DOOR**

Description

**Video shows Drew Ribar obstructing door with is foot.**

**Digital Media # 3**



Title

**DREW RIBAR WITH FOOT IN DOOR**

Description

**Still of video with Drew Ribar obstructing the door with his foot.**

**Digital Media # 4**



Title

**TIBBITT PROTEST IN STORY TIME**

Description

**Tibbitt protests in story time**

**Digital Media # 5**



Title

**PROTEST INSIDE STORY HOUR**

Description

**Tibbit, Myer, & Unknown woman protest inside story time program (1)**

**Digital Media # 6**



Title

**MYER & TIBBITT 2**

Description

**altercation re: children in story time (second video)**

| Prepared By: | | Submitted Date |
|---|---|---|
| JBOWEN(jbowen) | | 06/18/2024 4:37 PM |
| **Signature** | | **Reviewed By/Date** |
| | | JBOWEN 06/18/2024 4:37 PM |

WC0011

| Digital Media # 7 | | Title |
|---|---|---|
|  | | **MYER & TIBBITT 1** |
| | | Description |
| | | **altercation re: children in story time (First video)** |

| Digital Media # 8 | | Title |
|---|---|---|
|  | | **DREW  RIBAR FOLLING FOOT IN DOOR** |
| | | Description |
| | | **altercation with Drew Ribar following his obstruction with his foot in the door.** |

**Narrative text**

Stacy interactions:


Snell- Was walking around area during set up and several volunteers and staff pointed him out .  When the event began, he was at the entrance of the event with amplified volume shouting negatively at the people in and around the booths.  I approached with security and told him that he cannot use amplification.  He argued.  I told him if he did not comply, he would be asked to leave.  He argued.  I asked him to leave and notified him that if he did not leave, he would be trespassed.  He argues so I told security to go ahead and call PD to trespass him and, as discussed in the security briefings, left the area for security to handle the situation.  Security contacted me a few minutes later and said that as soon as I walked off , he turned off his amplification and went back to the protest area .  Security warned him that if he did anything else outside of policy they would proceed with the trespass.  In my opinion, Security should have followed up on my directive to trespass him. I feel this might have set a tone for us not putting up with violations from this same group of disruptors and by him not being trespassed when I called for it, I think it sent a different message that they will get a pass for their behavior .  It also made me second guess calling for a trespass (like we had discusses) so I want to be clear with the next few events that if a staff calls for someone to be trespassed, that is it is followed through.


I was notified that a man (not sure of his name, he was wearing grey American flag shirt) was standing next to the front door with a flag and arms folded asking questions of staff who were by the door about the legality of the library being closed to the public .  I walked up and the staff stepped aside to direct the man to me .  He started arguing about the library being closed today and why was it that way when our website says that library programs are for all people. I explained that it was a special event and only children and their adult guardian were allowed to attend for this event.  He continued to argue about it.  I told him that I had no other answers for him and assured him that we are in compliance with all policy and county regulation.  He continued to argue, I let him know that I would not continue to argue and that he should not harass other staff with the same questions as they have been answered .  He stood around the same area for a while and then left that area.


I was notified that some attendees were being disruptive with their signs in the Storytime.  Apparently waving the signs and blocking views during one of the song/dance portions of the event.  By the time I got into the event, the attendees were sitting.  Identified as Sandy Tibbetts, the patron was sitting with their sign above their head, I told her that she was blocking patrons and staff behind her and that if she continued, she would be asked to leave. She lowered the sign to be in front of her head.  She was also with Victoria Meyer in the front row of the event with another woman, all were holding signs at an appropriate level by the time I left them.

| Prepared By: | | Submitted Date |
|---|---|---|
| JBOWEN(jbowen) | | 06/18/2024 4:37 PM |
| **Signature** | | **Reviewed By/Date** |
| | | JBOWEN 06/18/2024 4:37 PM |

WC0012

Later in the same event, Tibbitts moved in the aisle about the middle of the row of chairs and was standing in the aisle with her sign raised above her head.  I approached and told her that she cannot be blocking the aisle and cannot have the sign obstructing any views.  She argued that no one was behind her, she did eventually move out of the aisle and lower her sign.  After many questions about which of the children belonged to her, she refused to answer, but at one point said, "that is my grandson, right there."  Later she said she was here with her daughter or granddaughter. I believe that none of the children there were associated with her, and she was "borrowing" one of Victoria Meyers grandchildren to say they were hers.

I was asked to come out to help with a patron yelling at staff.  Sandy Tibbitts was extremely close to a staff member yelling and shaking her finger in the staff member's face.  I walked up and asked what the issue was. Tibbetts became very close to me and was shaking her finger in my face asking something about why her child was held again her will.  At this point, many staff, volunteers, and "patrons" were interacting in the central area of the booths. I loudly said that I would be the only one speaking to these complainants and told them that if they wanted to continue this issue, they would need to follow me to discuss the issue in a less congested area.  We moved to a more isolated area.  I told Tibbitts to stop yelling to step back and that she needed to calmly tell me what was going on or I could not help her.  Meyer was also relaying the story but was keeping her voice down and calmer demeaner.  They began telling me that their granddaughters were trying to leave the Storytime because they were "sick" and that Victoria had arranged for their grandfather to meet them outside but that when they went to go out the door, that they were told they could not leave by the staff member attending the door.  I told them to sit tight, and I would go investigate the issue.  I went in and talked with Tyna Sloan who said that the girls wanted to leave, that she asked them, "where is your adult because you need to stay with then for this event."  Victoria then came and talked to Tyna asking for her to allow the children to leave to which Tyna said that if they leave, they would not be allowed back in and that if the girls left, that their adults would need to leave with them since the event required that adults have children with them.  I went out and relayed this information to Tibbitts and Meyer and told them that the staff member was following all procedures perfectly for the safety and security of the children.  That they were always in the room with their "own" wards and so there was no violation of this issue and we were done talking about it.  They angrily walked off with Victoria now yelling back that, well, you are in violation of fire code anyway.

I was in the library, and someone called for me to come outside as the fire department was on site.  I walked out to see two fire department investigators surrounded by protestors telling them of the alleged issues.  The fire investigators, the NV branch manager and the fire investigators all entered the building and did a walk through.  The first investigators verified that we always had an attendant at the front door during this event and let us know that we were cleared for fire safety and that they would notify the complainants of this when they left and would encourage them to go to PD for the claims of unlawful detainment.  The fire investigators also gave us some advice about how to help with event in the future in that if we have an investigator come out and do a walk through beforehand, that they could give us a report that we are cleared so that we can just have that to show complainants in the future.  (Jonnica did go out with the investigators and reported that they were "swarmed" by the complainants but were told that we had been cleared with no violations. Jonnica, please feel free to elaborate on this part as you see fit…or any parts of this report).

I was behind the chairs in the story time when a staff member yelled for me saying " he has his foot blocking the door, he is trying to come in."  I went to the front door to see that Drew Ribar had his foot in the door, not allowing staff to close the door and was pushing his way in saying that the library should not be closed and similar yelling about taxpayer money, etc.  I walked up to the door and told staff to go ahead and move back and I pushed the door open and yelled for him to get back and as I walked out the door, he did step back, and staff closed the door and locked it behind me.  I asked him to move to a secluded area for us to talk about the incident, but he refused and said this is a public spot and we could talk right here.  He asked why the library was closed and I explained to him.  He asked again in a different way, and I told him to stop interrupting me if he wanted an answer.  I explained the nature of the special program and that we were in compliance with the county and all procedures.  He continued to basically ask the same information (should add that he was recording the entire time, would like to see that recording from his forcing his way into the library) and I told him that his information was

| Prepared By: | | Submitted Date |
|---|---|---|
| JBOWEN(jbowen) | | 06/18/2024 4:37 PM |
| **Signature** | | **Reviewed By/Date** |
| | | JBOWEN 06/18/2024 4:37 PM |

WC0013

asked and answered several times. He continued, and I said, asked and answered. He changed his line of questioning from the library being open to asking about pornography and sexual content for children. I told him that I would not answer the irrelevant questions and that I was done speaking to him about the topics as they have been asked and answered and that if he continued to ask the same things over and over, it would be considered harassment, and he would be asked to leave. I stayed in the area without engagement with him and he left a short time after without engaging any other staff as far as I know. In retrospect, I most definitely should have trespassed him for forcibly trying to enter the building and learning that an employee was injured in the incident is extremely troubling to me that I did not make the trespass call. I feel that I was a bit traumatized myself and was concerned for future actions by this individual, so was working toward escalation and was not thinking as clearly as I should and I 100% feel that I was in the wrong for not trespassing him for this forceful entry and will not make the same mistake again.

_____

Narrative from Branch Manager, Jonnica Bowen:

On Saturday, June 15, 2024, the annual RainbowFest event was held at the North Valleys Library. The following reports on multiple incidents that I (Branch Manager, Jonnica Bowen) mediated through the set up, event time, and teardown time on that day (Roughly about 9:20 AM – 1 PM):

Prior to official event kick off, about 9:25 AM, I was notified by Stacy McKenzie that she had notified a person that they were trespassed from the property; she needed me to be present to formalize it, as I am manger of the building that we have tenancy of in lieu of the property owner (Selective Real Estate).

I approached and was directed to a man approximately 50+ years, wearing long khaki cargo style shorts; a short-sleeved shirt with a green in color checkered pattern; a blue ball cap with a red brim; wearing body camera equipment (I later learned this man's last name is Snell). (I was not informed of the reason for trespass by AD McKenzie) The man was repeatedly asking staff at the entry point questions about the event in a confrontational tone while filming them. He made statements to library staff including myself that we "...are perverts" for hosting the RainbowFest event. After continued comments, repetition of the same questions and/or statements that were in relation to wanting to know if library staff were aware of specific regulatory statutes, and not asking for assistance related to the operations of library services, I asked the man to leave the day as he was in violation of library conduct policy #3, preventing library staff from conducting their job(s). He refused to leave the premises, at which point I informed him he was trespassing and needed to leave the property, or we would call for support from law enforcement. At that point, Allied Security staff stepped in to mediate the trespass, I left the area.

Shortly thereafter a different man approached me at the entry point. He was wearing a washed-out grey colored t-shirt, long denim blue jeans, a similarly colored grey ball cap; eyeglasses with a black wire frame; grey or white facial hair. He asked some questions about the event, and I answered. After a while he got involved in the "discussion" regarding the above man's trespass. After a few minutes, he further engaged me with repetitious questions about the nature of the incident with other people (not library or event services). I refused to answer his questions pertaining to other people's business with the library.

About that time another man approached having walked over from the "free speech zone," that was set up by folks wishing to protest the event, this man had a long in length, plastic corrugated sign with handwritten messages on it. It was in the style of those for yards with two wire prongs for mounting in a lawn or similar earth surface. He was wearing a black t-shirt with colorful slogans on the front. I informed this man that he may not enter the library event space with the sign. I asked him to return to the free speech zone with his sign. As I engaged with this man the other (in grey, above) began interfering with that conversation. His tone was aggressive and unrelenting. I informed the man in grey that if he did not cease his interference with my ability to do my job, I would be asking him to leave for the day. He became more aggressive in his tone and flat out refused to leave by telling me he would not do so. I asked him to leave for the day for violation of library conduct policy (#3), he again verbally and physically refused to leave. I notified him he was trespassing, and that law enforcement had been called. Allied Security intervened to enforce the trespass. I awaited the arrival of law enforcement for both incidents (away from the area per security protocol). The man with the sign remained outside the event perimeter.

Reno Police Department responded to the call for trespass. I spoke to them at length about the incidents and needs of the event. Once law enforcement showed up the activities of the protestors almost immediately slowed down and appeared to be very docile. Most individuals stayed with their tents and vehicles.

| Prepared By: | | Submitted Date |
|---|---|---|
| JBOWEN(jbowen) | | 06/18/2024 4:37 PM |
| **Signature** | | **Reviewed By/Date** |
| | | JBOWEN 06/18/2024 4:37 PM |

WC0014

I agreed with RPD officers that we would allow the two men (who were asked to leave) would be able to stay as long as they did not resume their violating behaviors according to the reason for trespass, or other violations of the library conduct policy. RPD shared this message with the group of protestors.

While I was speaking with RPD (about 30-40 minutes in total) I was informed a different man was at the main entrance of the library pulling violently at the door attempting to enter and that he was informing staff at that service point that he demanded to be let in . Branch Manager, Kristen Ryan, mediated that issue and will submit a report. (This man was wearing a grey t- shirt with an American flag logo and slogan bout the "people are pissed" or similar language to that message.)

Throughout the entirety of the event, Drew Ribar, who is known as a 1st Amendment Auditor, was at/ and inside the (outdoor) event space filming the staff and volunteers. He inserted himself in the conversation between me and RPD officers. Officers gave him verbal instructions multiple times to step back and away from others in the conversation. At no point was he or others told they could not record at the event.

Mr. Ribar was involved in several other specific incidents in which library management was required to intervene. (See associated reports). I also mediated specific questions from Mr. Ribar when he repeatedly insinuated that we (the library) are discriminating against, seniors/elderly people, homeless people, and other adult categories of people. I did not know at that time that this line of dialog was happening immediately following his attempt to rush the main library entrance and enter the closed library (facility). This was the incident that resulted in injury to a library employee. (Reports that Mr. Ribar attempted to rush the entry in between story time events. This resulted in injury to Library Assistant II, Thanh Nguyen. See accompanying reports.)

Following the end of the first story time performance, Mr. Ribar approached me and demanded to know why children were being held against their will in the library and being "locked in[side]." He proceeded to make statements and questions regarding fire code and regulation. I reiterated to him that I do not interpret law or statute and would not comment on it. About this time, I returned to watch the event entry where I was stationed.

In between the two story time sessions (10:30 & 11:30 AM), I witnessed one of our protestors (Victoria Myer) leave the library following the performance; she had a child with her and attended the story hour. (She was 50+ years; about 5'4" in height, long grey/salt & pepper colored hair; thin build. She had a grey colored cardigan with her and wore a striped top.) She attempted to double back as I was ushering at the exit. She left her sweater inside. Jennifer Cole found the sweater and brought it to her at the door.

About 30 minutes later this same woman, Victoria Myer, returned to the event area with a second lady, Sandy Tibbitt, (same height, brunette/salt & pepper colored medium length hair). They were approaching from the free speech tent and walking very fast with their cell phones positioned to video record. I could clearly see from their facial expressions and body language, and the tone of voice they were speaking in with each other that they were both in a very high state of anger. They were walking towards our event. As they entered, I greeted them and asked how I could help them. They stopped and were less than about at foot and a half ( or half an arm's length) away from me with their cell phones in front of their faces in order to record me. They demanded in yelling volume and aggressive tone to know why the lady who I saw leave the story time (Victoria Meyer's) child or grandchild (I am uncertain of the relationship) was, according to them, not allowed to leave the story time and "locked in[side]" the venue? They proceeded to demand answers relating to fire code and fire safety, I am unsure, but I think I informed them I needed to get Library Assistant Director to assist with their questions , as she may have been closer to the event and be able to better advise on their concerns. The women left me; they continued towards the front door of the library, and I found them yelling for Debi Stears ("Where's Deb?!") and yelling at library staff including Stacy (AD).

The incident became a yelling match. I observed both of the women with cell phones standing in extremely close proximity to library staff . I heard one of the two stating repeatedly that the library was "unlawfully detaining children in the event!" I raised my voice above theirs to ask them (Ms. Myer and Ms. Tibbitt) to step back and away from library staff as they remained in extremely close proximity to individuals and their personal space, the women did not move. I announced loudly that they needed to move away from the emergency exit that they were blocking. They continued to film and yell at staff, eventually Ms. Tibbitt stepped about two stride lengths aside from the emergency door. Stacy intervened and redirected the women and any one with concerns to voice those concerns to her (Stacy) and her only. I removed myself from the situation.

| Prepared By: | | Submitted Date |
|---|---|---|
| JBOWEN(jbowen) | | 06/18/2024 4:37 PM |
| **Signature** | | **Reviewed By/Date** |
| | | JBOWEN 06/18/2024 4:37 PM |

WC0015

A while later, the Reno Fire Department arrived to address a call of complaint from a man who was at the protest area. Battalion Chief Roger Mooney and Katie Walker met with me and Stacy to review the event spaces, library facility, and to review any violations of the fire code. They made a recommendation that we resituate library decoration as one of the hanging objects may have visually obstructed the emergency exit sign in one location. They found no other violation (we were not cited for any violation). They made recommendations on how to get events reviewed in advance for next year so we can have paperwork on had to show people with complaints. Chief Mooney let us know that a male called in the complaint.

While Stacy and I were speaking with the fire team, we were alerted that the two women from before (Victoria Myer and Sandy Tibbitt) were in an altercation with staff outside. Branch Manager, Kristen Ryan, mediated that incident. (See report.)

I am unaware of what time the proceeding incident happened; I believe it was sometime between the two story hours. Nichelle Hull approached the event entrance, coming from the free speech area. I was working at the entry point and greeted her. She inquired if she could come in, I welcomed her into the event. She had a hand full of half-page flyers with her. She immediately handed me one in a friendly manner. (The flyer is advertising a family bowling event at a local venue.) I immediately told her she was welcome in the festival area, but that we ask people to not solicit others with flyers at the library. She continued to walk away and proceeded to hand out flyers to at least two more people. A team member at the United Way booth had seen/heard my interaction with Ms. Hull. She was flabbergasted that Ms. Hull continued to hand out flyers after I asked her not to. I approached Ms. Hull and explained that she was very welcome at the festival, but that in order to issue flyers she needed to follow our procedure by submitting the flyer to our development officer, Jamie Hemingway, for approval. Ms. Hull became argumentative and stated she was confused by my information. I explained again what I had just told her. She continued to argue with me and then asked if she could film me explaining these things to her. I allowed her to present her cell phone to film me, which she did, she provided a recorded preamble for her video about what she was doing and "introduced" me in her speech. She recorded me. When I did not comment she attempted to get me to explain the prior information to her again. I stated only that I had explained it to her twice already and I would not do again. She interpreted for her audience her experience. She inquired about property ownership of other areas of the parking lot. She did stop recording me and left to another area that was open parking for the remaining businesses in the shopping center.

Regarding the incident with Drew Ribar and the injury to Thanh Nguyen:

I (Jonnica Bowen) received the following message from Branch Manager, Kristen Ryan:

Morning! This is Audrey's report:

Debi was leaving the building and a man rushed the door, yanked on it back open before it could be shut all the way, and stuck his foot in the door and refused to get out of the way. I didn't see anything that happened on the inside.

_____
Narrative from Branch Manager, Kristen Ryan:

This is what I remember about today's activity outside. Feel free to change the times, it was kind of a blur when things happened ??

10:00ish
Assistant Director wanted to trespass an individual right at the beginning of the event (Mr. Knell?). Jonnica and 2285 went to the front of the to explain where the protest zone was. An elderly man (unknown to me) had a protest sign right at the entrance to the event. Jonnica explained where the protest area was and that he needed to move. This individual refused, stating he had first amendment rights. While Jonnica was engaging with this individual, another individual, Mr. Knell, was filming the encounter. Mr. Knell continue to film Jonnica while stating this event is for perverts. At this time, Jonnica requested for WCSO to come out to trespass Mr Knell because he was preventing

| Prepared By: | | Submitted Date |
|---|---|---|
| JBOWEN(jbowen) | | 06/18/2024 4:37 PM |
| **Signature** | | **Reviewed By/Date** |
| | | JBOWEN 06/18/2024 4:37 PM |

WC0016

her from doing her job and for the individual who was holding the sign, refusing to move to the protest zone.

RPD showed up about 10-15 minutes later. They were talking to Jonnica about the trespass. While RPD was talking to Jonnica, Drew Ribar was filming the encounter. RPD told Drew to step away, citing safety concerns. Drew argued with RPD. At this time 2285 went to chat to Drew. 2285 asked Drew how his election went and talked about his towing company. Drew engaged with 2285 while still holding his camera towards Jonnica and RPD.

10:30ish
While 2285 was talking to Drew Ribar, Assistant Director asked 2285 to check on the individual by the front door since he looked like he was trying to get into the library. 2285 went over and talked to Wayne and explained that the library was not opened for regular service. Wayne argued how it does not state the library was closed and he wanted in. 2285 pointed at the sign that said "Most regular library services will not be available during the festival." Wayne continued to argue how the sign didn't say it was closed. 2285 redirected Wayne to the book mobile. Wayne continued to stand by the front door. Eventually Wayne went to the protest zone to sit. About 30 minutes later Wayne was sitting on the benches in front of the library holding an American Flag.

11:15ish
2285 overheard the protesters talking about the front door being locked in the library. They mentioned that this is against fire code. At this time, Sandy Tibbett and Victoria Myer, followed by Drew Ribar and Mr. Knell, rushed over to ask Jonnica about WCLS violating the fire code. They moved on to talk to Debi and Stacy about the fire code.

Shortly after this encounter, Victoria Myer and Sandy Tibbett claimed library staff were locking their grandchildren in the library and refuse to let them out. Sandy was screaming and yelling right at the ST entrance. Jonnica, Assistant Director, and 2285 both tried to calm Sandy down and have her move so she was not blocking the entrance. Eventually Assistant Director told everyone that she is the only one speaking. Assistant Director listened to Victoria and Sandy, went inside to talk to 9453. 9453 reported the children who wanted to leave did not have an adult with them as they were leaving. 9453 did not feel comfortable letting the children outside without an adult, and told them to get their adult first.

11:45ish
About this time, the fire marshals arrived since they received a complaint. As soon as they walked up to the entrance of the festival, Victoria, Sandy, Nichelle, Drew, and Mr Knell were filming the encounter. The fire marshals went into the library to do a site evaluation with Jonnica, with Victoria, Sandy, Nichelle, Drew, and Mr. Knell following them.

Noonish
While Jonnica was with the fire marshals, Bailey or 14032 called for a manager to come to the front door. 2285 responded and saw that Sandy Tibbett and Victoria Myer were having an escalated argument with Zoe (Debi's daughter), Bill (Debi's husband), Stacy Spain, and another Our Center volunteer. 2285 stepped in between the group and asked Sandy to lower her voice. Sandy complied. 2285 redirected the conversation with Victoria Myer and asked about her sister-in-law Denise Myer (2285 has a family connection with Denise Myer). 2285 and Victoria chatted about Denise and Sandy began to converse with 2285, stated it is a small world. Victoria left, while Sandy thanked 2285 for being nice. After Sandy left, Bill expressed frustration about this group wanting to fire his wife, Debi. While 2285 was chatting with Bill, Zoe, and Stacey Spain, Mr. Knell started filming the group. He tried to engage in political conversation, and 2285 said let's agree to disagree. Mr. Knell left.

_____
Incident Report (Injury) from Library Assistant II, Thanh Nguyen:

This is the incident report at the North Valleys Rainbow Festival on June 15, 2024 at around the 10:45 – 10:50AM ( the third story read by Ms. Ginger Divine).

I was watching the main door entrance. The door was always locked but when I saw any of the library staff or supporting staff with wrist band wishing to come in, I released the lock. For this incident, I saw a library staff approaching closed to the door, so I released the lock. Staff had not had a chance to come in, and there was a tall man holding his camera recording right after this person. Staff came in, and he held the opening door tight with force trying to get in while on camera recording. I held the door while bracing my body and my left arm

| Prepared By: | | Submitted Date |
|---|---|---|
| JBOWEN(jbowen) | | 06/18/2024 4:37 PM |
| **Signature** | | **Reviewed By/Date** |
| | | JBOWEN 06/18/2024 4:37 PM |

WC0017

against the locked door portion. He then used his right foot to block the door from closing while with a loud voice, demanded to come in. In short seconds, there were several staff (I noticed that Ms. Tina was right next to me) came behind me to explain and mediate the situation. The man released the door and removed himself away from the door. Moment later, my left forearm proximal to the elbow felt sore and a bruise appeared later.

I reported this incident in front of North Valleys staff with the presence of Ms. Jonnica and Ms. Pam.

_____

Statement from Jamie Hemingway, Development Officer, to Library Leadership Team on the incident leading to injury of Thanh Nguyen, due to actions by Drew Ribar:

"....It was a really loud slam and the staff member was doing her best to hold the door closed. I only got footage from inside when the door was finally closed. And by "doing her best" I mean putting her entire bodyweight into holding closed."

_____

Narrative from Beate Weinert:

3 adults in front row seats held up signs; they were accompanied by 3 youth
Looked like one individual brought 2 girls (Victoria Meyer—grandmother??), other individual joined them (Sandy Tibett?
as the event progressed 2 of the signs were brought up just above heads
refused multiple requests to please put signs lower as not to obstruct the view of those behind them
surrounding families were becoming increasingly upset—tears from both adults and youth in attendance?
Sandy became increasingly belligerent and confrontational

the 2 girls wanted to leave—mention of feeling sick
at door, were told kids needed to leave w/adult
Grandmother claimed grandfather meeting them on other side of the door
Grandmother was told she had to leave w/them since she was no longer accompanied by a child

Sandy Tibett remained in ST, stood in aisle holding up sign, refused to move out of aisle even after being told it was a safety issue; she was asked where her child was, responded w/ 'none of your business', was told she had to leave since she is no longer accompanied by an adult--Beate has video of one of the interactions between Sandy, Stacy, Debi, Beate

___

Narrative from Ashley Wade:

I'm writing to formally report patron behavior I observed at the North Valleys Library on Saturday, June 15, 2024. I was in the building 10am – 12pm to observe the Story Hour and plan my own upcoming story time.

Specifically, the two tweens sitting in the front row left the adults several times. I observed them attempt to leave where a staff member told them to get their adults for safety reasons. In the moments these children were sitting with their adults, they were keen to participate. The adult next to them responded to their attempts with to "Stop" and to "Sit down and shut up. This isn't for you." Frankly, I was concerned the children were told to leave the building so the adults could become violent.

These same adults held signs in front of their chests and, at times, their faces. These signs had logos on them and words like "pervert". I observed two parents look at the signs and start crying. I observed several parents move away to get away from these patrons.

I also observed a tall man attempting to yank the door open, pressing his body into the doorway, very close to the two staff members trying to keep it closed.

| Prepared By: | | Submitted Date |
|---|---|---|
| JBOWEN(jbowen) | | 06/18/2024 4:37 PM |
| **Signature** | | **Reviewed By/Date** |
| | | JBOWEN 06/18/2024 4:37 PM |

WC0018

Thank you for considering this information as WCLS moves forward with children's programming ,

Ashley

_____

Witness Statement from Tati Mesfin:

DQSH Witness statement:
I was standing near the entrance of the back meeting room (serving as a comfort station for the event), when I heard what sounded like a door being struck or shut abruptly by the front entrance of the library and one or two voices yelled something I couldn't distinguish. I went outside to observe, and I heard and saw Beate yell "security" three times.  Two security officers responded , running to the front entrance. A man with a camera was in front of the library entrance, arguing with staff and security that he should be allowed in the library . His manner was belligerent and argumentative. He pointed his camera to the branch hours posted by the door, stating the hours are 10am to 4pm and that he should be allowed inside. As I looked away and left to continue my duties, he continued to film and demand entrance inside the library.

I witnessed another incident closer to 1pm (the end of the event). I was in the parking lot and saw several adults (who were in the protest/petition area earlier) running towards the library. Three of them were women with their phones out, raised and in front of their faces. They appeared to be recording. They ran towards one of the unlocked emergency exits and tried to open the door.  Staff were present and blocked them from coming inside. Arguments ensued. The women with phones yelled at staff (I could not distinguish what was being said). I did hear one of the Friend of the Library Volunteers say "you should be ashamed of yourselves" to which one of the protesters with a phone yelled back "you should be ashamed of what you are all doing".

| Prepared By: | | Submitted Date |
|---|---|---|
| JBOWEN(jbowen) | | 06/18/2024 4:37 PM |
| **Signature** | | **Reviewed By/Date** |
| | | JBOWEN 06/18/2024 4:37 PM |

WC0019