# EXHIBIT 25

# EXHIBIT 25

| | |
|---|---|
| Case Number **NV2024-017** | |



**Washoe County Library System**
NORTH VALLEYS
P.O. BOX 2151
RENO, NV, 89505

## Incident Report

Reported by: **MCKENZIE, STACY**

| Incident Types Label | | Incident Disposition |
|---|---|---|
| POLICY : PATRON CONDUCT | | 365 DAY SUSPENSION - ALL BRANCHES |

| Staff Recorder | Manager/Supervisor On Duty | Manager/Supervisor Notified |
|---|---|---|
| **MCKENZIE, STACY** | **BOWENS** | **YES** |

| Incident Occurred Date | Return Date |
|---|---|
| 06/15/2024 at 10:45 AM | 06/15/2025 at 10:45 AM |

| Location | Specific Location |
|---|---|
| **NORTH VALLEYS** | **FRONT ENTRANCE TO BUILDING** |

### Contact # 1

| Full Name | Library Card Number |
|---|---|
| **DREW JOSEPH RIBAR** | |

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| 56 | 05/09/1968 | MALE | WHITE |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| 6'00" | | GRAY | GREEN |

| Approx. Age | | Build | Clothing (Limited to 49 characters) |
|---|---|---|---|
| 50 - 59 | | MEDIUM | |

### Addresses

| Street Number | Street Name | Apt./Suite |
|---|---|---|
| 3480 | PERSHING LN | |

| City | State | Zip |
|---|---|---|
| WASHOE VALLEY | NV | 89704 |

### Digital Media List

**Digital Media # 1**



| Title |
|---|
| **NOTIFICATION OF SUSPENSION** |

| Description |
|---|
| **NOTIFICATION OF SUSPENSION** |

| Prepared By: | Submitted Date |
|---|---|
| MCKENZIE, STACY(smckenzie) | 06/18/2024 5:45 PM |

| Signature | Reviewed By/Date |
|---|---|
| | MCKENZIE, STACY 06/18/2024 5:45 PM |

WC0030

**Digital Media # 2**



Title
**RIBAR WITH FOOT IN DOOR**

Description
**Ribar forcing himself in NV Door**

**Digital Media # 3**



Title
**BRUISE ON STAFF ARM**

Description
**From attempting to stop him from forcing his way in during a children's program**

**Digital Media # 4**



Title
**DREW RIBAR**

Description

| Prepared By: | | Submitted Date |
|---|---|---|
| MCKENZIE, STACY(smckenzie) | | 06/18/2024 5:45 PM |
| **Signature** | | **Reviewed By/Date** |
| | | MCKENZIE, STACY 06/18/2024 5:45 PM |

**Narrative text**

Narrative by Assistant Director Stacy McKenzie

Patron incident at North Valleys Library June 15, 2024

Rainbow fest was held at the North Valleys library on Saturday, June 15th. Notices were posted online and on the door that the building was closed for this event and patrons were redirected to the bookmobile for library services. Ribar was aware of this closure, though was arguing with various staff throughout the day, before and after this event, about his issue with the closure.

I was inside the North Valleys library monitoring the story time when a staff member who was monitoring the front door yelled for me saying "he has his foot blocking the door, he is trying to come in." I went to the front door to see that Drew Ribar had his foot in the door, not allowing staff to close the door and was pushing his way in saying that the library should not be closed and similarly yelling about taxpayer money, etc. I walked up to the door and told staff to go ahead and move back and I pushed the door open and yelled for him to get back and as I walked out the door, he did step back, and staff closed the door and locked it behind me. I asked him to move to a secluded area for us to talk about the incident, but he refused and said this is a public spot and we could talk right here. He argued about the library being closed and I attempted to explain and was looking for security to help when I was called back inside by a staff member saying that I was needed inside the building.

After attending to the issue inside, I came back out and Ribar continued to ask me about the closure to which I responded, "asked and answered, many times" and he then began asking me about my opinion on pornography for children to which I said I was done speaking with him and he should not ask other staff the same questions or that would be considered harassment and he would be asked to leave.

I stayed in the area without engagement with him and he left a short time after without engaging any other staff as far as I know.

I later found out that the staff member who was trying to keep him from entering the door was injured with a large bruise on her arm. After discussion with all staff involved it was decided that he should be suspended. This is an extension of the suspension for Ribar who was suspended from the last Rainbow Fest at Sparks library.

Link to SharePoint video of altercation with Ribar.

https://washoenv.sharepoint.com/sites/Library/admin/_layouts/15/stream.aspx?id=%2Fsites%2FLibrary%2Fadmin%2FShared%20Documents%2FNV%20DSH%206%2D15%2D24%20incidents%2FDrew%20Ribar%20with%20foot%20in%20door%2EMP4&nav=eyJyZWZlcnJhbEluZm8iOnsicmVmZXJyYWxBcHAiOiJTdHJlYW1XZWJBcHAiLCJyZWZlcnJhbFZpZXciOiJTaGFyZURpYWxvZy1MaW5rIiwicmVmZXJyYWxBcHBQbGF0Zm9ybSI6IldlYiIsInJlZmVycmFsTW9kZSI6InZpZXcifX0&ct=1718756759486&or=Outlook%2DBody&cid=D3E7D63F%2D5792%2D4E20%2DB075%2D40628D5A8C5D&ga=1&referrer=StreamWebApp%2EWeb&referrerScenario=AddressBarCopied%2Eview%2E0d8e2da1%2Dbff7%2D42a0%2Da2e4%2D6e721cd9762e

| Prepared By: | Submitted Date |
|---|---|
| MCKENZIE, STACY(smckenzie) | 06/18/2024 5:45 PM |
| **Signature** | **Reviewed By/Date** |
|  | MCKENZIE, STACY 06/18/2024 5:45 PM |