# EXHIBIT 26

# EXHIBIT 26

## DECLARATION OF THANH NGUYEN

I, Thanh Nguyen, do hereby declare, under penalty of perjury, the following:

1. I am a Library Assistant at the North Valleys Library, located at 15075 North Hills Boulevard, Suite 340 in Reno, Nevada (the "Library").

2. On Saturday June 15, 2024, I was working while the Library hosted a RainbowFest event. The RainbowFest activities were all outside the Library in the parking lot of the Library. The Library interior was closed for the event, except for the ticketed Drag Story Hour time program. The Drag Story Hour was a program for children and their parents, and required pre-reserved wrist band tickets.

3. My job for the 2023 RainbowFest at North Valleys was to watch the main entrance of the Library building and Drag Story Hour attendees in safely entering and exiting the story time. My job was also to make sure only individuals with tickets (provided through wristbands) or staff were allowed inside the Library. The door to the Library remained locked because the Library was otherwise closed, to protect the safety of Drag Story Hour attendees, and to prevent disruptions to Drag Story Hour.

4. While a Drag Story Hour program was occurring, I stood at the door, and saw some staff approaching so I released the lock around 10:45 a.m. There was also a large man, Drew Ribar, outside the Library entrance holding a small tripod with a camera. Ribar did not have a wristband ticket to enter the Drag Story Hour program. Another Library staff member exited the building, and then Ribar forcibly grabbed the door to pull it open, attempting to enter while I was simultaneously closing the door after the staff. This cause my left arm and body to be slammed into the locked door that I was standing against.

5. I was extremely startled and fearful, and screamed "oh no!" I held the door with my right hand while bracing my body and left arm against the adjacent locked door. Ribar swiftly stuck his right foot in the doorway to block me from closing it.

//

//

1

6. In a loud voice while his foot was still in the door preventing me from closing it, Ribar demanded to come into the Library, saying "You're open." I told him, "No. No, we are not open." Speaking over me while I said we were not open, Ribar stated, "You're not open? Hang on. But the schedule says you're open from 10 a.m. to 4 p.m. today, right?" I felt scared, because Ribar was being verbally combative and physically forceful.

7. Another Library staff member, Tyna Sloan came into the doorway from behind me inside the Library, and told Ribar, "We are doing a story time. Please move your foot." Assistant Director Stacy McKenzie also entered the doorway from behind me and stated to Ribar "Sir, move your foot or you will be trespassed." Ribar responded to her saying, "Trespass me please. You're open from 10 a.m. to 4 p.m. according to the sign right?" Stacy McKenzie responded, "nope, not today." Stacy Mckenzie walked outside the door, which caused Ribar to step back out of the doorway. Once Ribar moved his foot out of the doorway, I swiftly closed the door and locked it.

8. Moments after the incident, my left forearm proximal to the elbow felt really sore. Later, a bruise appeared. I was required to report my injury based on Washoe County policy, and filled out a form. The bruise remained and my arm was sore for several days after that.

9. Pages 10 and 11 of the PDF file titled "June 15 2024 North Valleys Incident Report by Jonnica Bowen," bates stamped WC0017-18 is a true and correct copy of the narrative I provided for the general Library Incident Report regarding the incident with Drew Ribar on June 15, 2024 at the Library.

10. The photographs in the PDF tiled, "Photos of Nguyen Bruise," bates stamped WC0184-188 are true and correct depictions of the bruise that developed on my left arm following the incident with Drew Ribar on June 15, 2024 at the Library.

11. On page two of the PDF titled, "June 15 2024 North Valleys Incident Report by Stacy McKenzie," bates stamped WC0031 is a true and correct depiction of the bruise that developed on my left arm following the incident with Drew Ribar on June 15, 2024, at the

1  Library.

2  12. The PDF file titled "Notice of Injury- Nguyen Incident Report," bates stamped
3  WC0028 is a true and correct copy of the incident report that I filled out pursuant to
4  Nevada Revised Statutes 616C.015 regarding my occupational injury caused by Drew
5  Ribar on June 15, 2024.

*/s/ Thanh Nguyen*
THANH NGUYEN