# EXHIBIT 27

# EXHIBIT 27

# "NOTICE OF INJURY OR OCCUPATIONAL DISEASE"
(Incident Report)
Pursuant to NRS 616C.015

Name of Employer: **Washoe County**

| | | |
|---|---|---|
| Name of Employee: **Thanh Nguyen** | Social Security Number: [redacted] | Telephone Number: [redacted] |

| Date of Accident (if applicable): **06/15/2024** | Time of Accident (if applicable): **10:45AM** | Place where accident occurred (if applicable): **North Valleys Library** |
|---|---|---|

| What is the nature of the injury or occupational disease? **Bruise and sore** | List any body parts involved: **Left forearm proximal to elbow** |
|---|---|

**Briefly describe accident or circumstances of occupational disease:**
(Note: if you are claiming an occupational disease, indicate the date on which employee first became aware of connection between condition and employment)

This is the incident report at the North Valleys Rainbow Festival on June 15, 2024 at around the 10:45 – 10:50AM (the third story read by Ms. Ginger Divine). I was watching the main door entrance. The door was always locked but when I saw any of the library staff or supporting staff with wrist band wishing to come in, I released the lock. For this incident, I saw a library staff approaching closed to the door, so I released the lock. Staff had not had a chance to come in, and there was a tall man holding his camera recording right after this person. Staff came in, and he held the opening door tight with force trying to get in while on camera recording. I held the door while bracing my body and my left arm against the locked door portion. He then used his right foot to block the door from closing while with a loud voice, demanded to come in. In short seconds, there were several staff (I noticed that Ms. Tina was right next to me) came behind me to explain and mediate the situation. The man released the door and removed himself away from the door. Moment later, my left forearm proximal to the elbow felt sore and a bruise appeared later.

I reported this incident in front of North Valleys staff with the presence of Ms. Jonnica and Ms. Pam.

**Names of witnesses:** **Tyna Sloan, Bailey Rowell, Audrey Groenlykke**

| Did the employee leave work because of the injury or occupational disease? ☐ YES  ☑ NO | If yes, when (date and time)? **06/15/2024** | Has the employee returned to work? ☑ YES ☐ NO | If yes, when (date and time)? **06/15/2024** |
|---|---|---|---|

| Was first aid provided? ☐ YES  ☑ NO | If yes, by whom? | Name and address of treating physician, if applicable or known |
|---|---|---|

| Did the accident happen in the normal course of work? (if applicable) | ☑ YES  ☐ NO | |
|---|---|---|

| Was anyone else involved? | ☑ (YES)  ☒ NO | Names of others involved: **patron (male)** |
|---|---|---|

MY EMPLOYER/INSURER MAY HAVE MADE ARRANGEMENTS TO DIRECT ME TO A HEALTH CARE PROVIDER FOR MEDICAL TREATMENT OF MY INDUSTRIAL INJURY OR OCCUPATIONAL DISEASE. I HAVE BEEN NOTIFIED OF THESE ARRANGEMENTS.

_[Supervisor's Signature]_    Date: **6.15.2024**

_[Signature of Injured or Disabled Employee]_    Date: **06.15.2024**

TO FILE A CLAIM FOR COMPENSATION, SEE REVERSE SIDE, SECTION ENTITLED, CLAIM FOR COMPENSATION (FORM C-4).

*For assistance with Workers' Compensation Issues you may contact the State of Nevada for Consumer Health Assistance Toll Free: 1-888-333-1597  Web site: http://dhhs.nv.gov/Programs/CHA  E-mail: cha@govcha.nv.gov*

Employee should sign, date and <u>retain</u> a copy.
*Original to Employer, Copy to Employee*

C-1 (Rev. 02/20)
WC0028