# EXHIBIT 28

# EXHIBIT 28