# EXHIBIT 29

# EXHIBIT 29



# SUSPENSION POLICY

Suspension of Library privileges is an option used when users exhibit or engage in behavior that violates any Library Policy, City or County Ordinance, or State Law.

- Incident reports will be completed as soon as possible after the incident and filed with Library Administration. The report may be mailed or delivered at the next opportunity.

- Library staff will indicate the applicable information in the incident report including but not limited to:
    - Violation of Library Policy, City or County Ordinance, or State Law
    - Law Enforcement involvement
    - User name (if known) and physical description
    - Length of suspension
    - Building suspension (system-wide or branch specific)
    - Borrowing privilege suspension
    - Computer access suspension
    - Method of user notification

- Acts of aggression or verbal threats or behaviors that require the presence of law enforcement will result in suspension from all Washoe County Libraries. System-wide suspensions will be forwarded to Library Leadership Team.

- Right to appeal;
    - Within 10 days, any action by a staff member may be appealed by contacting Washoe County Library Administration.
    - The first appeal shall be made to the Assistant Library Director
    - A second possible appeal may be made to the Library Director.
    - A third and final appeal may be made to the Library Board of Trustees. The decision of the Library Board of Trustees is final.
    - Failure to file an appeal within 10 days of the suspension, or within 10 days of a first and/or second appeal decision, will be considered a waiver of the right to appeal.

**APPROVED:** **March 19, 2003**
**REVISED:** **July 18, 2007**
**REVISED: May 19, 2016**

WC0189

# Appeals Process: Suspension of privileges

Washoe County Library System relies on policy for decision making. Citizens whose requests for services have been denied have the right to appeal those decisions by completing the following information and submitting it to the Assistant Library Director. The Assistant Library Director may refer the matter to an appropriate Library Coordinator with subject expertise. If not satisfied with the decision of the Assistant Library Director the citizen can appeal to the Library Director, if still not satisfied; the citizen can appeal and appear before the Library Board of Trustee.

Privilege revoked:
- ☐ Public Internet privileges revoked.
- ☐ Adults asked to vacate a youth area.
- ☐ Patron suspended from library.

Please state the reason for your request. _____
_____
_____
_____

Have you read in its entirety the appropriate Washoe County Library Policy?
Available at www.washoecountylibrary.us
- ☐ Public Internet Access Policy
- ☐ Patron Suspension Policy
- ☐ Adult Patron Use of Youth Areas Policy
- ☐ Unattended Children's Policy

Request initiated by _____
      Address _____
      State _____ Zip _____ Phone _____

Do you represent:
      _____ Yourself
      _____ Organization (name) _____

Date: _____ Signature of Patron: _____

Date: _____ Received by Staff Member: _____

Please fill out this form in its entirety, and mail to:

Appeals Process
Library Administration
301 S. Center Street
Reno, NV 89501

WC0190