# EXHIBIT 36

# EXHIBIT 36



Drew Ribar

3480 Pershing Ln

Washoe Valley, NV 89704


Mr. Ribar,

This letter is in response to your appeal for your library privileges to be reinstated. I have reviewed the information you submitted and the library staff's information. You attempted to break into a children's Storytime at the North Valleys Library. Assistant Library Director Stacy McKenzie sent you the information relating to your suspension, and it appears you are not refuting it.

Washoe County Libraries serve everyone, and it is crucial that everyone feels welcome and safe at our library. Your actions, which include harassing library staff and patrons and attempting to break into a Storytime for children, disrupt our operations and make it difficult for us to fulfill our mission. Regardless of your personal opinions, this is not acceptable to us. Since you have not denied these allegations, and there is ample evidence online, some of which has been provided by you of your conduct, I am denying your appeal.

If you choose to appeal this decision, you may do so at the subsequent Washoe County Board of Library Trustees meeting on Wednesday, August 21st, at 5:30 p.m. at the Sierra View Library. You will have an opportunity to address the board at that time.

Please let me know if you need any other information.

Sincerely,

Jeff Scott

Library Director

Washoe County Library

WC0041