# EXHIBIT 38

# EXHIBIT 38



**LIBRARY BOARD OF TRUSTEES MEETING MINUTES**

WEDNESDAY, August 21, 2024
5:30 P.M.
Sierra View Library
4001 S Virginia St, Reno, NV 89502

0) Salute to the Flag

1) Roll Call [Non-Action Item]

    Board Members Present:  Ann Silver, Chair
                                    Tami Ruf, Vice Chair
                                    Gianna Jacks, Board Trustee
                                    Leah Moser, Board Trustee (Via Zoom)

    Board Members Absent:  Al Rogers, Board Member

    County Staff Present:     Jeff Scott, Library Director
                                    Herb Kaplan, Assistant District Attorney

2) Public Comment – Three Minute Time Limit Per Person [Non-Action Item] No discussion or action by the Board may be taken upon any matter raised under this public comment section until the matter has been specifically included on an agenda.

1. Mark Pritchard: Thanked the library and staff and looks forward to future programs.

2. Joni Hammond: Spoke on the event she attended and was not treated well when she was trying to be at the event.

3. Sandee Tibbett: Spoke on her opposition for drag queen story event. Would like to see the event held at another place and not the library.

WC0143

viewpoints. Each presenting group will have equal access and equal rights. The applicant will have 5 minutes to present the case in support of the appeal. [For Possible Action]

> Bruce Parks presented information about his submittal and correspondence with the library concerning his program submission. He expressed his concern about the timeline of correspondence and about the subsequent denial of his program submission.
>
> Vice Chair Ruf made a motion to direct the Library Policy Committee to revisit/revise the Library Events Policy including calendar specificities regarding responses to an applicant.
>
> Chair Silver added that it be presented at the next meeting.
>
> Trustee Jacks seconded the motion.
>
> The motion passed with a unanimous vote of 4 to 0.

b) Discussion and Possible Action on Appeal of the Suspension of Sandie Tibbit from all Washoe County Libraries. The Library will be given 5 minutes to present the case in support of the denial/suspension. The person appealing will then be given 5 minutes to present his/her case in support of the appeal [For Possible Action]

> Stacy McKenzie, Assistant Library Director, spoke in support of upholding the suspension of Sandee Tibbett.
>
> Sandee Tibbett spoke to appeal her one-year suspension from the Washoe County Public Libraries.
>
> The Library board discussed the issue and asked questions of Tibbett, McKenzie and Bowen.
>
> Trustee Jacks presented a motion to uphold the suspension but to end said suspension as of midnight on the dates of this board meeting, 8/21/24 with a provision that this would serve as a warning from the board.
>
> Trustee Moser seconded the motion.
>
> Motion passed with a vote of 3 to 1. Trustee Ruf voted in opposition to the motion.

c) Discussion and Possible Action on Appeal of the Suspension of Drew Ribar from all Washoe County Libraries. The Library will be given 5 minutes to present the case in support of the denial/suspension. The person appealing will then be given 5 minutes to present his/her case in support of the appeal [For Possible Action]

> Stacy McKenzie, Assistant Library Director spoke in support of upholding the suspension of Drew Ribar.

> Meeting was recessed briefly at 7:16 pm for a disturbance outside the meeting room doors.
>
> Meeting resumed at 7:20 pm.
>
> Drew Ribar spoke to appeal his one-year suspension from the Washoe County Public Libraries.
>
> The Library board discussed the issue and asked questions of Ribar, McKenzie and Bowen.
>
> Trustee Moser made a motion to deny the appeal and uphold the suspension for the full one-year term for Mr. Ribar.
>
> Trustee Ruf seconded the motion.
>
> Motion passed with a vote of 3 to 1.  Trustee Jacks voted in opposition to the motion.

d) Discussion and Possible Action on Appeal of the Suspension of Fred Myer from all Washoe County Libraries. The Library will be given 5 minutes to present the case in support of the denial/suspension. The person appealing will then be given 5 minutes to present his/her case in support of the appeal [For Possible Action]

> Jonnica Bowen, Branch Manager of North Valleys Library, spoke in support of upholding the suspension of Fred Myer.
>
> Fred Myer spoke to appeal his one-year suspension from the Washoe County Public Libraries.
>
> The Library board discussed the issue and asked questions of Myer, McKenzie and Bowen.
>
> Chair Silver called for a recess at 8:33 pm.
>
> Meeting resumed at 8:40 pm.
>
> Trustee Jacks proposed a motion to uphold the suspension but to end said suspension as of midnight on the dates of this board meeting, 8/21/24.
>
> Trustee Moser seconded the motion.
>
> Motion passed with a unanimous vote of 4 to 0.

7) Reports

a) Library Director Update by Director Jeff Scott [Non-Action Item]

> Director Scott presented info about the library servicing as an evacuation site, cancelling of Drag Story Hour, a planned memorial for Al Stoas, the ribbon cutting