# EXHIBIT 48

# EXHIBIT 48

## DECLARATION OF SERGEANT GOMEZ

I, Sergeant Gomez, do hereby declare, under penalty of perjury, the following:

1. I am a Washoe County Sheriff's Sergeant, employee number 4066.

2. On Tuesday November 12, 2024, at approximately 11:01 a.m., I responded to a call for service at the South Valleys Library regarding a subject who was previously trespassed, causing a verbal disturbance, and refusing to leave. When I arrived, a white male, about 60 years old, wearing jeans and a jacket, and wearing a camera harness on his chest, was standing outside next to a small tripod holding another camera and speaking with Deputy Sapida.

3. Deputy Sapida asked Ribar, "Do you have your ID on you sir?" Ribar responded, "Do you have a reasonable cause," and Deputy Sapida stated, "'cause we're contacting you for a call for-about trespassing." Ribar spoke over Deputy Sapida, and said "but- but- do you have a reasonable articulable suspicion that I committed a crime? I'm not trying to be difficult. There's just the law." Deputy Sapida explained, "Right now they're saying you're trespassed from the building. That's what we're trying to investigate." Ribar spoke over Deputy Sapida, and stated "if it's under threat of arrest, you've got cause, I will give it to you 'cause there's caselaw that says I've got to. If you don't have any reasonable suspicion I will not if I'm not going to be arrested." Deputy Sapida attempted to re-articulate the basis for his request, stating "so, right now, 'cause they called us for a possible trespassing we do have the legal authority to be here and there's NRS that says you have to provide information–your identification–your information, like it applies." Ribar did not immediately provide Deputy Sapida his ID card, and instead stated "So is it under threat of arrest? If I don't give you my ID I will be arrested." Deputy Sapida explained it would "come down to obstructing and resisting." Ribar cut him off, stating "I just need you to clarify" regarding a "threat of arrest." Ribar then claimed he was never "given lawful notice" of a trespassing. Ribar was verbally combative and was refusing to provide his ID.

1

4. I stepped in and told Ribar, "You have to provide your ID, please. Under 171.123, we're doing a lawful investigation here, okay. We're trying to do right be you and make sure you're lawfully trespassed..." Ribar then picked up his camera tripod and held it toward me. Ribar told me about his "federal lawsuit" against a Carson City deputy, and that he was going to file a federal lawsuit against Washoe County "in the next week or two" and that "this will just add to it or not add to it." I again asked for Ribar's ID card, and he provided it to me. I handed the ID card to Deputy Sapida who used it to confirm Ribar's identity.

5. When I questioned Ribar as to whether he has ever been in trouble with the Library, Ribar responded, "Oh, I'm restricted. I was restricted for a year." Ribar then claimed that Library Director Jeff Scott battered him, Ribar reported it, and "you guys did nothing... you shit-canned it." I explained I was not personally involved in any of that. Ribar also talked at me regarding the "transexual story hour."

6. When Deputy Rothgeb came outside from the Library, he explained to Ribar that Ribar was trespassed from the Library except to attend public meetings. Ribar questioned the nature of the trespass and questioned his "press rights." Ribar told us to read the Constitution, and claimed he did not know whether he was restricted from entering a Washoe County Library to "ask questions." Based on this, I went into the Library to investigate and get clarification regarding the trespass.

7. Inside the Library, I met with Jennifer Cole ("Ms. Cole") who was in charge of the South Valleys Library that day. Ms. Cole explained that Ribar was suspended from the Library after an incident that injured a Library employee. Ms. Cole explained why Ribar was trespassed, but still allowed to attend public meetings at the Library—this was because of Nevada's Open Meeting Law. I attempted to verify whether Ribar was provided some kind of notice regarding the suspension, because Ribar claimed he was never "served with notice."

//

8. I then spoke via phone to Library Assistant Director McKenzie. I turned off my bodyworn camera to avoid violating Nevada law's prohibition of recording phone calls. During this conversation, I learned that Ribar *was* served with notice of his suspension and other paperwork in person and via mail in June 2024, Ribar appealed the suspension to Assistant Director McKenzie, Ribar's first appeal was denied, Assistant Director McKenzie sent him a detailed letter explaining the bases for the denied appeal, Ribar then appealed his suspension to the Library Director Jeff Scott who denied that appeal, Ribar was sent written notice that second appeal was denied, Ribar then exercised a third appeal to the Library Board of Trustees, and finally, in August 2024, the Library Board of Trustees upheld Ribar's Library suspension.

9. After the call with Assistant Director McKenzie, Jennifer Cole provided me a copy of the Library Board of Trustees meeting minutes where Ribar's suspension was upheld.

10. I returned outside with the printed Library Board of Trustee meeting minutes to explain to Ribar that he is trespassed from the Library. Ribar acknowledged he was suspended, that he appealed, and that the suspension was upheld. Ribar also asked me, "so I can't go to the public meetings either?" I explained that Ribar could attend public meetings due to a "loophole," and that Ribar knows this. Ribar interrogated me regarding the Constitution and his status as "press."

11. I provided Ribar a trespass warning, and then I left the premises as Ribar was leaving.

12. The bodyworn camera footage identified in the .mp4 files titled "UNWANTED_SUBJECT (1) Body Cam Footage 11-12-2024" and "UNWANTED_SUBJECT (2) Body Cam Footage 11-12-2024" are true and correct copies of my bodyworn camera footage recorded on November 12, 2024, for the call for service regarding Drew Ribar at South Valleys Library.



SERGEANT GOMEZ #4066