LINDSAY L. LIDDELL
Deputy District Attorney
Nevada State Bar Number 14079
COBI BURNETT
Deputy District Attorney
Nevada State Bar Number 16505
One South Sierra Street
Reno, NV 89501
lliddell@da.washoecounty.gov
cburnett@da.washoecounty.gov
(775) 337-5700

ATTORNEYS FOR WASHOE COUNTY
DEFENDANTS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

DREW RIBAR,

    Plaintiff,

vs.

WASHOE COUNTY, et al.

    Defendants.

Case No. 3:24-CV-00526-ART-CLB

**NOTICE OF MANUAL FILING**

Washoe County, Washoe County Library System ("Library"), Jeff Scott ("Director Scott"), Stacy McKenzie, Jonnica Bowen, Jennifer Cole, Deputy "Rothkin" (Rothgeb), Deputy Sapida, and Sgt. Gomez ("Washoe County Defendants") by and through counsel, Lindsay Liddell, Deputy District Attorney, and hereby file Exhibit 10 Video Footage from June 15, 2023 Drag Queen Story at the Reno Library, Exhibit 12 Video Footage from June 15, 2023 Drag Queen Story at the Sparks Library, Exhibit 22 Video Footage from June 15, 2024 Drag Queen Story at the North Valleys Library, Exhibit 31 Video Footage from June 20, 2024, Exhibit 37 Video Footage from August 21, 2024, Exhibit 40 Video Footage from November 12, 2024, Exhibit 43 Non Emergency 911 Dispatch Call, Exhibit 45 Body Cam Footage of Trespassing Incident, Exhibit 49 Body Cam Footage of Unwanted Subject-

Video 1, and Exhibit 50 Body Cam Footage of Unwanted Subject-Video 2 attached to the Motion For Summary Judgment (ECF No. 99), filed electronically on July 9, 2025.

Dated this 9th day of July, 2025.

By:   /s/ Lindsay Liddell
LINDSAY L. LIDDELL
COBI BURNETT
Deputy District Attorney
One South Sierra Street
Reno, NV  89501
(775) 337-5700

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, I deposited for mailing in the U.S. Mails, with postage fully prepaid, a true and correct copy of the foregoing document in an envelope addressed to the following:

DREW RIBAR
3480 PERSHING LANE
WASHOE VALLEY. NV 89704

ALISON R. KERTIS, ESQ.
SIERRA CREST BUSINESS LAW GROUP
6770 SOUTH MCCARRAN BLVD
FIRST FLOOR
RENO, NV 89509

Dated this 9th day of July, 2025.

                                                    /s/ S. Haldeman
                                                    S. Haldeman