Alison R. Kertis, Esq. (NSB 13875)
akertis@sierracrestlaw.com
Jerry C. Carter, Esq. (NSB 5905)
jcarter@sierracrestlaw.com
SIERRA CREST BUSINESS LAW GROUP
6770 S. McCarran Blvd., Reno, Nevada 89509
(775) 448-6070, Facsimile: (775) 473-8292
*Counsel for Defendant BUILD OUR CENTER*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DREW RIBAR,<br><br>    Plaintiff,<br><br> v.<br><br>WASHOE COUNTY; WASHOE COUNTY LIBRARY SYSTEM; JEFF SCOTT; THANH NGUYEN; JAMIE HEMINGWAY; BEATE WEINERT; STACY MCKENZIE; JONNICA BOWEN; BEN WEST; BUILD OUR CENTER, INC.; STACEY SPAIN; ANGELINE PETERSON; CHRISTOPHER DANIELS; DEPUTIES ROTHKIN, SAPIDA, GOMEZ; KRISTEN RYAN, JENNIFER COLE; and JOHN/JANE DOES 1-10;<br><br>    Defendants. | Case No. 3:24-cv-00526<br><br>**DEFENDANT BUILD OUR CENTER'S RESPONSE TO PLAINTIFF DREW RIBAR'S SUPPLEMENTAL OPPOSITION TO DEFENDANT BUILD OUR CENTER'S ERRATA RE MOTION FOR CASE MANAGEMENT CONFERENCE, RESTRAINING ORDER, AND SANCTIONS** |

Defendant BUILD OUR CENTER INC., by and through its undersigned counsel, respectfully files *Defendant Build Our Center's Response to Plaintiff Drew Ribar's Supplemental Opposition to Defendant Build Our Center's Errata Re Motion for Case Management Conference, Restraining Order and Sanctions.*

This *Response* is made and based upon all records and pleadings on file herein, together with every exhibit attached hereto (each of which is incorporated herein by reference), as well as the points and authorities set forth directly below.

In support of this Response, BOC states as follows:

**MEMORANDUM OF POINTS AND AUTHORITIES**

To the extent a response is necessary to *Plaintiff's Supplemental Opposition to Defendant Build Our Center's Errata re Motion for Case Management Conference, Restraining Order, and Sanctions* ("Supplemental Opposition") [ECF

137], BOC responds as follows: BOC filed an Errata on September 22, 2025 [ECF 133] solely to correct typographical errors in its Motion [ECF 130]. Filing an errata to clarify minor mistakes is standard practice and was not, as Mr. Ribar alleges, a nefarious attempt to "back-door amend" BOC's Motion. The corrections merely clarify the record and introduce no new factual or legal arguments. As such, the Court should disregard Mr. Ribar's Supplemental Opposition and consider the filing as more documentation of Mr. Ribar's continued vexatious litigation. Further, Mr. Ribar is precluded from filing a supplement without leave of court. LR 7-29(g). "A party may not file supplemental pleadings, briefs, authorities, or evidence without leave of court granted for good cause. The judge may strike supplemental filings made without leave of court." *Id.*

DATED September 30, 2025.   SIERRA CREST BUSINESS LAW GROUP

By: */s/ Alison R. Kertis, Esq.*
Alison R. Kertis Esq.
jcarter@sierracrestlaw.com
Alison R. Kertis, Esq. (NSB 13875)
akertis@sierracrestlaw.com
6770 S. McCarran Blvd., Reno, NV 89509
(775) 448-6070, Fax: (775) 473-8292
*Counsel for Defendant Build Our Center*

Case 3:24-cv-00526-ART-CSD   Document 146   Filed 09/30/25   Page 3 of 4

# **CERTIFICATE OF SERVICE**

I certify that I am an employee of the SIERRA CREST BUSINESS LAW GROUP who, on the below-written date, caused a true copy of the foregoing to be transmitted via email and also to be filed using the above-entitled Court's electronic filing (CM/ECF) system which will automatically e-serve the same) on the person(s) and/or entity(ies) set forth directly below:

**Drew Ribar**
480 Pershing Lane, Washoe Valley, NV 89704
(775) 223-7899
const2audit@gmail.com
*Plaintiff in propria persona*

**Lindsay L. Liddell** (SBN 14079)
**Andrew Cobi Burnett** (SBN 16505)
DEPUTY DISTRICT ATTORNEYS
One South Sierra Street Reno, NV 89501
lliddell@da.washoecounty.gov
cburnett@da.washoecounty.gov
(775) 337-5700
*Counsel for Plaintiffs Washoe County and its Library System, Jeff Scott, Stacy Mckenzie, Jonnica Bowen, Jennifer Cole; Deputy C. Rothkin, Deputy R. Sapida, and Sgt. George Gomez*

DATED: September 30, 2025.

                                                */s/ Monica R. Leazer*

                                                an employee of the
                                                SIERRA CREST BUSINESS LAW GROUP


# INDEX OF EXHIBITS

to

DEFENDANT BUILD OUR CENTER'S RESPONSE TO
PLAINTIFF DREW RIBAR'S SUPPLEMENTAL OPPOSITION TO
DEFENDANT BUILD OUR CENTER'S ERRATA RE MOTION FOR CASE
MANAGEMENT CONFERENCE, RESTRAINING ORDER, AND SANCTIONS

re

*Ribar vs. Washoe County, et alia*
*(Case No. 3:24-cv-00526)*

| Exhibit No. | Exhibit Description | Pages (+ Cover) |
|---|---|---|
|  | None, |  |
|  | Not applicable. |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |