Alison R. Kertis, Esq. (NSB 13875)
akertis@sierracrestlaw.com
Jerry C. Carter, Esq. (NSB 5905)
jcarter@sierracrestlaw.com
SIERRA CREST BUSINESS LAW GROUP
6770 S. McCarran Blvd., Reno, Nevada 89509
(775) 448-6070, Facsimile: (775) 473-8292
*Counsel for Defendant BUILD OUR CENTER*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DREW RIBAR,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>WASHOE COUNTY; WASHOE COUNTY LIBRARY SYSTEM; JEFF SCOTT; THANH NGUYEN; JAMIE HEMINGWAY; BEATE WEINERT; STACY MCKENZIE; JONNICA BOWEN; BEN WEST; BUILD OUR CENTER, INC.; STACEY SPAIN; ANGELINE PETERSON; CHRISTOPHER DANIELS; DEPUTIES ROTHKIN, SAPIDA, GOMEZ; KRISTEN RYAN, JENNIFER COLE; and JOHN/JANE DOES 1-10;<br><br>　　　　　　Defendants. | Case No. 3:24-cv-00526<br><br>**DEFENDANT BUILD OUR CENTER'S RESPONSE TO PLAINTIFF DREW RIBAR'S MOTION TO STRIKE DEFENDANT BUILD OUR CENTER'S EXHIBITS 6 AND 7** |

Defendant BUILD OUR CENTER INC., by and through its undersigned counsel, respectfully files this Response to *Plaintiff's Motion to Strike Defendant Build Our Center's Exhibits 6 and 7* [ECF 136].

This Response is made and based upon all records and pleadings on file herein, together with every exhibit attached hereto (each of which is incorporated herein by reference), as well as the points and authorities set forth directly below.

In support of this Response, BOC states as follows:

### MEMORANDUM OF POINTS AND AUTHORITIES

To the extent a response is necessary to *Plaintiff's Motion to Strike Defendant Build Our Center's Exhibits 6 and 7* [ECF 136], BOC responds as follows: *Defendant Build Our Center's Motion for Case Management Conference, Restraining Order, and Sanctions* [ECF 130] was filed due to Mr. Ribar's alarming

and escalating conduct from September 8, 2025, through September 18, 2025, which included pursuing BOC board members and volunteers at their workplaces and sending vexatious emails to Counsel Kertis and Jerry C. Carter, Esq. and loitering on Sierra Crest's property after business hours with no lawful purpose. Rather than address his troubling behavior, Mr. Ribar doubles down, ignoring the real and present danger created by his vexatious litigation and toxic online content. His "Motion to Strike" lacks any legal basis or substantive value and serves only to distract the Court from the real issues.

DATED September 30, 2025.    SIERRA CREST BUSINESS LAW GROUP

By: */s/ Alison R. Kertis, Esq.*
_____
Alison R. Kertis Esq.
jcarter@sierracrestlaw.com
Alison R. Kertis, Esq. (NSB 13875)
akertis@sierracrestlaw.com
6770 S. McCarran Blvd., Reno, NV 89509
(775) 448-6070, Fax: (775) 473-8292
*Counsel for Defendant Build Our Center*

# CERTIFICATE OF SERVICE

I certify that I am an employee of the SIERRA CREST BUSINESS LAW GROUP who, on the below-written date, caused a true copy of the foregoing to be transmitted via email and also to be filed using the above-entitled Court's electronic filing (CM/ECF) system which will automatically e-serve the same) on the person(s) and/or entity(ies) set forth directly below:

**Drew Ribar**
480 Pershing Lane, Washoe Valley, NV 89704
(775) 223-7899
const2audit@gmail.com
*Plaintiff in propria persona*

**Lindsay L. Liddell** (SBN 14079)
**Andrew Cobi Burnett** (SBN 16505)
DEPUTY DISTRICT ATTORNEYS
One South Sierra Street Reno, NV 89501
lliddell@da.washoecounty.gov
cburnett@da.washoecounty.gov
(775) 337-5700
*Counsel for Plaintiffs Washoe County and its Library System, Jeff Scott, Stacy Mckenzie, Jonnica Bowen, Jennifer Cole; Deputy C. Rothkin, Deputy R. Sapida, and Sgt. George Gomez*

DATED: September 30, 2025.

　　　　　　　　　　　　　　　　　　　　　/s/ Monica R. Leazer
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　an employee of the
　　　　　　　　　　　　　　　　　　　　　SIERRA CREST BUSINESS LAW GROUP

**INDEX OF EXHIBITS**

to

DEFENDANT BUILD OUR CENTER'S RESPONSE TO
PLAINTIFF DREW RIBAR'S MOTION TO STRIKE
DEFENDANT BUILD OUR CENTER'S EXHIBITS 6 AND 7

re

*Ribar vs. Washoe County, et alia*
*(Case No. 3:24-cv-00526)*

| Exhibit No. | Exhibit Description | Pages (+ Cover) |
|---|---|---|
|  | None, Not applicable. |  |