Alison R. Kertis, Esq. (NSB 13875)
akertis@sierracrestlaw.com
SIERRA CREST BUSINESS LAW GROUP
6770 S. McCarran Blvd., Reno, Nevada 89509
(775) 448-6070, Facsimile: (775) 473-8292
*Counsel for Defendant BUILD OUR CENTER*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DREW RIBAR,
        Plaintiff,
 v.

WASHOE COUNTY; WASHOE COUNTY LIBRARY SYSTEM; JEFF SCOTT; THANH NGUYEN; JAMIE HEMINGWAY; BEATE WEINERT; STACY MCKENZIE; JONNICA BOWEN; BEN WEST; BUILD OUR CENTER, INC.; STACEY SPAIN; ANGELINE PETERSON; CHRISTOPHER DANIELS; DEPUTIES ROTHKIN, SAPIDA, GOMEZ; KRISTEN RYAN, JENNIFER COLE; and JOHN/JANE DOES 1-10;
        Defendants.

Case No. 3:24-cv-00526

**DEFENDANT BUILD OUR CENTER'S REQUEST FOR REMOTE APPEARANCE AT HEARING**

  Defendant BUILD OUR CENTER INC. ("BOC"), by and through its undersigned counsel, for reasons articulated in the *Emergency Motion for Restraining Order and Plaintiff's Harassment* [ECF 172] (and *Defendant Build Our Center's Motion for Case Management Conference, Restraining Order, and Sanctions* [ECF 130]), hereby requests that its attorney-of-record, Alison R. Kertis with the Sierra Crest Business Law Group, be permitted to appear remotely (either by video or telephonically) at the Hearing scheduled in the above-captioned matter on November 3, 2025, at 10:00 a.m.

  DATED October 30, 2025.  SIERRA CREST BUSINESS LAW GROUP

           By: _____/s/ Alison Kertis_____
            Alison R. Kertis, Esq. (NSB 13875)
            akertis@sierracrestlaw.com
            6770 S. McCarran Blvd., Reno, NV 89509
            (775) 448-6070, Fax: (775) 473-8292
            *Counsel for Defendant BUILD OUR CENTER*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the SIERRA CREST BUSINESS LAW GROUP who, on the below-written date, caused a true copy of the foregoing to be transmitted via email and also to be filed using the above-entitled Court's electronic filing (CM/ECF) system which will automatically e-serve the same) on the person(s) and/or entity(ies) set forth directly below:

**Drew Ribar**
480 Pershing Lane, Washoe Valley, NV 89704
(775) 223-7899
const2audit@gmail.com
*Plaintiff in propria persona*

**Lindsay L. Liddell** (SBN 14079)
**Andrew Cobi Burnett** (SBN 16505)
DEPUTY DISTRICT ATTORNEYS
One South Sierra Street Reno, NV 89501
lliddell@da.washoecounty.gov
cburnett@da.washoecounty.gov
(775) 337-5700
*Counsel for Plaintiffs Washoe County and its Library System, Jeff Scott, Stacy Mckenzie, Jonnica Bowen, Jennifer Cole; Deputy C. Rothkin, Deputy R. Sapida, and Sgt. George Gomez*

DATED: October 30, 2025.

_____
an employee of the
SIERRA CREST BUSINESS LAW GROUP