**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**DREW J. RIBAR**,
Plaintiff,
v.
**WASHOE COUNTY, et al.,**
Defendants.
Case No.: **3:24-cv-00526-ART-CSD**

# NOTICE OF ERRATA REGARDING PLAINTIFF'S OPPOSITION TO TEMPORARY RESTRAINING ORDER (ECF No. 176)

Plaintiff **Drew J. Ribar**, appearing pro se, respectfully submits this **Notice of Errata** to correct a typographical citation error contained in Plaintiff's **Opposition to Temporary Restraining Order** (ECF No. 176), filed on October 31, 2025.

## I. IDENTIFICATION OF ERROR

On **Page 4** of the Opposition, in the **table entry referencing Exhibits 6 and 11**, the citation:

**"100% protected speech and petitioning activity (BELO Corp. v. Leath, 499 U.S. 340)"**

was inadvertently included in error. The case cited does not pertain to First Amendment protections or legal petitioning activity.

PLEADING TITLE - 1

## II. CORRECTION

The correct citation to support the First Amendment protection for public complaints to government and disciplinary agencies is:

**"Fully protected First Amendment petitioning activity (McDonald v. Smith, 472 U.S. 479, 483 (1985); Jacobs v. Adelson, 130 Nev. 134, 141, 321 P.3d 467, 472 (2014))"**

## III. LEGAL BASIS FOR CORRECTION

- **McDonald v. Smith**, 472 U.S. 479, 483 (1985):

  The U.S. Supreme Court held that letters to government officials (in that case, accusing a U.S. Attorney of favoritism) are **core First Amendment petitioning activity**, and entitled to full constitutional protection.

- **Jacobs v. Adelson**, 130 Nev. 134, 141, 321 P.3d 467, 472 (2014):

  The Nevada Supreme Court confirmed that complaints to **disciplinary or prosecutorial agencies** (such as the **State Bar or DA's Office**) are made in **quasi-judicial proceedings** and are **absolutely privileged** under Nevada law.

## IV. EFFECT ON MOTION

This correction does **not alter the substance** or argument of the Opposition. The point remains that Plaintiff's bar complaints and communications regarding public officials are **fully protected**

PLEADING TITLE - 2

**by the First Amendment** and **immune from civil liability** under well-settled federal and state law.

Plaintiff apologizes for the citation error and thanks the Court for its understanding.

**DATED:** October 31, 2025

Respectfully submitted,

**/s/ Drew J. Ribar**

Drew J. Ribar, Pro Se

3480 Pershing Ln.

Washoe Valley, NV 89704

Const2Audit@gmail.com

(775) 223-7899

PLEADING TITLE - 3

# CERTIFICATE OF SERVICE

I certify that on October 31, 2025, I caused a true and correct copy of the foregoing **Notice of Errata** to be served via email to:

**Lindsay Liddell**

**Alison Kertis**

Washoe County District Attorney's Office

lliddell@da.washoecounty.gov

akertis@da.washoecounty.gov

And by email to the United States District Court Clerk:

**reno_public_docketing@nvd.uscourts.gov**

/s/ Drew J. Ribar

Drew J. Ribar, Pro Se

PLEADING TITLE - 4