Alison R. Kertis, Esq. (NSB 13875)
akertis@sierracrestlaw.com
Jerry C. Carter, Esq. (NSB 5905)
jcarter@sierracrestlaw.com
SIERRA CREST BUSINESS LAW GROUP
6770 S. McCarran Blvd., Reno, Nevada 89509
(775) 448-6070, Facsimile: (775) 473-8292
*Counsel for Defendant BUILD OUR CENTER*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DREW RIBAR,<br><br>                            Plaintiff,<br>v.<br><br>WASHOE COUNTY; WASHOE COUNTY LIBRARY SYSTEM; JEFF SCOTT; THANH NGUYEN; JAMIE HEMINGWAY; BEATE WEINERT; STACY MCKENZIE; JONNICA BOWEN; BEN WEST; BUILD OUR CENTER, INC.; STACEY SPAIN; ANGELINE PETERSON; CHRISTOPHER DANIELS; DEPUTIES ROTHKIN, SAPIDA, GOMEZ; KRISTEN RYAN, JENNIFER COLE; and JOHN/JANE DOES 1-10;<br><br>                            Defendants. | Case No. 3:24-cv-00526<br><br>**DEFENDANT BUILD OUR CENTER'S RESPONSE TO PLAINTIFF'S OPPOSITION TO TEMPORARY RESTRAINING ORDER [ECF NO. 176], MOTION TO DISSOLVE OR MODIFY ORDER, REQUEST TO STRIKE FALSE AFFIDAVITS, AND RESERVATION OF RIGHTS UNDER NEVADA ANTI-SLAPP LAW [ECF 179 AND 180]** |

Defendant BUILD OUR CENTER INC., by and through its undersigned counsel, respectfully files this response to Plaintiff Drew Ribar's ("Mr. Ribar") *Opposition to Temporary Restraining Order (ECF No. 176), Motion to Dissolve or Modify Order, Request to Strike False Affidavits, and Reservation of Rights Under Nevada Anti-SLAPP Law* [ECF 179 and 180] (the "Opposition").

This Response is made and based upon all pleadings and records on file herein, together with every exhibit attached hereto (each of which is incorporated herein by this reference), as well as the points and authorities set forth directly below.

### MEMORANDUM OF POINTS AND AUTHORITIES

Mr. Ribar filed his Opposition [ECF 179 and 180] on October 31, 2025, following the Court's Order [ECF 176] imposing a temporary restraining order on

him and prior to this Court's November 3, 2025, hearing on Washoe County Defendants' *Emergency Motion for Restraining Order Against Plaintiff's Harassment* [ECF 172] and Build Our Center's *Motion for Case Management Conference, Restraining Order, and Sanctions* [ECF 130]. Following the hearing, on November 5, 2025, the Court entered an *Amended Temporary Restraining Order* [ECF 186] (the "Amended TRO").

To the extent the Court requires any response from Build Our Center to Mr. Ribar's Opposition, Build Our Center's response was addressed at the November 3, 2025, hearing, and will subsequently be addressed in its forthcoming Motion for Preliminary Injunction. Further, the matters Mr. Ribar raised were also addressed by the Court in its extension of the Temporary Restraining Order.

DATED: November 14, 2025.    SIERRA CREST BUSINESS LAW GROUP

By: _____
Jerry C. Carter, Esq. (NSB 5905)
jcarter@sierracrestlaw.com
Alison R. Kertis, Esq. (NSB 13875)
akertis@sierracrestlaw.com
6770 S. McCarran Blvd., Reno, NV 89509
(775) 448-6070, Fax: (775) 473-8292
*Counsel for Defendant Build Our Center*

# CERTIFICATE OF SERVICE

I certify that I am an employee of the SIERRA CREST BUSINESS LAW GROUP who, on the below-written date, caused a true copy of the foregoing to be transmitted via email and also to be filed using the above-entitled Court's electronic filing (CM/ECF) system which will automatically e-serve the same) on the person(s) and/or entity(ies) set forth directly below:

**Drew Ribar**
480 Pershing Lane, Washoe Valley, NV 89704
(775) 223-7899
const2audit@gmail.com
*Plaintiff in propria persona*

**Lindsay L. Liddell** (SBN 14079)
**Andrew Cobi Burnett** (SBN 16505)
DEPUTY DISTRICT ATTORNEYS
One South Sierra Street Reno, NV 89501
lliddell@da.washoecounty.gov
cburnett@da.washoecounty.gov
(775) 337-5700
*Counsel for Plaintiffs Washoe County and its Library System, Jeff Scott, Stacy Mckenzie, Jonnica Bowen, Jennifer Cole; Deputy C. Rothkin, Deputy R. Sapida, and Sgt. George Gomez*

DATED: November 14, 2025.

_____
an employee of the
SIERRA CREST BUSINESS LAW GROUP

# INDEX OF EXHIBITS

to

DEFENDANT BUILD OUR CENTER'S RESPONSE TO PLAINTIFF'S OPPOSITION TO TEMPORARY RESTRAINING ORDER [ECF NO. 176], MOTION TO DISSOLVE OR MODIFY ORDER, REQUEST TO STRIKE FALSE AFFIDAVITS, AND RESERVATION OF RIGHTS UNDER NEVADA ANTI-SLAPP LAW [ECF 179 AND 180]

re

*Ribar vs. Washoe County, et alia*
*(Case No. 3:24-cv-00526)*

| Exhibit No. | Exhibit Description | Pages (+ Cover) |
|---|---|---|
|  | None, |  |
|  | Not applicable. |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |