Alison R. Kertis, Esq. (NSB 13875)
akertis@sierracrestlaw.com
Jerry C. Carter, Esq. (NSB 5905)
jcarter@sierracrestlaw.com
SIERRA CREST BUSINESS LAW GROUP
6770 S. McCarran Blvd., Reno, Nevada 89509
(775) 448-6070, Facsimile: (775) 473-8292
*Counsel for Defendant BUILD OUR CENTER*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DREW RIBAR,<br>    Plaintiff,<br>  v.<br>WASHOE COUNTY; WASHOE COUNTY LIBRARY SYSTEM; JEFF SCOTT; THANH NGUYEN; JAMIE HEMINGWAY; BEATE WEINERT; STACY MCKENZIE; JONNICA BOWEN; BEN WEST; BUILD OUR CENTER, INC.; STACEY SPAIN; ANGELINE PETERSON; CHRISTOPHER DANIELS; DEPUTIES ROTHKIN, SAPIDA, GOMEZ; KRISTEN RYAN, JENNIFER COLE; and JOHN/JANE DOES 1-10;<br>    Defendants. | Case No. 3:24-cv-00526<br><br>**NOTICE OF<br>MANUAL FILING<br>(VIDEO (MP4) FILES)** |

Pursuant to L.R. 1C 1-1(d), Defendant BUILD OUR CENTER, INC., by and through its undersigned counsel, hereby submits a flash drive containing video (MP4) files that are exhibits to *Defendant Build Our Center's Motion for Preliminary Injunction Against Plaintiff Drew Ribar* as follows:

   Exhibit 4 – Ribar Video re Reno Bans Me from Event;

   Exhibit 30 – Ribar Video re Wasting Court's Time;

   Exhibit-31 – Ribar Video re Interfering with Political Candidate;

   Exhibit-32 – Ribar Video re Save-Record-Circulate;

   Exhibit-33 – Ribar Video targeting Guadalupe;

   Exhibit 35 – Ribar Video re Pissed Off;

/ / /

/ / /

Exhibit 37 – Ribar Video re Obeying Judge Traum, Part 1 or 3;

Exhibit 38 – Ribar Video re Obeying Judge Traum, Part 2 of 3;

Exhibit 39 – Ribar Video re Obeying Judge Traum, Part 3 of 3; and

Exhibit 40 – Voicemail left for Alan Ratliff.

DATED: November 17, 2025.    SIERRA CREST BUSINESS LAW GROUP

By: _____*/s/ Alison R. Kertis, Esq.*_____
Jerry C. Carter, Esq. (NSB 5905)
jcarter@sierracrestlaw.com
Alison R. Kertis, Esq. (NSB 13875)
akertis@sierracrestlaw.com
6770 S. McCarran Blvd., Reno, NV 89509
(775) 448-6070, Fax: (775) 473-8292
*Counsel for Defendant Build Our Center*

# CERTIFICATE OF SERVICE

I certify that I am an employee of the SIERRA CREST BUSINESS LAW GROUP who, on the below-written date, caused a true copy of the foregoing document to be filed using the above-entitled court's electronic filing (CM/ECF) system which will automatically e-serve the same on the person(s) and/or entity(ies) set forth hereinbelow and, in addition, emailed a copy of the notice with the videos referenced therein to each of them:

**Drew Ribar**
480 Pershing Lane, Washoe Valley, NV 89704
(775) 223-7899
const2audit@gmail.com
*Plaintiff in propria persona*

**Lindsay L. Liddell** (SBN 14079)
**Andrew Cobi Burnett** (SBN 16505)
DEPUTY DISTRICT ATTORNEYS
One South Sierra Street Reno, NV 89501
lliddell@da.washoecounty.gov
cburnett@da.washoecounty.gov
(775) 337-5700
*Counsel for Plaintiffs Washoe County and its Library System, Jeff Scott, Stacy Mckenzie, Jonnica Bowen, Jennifer Cole; Deputy C. Rothkin, Deputy R. Sapida, and Sgt. George Gomez*

DATED: November 17, 2025.

_____
an employee of the
SIERRA CREST BUSINESS LAW GROUP

**INDEX OF EXHIBITS**

to

NOTICE OF MANUAL FILING
(RATLIFF VOICEMAIL)

re

*Ribar vs. Washoe County, et alia*
*(Case No. 3:24-cv-00526)*

| Exhibit No. | Exhibit Description | Pages (+ Cover) |
|---|---|---|
| | Flashdrive containing Ratliff Voicemail | |
| | | |
| | | |
| | | |
| | | |
| | | |