CRAIG J. MARIAM, ESQ.
Nevada Bar No. 10926
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: cmariam@grsm.com
       rwise@grsm.com
*Attorneys for Build Our Center Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DREW RIBAR,<br>　　　　Plaintiff<br>vs.<br>WASHOE COUNTY, et al.,<br>　　　　Defendants. | CASE NO. 3:24-cv-00526-ART-CSD<br><br>**JOINDER TO COUNTY DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF AMENDED TEMPORARY RESTRAINING ORDER [ECF NO. 188] AND MOTION TO STAY ENFORCEMENT PENDING APPEAL [ECF NO. 210]** |

Defendant Build Our Center Inc. ("BOC"), by and through its undersigned counsel, hereby joins in the Opposition to Plaintiff's Motion For Reconsideration Of Amended Temporary Restraining Order [ECF No. 188] And Motion To Stay Enforcement Pending Appeal [ECF No. 210] filed on behalf of the Washoe County Defendants on November 21, 2025.

DATED November 26, 2025　　　**GORDON REES SCULLY MANSUKHANI, LLP**

　　　　　　　　　　　　　　　*/s/ Rachel L. Wise*
　　　　　　　　　　　　　　　CRAIG J. MARIAM, ESQ.
　　　　　　　　　　　　　　　Nevada Bar No. 10926
　　　　　　　　　　　　　　　RACHEL L. WISE, ESQ.
　　　　　　　　　　　　　　　300 S. 4th Street, Suite 1550
　　　　　　　　　　　　　　　Las Vegas, NV 89101
　　　　　　　　　　　　　　　***Attorneys for Defendant Build Our Center***

## MEMORANDUM OF POINTS AND AUTHORITIES

Build Our Center, Inc. ("BOC") hereby joins and incorporates by reference the arguments, points, and authorities set forth in the County Defendants' the Opposition to Plaintiff's Motion For Reconsideration Of Amended Temporary Restraining Order [ECF No. 188] And Motion To Stay Enforcement Pending Appeal [ECF No. 210] as those arguments equally apply to BOC. Specifically, the Amended TRO at issue in Plaintiff's motion [ECF No. 188] directly relates to protections this Court extended to BOC and its counsel. If the TRO is dissolved, BOC and its counsel will suffer irreparable harm.

DATED November 26, 2025  **GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Rachel L. Wise*
CRAIG J. MARIAM, ESQ.
Nevada Bar No. 10926
RACHEL L. WISE, ESQ.
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
***Attorneys for Defendant Build Our Center***

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that on this date, I deposited for mailing in the U.S. Postal Service, with postage fully prepaid, a true and correct copy of the foregoing document in an envelope addressed to the following:

DREW RIBAR
3480 PERSHING LANE
WASHOE VALLEY, NV 89704

I also certify that on this date, the foregoing was electronically filed with the United States District Court.  Electronic service of the foregoing document shall be made in accordance with the Master Service List.

*/s/ Angel Christian*
Angel Christian