# EXHIBIT E

(Jan. 2, 2026, Bobby Smith Email to Counsel)

# Rachel Wise

| | |
|---|---|
| **From:** | Bobby Smith <bobbyraysmith99@gmail.com> |
| **Sent:** | Friday, January 2, 2026 7:05 AM |
| **To:** | Rachel Wise |
| **Subject:** | Free speech |

> You don't often get email from bobbyraysmith99@gmail.com. Learn why this is important

Hey cunt! Why are you filing fictitious complaints to YouTube about privacy complaints? Apparently you don't like transparency you might want to rethink that, you bitch! Everyone knows where you work and now everyone knows where you live. I don't think you want protesters at your front door so your neighbors will see what kind of piece of trash you are, would you? Everyone knows what you look like, stop being a tyrant and a Karen and a crybaby! You don't like transparency and being in the public eye, resign. Lawsuit you later you demon whore.

1