1  CRAIG J. MARIAM
   Nevada Bar No. 10926
2  RACHEL L. WISE
   Nevada Bar No. 12303
3  PAULYNA T. GARCIA
   Nevada Bar No. 17196
4  **GORDON REES SCULLY MANSUKHANI, LLP**
   300 South Fourth Street, Suite 1550
5  Las Vegas, Nevada 89101
   Telephone: (702) 577-9300
6  Facsimile: (702) 255-2858
   Email: cmariam@grsm.com
7         rwise@grsm.com
          ptgarcia@grsm.com
8

9  *Attorneys for Defendant Build Our Center Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DREW RIBAR, | Case No. 3:24-cv-00526-ART-CSD |
| Plaintiff, | **NOTICE OF MANUAL FILING** |
| v. | |
| WASHOE COUNTY, et al., | |
| Defendants. | |

Pursuant to L.R. 1C-1-1(d), Defendant BUILD OUR CENTER, INC., by and through its undersigned counsel, hereby submits a flash drive containing video (MP4, approx. 1.94 GB) files that are exhibits to Build Our Center Inc.'s Emergency Motion for Sanctions and an Order Prohibiting Plaintiff's Ongoing Harassment and Threatening Conduct as follows:

- Exhibit F - 2026-01-01 "Lawyers Tried to Silence Me — Here's the Complaint The Filed" video and Transcript;

- Exhibit G - 2025-12-24 "Attorneys Fight Against the Constitution" Video and Transcript;

- Exhibit H - 2025-12-24 "Unaccountable Attorneys" Video and Transcript;
- Exhibit I - 2025-12-22 "Attorneys Try to take down my videos" Video and Transcript;
- Exhibit J - 2025-12-21 "Pro Se vs 6 Attorneys" Video and Transcript;
- Exhibit K - 2025-12-20 "CEASE & DESIST FREE SPEECH!!" Video and Transcript; and
- Exhibit L - 2025-11-13 "Lying and Attacking Corrupt District Attorneys" Video and Transcript.

Dated: January 6, 2026

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Rachel L. Wise
CRAIG J. MARIAM, ESQ.
Nevada Bar No. 10926
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
PAULYNA T. GARCIA
Nevada Bar No. 17196
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

***Attorneys for Defendant Build Our Center Inc.***

-2-

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that on this date, I deposited for mailing in the U.S. Postal Service, with postage fully prepaid, a true and correct copy of the foregoing document in an envelope addressed to the following:

DREW RIBAR
3480 PERSHING LANE
WASHOE VALLEY, NV 89704

I also certify that on this date, the foregoing was electronically filed with the United States District Court.  Electronic service of the foregoing document shall be made in accordance with the Master Service List.

Dated: January 6, 2026

                                        */s/ Rachel L. Wise*
                                        Rachel L. Wise

**Gordon Rees Scully Mansukhani LLP**
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101