```
Alison R. Kertis, Esq. (NSB 13875)
akertis@sierracrestlaw.com
Jerry C. Carter, Esq. (NSB 5905)
jcarter@sierracrestlaw.com
SIERRA CREST BUSINESS LAW GROUP
6770 S. McCarran Blvd., Reno, Nevada 89509
(775) 448-6070, Facsimile: (775) 473-8292
```
*Counsel for Defendant BUILD OUR CENTER*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DREW RIBAR,<br>                    Plaintiff,<br>  v.<br>WASHOE COUNTY; WASHOE COUNTY LIBRARY SYSTEM; JEFF SCOTT; THANH NGUYEN; JAMIE HEMINGWAY; BEATE WEINERT; STACY MCKENZIE; JONNICA BOWEN; BEN WEST; BUILD OUR CENTER, INC.; STACEY SPAIN; ANGELINE PETERSON; CHRISTOPHER DANIELS; DEPUTIES ROTHKIN, SAPIDA, GOMEZ; KRISTEN RYAN, JENNIFER COLE; and JOHN/JANE DOES 1-10;<br>                    Defendants. | Case No. 3:24-cv-00526<br><br>**NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD** |

**COMES NOW**, ALISON R. KERTIS, ESQ, and JERRY C. CARTER, ESQ of Sierra Crest Business Law Group, and pursuant to Supreme Court Rule 46 hereby files this Notice of Withdrawal as attorney of record for BUILD OUR CENTER, in the above-entitled case. Build Our Center is still represented by counsel Rachel Wise, Esq. and Craig Mariam, Esq. Please continue to direct all correspondence and service of documents upon Ms. Wise and Mr. Mariam on behalf of Build Our Center.

/ / /

/ / /

/ / /

/ / /

/ / /

**AFFIRMATION PURSUANT TO NRS 239B.030**

The undersigned hereby affirms that the foregoing document and its exhibits, if any, do not contain the personal information of any person.

DATED: March 5, 2026    SIERRA CREST BUSINESS LAW GROUP

By: _____
Alison R. Kertis, Esq. (NV Bar No. 13875)
akertis@sierracrestlaw.com
Jerry C. Carter, Esq. (NV Bar No. 5905)
jcarter@sierracrestlaw.com
6770 S. McCarran Blvd., Reno, NV 89509
(775) 448-6070 | Fax: (775) 473-8292
*Attorneys for Build Our Center*

## CERTIFICATE OF SERVICE

I certify that I am an employee of the SIERRA CREST BUSINESS LAW GROUP who, on the below-written date, caused a true copy of the foregoing to be transmitted via email and also to be filed using the above-entitled Court's electronic filing (CM/ECF) system which will automatically e-serve the same) on the person(s) and/or entity(ies) set forth directly below:

**Drew Ribar**
480 Pershing Lane, Washoe Valley, NV 89704
(775) 223-7899
const2audit@gmail.com
*Plaintiff in propria persona*

**Lindsay L. Liddell** (SBN 14079)
**Andrew Cobi Burnett** (SBN 16505)
DEPUTY DISTRICT ATTORNEYS
One South Sierra Street Reno, NV 89501
lliddell@da.washoecounty.gov
cburnett@da.washoecounty.gov
(775) 337-5700
*Counsel for Plaintiffs Washoe County and its Library System, Jeff Scott, Stacy Mckenzie, Jonnica Bowen, Jennifer Cole; Deputy C. Rothkin, Deputy R. Sapida, and Sgt. George Gomez*

**Graig J. Mariam** (SBN 10926)
**Rachel L. Wise** (SBN 12303)
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Fascimile: (702) 255-2858
emariam@grsm.com
rwise@grasm.com
*Counsel for Defendant Build Our Center Inc.*

DATED: March 5, 2026.

/s/ Nicole Pacheco
_____
an employee of the
SIERRA CREST BUSINESS LAW GROUP

**INDEX OF EXHIBITS**

to

NOTICE OF WITHDRAWAL AS ATTORNEY ON RECORD

re

*Ribar vs. Washoe County, et alia*
*(Case No. 3:24-cv-00526)*

| Exhibit No. | Exhibit Description | Pages (+ Cover) |
|---|---|---|
| | None, Not applicable. | |