LINDSAY L. LIDDELL
Deputy District Attorney
Nevada State Bar Number 14079
COBI BURNETT
Deputy District Attorney
Nevada State Bar Number 16505
One South Sierra Street
Reno, NV  89501
lliddell@da.washoecounty.gov
cburnett@da.washoecounty.gov
(775) 337-5700
ATTORNEYS FOR WASHOE COUNTY
DEFENDANTS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

DREW RIBAR,

        Plaintiff,

  vs.

WASHOE COUNTY, et al.

        Defendants.
_____/

Case No.  3:24-CV-00526-ART-CSD

**COUNTY DEFENDANTS'
RESPONSE TO PLAINTIFF'S
MOTION TO STAY PROCEEDINGS
OR, IN THE ALTERNATIVE, FOR
EXTENSION OF TIME**

**(ECF No. 260)**

Defendants, Washoe County, Washoe County Library System ("Library"), Jeff Scott ("Director Scott"), Stacy McKenzie, Jonnica Bowen, Jennifer Cole, Deputy "Rothkin" (Rothgeb), Deputy Sapida, and Sgt. Gomez (the original "County Defendants") by and through counsel, hereby file their Response to Plaintiff's Motion to Stay Proceedings or, in the Alternative, Extension of Time ("Motion"). (ECF No. 260).

In general, County Defendants do not oppose Plaintiff's requested 60-day stay or alternative 45-day extension for "all current deadlines." If granted, County Defendants respectfully request the Court, in extending "all current deadlines," extend defendants' deadline to respond to Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 259). However, to the extent that the requested stay or extension would delay this Court's ruling on the County Defendants' pending Motion for Preliminary Injunction

1   (ECF No. 203), or Defendant Build Our Center's ("BOC") pending Motion for Preliminary

2   Injunction (ECF No. 207) and Motion for Sanctions and an Order Prohibiting Plaintiff's

3   Ongoing Harassing and Threatening Conduct (ECF No. 251), County Defendants oppose

4   the instant Motion as to a stay for those pending and fully briefed motions.

5          Notwithstanding, County Defendants place on the record that they dispute certain

6   assertions made in Plaintiff's Motion: that Plaintiff has been acting in good faith, that that

7   any radiofrequency procedure with *local* (not *general*) anesthesia or instruction to take over-

8   the-counter pain medication (ibuprofen, Aleve, and Tylenol) presents good cause to stay a

9   case or for lengthy deadline extensions. Additionally, County Defendants hereby join and

10  incorporate by reference any arguments, points, and authorities set forth in Defendant

11  BOC's response to the instant Motion.

12         Dated this 10th day of March, 2026.

13                                         By ____/s/ Lindsay L. Liddell_____
                                               LINDSAY L. LIDDELL
14                                             Deputy District Attorney
                                               ATTORNEYS FOR WASHOE COUNTY
15                                             DEFENDANTS

16

17

18

19

20

21

22

23

24

25

26

27

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action.  I certify that on this date, I deposited for mailing in the U.S. Mails, with postage fully prepaid, a true and correct copy of the foregoing document in an envelope addressed to the following:

DREW RIBAR
3480 PERSHING LANE
WASHOE VALLEY. NV 89704

I certify that on this date, the foregoing was electronically filed with the United States District Court.  Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

RACHEL L. WISE, ESQ.

PAULYNA T. GARCIA, ESQ.

Dated this 10th day of March, 2026.

/s/ S. Haldeman
S. Haldeman